Schedule A
**Exhibit 2**

| Def No. | Platform | Defendant Seller Name | Store URL |
|---|---|---|---|
| 1 | Amazon | Carry360 | https://www.amazon.com/sp?ie=UTF8&seller=A1S64GV6I3A65C |
| 2 | Amazon | WOH BAY | https://www.amazon.com/sp?ie=UTF8&seller=AZ2WRX6RWIYV0 |
| 3 | Amazon | XUFEIJIDIAN | https://www.amazon.com/sp?ie=UTF8&seller=A1R7CL9PKTPNII |
| 4 | Amazon | SDPEIA STORE | https://www.amazon.com/sp?ie=UTF8&seller=A2R5GIUFV15P8F |
| 5 | Amazon | Benice Official Store | https://www.amazon.com/sp?ie=UTF8&seller=A3R720BVXJ82SZ |
| 6 | Amazon | RUAPEHU | https://www.amazon.com/sp?ie=UTF8&seller=A2DNG2NK8FERBU |
| 7 | Amazon | XIANNIAO01 | https://www.amazon.com/sp?ie=UTF8&seller=A2WZZJ6Y4YX2B7 |
| 8 | Amazon | Optish | https://www.amazon.com/sp?ie=UTF8&seller=AZ3YVCDZ28S8U |
| 9 | Amazon | ANNApaint | https://www.amazon.com/sp?ie=UTF8&seller=AA227E8SDTCZG |
| 10 | Amazon | Xiamen Meixinlai Import and Export Trading Co., LT | https://www.amazon.com/sp?ie=UTF8&seller=A2KUE4WU3QKB9A |
| 11 | Amazon | M-Ber US | https://www.amazon.com/sp?ie=UTF8&seller=APA1EVGB899VP |
| 12 | Amazon | zeeyoocc | https://www.amazon.com/sp?ie=UTF8&seller=A1T3RWPMJ4WBS4 |
| 13 | Amazon | SHYAXCL | https://www.amazon.com/sp?ie=UTF8&seller=A3T0V8ENBVUEK9 |
| 14 | Amazon | GT HITGX | https://www.amazon.com/sp?ie=UTF8&seller=A1DDHPN0T3YUXZ |
| 15 | Amazon | Eislin | https://www.amazon.com/sp?ie=UTF8&seller=AP7DFFHH2PEUR |
| 16 | Amazon | Bawo | https://www.amazon.com/sp?ie=UTF8&seller=A29YVO6O45J8R2 |
| 17 | Amazon | FENGHAO UONP | https://www.amazon.com/sp?ie=UTF8&seller=A1R6BZZ1K8A33J |
| 18 | Amazon | HLX-US | https://www.amazon.com/sp?ie=UTF8&seller=A2EIEJAMP10V0W |
| 19 | Amazon | Kamyuer | https://www.amazon.com/sp?ie=UTF8&seller=ABMIXO90WI9DR |
| 20 | Amazon | SOONSURE | https://www.amazon.com/sp?ie=UTF8&seller=ALR6AUF9FXLIX |
| 21 | Amazon | Aesceoby | https://www.amazon.com/sp?ie=UTF8&seller=A3VD6WJZVB2X5K |
| 22 | Amazon | Supercenter-US | https://www.amazon.com/sp?ie=UTF8&seller=AIY8WFCRVC4T0 |
| 23 | Amazon | foshanaotiankeji | https://www.amazon.com/sp?ie=UTF8&seller=A3HQDO445QTBIC |
| 24 | Amazon | GZTT-kitchen | https://www.amazon.com/sp?ie=UTF8&seller=A2NDPEOQS8RD63 |
| 25 | Amazon | ShenZhenShiJingShangMengKeJiYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A2ZQX878MHCGU1 |
| 26 | Amazon | Bathbeyond Sanitary Ware | https://www.amazon.com/sp?ie=UTF8&seller=AKF6TT43FVN7L |
| 27 | Amazon | YUNBO HOME | https://www.amazon.com/sp?ie=UTF8&seller=A29169UBR12B5P |
| 28 | Amazon | JOY US MALL | https://www.amazon.com/sp?ie=UTF8&seller=AR2UQOIQFT5UG |
| 29 | Amazon | Holidecor | https://www.amazon.com/sp?ie=UTF8&seller=A2XSXJMBNF95HR |
| 30 | Amazon | MissJa | https://www.amazon.com/sp?ie=UTF8&seller=A21IFTU7UXSS3E |
| 31 | Amazon | MISTONG | https://www.amazon.com/sp?ie=UTF8&seller=A35JRB1UWIAEBQ |
| 32 | Amazon | PELTEFLU | https://www.amazon.com/sp?ie=UTF8&seller=A2NXB1Q9WXRCGK |
| 33 | Amazon | szbb | https://www.amazon.com/sp?ie=UTF8&seller=A2J8EVSQGX6VFA |
| 34 | Amazon | xuqimaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A3GH0CBZR66IMF |
| 35 | Amazon | hongdaus | https://www.amazon.com/sp?ie=UTF8&seller=A2V2XCRS2T029V |
| 36 | Amazon | Talvadi | https://www.amazon.com/sp?ie=UTF8&seller=A18LTOAUGIV84I |
| 37 | Amazon | Hans-US | https://www.amazon.com/sp?ie=UTF8&seller=A3PPPISBISD2PC |
| 38 | Amazon | Vasofe | https://www.amazon.com/sp?ie=UTF8&seller=A28GSSUNZMCOF4 |
| 39 | Amazon | WENBAO | https://www.amazon.com/sp?ie=UTF8&seller=AIDMWNZVYJT8P |
| 40 | Amazon | Feige store | https://www.amazon.com/sp?ie=UTF8&seller=A1FOVGNMNWRJBC |
| 41 | Amazon | ULTSOFE | https://www.amazon.com/sp?ie=UTF8&seller=A4NTXRBOFHE9E |
| 42 | Amazon | Qianqin | https://www.amazon.com/sp?ie=UTF8&seller=A21WPHB9MXCBJN |
| 43 | Amazon | Hayinta US | https://www.amazon.com/sp?ie=UTF8&seller=A1UHDKB8RYWVQZ |
| 44 | Amazon | ILIKEUS | https://www.amazon.com/sp?ie=UTF8&seller=A1FVDH7E5T5LR4 |
| 45 | Amazon | AToolBar | https://www.amazon.com/sp?ie=UTF8&seller=A160EN4DDB6XFK |
| 46 | Amazon | mevius k | https://www.amazon.com/sp?ie=UTF8&seller=A1PWQ9PI2D3G04 |
| 47 | Amazon | Dangna | https://www.amazon.com/sp?ie=UTF8&seller=A26GDWZX645KM4 |
| 48 | Amazon | YINQIUUS | https://www.amazon.com/sp?ie=UTF8&seller=A1NS3UNG2W0W6R |
| 49 | Amazon | Elraimando store | https://www.amazon.com/sp?ie=UTF8&seller=A36C118IA7N5UC |
| 50 | Amazon | ALLMEYOU | https://www.amazon.com/sp?ie=UTF8&seller=AP0QOYNAVIZGR |
| 51 | Amazon | Dorohome US | https://www.amazon.com/sp?ie=UTF8&seller=A2NZZ8J99W0E8C |
| 52 | Amazon | MYLONGINGCHARM | https://www.amazon.com/sp?ie=UTF8&seller=A1RQ308ZUH3XTM |
| 53 | Amazon | Dongguan Jiayi moju youxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2UQ2QD8GV4FF4 |
| 54 | Amazon | AiSiPaiErJiang AiErKenshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A9TT5AMI0BP98 |
| 55 | Amazon | BuyersVoice | https://www.amazon.com/sp?ie=UTF8&seller=A139GEN5GKECCH |
| 56 | Amazon | Funstone | https://www.amazon.com/sp?ie=UTF8&seller=A3A2TAWQUDV9QJ |
| 57 | Amazon | YAAHEO | https://www.amazon.com/sp?ie=UTF8&seller=A2EECF80987S58 |
| 58 | Amazon | FYAIRO US | https://www.amazon.com/sp?ie=UTF8&seller=AAKR5MG527C6Z |
| 59 | Amazon | UOIENRT | https://www.amazon.com/sp?ie=UTF8&seller=A1ELSJWVCY2C28 |
| 60 | Amazon | xunhangnet | https://www.amazon.com/sp?ie=UTF8&seller=A8N0FDMYIP1ZQ |
| 61 | Amazon | OneTwoGo Direct | https://www.amazon.com/sp?ie=UTF8&seller=A3199ALG6DWG13 |
| 62 | Amazon | MusClub | https://www.amazon.com/sp?ie=UTF8&seller=AMW75CNV4JVO9 |
| 63 | Amazon | Apeso | https://www.amazon.com/sp?ie=UTF8&seller=AJ09UNN4N9HQ8 |
| 64 | Amazon | Delmoar Home | https://www.amazon.com/sp?ie=UTF8&seller=A7FU4E404EE8Y |
| 65 | Amazon | TSZYSM | https://www.amazon.com/sp?ie=UTF8&seller=A25581Q1PEA7H |

| 66 | Amazon | GXINT | https://www.amazon.com/sp?ie=UTF8&seller=A1L9P9OVET1YW9 |
|---|---|---|---|
| 67 | Amazon | Zhi ying | https://www.amazon.com/sp?ie=UTF8&seller=A1WFGNAKGGB7C0 |
| 68 | Amazon | Memfish | https://www.amazon.com/sp?ie=UTF8&seller=A1EE6IXC9CZPI2 |
| 69 | Amazon | LeadCon | https://www.amazon.com/sp?ie=UTF8&seller=A2U1F2UHGXQN79 |
| 70 | Amazon | MOKARO | https://www.amazon.com/sp?ie=UTF8&seller=A17NAOU3XOESDD |
| 71 | Amazon | Mengzili | https://www.amazon.com/sp?ie=UTF8&seller=A1O06CTD0ISDZN |
| 72 | Amazon | Laopod | https://www.amazon.com/sp?ie=UTF8&seller=A2NBNX6NWJPR40 |
| 73 | Amazon | KINBOM Store | https://www.amazon.com/sp?ie=UTF8&seller=A24M55ADMJQEC9 |
| 74 | Amazon | Nine suns | https://www.amazon.com/sp?ie=UTF8&seller=AN7RRTEXSAMTG |
| 75 | Amazon | Lanmes | https://www.amazon.com/sp?ie=UTF8&seller=A7SY12OBNBOVZ |
| 76 | Amazon | AMIR Direct-US | https://www.amazon.com/sp?ie=UTF8&seller=AXI0SBOCSWPNS |
| 77 | Amazon | Halohe house | https://www.amazon.com/sp?ie=UTF8&seller=A26X56REH6WD3D |
| 78 | Amazon | Langbowan | https://www.amazon.com/sp?ie=UTF8&seller=AP9BMT16WXSQY |
| 79 | Amazon | baolilong1234 | https://www.amazon.com/sp?ie=UTF8&seller=A1M6AQKTMR8IEY |
| 80 | Amazon | yikemaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A1VNWWZ2OG2KV1 |