## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO. 23-23380-CV-RNS

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

**SEALED DECLARATION OF HUMBERTO RUBIO IN SUPPORT OF PLAINTIFF'S**
***EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS**

I, Humberto Rubio, declare and state as follows:

1.      I am over 18 years of age and I have personal knowledge of the facts set forth herein.

2.      I am counsel of record for Plaintiff, SHENZHEN HENGZECHEN TECHNOLOGY CO., LTD ("Plaintiff") and I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets ("Motion for TRO").  If called upon to do so, I could and would competently testify to the following facts set forth below.

3.      The individuals, partnerships, and unincorporated associations ("Defendants") identified on Schedule "A" of the Amended Complaint conduct their e-commerce business through Amazon, among other e-commerce platforms.

4.      Based upon the data and information collected and provided in connection with this action, Defendants' Internet based e-commerce stores currently ship infringing goods into the United States, including the Southern District of Florida.

5.      Defendants are promoting, advertising, distributing, selling and/or offering for sale, through Seller IDs provided by the e-commerce stores, goods using counterfeit and infringing goods embodying Plaintiff's patent without authorization. Attached hereto as Schedule "B"[1] are representative web page captures and order samples from Defendants' Internet based e-commerce stores operating under the Seller IDs.

6.      Defendants have structured their e-commerce store businesses so that the means for customers to purchase Defendants' infringing goods, at issue, is by placing an order electronically. Defendants receive and confirm orders online and rely on electronic means to receive payment.

7.      Defendants obtain their sales proceeds, from the e-commerce platforms, by using money transfer, and/or retention processing services with PayPal, Inc., and/or having their sales processed using an aggregate escrow account in order to receive monies from the sale of infringing goods.

8.      The escrow accounts on these e-commerce platforms are held in various financial institutions, including Amazon, Paypal, among others.

9.      Most of the time, Defendants must provide an email address and physical address to the third-party platforms through which Defendants operate (such Amazon), however, few Defendants purport to provide any type of a physical address to these third-party platforms much less a valid, accurate, and verifiable physical address. Also, many of the Defendants appear to

---

[1]      Schedule B consists of web captures and samples of each of the Defendant's patent infringement.  This Schedule B has been organized per Defendant for convenience and presentation purposes.  A 'raw' version is also available if need be.

2

reside in China, neighboring states (and other foreign jurisdictions) and some use Chinese characters for their names and addresses.  Store operator can input any physical address so that it is not verifiable and typically false and or inaccurate. Even where a physical address is known, it is not a reliable way to locate and or identify Defendants.

10.     There are reports that confirm the unreliability of and uncertainty of physical addresses. A January 2020 publication on counterfeiting by the Department of Homeland Security cites a "lack of relevant policies and procedures to verify sellers' true names and addresses" by third party platforms, which "contributes to a range of impediments to effective enforcement."

11.     Based upon the data and information collected and provided in connection with Defendants' Internet based e- commerce stores, including the shipping information and payment data provided in connection with Defendants' Seller IDs, Plaintiff has good cause to suspect Defendants are all residing and/or operating outside of the United States and/or redistribute products from sources outside of the Unites States.

12.     Defendants have complete control of their e-commerce stores, at issue.  If notice of this action and or this proceeding, Defendants can modify the ownership of the e-commerce store, data, content, payment accounts, redirect consumers to other seller identification names, and transfer assets to other seller identification numbers.

13.     Absent the granting of Plaintiff's Motion for TRO, without notice, Defendants can and will likely alter the status quo before the Court can determine the parties' respective rights. Particularly because Defendants can transfer, conceal and dissipate assets or modify e-commerce data within minutes after obtaining notice of this action. Such result would also frustrate the Court's ability to grant meaningful relief.

14.     Undersigned counsel has not yet provided notice of the present action to Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of October, 2023.

/s/ Humberto Rubio
Humberto Rubio, Jr., Esq.

23-CV-23380-RNS

# Defendant No.:

# **1**

## Store Name:

## **Carry360**

## Platform:

## **Amazon**



# Carry360

Visit the Carry360 storefront

**100% positive** in the last 12 months (274 ratings)



**Under Sink Mat - Waterproof Kitc...**

USD 36.99

Add to Cart

## About Seller

Carry360 is committed to providing each customer with the highest standard of customer service.

**Have a question for Carry360?**

Ask a question

Customer Service Phone: 1-501-358-9204

## Detailed Seller Information

**Business Name:** Binqiang Wu
**Business Address:**

坂田街道神州承运大厦2楼W2012
深圳市
龙岗区
广东省
518000
CN

## Feedback

4.9 out of 5

12 months

274 ratings

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

274 total feedbacks in 12 months

"Disappointed in thickness of items. Quality is mediocre but price is very fair."

By Noel B Shepherd on July 20, 2023.

"Great price and fast shipping. Very reliable seller. A++."

By RonKN on July 20, 2023.

"I am truly grateful for the product and it's very convenient and useful. Well constructed and thank you for shipping it the color is perfect and I love it and I..."
Read more

By Mildred Bethea on July 19, 2023.

"Everything was delivered on time"

By phargrov on July 19, 2023.

"As described, arrived quickly."

By D. M. Castor on July 18, 2023.

Previous Next



Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



Roll over image to zoom in

## Under Sink Mat - 34" x 22" Waterproof Kitchen Cabinet Mat - Flexible Silicone Under Sink Liner with Drain Hole - Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills (Black)

Visit the Carry360 Store

4.7 | 735 ratings

$38.99

FREE Returns

Coupon: Apply 15% coupon  Shop items › | Terms

Save 6% on 2 select item(s) Terms

Get $50 off instantly: Pay $0.00 $38.99 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Black**

   

Size: **34" x 22"**

| 28" x 22" | 34" x 22" |
|-----------|-----------|

| Brand | Carry360 |
|-------|----------|
| Color | Black |
| Material | Silicone |
| Product Dimensions | 22"L x 34"W |
| Special Feature | Waterproof |

˅ See more

### About this item

- 🔥 【Fit 36" Cabinets】 Carry360 under sink mat is designed for standard 36" kitchen and bathroom cabinets,the size is 34"x22" with 0.67" hight mat edge to hold more than 2 gallon leaking liquid, helping you easily solve the problem of cabinets leaks.

- 🔥 【Protect Your Cabinets】 Mat for under sink with soft and flat surface,easy to wipe up any spills,fully waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and healthy.

- 🔥 【Flexible Silicone & Drain Hole Design】 Our under sink waterproof mat is made of high-quality soft silicone,which can be folded into the cabinet,easy to open and fit your cabinet perfectly,not easy to deform,warp or

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |

**Buy new:**
$38.99

FREE Returns

FREE delivery **Wednesday, July 26**

Or fastest delivery **Tomorrow, July 22**. Order within **6 hrs 55 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Carry360 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

**Save with Used - Like New**
$33.56

FREE delivery: **Wednesday, July 26**

Ships from: Amazon
Sold by: Amazon Warehouse

[ Add to List ]

New & Used (3) from $33.56 & **FREE Shipping**.







## Checkout (1 item)



**1 Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904

Add delivery instructions

 Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

MasterCard ending in 1926

Billing address: Same as shipping address.

Change

∧ Add a gift card or promotion code or voucher

| Enter code | | Apply |

∨ Apply Capital One Rewards **$293.53 (293.53 points)** available

---

**3 Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 3 hours and 20 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat - Waterproof Kitchen Cabinet Tray - 34" x 22" Flexible Silicone Under Sink Liner with Drain Hole - Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills

~~$25.99~~ **$20.79**

Exclusive Prime price

✓**prime** & FREE Returns ∨

Qty: 1 ∨

Sold by: Carry360

**$5.20 discount applied** ∨

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery

🌱 Fewer boxes, fewer trips. ∨
Some orders may arrive a day early.

Change delivery day

**Or choose your pickup location:**

🅰 Pickup available nearby
Choose a location

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

---

Place your order

**Order total: $22.25**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$5.20 |
| Total before tax: | $20.79 |
| Estimated tax to be collected: | $1.46 |
| **Order total:** | **$22.25** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

23-CV-23380-RNS

# Defendant No.:

## 2

## Store Name:

## **WOH BAY**

## Platform:

## **Amazon**

## WOH BAY

Visit the WOH BAY storefront

**100% positive** in the last 12 months (97 ratings)



Under Sink Mats, Waterproof, 34...

USD **27**⁹⁹

Add to Cart

## About Seller

WOH BAY is committed to providing each customer with the highest standard of customer service.

**Have a question for WOH BAY?**

Ask a question

## Detailed Seller Information

**Business Name:** shenzhenshimagenasikejiyouxianggongsi
**Business Address:**
凤凰街道东坑社区长丰工业园第27栋303
深圳市
光明区
广东省
518107
CN

## Feedback

4.9 out of  5                    12 months
97 ratings

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

97 total feedbacks in 12 months

"The griddle mat fits perfectly on my Blackstone. Looking forward to it keeping debris / bugs off of the cooktop. "

By Davin Woodliff on July 18, 2023.

"I had to cut it down to fit under my bathroom sinks. But it serves the purpose that I wanted it for. "

By JD on July 18, 2023.

"It fit under my kitchen sink perfectly. "

By JD on July 18, 2023.

"Just received it and have not used it on my new sink as yet. it lookslike the material is of good quality "

By K.A.S. on July 17, 2023.

"Fast delivery. Thanks "

By Amazon Customer on July 16, 2023.

Previous Next



Deliver to
Daytona B... 32118    Home & Kitchen ⌄    Search Amazon    EN ⌄    Hello, sign in
Account & Lists ⌄    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ⌄    Music    Today's Deals    New Releases    Books    Shop Black-owned businesses

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof, Silicone Under Sink Liner Can Accumulate 3 Gallons of Liquid, Diamond, 34"×22", Gray    **$33.99** ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



## Under Sink Mats, Waterproof, 34" X 22" Or Smaller Cut to Fit Under Sink Drip Tray for Kitchen Bathroom Cabinets, Silicone Liner Hold Up to 3.3 Gallons Liquid - Grey

Visit the Wohbay Store
4.6 ⭐ 378 ratings

  

Roll over image to zoom in

**-20%** $27.99
List Price: $34.99 ⓘ

FREE Returns

Coupon: 💰    Apply $5 coupon    Shop items › | Terms

Get $50 off instantly: Pay $0.00 $27.99 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: Gray

| ▮ $32.99 | ▮ $27.99 | ▮ $32.99 |
| ▮ $32.99 | | |

Size: **Large**

| Brand | Wohbay |
|---|---|
| Color | Gray |
| Material | Silicone Rubber |
| Size | Large |
| Product Dimensions | 22"D x 34"W x 15"H |

### About this item

- **One fits more:** Designed by Wohbay, the sink mat measures 34" * 22" and is compatible with standard 36" wide sinks, and can be cut along the height increase line to 30" or 28" wide and trimmed to 20" or 15" deep

- **Easy to Clean:** Wohbay sink mat is made of high quality silicone, soft and non-deformable, environmentally friendly, non-toxic, long life, and can be easily washed with water.

- **Keep Things Tidy:** Based on the sink mat, you can make the interior of the sink into a huge, neat storage space, while avoiding liquid leakage, stains and other problems. Suitable for kitchen, bathroom.

- **Under Sink Drip Tray:** Designed with raised edges and waterproof silicone material to prevent dripping pipes from causing moisture problems, it can hold up to 3.3 gallons of liquid and keep cabinets dry and tidy.

- **What You Get:** Under sink mat *1,our worry-free 12-month warranty, and friendly customer service.



**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

Buy new:
$27.99

FREE Returns

**FREE delivery Wednesday, July 26**

Or fastest delivery **Tomorrow, July 22**. Order within **6 hrs 24 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | WOH BAY |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns



**Save with Used - Like New**
$24.07

FREE delivery: **Wednesday, July 26** on orders over $25.00 shipped by Amazon.

Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $24.07 FREE Shipping on

**Customer ratings by feature**

| | |
|---|---|
| Easy to assemble | 4.9 |
| Easy to clean | 4.9 |
| Durability | 4.7 |
| Sturdiness | 4.6 |

See all reviews



orders over $25.00 shipped by Amazon.

Have one to sell?

Sell on Amazon

Under Sink Mat, for Kitchen
Cabinet Waterproof,...

$33.99  ✓prime

Sponsored

Sponsored

## Frequently bought together

  +  

Total price: $33.96

Add both to Cart

These items are shipped from and sold by different sellers.  Show details

**This item:** Under Sink Mats, Waterproof, 34" X 22" Or Smaller Cut to Fit Under Sink Drip Tray f...
$27.99

Stardrops - The Pink Stuff - The Miracle All Purpose Cleaning Paste
$5.97 ($0.34/Ounce)

## 4 stars and above

Page 1 of 67

Sponsored ⓘ











| Under Sink Mats for Kitchen Waterproof,34" X 22" Silicone Under Sink Mat for Bottom... | Under Sink Mat Silicone: Under Sink Mats for Kitchen Waterproof 34" x 22", Under Si... | Under Sink Mat, YINGEVB Under Sink Mats for Kitchen Waterproof, 34" X 22"... | Under Sink Mat, 34"x22" Silicone Under Sink Mats for Kitchen Waterproof, Cabinet Dr... | Under Sink Mat, 28" x 22" Silicone Kitchen Cabinet Tray, Waterproof & Flexible Unde... | Jacoo 31" x Wate Cabir |
|---|---|---|---|---|---|
| 57 | 124 | 76 | 231 | 392 | |
| $19.99 | $24.96 | $19.99 | $21.89 | $28.88 | $27 |
| | Save 10%  with coupon | Save 5%  with coupon | | Save 20%  with coupon | Save |

## Products related to this item

Sponsored ⓘ









## Checkout (1 item)



**1 Shipping address**

Felipe Rubio - Rubio & Assoc.
8950 SW 74TH CT STE 1804
MIAMI, FL 33156-3177
Add delivery instructions

**Change**

(a) Or pick up near this address - See nearby pickup locations

**2 Payment method**

MasterCard ending in 1926

**Change**

Billing address: Jhon Doe, 3503 DAY AVE, MI...

^ Add a gift card or promotion code or voucher

| Enter code | Apply |

v Apply Capital One Rewards **$293.53** (293.53 points) available

---

**3 Review items and shipping**

| Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day. |

**Delivery: Sept. 18, 2023** If you order in the next 13 hours and 33 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mats, Waterproof, 34" X 22" Or Smaller Cut to Fit Under Sink Drip Tray for Kitchen Bathroom Cabinets, Silicone Liner Hold Up to 3.3 Gallons Liquid - Grey**
$22.39 ✓prime
& FREE Returns v

Qty: 1 v

Sold by: WOH BAY

🎁 Add gift options

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging**.

Ship in Amazon packaging

S Best price

**Choose your Prime delivery option:**

○ **Today & Overnight**
$2.99 - Fastest Delivery

| Today 2 PM - 6 PM | Today 5 PM - 10 PM |

v See more delivery slots

● **Monday, Sept. 18**
FREE Prime Delivery

○ **Tuesday, Sept. 19**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
(a) **Pickup available nearby**
Choose a location

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.39 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.39 |
| Estimated tax to be collected: | $1.57 |
| **Order total:** | **$23.96** |

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

**Place your order**    **Order total: $23.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **3**

# Store Name:

# **XUFEIJIDIAN**

# Platform:

# **Amazon**



## XUFEIJIDIAN

Visit the XUFEIJIDIAN storefront

**100% positive** lifetime (7 total ratings)

**Under Sink Mat, Kitchen Waterpr...**
USD 20⁹⁹

Add to Cart

Subtotal
**$19.99**



## About Seller

XUFEIJIDIAN is committed to providing each customer with the highest standard of customer service.

**Have a question for XUFEIJIDIAN?**

Ask a question

## Detailed Seller Information

**Business Name:** XuFei Zhang
**Business Address:**
平阳路1号金茂大厦A座24层A户
太原市
小店区
山西省
030000
CN

## Feedback

4.7 out of 5        Lifetime

7 ratings

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 29% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**FILTER BY**

All stars

7 total feedbacks in Lifetime

"Fit perfectly flexible silicone material is great."
By Lif on July 21, 2023.

"Perfect,fits great,makes a difference!"
By Joseph on March 29, 2023.

"other than the battery compartment being difficult to open I am pleased with product"
By Duane Brown on March 28, 2023.

"Grandson really enjoyed playing with the xylophone"
By dbcooper on March 5, 2023.

"Excited for my nephew to play with this toy."
By Karen Allen on December 24, 2022.

Previous  Next

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Shipping Policies ⌄

## Other Policies ⌄

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0    Subtotal
$0.00

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock deals

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in



Sponsored

## Under Sink Mat, Kitchen Waterproof Cabinet Liner 34" x 22" Flexible Silicone Under Sink Liner, Sink Mats for Bottom of Kitchen Sink Liner Drip Tray with Drain Hole, Kitchen Bathroom Cabinet Mat

Visit the Heuanpte Store

4.8    19 ratings

$20⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

Coupon: ⬛    Apply 10% coupon    Shop items › | Terms

Get $60 off instantly: Pay $0.00 ~~$20.99~~ upon approval for the Amazon Store Card. No annual fee.

Extra Savings    Promotion Available    1 Applicable Promotion

| Brand | Heuanpte |
| --- | --- |
| Product Dimensions | 8.66"D x 13.39"W x 0.39"H |
| Finish Type | Brushed |
| Shape | Hexagonal |
| Product Care Instructions | Wipe with Damp Cloth |

## About this item

- ❤️ 【High Quality Under Sink Mat】 Heuanpte under sink mat made of high quality durable silicone material, waterproof and oil resistant,durable and pliable, very easy to roll up and fold, It can better protect your cabinets from corrosion caused by water, liquid leaks and pipeline leak.

- ❤️ 【Kitchen Mat Size】 34'' x 22'' under sink waterproof mat suitable for 36" cabinet and bathroom cabinet（we recommend you confirm the size of your cabinet interior before purchase）The lip around the perimeter is high enough to stop water, but not too high as to obstruct getting items in and out.

- ❤️ 【Special Pattern Design】 The unique hexagonal pattern adds sense of design while helping you drain faster. Also the downward patented drain design allows you to easily drain leaks without taking out under the sink mat.Smooth surface helps stable placement and easier to clean than textured mats.

- ❤️ 【Easy to Install & Clean】 Soft silicone Under Sink liner easily folds to fit into cabinets or bathroom sink and quickly cleaning, if the water pipe leaks or the cleaning solution leaks, just wipe it with a wet cloth or rinse it with water. Keep your cabinet dry & clean.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

$20⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

**FREE delivery Sunday, July 30** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 26**. Order within 7 hrs 52 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    XUFEIJIDIAN
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

New (2) from $20⁹⁹ FREE Shipping on orders over $25.00 shipped by Amazon.

### Other Sellers on Amazon

$26.99    Add to Cart
& FREE Shipping
Sold by: XUFEIJIDIAN

Have one to sell?











Subtotal
**$0.00**

Optish Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Flexible S...
31
$22.99

Under Sink Mat - 34" x 22" Waterproof Kitchen Cabinet Mat - Flexible Silicone Under...
756
Limited time deal
$29.99
List: $38.99 (23% off)

Sdpeia Waterproof Under Sink Mat and Protectors Flexible Cabinet Liner for...
311
$29.99
Save 15% with coupon

Under Sink Mats for Kitchen Waterproof,34" X 22" Silicone Under Sink Mat for Bottom...
60
$19.99
Save $3.00 with coupon

Under Sink Mat S Under Sink Mats Kitchen Waterpro x 22", Under Si...
126
$24.99
Save 10% with coup

## Special offers and product promotions

- Clip this coupon to save 10% on this product when you buy from XUFEIJIDIAN. Here's how (restrictions apply)
- 多件优惠. Offered by XUFEIJIDIAN. Here's how (restrictions apply)

## Product Description









Deliver to
Daytona B... 32118    All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock deals



$60 instant gift card

**Get $60 off instantly** upon approval for the Amazon Store Card

| | |
|---|---|
| Current subtotal: | $40.98 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $19.02 |

Learn more

# Shopping Cart

Under Sink Mat, Kitchen Waterproof Cabinet Liner 34" x 22"

**$20.99**

In Stock
Eligible for FREE Shipping
& FREE Returns
☐ This is a gift Learn more

Save 10%
Clip Coupon

Qty: 1    Delete    Save for later

Compare with similar items    Share

RUGICI Under Sink Mat, Under Sink for Kitchen Bathroom Cabinets ... was removed from Shopping Cart.

Subtotal (1 item): **$20.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add **$4.01** of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$20.99**
☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought


Drymate Under Sink Mat, Waterproof...
10,769
$13.99
Add to Cart


Under Sink Organizer, Pull Out Cabinet...
835
$34.99
Add to Cart


Under Sink Mat Waterproof 28"x22"...
254
$25.98
Add to Cart


PELTEFLU Under Sink Mat, 34" x 22"...
109
$18.92
Add to Cart

# Products related to items in your cart

Sponsored

23-CV-23380-RNS

# Defendant No.:

# 4

# Store Name:

# SDPEIA STORE

# Platform:

# Amazon

# SDPEIA STORE

Visit the SDPEIA STORE storefront

**97% positive** in the last 12 months (39 ratings)



**Sdpeia Under Sink Mat for [34" x ...**

USD **19**99  (USD 3.84 / Sq Ft)

[ Add to Cart ]

## About Seller

SDPEIA STORE is committed to providing each customer with the highest standard of customer service.

**Have a question for SDPEIA STORE?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** Zhuhaisaidekuajingdianzishangwuyouxiangongsi

**Business Address:**

吉大石花西路193号

2栋2A4

珠海市

香洲区

广东省

519000

CN

## Feedback

4.9 out of 5

39 ratings

[ 12 months ]

| | | |
|---|---|---|
| 5 star | ▭ | 95% |
| 4 star | ▭ | 3% |
| 3 star | ▭ | 3% |
| 2 star | ▭ | 0% |
| 1 star | ▭ | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

39 total feedbacks in 12 months

" Love it, fit perfect under my sink "

By Amazon Customer on July 15, 2023.

" espectacular, durable, higienico, buena calidad. "

By Amazon Customer on July 12, 2023.

" Works great. "

By shannon beery on June 20, 2023.

" Light weight. Easy to use. "

By inky on June 20, 2023.

" Very nice mat for under the sink. It's light and easily movable. We just had some plumbing work done under the sink and it saved the day. "

By Donna Williams on June 19, 2023.

Previous Next

## Return & Refund Policies



PUILUO Under Sliding Cabinet Basket Organizer, 2 Tier Under Sink Organizers Black Under Sink
Storage for Bathroom Kitchen

⭐⭐⭐⭐½ 8,005      $21.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers          Sponsored



Roll over image to zoom in

VIDEOS

## Sdpeia Under Sink Mat, 34" x 22" Flexible Silicone Under Sink Liner with Drain Hole,Protector for Drips Leaks Spills,Kitchen Bathroom Pet Cabinet Mat (White)

Visit the Sdpeia Store

4.7    303 ratings

Deal

**-20%** $23.99

Typical price: $29.99 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $23.99 upon approval for the Amazon Store Card. No annual fee.

Color: White

    

Size: **34"x 22" (For 36" Kitchen Cabinets or Larger)**

| 28"x 22" (For 30" Kitchen Cabinets or Larger) |
| 31"x 22" (For 33" Kitchen Cabinets or Larger) |
| **34"x 22" (For 36" Kitchen Cabinets or Larger)** |

| Brand | Sdpeia |
|---|---|
| Color | White |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Waterproof |

⌄ See more

### Customer ratings by feature

| | |
|---|---|
| Easy to install | 4.9 |
| Value for money | 4.9 |
| Easy to clean | 4.9 |
| Durability | 4.9 |

See all reviews

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |

$23.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

**FREE delivery Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22**. Order within 3 hrs 40 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | SDPEIA STORE |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe **Change**<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions<br><br>🅐 Or pick up near this address - See nearby pickup locations |

---

| | | |
|---|---|---|
| **2** | **Payment method** | 💳 MasterCard ending in 1926 **Change**<br>Billing address: Same as shipping address.<br><br>∧ Add a gift card or promotion code or voucher<br>[ Enter code ]  [ Apply ]<br>∨ Apply Capital One Rewards $293.53 (293.53 points) available |

---

**3** **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 13 hours and 23 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat Waterproof Kitchen Sink Mats Sturdy Protectors 22"x34" for Bathroom Excellent Fit Easy to Clean (Green)
$23.99
& FREE Returns
[ Qty: 1 ]
Sold by: SDPEIA STORE
🎁 Add gift options

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging**.
[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**
○ **Today & Overnight**
$2.99 - Fastest Delivery

| Today<br>5 PM - 10 PM | Overnight<br>4 AM - 8 AM |
|---|---|

∨ See more delivery slots
◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery
○ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
🅐 Pickup available nearby
Choose a location

---

[ Place your order ]   **Order total: $25.67**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected: | $1.68 |
| **Order total:** | **$25.67** |

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# 5

## Store Name:

## Benice Official Store

## Platform:

## Amazon

## Benice Official Store

Visit the Benice Official Store storefront

**100% positive** in the last 12 months (96 ratings)



**Under Sink Mat, Under Sink Mats...**

USD 23⁷⁸

[ Add to Cart ]

## About Seller

We are specialized in making good quality Rugs. we are trying our best t offer best quality and service for you. Thanks for your purchase in our store. Have a nice day !

**Have a question for Benice Official Store?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** shenzhenshichuangguantiyuyongpinyouxiangongsi
**Business Address:**
光明街道
白花社区鹏亿发工业园A栋5楼
深圳市
光明新区
广东
518107
CN

## Feedback

4.9 out of 5

96 ratings

[ 12 months ]

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

96 total feedbacks in 12 months

"So far so good Love the way it looks and is perfect fit for my kitchen... soft and nice on the feet... "

By Luanie on July 20, 2023.

"came early and just what i wanted. "

By Dale K. on July 20, 2023.

". "

By Lorrie Ramm on July 19, 2023.

"Beautiful rug nice and fluffy looks so pretty I use it in my living room in front of sofa it matches perfect the rug is so nice "

By CAROL PE on July 19, 2023.

"No problems "

By poconotom on July 18, 2023.

Previous **Next**

7/22/23, 2:33 PM    Comeet Under Sink Waterproof Mat, 34" x 22" Sink Mats for Under of Kitchen Sink, Sink Cabinet Protector Mat with...

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 29 of 413



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

iSpring RCC7AK, NSF Certified 75 GPD, Alkaline 6-Stage Reverse Osmosis System, pH+ Remineralization RO Wat...    ★★★★½ 10,267    37% off    With Prime    $174.79 $279.00        Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Comeet Under Sink Waterproof Mat, 34" x 22" Sink Mats for Under of Kitchen Sink, Sink Cabinet Protector Mat with Drain Hole Easy to Clean

Visit the Comeet Store

4.8    ★★★★½    366 ratings

Amazon's Choice ⏐ in Under-Sink Organizers by Comeet

Deal

**-20%** $23.98

Typical price: $29.98 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
**FREE Returns**

Get **$60 off instantly:** Pay **$0.00** $23.98 upon approval for the Amazon Store Card. No annual fee.

Size: **34" x 22"**

Color: **Light Tan**

 $25.49     $23.78     $23.98

| Brand | Comeet |
|---|---|
| Color | Light Tan |
| Material | 100% Silicone |
| Product Dimensions | 34"L x 22"W |
| Recommended Uses For | under the sink mat waterproof, cabinet protectors for kitchen cabinets, Sink mat, ... |

˅ See more

## About this item

- **【Protect Your Cabinets】** The under sink mat is made of silicone material that is waterproof and oil-resistant, making wiping up spills a breeze. Double thickness design is highly flexible and soft, the flexible and thick silicone keeps it from warping or curling like PVC tray and not easily deformed, The sink tray covers wide surfaces under the sink, protects the cabinet from damage caused by leaks, spills, stains, and scratches. It a good investment to protect your cabinets

- **【Fit 36" Cabinets】** The size of the under sink drip tray is 34" x 22", which is designed for standard 36" kitchen and bathroom cabinets. The kitchen mat with 1" height mat edge to hold more than 3 gallon leaking liquid, giving you more time to fix leaks

- **【Drain Hole Design】** The unique diamond-shaped drainage texture adds sense of design while helping you drain faster. Also the leaked water can be drained through

### Prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$23.98

Get **Fast, Free Shipping** with Amazon Prime
**FREE Returns**

**FREE delivery Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22.** Order within **2 hrs 12 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Benice Official Store
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Case 1:23-cv-23380-RNS   Document 1-3   Entered on FLSD Docket 10/17/2023   Page 30 of 413



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in    Returns    1    Subtotal
Account & Lists ▾    & Orders    $23.99

All  Clinic  Best Sellers  Customer Service  Amazon Basics  Prime ▾  Music  Today's Deals  New Releases    Up to 50% off overstock deals

Amazon Home  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home Improvement

iSpring RCC7AK, NSF Certified 75 GPD, Alkaline 6-Stage Reverse Osmosis System, pH+ Remineralization RO Wat...    ★★★★½ 10,267    37% off  With Prime    $174.79 $279.00


Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers





Roll over image to zoom in

## Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34" x 22" Flexible Silicone Under Sink Liner Drip Tray with Drain Hole, Sink Cabinet Protector Mats for Kitchen & Bathroom Grey

Visit the Comeet Store

4.8    366 ratings

Amazon's Choice ┃ in Under-Sink Organizers by C...

Deal

-15% $23.78

Typical price: $27.98 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

Get $60 off instantly: Pay $0.00 $23.78 upon approval for the Amazon Store Card. No annual fee.

Size: **34" x 22"**

Color: **Gray**

 $25.49     $23.78     $23.98

| Brand | Comeet |
|---|---|
| Color | Gray |
| Material | Silicone under sink mat |
| Product Dimensions | 12.59"L x 9.84"W |
| Special Feature | waterproof mat, Oil Proof, Durable, Foldable, Washable |

˅ See more

## About this item

- **【Premium Quality Under Sink Mat】** The under-sink mat is made of high-quality, durable silicone material that is waterproof and oil-resistant, making wiping up spills a breeze. Double thickness design is highly flexible and soft, easily bends and folds to access tighter areas. The flexible and thick silicone keeps it from warping or curling like PVC tray and not easily deformed, making it a good investment to protect your cabinets

- **【Fit 36" Cabinets】** The size of the under sink drip tray is 34" x 22", which is designed for standard 36" kitchen and bathroom cabinets. The silicone mat with 1" height mat edge to hold

### prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Delivery** | Pickup

$23.78

Get Fast, Free Shipping with Amazon Prime
FREE Returns

**FREE delivery Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22**. Order within **3 hrs 26 mins**

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Benice Official Store
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



# Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | |
|---|---|
| 2 | **Payment method** |

MasterCard ending in 1926                    Change

Billing address: Same as shipping address.

**∧ Add a gift card or promotion code or voucher**

Enter code        Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $26.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.89 |
| **Order total:** | **$28.87** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☑ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 3 hours and 6 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34" x 22" Flexible Silicone Under Sink Liner Drip Tray with Drain Hole, Sink Cabinet Protector Mats for Kitchen & Bathroom Black**
**$26.98**
Exclusive Prime price
& FREE Returns

Qty: 1

Sold by: Benice Official Store

🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🚚 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**

📍 **Pickup available nearby**
Choose a location

---

**Place your order**      **Order total: $28.87**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

23-CV-23380-RNS

# Defendant No.:

# **6**

# Store Name:

# **RUAPEHU**

# Platform:

# **Amazon**



# RUAPEHU

Visit the RUAPEHU storefront

**100% positive** in the last 12 months (53 ratings)



Under Sink Mat for Kitchen, 34"x...

USD 23⁵⁹

Add to Cart

Subtotal
**$25.49**



## About Seller

**RUAPEHU Co., Ltd. Quality First Service Priority is committed to providing customers with high quality products and excellent service. Product quality is one of our company's core values. We adopt the most advanced production process and technology, and we firmly believe that by continuously pursuing excellent quality standards and excellent customer service, we can win the trust and loyalty of our customers and achieve the long-term sustainable development of the company**

### Have a question for RUAPEHU?

Ask a question

## Detailed Seller Information

**Business Name:** kunmingbodaikejiyouxiangongsi
**Business Address:**
至道路14号12-5
南京市
江宁区
江苏
210000
CN

## Feedback

4.9 out of  5

53 ratings

| 12 months |

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

#### Share your thoughts with other customers

Leave seller feedback

### FILTER BY

All stars

53 total feedbacks in 12 months

"Item arrived on time and in good condition "
By Brian Canter on July 13, 2023.

"Easy to install and makes clean up easier. "
By Jeannie W. on July 12, 2023.

"Thanks "
By Steph Neeper on July 10, 2023.

"Just what I was looking for "
By Karen E Wong on July 10, 2023.

"Love my mats. It gave my kitchen a finished look.. MUST HAVES.. "
By Angie on July 9, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Shipping Policies



Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black    ★★★★☆ 355    $17.99  ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in



VIDEOS

## Under Sink Mat for Kitchen, 34"x22" Silicone Waterproof Under Sink Shelf Liner, Flexible Sink Cabinet Organizer Tray, Hold up to 3.3 Gallons Liquid, Sink Protector Tray with Drain Hole Easy to Clean

Visit the RUAPEHU Store

4.8    269 ratings

-16% $23.59

List Price: $27.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

Coupon: ⌛ Apply $2 coupon    Shop items › | Terms

Save 5% on 2 select item(s)    Terms

Get $50 off instantly: Pay $0.00 $23.59 upon approval for Amazon Visa. No annual fee.

Color: **Grey-1**

Size: **34x22**

- Cabinets Applicable Size: Under sink mat size: 34" x 22" x 0.8", fits standard 36"kitchen, laundry room, toilet and bathroom Under sink cabinets, holds up 3.3 gallons of water, A great helper to help you with water leaks that cabinets, keep your cabinets clean and tidy
- **New Design**: Under sink liner height of the edge has been increased, that around this has a lip incase it leaks (overall quality of the product is thickened, and it is no longer soft on the market). Our edge height is 0.8 in. We also increased the drainage holes, just clean the water to the drain hole so that it is not necessary to take out the entire silicone waterproof under cabinet liner, no need to turn the edges outward either
- **High quality material**: Sink mat made supple High Quality silicone and waterproof oil resistant material, Under sink liner thickening Hexagonal surface texture increases friction, very easy to clean, just wipe with a damp cloth or cleaning brush and rinse with water, sink mat can prevent damage caused by water leakage or scratches and avoid high maintenance costs
- **Suitable scenarios**: This waterproof cabinet mat is not only suitable for kitchen under sink cabinet mat, also true for bathrooms, Laundry room, toilets, utility rooms. The Cabinet Liner is the gift ideal choice





# HIGHLGHT  DESIGN

Made of 100% food grade liquid silicone,which is safe.durable,flexible and heat-resistant.

0.8 inch

22inch

34inch

**Under Sink Mat**

**Easy water flow down**

## Checkout (1 item)

**1    Shipping address**    Change

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

**2    Payment method**    Change

MasterCard ending in 1926

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | | Apply |

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3    Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 16, 2023** If you order in the next 9 hours and 27 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat for Kitchen, 34"x22" Silicone Waterproof Under Sink Shelf Liner, Flexible Sink Cabinet Organizer Tray, Hold up to 3.3 Gallons Liquid, Sink Protector Tray with Drain Hole Easy to Clean

~~$22.99~~ $16.09 ✓prime
& FREE Returns ∨

Qty: 1 ∨
Sold by: RUAPEHU
$6.90 discount applied ∨

🎁 Add gift options

Choose your Prime delivery option:

◯ **Overnight & Tomorrow**
$2.99 - Fastest Delivery

| Overnight 4 AM - 8 AM | Overnight 7 AM - 11 AM |

∨ See more delivery slots

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

◯ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Or choose your pickup location:
📍 Pickup available nearby
Choose a location

---

### Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$6.90 |
| Total before tax: | $16.09 |
| Estimated tax to be collected: | $1.13 |

**Order total:**    **$17.22**

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

**Order total: $17.22**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# **7**

# Store Name:

# **XIANNIAO01**

# Platform:

# **Amazon**

# XIANNIAO01



**Under Sink Mat, 34" x 22" Silicon...**

USD 26⁹⁹  (USD 5.20 / Sq Ft)

Visit the XIANNIAO01 storefront

**98% positive** in the last 12 months (64 ratings)

Add to Cart

## About Seller

XIANNIAO01 is committed to providing each customer with the highest standard of customer service.

**Have a question for XIANNIAO01?**

Ask a question

## Detailed Seller Information

**Business Name:** shanxixianniaodianzishangwuyouxiangongsi
**Business Address:**
许坦东街170号锦东国际A座17层1707号
太原市
小店区
山西省
030000
CN

## Feedback

4.9 out of  5

12 months

64 ratings

**FILTER BY**

All stars

64 total feedbacks in 12 months

| | |
|---|---|
| 5 star | 94% |
| 4 star | 5% |
| 3 star | 2% |
| 2 star | 0% |
| 1 star | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"I used this in a cabinet that has cleaning products- works very well. I highly recommend this product. "

By Nan on July 20, 2023.

"Item as described. I really like that it has a cup holder it gives me a safe place to sit my drink while watching tv. Also that it is easy to clean "

By deb t on July 19, 2023.

"I like the product, however it stopped working after being purchased less than a year ago "

By TB on July 9, 2023.

"Just what I needed to protect my granite countertop! Very light weight... "

By TRUDY ONG on July 7, 2023.

"Excellent transaction. Everything good. "

By Tommy P. on July 2, 2023.

Previous Next



7/22/23, 9:59 AM Under Sink Mat, 34" x 22" Silicone Under Sink Liner, Waterproof Shelf Liner with Drain Hole, Kitchen Bathroom Cabi...

Deliver to
Daytona B... 32118 | Home & Kitchen ▼ | Search Amazon

EN ▼ | Hello, sign in Account & Lists ▼ | Returns & Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▼ | Music | Today's Deals | New Releases | Books | Save on top college essentials

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

 **ELKAY** Shop Quality Kitchen Sinks $273.11 ✓prime 

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



Roll over image to zoom in

VIDEOS

### Under Sink Mat, 34" x 22" Silicone Under Sink Liner, Waterproof Shelf Liner with Drain Hole, Kitchen Bathroom Cabinet Mat, Protect Tray for Drips Leaks Spills | (Grey)

Visit the Aisslro Store

4.7 | 638 ratings

-10% **$26.99** ($5.20 / Sq Ft)

Typical price: $29.99 ⓘ

FREE Returns

Coupon: ⏳ Apply 20% coupon Shop items › | Terms

Get $50 off instantly: Pay $0.00 $26.99 upon approval for Amazon Visa. No annual fee.

**Size: 34" x 22"**

| 28" x 22" | 34" x 22" |

**Color: Gray**

  

| Brand | Aisslro |
|---|---|
| Color | Gray |
| Material | Polyethylene Terephthalate (PET) |
| Product Dimensions | 22"L x 34"W |
| Special Feature | Leak Proof |

˅ See more

### About this item

- Form Fitted Design For 36'' Cabinets - Under sink mat designed for mostly 36" kitchen and bathroom cabinets. (Product Size: 34" x 22" x 0.67") Please CHECK for plumbing coming through the bottom of your cabinet before purchasing.

- Raised Design - Raise the edge of the under sink mat to 0.67 inches, can hold up to 2 gallons of water. The surrounding dikes are high enough to stop the water from spreading, it will give you more time to deal with leaks.

- Cabinets Protecter - Protects cabinets from damage caused by plumbing leaks, chemical & product spills, stains, scratches. It can save you hundreds of dollars in cabinet repair costs.

- Easy to Clean - Leaked water can be drained through special drainage holes, making drainage very easy. After wiping with a rag, the pads are clean and dry again. Your cabinets leave no traces like they haven't experienced a water leak.

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |

$26.99 ($5.20 / Sq Ft)

FREE Returns

**FREE delivery Thursday, July 27**

Or fastest delivery **Tomorrow, July 23**. Order within **5 hrs 56 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | XIANNIAO01 |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon

 **EL**

Shop Qu Sinks

Sponsored



## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** |  MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $2.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.68 |
| **Order total:** | **$28.66** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

3 **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Today 5 PM - 10 PM**
Items shipped from Amazon.com

 Under Sink Mat, 34" x 22" Silicone Under Sink Liner, Waterproof Shelf Liner with Drain Hole, Kitchen Bathroom Cabinet Mat, Protect Tray for Drips Leaks Spills | (Grey)
**$23.99**
& FREE Returns
Qty: 1
Sold by: XIANNIAO01
Add gift options

Choose your Prime delivery option:
🔵 **Today & Overnight**
$2.99 - Fastest Delivery

| Today<br>5 PM - 10 PM | Overnight<br>4 AM - 8 AM |

∨ See more delivery slots

○ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

Or choose your pickup location:
📍 Pickup available nearby
Choose a location

---

**Place your order**    **Order total: $28.66**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# 8

# Store Name:

# Optish

# Platform:

# Amazon

# Optish

Visit the Optish storefront

**100% positive** in the last 12 months (192 ratings)



**Optish Under Sink Mat, 34" x 22"…**

USD 23⁹⁹

[ Add to Cart ]

## About Seller

Optish is committed to providing each customer with the highest standard of customer service.

**Have a question for Optish?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** ZhangJiaGangFengNiaoDianZiShangWuYouXianGongSi
**Business Address:**
杨舍镇吾悦商业广场13幢B2008室
苏州
张家港市
江苏
215600
CN

## Feedback

5 out of 5     [ 12 months ]
192 ratings

| | | |
|---|---|---|
| 5 star | | 95% |
| 4 star | | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

192 total feedbacks in 12 months

"Works just fine "

By Kyndal on July 21, 2023.

"Just arrived, came really fast. I'm looking forward to using it! "

By Kindle Customer on July 20, 2023.

"It works great and was very reasonably priced. "

By M. Feld on July 20, 2023.

"Razorous as a gift she really likes to read "

By Rd Runer51 on July 20, 2023.

"~~Very cute but even with cleaning tub prior and not using for 24 hrs half did not stay stuck for more than a day when using tub~~ "

By Kami J. Winchell on July 19, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

7/23/23, 9:03 AM    Amazon.com: Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Flexible Silicone Undersink Mats for Bottom of Bo...

Case 1:23-cv-23380-RNS    Document 12-3    Entered on FLSD Docket 10/17/2023    Page 45 of 413

Deliver to
Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon

EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | 🛒 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▾ | Music | Today's Deals | New Releases | Books    Save on top college essentials

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kictchen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black    ⭐⭐⭐⭐ 356    $17.99 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Optish Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Flexible Silicone Undersink Mats for Bottom of Kitchen, Sink Under Sink Tray and Protector for Drips Leaks Spills(Grey)

Brand: Optish
4.6    29 ratings

Amazon's Choice ⌄ in Under-Sink Organizers by Optish

-17% $23.99
List Price: $28.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Coupon: ⬤ Apply 10% coupon   Shop items › | Terms

Save 5% on 4 select item(s)   Shop items ›

Get $60 off instantly: Pay $0.00 $23.99 upon approval for the Amazon Store Card. No annual fee.

Extra Savings  Buy 3, save 4%  2 Applicable Promotion(s)

Color: Gray

 

Size: 34" x 22"

28" x 22" | 34" x 22"

- 【Fits most Cabinets】 The size of our under the sink mat is 34" x 22", fit for most 36 inch kitchen and bathroom cabinets. Made of soft silicone material, not easy to deform,warp or curl, easy to fold, can easily fit into kitchen and bathroom cabinets
- 【Waterdpoor & Easy to Clean】 Waterproof silicone material can avoid the risk of your cabinets being corrode liquid leaks, if the water pipe or the cleaner leaks, you just need to wipe it with a cloth or rinse it with water
- 【No More Worrying about Cabinet Leaks】 The height of the under sink mats is 1 inch, which can hold 3.3 gallons of water, helping you easily solve the problem of cabinets leaks; Stiffener Design Supported to hold more water without deforming
- 【Multi-Functional】 The waterproof under kitchen sink mat is not only suitable for kitchen cabinets, bathroom cabinets, but also suitable for pet feeding mats, craft mats, work mat or any other occasions.The included sink faucet mat has automatic drainage, can avoid dripping all over the counter and making a mess while doing dishes
- 【No Reason Return Service】 We support no reason to return and refund, if you are not 100% satisfied with our under sink mat, we will make a full refund for you



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$23.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Thursday, July 27** on orders shipped by Amazon over $25

Or fastest delivery **Monday, July 24.** Order within **9 hrs 36 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Optish
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon





## Checkout (1 item)

| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

### 3 Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select **FREE Amazon Day Delivery** to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 2 hours and 58 minutes (Details)

Items shipped from Amazon.com



**Optish Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Flexible Silicone Under Sink Liner, Sink Mats for Bottom of Kitchen, Under Sink Tray to Prevent Drips, Leaks and Spills**

**$22.99**
Exclusive Prime price
& FREE Returns

[ Qty: 1 ]

Sold by: Optish

[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**

● **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🍃 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
🅰 **Pickup available nearby**
Choose a location

---

[ Place your order ]

**Order total: $24.60**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# **9**

## Store Name:

## **ANNApaint**

## Platform:

## **Amazon**

## ANNApaint

Visit the ANNApaint storefront

**94% positive** in the last 12 months (16 ratings)



**Under Sink Mats for Kitchen Wat…**

USD22⁹⁸

Add to Cart

### About Seller

ANNApaint is committed to providing each customer with the highest standard of customer service.

Have a question for ANNApaint?

Ask a question

### Detailed Seller Information

**Business Name:** 合肥有只鱼贸易有限公司
**Business Address:**
森景大道6号紫兰园小区1幢1103室
合肥市
庐阳区
安徽省
230000
CN

### Feedback

4.8 out of 5         | 12 months |

16 ratings

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 6% |

˅ Learn more about how seller feedback works on Amazon

#### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

| All stars |

16 total feedbacks in 12 months

" Nice "

By Rosangela on July 18, 2023.

" Paint pots 5, 7, 10, 13, 14, 18 dried up; need replacements. "

By Deborah J. on July 7, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" Llego rápido, es igual a la descripción, excelente producto "

By Vanessa Rodríguez on July 6, 2023.

" Received the wrong item, ordered framed, received unframed "

By Lu Mitchell on June 29, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" A birthday card folded up and creased. Should not send cards to be folded in a oversized envelope! Disappointed!! "

By cheri Hinkle on June 20, 2023.

7/23/23, 2:34 PM    Amazon.com: Under Sink Mats for Kitchen Waterproof, 34" x 22" Undersink mat with Unique Drain Hole, Silicone Under Sink Lin...

Case 1:23-cv-23380-RNS    Document 12-3    Entered on FLSD Docket 10/17/2023    Page 50 of 413

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

BLUE GINKGO Sink Splash Guard - (Upgraded Design) Premium Silicone Water Splash Guard for Sink | Kitchen Island Sink Backsplash Guard (18.9 x 2.9 Inch) Dark Gray    ★★★★☆ 462    $25.99 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

## Under Sink Mats for Kitchen Waterproof, 34" x 22" Undersink mat with Unique Drain Hole, Silicone Under Sink Liner Drip Tray for Bathroom, Holds up to 3.3 Gallons Liquid

Brand: PinkFrame
4.8    41 ratings

Amazon's Choice ▸ in Under-Sink Organizers by PinkFrame

-12% $22.98
Typical price: $25.98 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Coupon: 🏷️    Apply 5% coupon    Shop items › | Terms

Get $60 off instantly: Pay $0.00 $22.98 upon approval for the Amazon Store Card. No annual fee.

- 【PROTECT YOUR CABINETS】 Our under sink waterproof mat is made of high-quality soft silicone, with a smooth surface that is waterproof and oil-resistant,easy to wipe up any spills. Fully waterproof material can better protect your cabinets from damage caused by leaks,spills,stains and scratches, keep your cabinets dry and clean.
- 【UNIQUE DESIGN】 The unique diamond-shaped designs can not only effectively prevent items from sliding and damaging inside the cabinet, but also improve the overall decoration of the cabinet, making it look stylish, durable, and non deformed over time.
- 【SUPER HIGH & THICK EDGE】 The size of the under kitchen sink mat is 34'' x 22'', weighs 2.93 pounds (fits standard 36" wide cabinets). Raise the edge to 1 inches,so the under sink drip tray can hold up to 3.3 gallons of water, effectively prevent liquid leaks and protect your cabinet from damage. Meanwhile, the 0.12 inch thickened edge makes the mat less likely to bend or be torn up by pets, giving you a long-lasting and durable pet bowl mat.
- 【FLEXIBLE & EASY STORAGE】 The silicone undersink mat is soft, flexible and can be folded or rolled up to save your space. The drain hole design for quick drainage without moving the mat, always keep the mat clean and dry, which can prolong the service life of the mat. The linear textures are simple and elegant, while preventing random movement away items.
- 【Multi-FUNCTIONAL】 The waterproof under kitchen sink mat is not only suitable for kitchen cabinets, bathroom cabinets, but also suitable for pet, craft, and any more occasions to prevent messes and spills! Just a thoughtful and practical gift for housewarming, weddings and so on! If there is any problem with the kitchen under sink mat,please feel free to contact us.

Customer ratings by feature



Roll over image to zoom in



prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$22.98

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Thursday, July 27** on orders shipped by Amazon over $25

Or fastest delivery **Monday, July 24**. Order within **9 hrs 3 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    ANNApaint
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



## Checkout (1 item)



| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

🔶 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code    [Apply]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $26.99 |
| Estimated tax to be collected: | $1.89 |
| **Order total:** | **$28.88** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

### 3  Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 13 hours and 12 minutes (Details)

Items shipped from Amazon.com



**Under Sink Mat,34" x 22" Under Sink Mats for Kitchen Waterproof, Silicone Under Sink Liner Drip Tray for Bathroom Cabinet,Holds up to 3.3 Gallons Liquid(Black)**
$26.99
& FREE Returns
Qty: 1
Sold by: ANNApaint
[🎁 Add gift options]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[Ship in Amazon packaging]

**Choose your Prime delivery option:**

🔘 **Sunday, Sept. 17**
FREE Prime Delivery

⚪ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌿 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**

🔶 **Pickup available nearby**
Choose a location

---

[Place your order]    **Order total: $28.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# **10**

## Store Name:

# **Xiamen Meixinlai Import and Export Trading Co., LT**

## Platform:

# **Amazon**

# Xiamen Meixinlai Import and Export Trading Co., LT

Visit the Xiamen Meixinlai Import and Export Trading Co., LT storefront

**100% positive** in the last 12 months (12 ratings)



**Under Sink Mat, 34" x 22" Under ...**

USD 19⁹⁹

USD $19^{99}$

Add to Cart

## About Seller

Xiamen Meixinlai Import and Export Trading Co., LT is committed to providing each customer with the highest standard of customer service.

Have a question for Xiamen Meixinlai Import and Export Trading Co., LT?

Ask a question

## Detailed Seller Information

**Business Name:** Xiamen Meixinlai Import and Export Trading Co., LT
**Business Address:**
  仙岳路4670号
  2015单元
  厦门
  湖里区
  福建
  361006
  CN

## Feedback

5 out of 5

12 months

12 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

12 total feedbacks in 12 months

"Fits perfectly"
By Mary on July 18, 2023.

"Fits perfect"
By Sally DAmore on July 11, 2023.

"Excellent product and very user friendly"
By Malick Gaye on July 9, 2023.

"Looks awesome and will do the job needed"
By Jacqueline Bowens on July 8, 2023.

"Perfect fit"
By Greg s. on July 8, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

7/23/23, 3:43 PM    Amazon.com: Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Under Sink Shelf Liner with Drain Hole, Flexible...

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 55 of 413

Deliver to
Daytona B... 32118

Home & Kitchen ▼    Search Amazon

EN ▼    Hello, sign in
Account & Lists ▼    Returns & Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases    Books    Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Avaspot Double Sliding Cabinet Organizer Drawer, Under Sink Organizers and Storage 2 Tier Easy Access Slide Out Cabinet Organizer, Bathroom Organizer Under Sink Kitchen Organizers...    ★★★★½ 10,474    20% off    Deal    $21.59  $26.99  ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored




Roll over image to zoom in

VIDEOS

## Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Under Sink Shelf Liner with Drain Hole, Flexible Silicone Cabinet Protector Tray for Bottom of Kitchen & Bathroom Grey

Brand: shenee
4.9    24 ratings

Amazon's Choice ⌐ in Under-Sink Organizers by shenee

$19.99

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

Size: **34"x22"**

Color: **Gray**

 $19.99     **$19.99**

| Brand | shenee |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 22"L x 34"W |
| Special Feature | Waterproof, Heat Resistant |

˅ See more

### About this item

- 【Fit 36" Cabinets】 Under sink mat fits standard 36" kitchen and bathroom cabinets, product size 34"x22" with 0.67" hight raised edge to hold 2 gallons of water, help you to solve the cabinets leaks problem.
- 【Well Organized】 Large storage tray that you can put any bottles or other tools on it. Protects your cabinets from damage caused by plumbing leaks, chemical spills, liquid drip leaks, stains, scratches and so on, keeps your cabinets clean and dry.
- 【Easy to Clean】 - Made of 100% premium silicone, safe, durable, flexible and heat-resistant. Waterproof and oil resistant smooth surface is easy to wipe and no marks remain.
- 【Keep Dry & Drain Hole Design】 Unique drain hole for quick drainage without moving mat. Mat for under sink ensure your cabinets still look new after years of use, keep your space dry and healthy.
- 【Multi-functional】 Under the sink mat suitable for kitchen cabinets, bathroom, washroom counter, pet

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$19.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Monday, July 24**. Order within **6 hrs 36 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Xiamen Meixinlai Import and Export Trading Co., LT
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



# Checkout (1 item)

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$19.25** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**1    Shipping address**          Change

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

 Or pick up near this address · See nearby pickup locations

---

**2    Payment method**          Change

 MasterCard ending in 1926

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]    [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> **Thank you for choosing Amazon Day Delivery.**

**Delivery: Sept. 18, 2023**
Items shipped from Amazon.com

**Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Under Sink Shelf Liner with Drain Hole, Flexible Silicone Cabinet Protector Tray for Bottom of Kitchen & Bathroom Grey**
$17.99
& FREE Returns
Qty: 1
Sold by: Xiamen Meixinlai Import and Export Trading Co., LT

[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**
○ Tomorrow, Sept. 16
   FREE One-Day Delivery
● Monday, Sept. 18
   FREE Amazon Day Delivery
   🍃 Fewer boxes, fewer trips.
   Some orders may arrive a day early.
   Change delivery day

Or choose your pickup location:
 Pickup available nearby
Choose a location

---

[ Place your order ]    **Order total: $19.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

23-CV-23380-RNS

# Defendant No.:

# 11

# Store Name:

# M-Ber US

# Platform:

# Amazon

## M-Ber US

Visit the M-Ber US storefront

**100% positive** in the last 12 months (421 ratings)



**Puricon Under Sink Mat, 34" x 22...**

USD 19^99

Add to Cart

### About Seller

Welcome to M-ber storefront! We're a company that mainly focuses on people's daily needs for domesticity, including various organizers for the kitchen, fridge, pantry, under-sink shelves and mats, and other kitchen utensils. Trying to cover more needs of our lovely customers, we now have expanded our product categories to DIY toys and tools. We value your voice, please feel free to contact us with any questions. Subscribe and explore more about M-ber!

Have a question for M-Ber US?

Ask a question

### Detailed Seller Information

**Business Name:** KUN MING MAI BO DIAN ZI SHANG WU YOU XIAN GONG SI
**Business Address:**
东风西路96号6层615号
昆明
五华区
云南
650031
CN

### Feedback

4.9 out of 5

421 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

#### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

421 total feedbacks in 12 months

"It's a gift for my daughter."
By Amazon Customer on July 22, 2023.

"Product was as described and on time."
By Charles G. on July 22, 2023.

"Got what I ordered very quickly"
By Amazon Customer on July 22, 2023.

"Excellent product for water bottles storage in the refrigerator"
By CHAGO on July 22, 2023.

"It's very easy to assemble. I using this items for my skillet as organizer to visibly when I need to pick up the right one, now is very neat and organized. For... "
Read more
By Larisa on July 22, 2023.

Previous Next

Deliver to Daytona B... 32118 | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 | Subtotal $0.00

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime | Music | Today's Deals | New Releases | Save on school essentials

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improveme

Avaspot Double Sliding Cabinet Organizer Drawer, Under Sink Organizers and Storage 2 Tier Easy Access Slide Out Cabinet Organizer, Bathroom Organizer… 10,474 20% off Deal $21.59 $26.99 prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Roll over image to zoom in

VIDEOS

# Puricon Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Silicone Under Sink Liner Under Cabinet Rubber Mat Protector, Flexible Under Sink Drip Tray for 36" Bathroom Cabinet -Gray

Visit the Puricon Store

4.8 55 ratings

Amazon's Choice in Under-Sink Organizers by P…

-20% $19.99

List Price: ~~$24.99~~

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Save 5% on 2 select item(s) Shop items ›

Get $60 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Gray**

$23.99 | $19.99

Size: **34 x 22 in**

| | |
|---|---|
| **Brand** | Puricon |
| **Color** | Gray |
| **Material** | Silicone |
| **Product Dimensions** | 34"L x 22"W |
| **Special Feature** | Flexible |

See more

## About this item

- ✅ **[Fits 36 inch Cabinets]** Size is 34" L x 22" W x 0.7" H (86.4*55.9*1.8cm), fits for 36-inch cabinets. With 0.7" height raised edge and hold up to 2 gallons of water, providing you more time to deal with water leakage. Please measure your cabinet to ensure it will fit before ordering.
- ✅ **[Protect Your Cabinets]** The waterproof sink mat can protect your cabinet from damage caused by leaks, spills, and stains, save the maintenance cost of the cabinet and keep the cabinet dry and clean.
- ✅ **[Designed with a Drain Hole]** Drains water quickly without moving or taking out the mat,

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$19.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, July 25**. Order within 21 hrs 33 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | M-Ber US |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon





## Checkout (1 item)

| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $19.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$21.39** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

### 3  Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Delivery: Sept. 16, 2023** If you order in the next 13 hours and 7 minutes (Details)
Items shipped from Amazon.com



**Puricon Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Silicone Under Sink Liner Under Cabinet Rubber Mat Protector, Flexible Under Sink Drip Tray for 36" Bathroom Cabinet -Gray**
$19.99
& FREE Returns

Qty: 1

Sold by: M-Ber US

🎁 Add gift options

**Choose a delivery option:**

○ Today & Overnight
$2.99 - Fastest Delivery

| Today<br>5 PM - 10 PM | Overnight<br>4 AM - 8 AM |

⌄ See more delivery slots

● **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ Monday, Sept. 18
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

---

Place your order

**Order total: $21.39**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

23-CV-23380-RNS

# Defendant No.:

# 12

# Store Name:

# zeeyoocc

# Platform:

# Amazon

## zeeyoocc

Visit the zeeyoocc storefront

**100% positive** in the last 12 months (62 ratings)



**Under Sink Mat, Under Sink Mats...**

USD 24^98

Add to Cart

## About Seller

zeeyoocc is committed to providing each customer with the highest standard of customer service.

**Have a question for zeeyoocc?**

Ask a question

## Detailed Seller Information

**Business Name:** shenzhenshizeyouzhichengkejiyouxiangongsi
**Business Address:**
　南山街道荔湾社区前海路0369号
　诺德假日花园9号楼A1103
　深圳市
　南山区
　广东省
　518000
　CN

## Feedback

4.9 out of  5

62 ratings

12 months

**FILTER BY**

All stars

62 total feedbacks in 12 months

| | |
|---|---|
| 5 star | 90% |
| 4 star | 10% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

" excellent product just what I needed "

By claudia schiffer on July 10, 2023.

" Wonderful quality, beautiful product "

By marypat on July 9, 2023.

" I love this under the sink mat and it's saved my cabinets TWICE now! I will say it is exactly as described and fit perfectly to my sink. This is a must have! "

By Jennifer E on July 7, 2023.

" Thank you! "

By Jay Morse on July 5, 2023.

" I love it "

By Marcia Outten-Robinson on July 3, 2023.

Previous Next

## Return & Refund Policies

7/23/23, 9:05 AM    Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34" x 22" Under Kitchen Sink Mat, Silicone Mats Under Sink Liner for D...

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 65 of 413

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Books   Registry   Save on school essentials

Deliver to
Daytona B... 32118

Home & Kitchen ▾   Search Amazon

EN ▾   Hello, sign in
Account & Lists ▾   Returns & Orders   0

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black   ★★★★½ 356   $17.99 ✓prime   Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in



VIDEOS

# Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34" x 22" Under Kitchen Sink Mat, Silicone Mats Under Sink Liner for Drips Leaks Spills, Kitchen Cabinet Tray and Protector - Black

Visit the zeeyoocc Store

4.5  |  432 ratings

$24.98

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Coupon:   Apply $4 coupon   Shop items ›  |  Terms

Get **$60 off** instantly: Pay **$0.00** $24.98 upon approval for the Amazon Store Card. No annual fee.

**Color: Black**

**Size: 34x22inch**

| 28x22inch | 34x22inch |

- **Extra-large Size** - Under sink mat 34 X 22 inches, Fits most kitchen cabinates, perfectly fits under the kitchen sink, compatible with the particular size and shape of your sink cabinet
- **Silicone Mat & Drain Hole Design** - The kitchen sink mat with unique drain hole design, quick drainage without moving the sink mat. Just press down the drain hole and the water will flow down and drain away
- **Reinforcement Edge Design** - This kitchen cabinet liners have a reinforced lip around the edge to contain spills. The under sink tray holds up to 3.3 gallons of water, buying you more time to address a leak
- **Protect Your Cabinet** - The under sink mats for kitchen waterproof surface is a thoneycomb shaped, which increases the friction between the force-bearing surfaces and enhances the stability of the storage. Easy to wipe up any spills, Silicone mat can better protect your cabinets from damage caused by leaks, spills, stains, and scratches, keeping your cabinets clean
- **Multi-functions** - Sink protectors mats as kitchen sink accessories. Except as a kitchen cabinet mat. It can be as shoe mats, dog feeder mats, craft mats or outdoor barbecue tools, cooking utensils, etc.

## Customer ratings by feature

| Easy to install | 4.8 |
| Easy to clean | 4.8 |
| Value for money | 4.7 |

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |

$24.98

Get Fast, Free Shipping with Amazon Prime
FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Monday, July 24**. Order within **9 hrs 15 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   zeeyoocc
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address · See nearby pickup locations

| | | | |
|---|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926<br>Billing address: Same as shipping address. | Change |

∧ Add a gift card or promotion code or voucher

Enter code   Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.08 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.08 |
| Estimated tax to be collected: | $1.55 |
| **Order total:** | **$23.63** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

3   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 5 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34" x 22" Under Kitchen Sink Mat, Silicone Mats Under Sink Liner for Drips Leaks Spills, Kitchen Cabinet Tray and Protector - Black
**$22.08**
Exclusive Prime price
& FREE Returns

Qty: 1

Sold by: zeeyoocc

🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
FREE Prime Delivery
○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🚚 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
📍 **Pickup available nearby**
Choose a location

---

**Place your order**    **Order total: $23.63**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# 13

# Store Name:

# SHYAXCL

# Platform:

# Amazon

# SHYAXCL

Visit the SHYAXCL storefront

**100% positive** in the last 12 months (40 ratings)



**Under Sink Mat, 34"x22" Silicone...**
USD 20⁸⁹

Add to Cart

## About Seller

SHYAXCL is committed to providing each customer with the highest standard of customer service.

**Have a question for SHYAXCL?**

Ask a question

## Detailed Seller Information

**Business Name:** shanghaiyianxincailiaoyouxiangongsi
**Business Address:**
　永城国际7栋1208
　永城国际7栋1208
　苏城
　吴中区
　江苏
　215000
　CN

## Feedback

4.9 out of 5

40 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

40 total feedbacks in 12 months

" Love this. Fits under my sink perfect "
By Connie Garcia on July 22, 2023.

" My contractor recommend that I get an under sink mat to protect my new cabinet. I bought this on-line and was very happy that it fit perfectly under the sink. I... "
Read more
By abuali2 on July 18, 2023.

" Very nice product. The drain hole sold me on it and it appears to be made out of quality material. "
By Dave M. on July 8, 2023.

" Measurements were exactly as advertised and the mat is sturdy. "
By goanna04606 on July 7, 2023.

" Item was exactly as stated. "
By Lauren B. on July 7, 2023.

Previous **Next**

7/23/23, 2:22 PM    Amazon.com - Silicone Under Sink Mat Kitchen Waterproof, Cabinet Drip Tray, Bottom of Kitchen Under The Sink Mat, Liner Pro... In Un...

Case 1:23-cv-23380-RNS   Document 12-3   Entered on FLSD Docket 10/17/2023   Page 70 of 413



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Sink Splash Guard Kitchen Gadgets 18" x 6.3"    WORKKEEP    ★★★★☆ 446    $11.99 ✓prime 

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Roll over image to zoom in



VIDEOS

## Under Sink Mat, 34"x22" Silicone Under Sink Mats for Kitchen Waterproof, Cabinet Drip Tray, Bottom of Kitchen Under The Sink Mat, Liner Protector with 1" Lip Drain Hole for Leak

Brand: KONEFEJI
4.8    233 ratings

Amazon's Choice    in Under-Sink Organizers by KONEFEJI

-5% $20.89
Typical price: $21.89 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $20.89 upon approval for the Amazon Store Card. No annual fee.

Color: Gray

Size: 34"x22"

- **PREMIUM PROTECTION** - Under The Sink Mat Waterproof Come in Large Size 34"x22" to Fit for Standard 36" Kitchen and Bathroom Cabinet. 1 Inch Lip Is Higher Than Other Under Sink Tray Which Provide Over 3 Gallons Capacity of Water and Various Liquids Give You Enough Time to Locate The Leak Spot. Waterproof Under Sink Liner Will Protect Your Cabinet, Shelve, Floor From Drips, Leaks.
- **MULTIPURPOSE** - The Under Kitchen Sink Mat Is Not Only A Cabinet Protector for Kitchen, Bathroom Water and Liquid Leaking. It Can Also Be Used As Pet Feeding Mats, Dog Basin Mat, Cat Litter Box Tray Kids Toys Mat, Craft Mats, Shoes/Boots Tray, Tool Tray, Drying Mat. Also A Perfect Organizer and Storage Mat Allow You to Put Dishwashing Bottles/ Towels/ Cleaning Kits/Sets Together.
- **DRAIN DESIGN** - You Would Love The Silicone Sink Mat Because of Unique Drain Hole Design. Don't Need to Worry Leaks or Spills When Take The Drian Mat Out of The Bottom Of Kitchen Sink. Keep The Mat Stay Tight, Taking One Second to Press Down The Drain Hole with Your Finger, Water Will Automatically Drain To The Container Prepared. Draining Like A Breeze.
- **SILICONE SINK MAT** - Made of Flexible and Thick Silicone. The Drip Tray Covers A Large Area of Cabinet Floor, It Will Fits Like A Glove for The Bottom of Cabinet Sink. Easier to Install and Fold to Storage. Can Be Removed Quickly for Clean. The Non Slip Bottom and Stable Structure Make Sure The Waterproof Under Sink Mats for Kitchen Stay Flat and Without Any Warping and Sliding.
- **LAST FOR LONGER** - The Durability of The Rubber Under Sink Mat Will Prevent The Damages and Erosion From Water Leaks, Spills, Seepage, Oils, Dirts, Stains, Chemical Liquids, Scratches. Easy Clean, Just Wipe with Cloth or Rinse By Water. It Won't Crack Even After Years, Alway Keeps The Cabinet Clean, Dry and New. No More Bad

---

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$20.89

Get Fast, Free Shipping with Amazon Prime

FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within 6 hrs 1 min

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    SHYAXCL
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging    Shows what's inside

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



## Checkout (1 item)



| Place your order |
| --- |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### 1 Shipping address

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

### 2 Payment method

MasterCard ending in 1926

Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

### Order Summary

| | |
| --- | --- |
| Items: | $21.89 |
| Shipping & handling: | $0.00 |
| Total before tax: | $21.89 |
| Estimated tax to be collected: | $1.53 |
| **Order total:** | **$23.42** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

### 3 Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 13 hours and 2 minutes (Details)
Items shipped from Amazon.com

**Under Sink Mat, 34"x22" Silicone Under Sink Mats for Kitchen Waterproof, Cabinet Drip Tray, Bottom of Kitchen Under The Sink Mat, Liner Protector with 1" Lip Drain Hole for Leak**
$21.89
& FREE Returns
Qty: 1
Sold by: SHYAXCL

[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

Choose your Prime delivery option:
◉ **Sunday, Sept. 17**
FREE Prime Delivery
◯ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

Or choose your pickup location:
📍 **Pickup available nearby**
Choose a location

| Place your order |
| --- |

**Order total: $23.42**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# 14

## Store Name:

# GT HITGX

## Platform:

# Amazon

# GT HITGX

Visit the GT HITGX storefront

**99% positive** in the last 12 months (174 ratings)



Under Sink Mat, 34" x 22" Under ...

USD 29⁹⁹

Add to Cart

## About Seller

GT HITGX is committed to providing each customer with the highest standard of customer service.

Have a question for GT HITGX?

Ask a question

## Detailed Seller Information

**Business Name:** shenzhenshi Taiguanxin keji youxian gongsi
**Business Address:**
龙华区观澜街道大富社区大富工业区20号硅谷动力智能终端产业园A15栋201
深圳市
广东
518000
CN

## Feedback

4.8 out of 5

12 months

174 ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 15% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

174 total feedbacks in 12 months

"I want return refund"

By Hani salim on July 22, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"It's not a stiff rubber mat it's a soft rubber mat I don't know if it's going to be able to hold any water if it floods because it's so flimsy you can fold it i..."
Read more

By Lorna Seid on July 20, 2023.

"Looks great "

By d73vette on July 11, 2023.

"it fit "

By waine wyatt on June 28, 2023.

"🏆🏆🏆. I had purchased these items years earlier. They were very well for me, then. I had placed them on windows    . This time, I am placing them on specif..."
Read more

By Glynn on June 27, 2023.

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books                Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Sarlai        30 Inch black farmhouse sink        $369.00 

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl        Sponsored



Roll over image to zoom in

## Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof - Silicone Under Sink Liner Drip Tray with Drain Hole, Sink Cabinet Protector Mats for Kitchen & Bathroom (Grey)

Visit the GT HITGX Store

4.7    ⭐    661 ratings

**-6%** **$29.**⁹⁹

List Price: $31.99 ⓘ

**FREE Returns**

Join Prime to buy this item at $22.49

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

**Color: Black Gray**

|  $29.99 |  $26.99 |  $27.99 |  $26.99 |
|---|---|---|---|

| Brand | GT HITGX |
|---|---|
| Color | Black Gray |
| Material | Silicone |
| Product Dimensions | 22"D x 34"W x 1"H |
| Style | Farmhouse |

## About this item

- 🧽[ **PREMIUM QUALITY UNDER SINK MAT** ] - Under sink mat made of high quality durable silicone material, waterproof and oil resistant, making wiping up spills a breeze. Double thickness design is highly flexible and soft, and easily bends and folds to access tighter areas. Sink protectors for kitchen sink easy to fold, not easily deformed, and does not warp or curl the edges. Leaves you with a clean and comfortable using experience.

- 🧽[ **APPLICABLE SIZE** ] - Kitchen mats measures 34" x 22" (fits standard 36" wide cabinets). The height of the silicone mat is 1 inch, which can hold 3.3 gallons of water, giving you more time to fix leaks. (Note: Please check that the water line goes through the bottom of the cabinet before purchasing.)

- 🧽[ **CABINET PROTECTOR MATS** ] - Sink mats for bottom of kitchen sink cabinets from damage caused by plumbing leaks, chemical and product spills, stains, and scratches. Under sink organizers and storage can save you hundreds of dollars in cabinet repair costs. Ideal for kitchens, bathrooms or utility rooms.

- 🧽[ **UNIQUE DESIGN** ] - The unique vertical strip drainage texture adds sense of design while helping you drain faster. Also the downward patented drain design allows you to easily drain leaks without taking out the sink mat.

- 🧽[ **MULTIPURPOSE UNDER SINK ORGANIZER** ] - Kitchen sink mats is not only suitable for kitchen cabinets, it is also suitable for use as a pet feeding mat or craft mat (making candles, jewelry

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

**Delivery** | Pickup

**Buy new:**
$29.99

FREE Returns

FREE delivery **Friday, July 28**

Or fastest delivery **Tomorrow, July 24**. Order within 5 hrs 51 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | GT HITGX |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

**Save with Used - Like New**
$20.⁹²

FREE delivery: **Friday, July 28** on orders over $25.00 shipped by Amazon.

Ships from: Amazon
Sold by: Amazon Warehouse

**Add to List**

New & Used (4) from $20.⁹² FREE Shipping on



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3**   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 9 hours and 30 minutes (Details)
Items shipped from Amazon.com



RUGICI Under Sink Mat, Under Sink for Kitchen Bathroom Cabinets Protection Mats, 34" x 22" Waterproof Silicone Flexible Under Sink Drip Tray Liner with Drain Hole for Below Sinks Durable, Brown
**$19.99**
& FREE Returns
Qty: 1
Sold by: YUNBO HOME
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
FREE Prime Delivery
○ Monday, Sept. 18
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Change delivery day

Or choose your pickup location:
Pickup available nearby
Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging**.

Ship in Amazon packaging

| Place your order | **Order total: $21.39** |
|---|---|
| | By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$21.39** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | **Change** |

📍 Or pick up near this address - See nearby pickup locations

**2  Payment method**   MasterCard ending in 1926   **Change**

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3  Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 2 hours (Details)
Items shipped from Amazon.com



**34" x 22" Under Sink Mats Waterproof - Silicone Under Sink Liner Drip Tray with Drain Hole, Sink Cabinet Protector Mats for Kitchen & Bathroom (Grey)**
$23.99
Exclusive Prime price
& FREE Returns
Qty: 1
Sold by: GT HITGX
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
Ship in Amazon packaging

**Choose your Prime delivery option:**
◉ Tomorrow, Sept. 16
FREE One-Day Delivery
○ Monday, Sept. 18
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
Choose a location

**Order total: $25.67**
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary
Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected: | $1.68 |
| **Order total:** | **$25.67** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# **15**

# Store Name:

# **Eislin**

# Platform:

# **Amazon**

# Eislin

Visit the Eislin storefront

**100% positive** in the last 12 months (27 ratings)



**Under The Sink Mat: Under Sink ...**

USD 24⁹⁶

[ Add to Cart ]

## About Seller

Eislin is committed to providing each customer with the highest standard of customer service.

**Have a question for Eislin?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** shenzhenshiaisilinfengniaokejiyouxiangongsi
**Business Address:**
福海街道桥头社区
灶下三巷82号101
深圳市
宝安区
广东省
518133
CN

## Feedback

4.9 out of  5

27 ratings                    [ 12 months ]

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

27 total feedbacks in 12 months

"Excellant "
By thomas ippolito on July 14, 2023.

"Works really well "
By bdmguitar on July 7, 2023.

"kinda flimsy but functional "
By blue bell on July 4, 2023.

"Very pleased "
By Robert T. on June 28, 2023.

"Worked perfectly "
By Henry Tokarz on June 28, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Gorilla Grip Quick Dry Waterproof Under Sink Mat Liner, Slip Resistant, Non-Adhesive, Absorbent Mats for Below Sinks, Durable Shelf Liners to Protect Cabinets, Machine Washable, 24x30, Beige    ★★★★½ 8,232    $15.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Roll over image to zoom in

VIDEOS

## Under The Sink Mat: Under Sink Mats for Kitchen Waterproof 34" x 22", Under Kitchen Sink Mat with Unique Drain Hole, Silicone Under Sink Tray Cabinet Protector for Water Drips, Leaks, Spills (Black)

Visit the PoYang Store

4.6    124 ratings

Amazon's Choice ▍ in Under-Sink Organizers by PoYang

$24.96

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Coupon: ✂  Apply 5% coupon    Shop items ›  |    Terms

Get $60 off instantly: Pay $0.00 $24.96 upon approval for the Amazon Store Card. No annual fee.

Color: Black

 $24.96     $24.96     $25.96

| Brand | PoYang |
|---|---|
| Color | Black |
| Material | Silicone |
| Product Dimensions | 22"L x 34"W |
| Special Feature | Waterproof |

˅ See more

### About this item

- 【Applicable Size】 The size of under the sink mat waterproof is 34"L x 22"W x 0.67"H and fits standard 36 inches kitchen and bathroom sink cabinets. Please measure your cabinet before purchasing to ensure the kitchen sink protector will fit.

- 【Great Sink Cabinet Protector】 The edge of the under sink liner is 0.67 inches height and can hold up to 2 gallons of water. Protect your cabinet from cleaners, detergents and water. Under sink drip tray can help you to save the expensive cabinet repair fee.

- 【Convenient Drain Hole Design】 Easy to drain, no need to take out the kitchen sink mat from cabinet, just pull the silicone sink mat a bit forward, push down the small hole and the water will drain out easily.

- 【Easy to Install and Clean】 The kitchen cabinet liner is made of soft and waterproof silicone material, which can be easily folded into the cabinet. Easy to clean, just wipe with a wet cloth or rinse with water.

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$24.96

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery Friday, July 28 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, July 24. Order within 7 hrs 30 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Eislin |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

New (2) from $24.96 FREE Shipping on orders over $25.00 shipped by Amazon.

### Other Sellers on Amazon

$24.96    Add to Cart
FREE Shipping on orders over $25.00 shipped by Amazon.



## Checkout (1 item)



| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

^ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

### 3    Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 10 hours and 28 minutes (Details)
Items shipped from Amazon.com



**Under the Sink Mat: Under Sink Mats for Kitchen Waterproof 34" x 22", Under Kitchen Sink Mat with Unique Drain Hole, Silicone Under Sink Tray Cabinet Protector for Water Drips, Leaks, Spills (Black)**
$22.99
& FREE Returns
[ Qty: 1 ]
Sold by: Eislin
[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**

● Tomorrow, Sept. 16
FREE One-Day Delivery

○ Monday, Sept. 18
FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

---

[ Place your order ]    **Order total: $24.60**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# 16

# Store Name:

# Bawo

# Platform:

# Amazon

# Bawo

Visit the Bawo storefront

**100% positive** in the last 12 months (15 ratings)



**Under Sink Mats for Kitchen Wat...**

USD 20⁵⁸

Add to Cart

## About Seller

Bawo is committed to providing each customer with the highest standard of customer service.

**Have a question for Bawo?**

Ask a question

## Detailed Seller Information

**Business Name:** Shanghaiyuanmokejiyouxiangongsi
**Business Address:**
江凯路98号
4号楼202室
上海
闵行区
上海
201114
CN

## Feedback

4.9 out of 5

15 ratings

12 months

| 5 star | | 87% |
| 4 star | | 13% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

15 total feedbacks in 12 months

"Very nice"
By michael noll on July 20, 2023.

"Fits and finish is good"
By Rick on July 19, 2023.

"It's perfect fit. Very nice"
By Joseph on July 15, 2023.

"I get a better sweat in this in less than 10 minutes in comparison to a sauna at the gym after 30 minutes."
By Amazon Customer on July 9, 2023.

"Very satisfied"
By Sammy windham on July 3, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .



Gaomasck Kitchen Sink, 30 x 16.5 inch Undermount Kitchen Sink Single Bowl 16 Gauge Stainless Steel Sink, High-end Handmade for Kitchen Sink, Bar Sink or… 282 $155.06 prime Save $20 with coupon

Sponsored

Roll over image to zoom in

# ...der Sink Mats for Kitchen ...terproof, 34" x 22" Silicone ...der Sink Liner, Under Sink Liner ...d up to 3.3 Gallons Liquid (34" x ... Black)

...he KUKIKUKI Store

39 ratings

$20.58

...ast, Free Shipping with Amazon Prime

FREE Returns

**Coupon:** Apply 15% coupon Shop items › | Terms

Get $60 off instantly: Pay $0.00 ~~$20.58~~ upon approval for the Amazon Store Card. No annual fee.

Size: **34" x 22" Black**

- **34" x 22" Black** $20.58
- 34" x 22" New Black $20.98

| | |
|---|---|
| **Brand** | KUKIKUKI |
| **Color** | Black |
| **Material** | Silicone |
| **Product Dimensions** | 34"L x 22"W |
| **Special Feature** | Waterproof, Washable |

See more

## About this item

- 👍【**Dry and Healthy Space**】The sink tray covers wide surfaces under the sink, protects the cabinet from damage caused by leaks, spills, stains, and scratches. Pliable and thick silicone keeps it from warping or curling like PVC tray. Ensure your cabinets still look new after years of use, keep your space dry and healthy.
- 👍【Cabinets Applicable Size】 Under sink mat size: 34"x 22"x 0.78", fits standard 36"kitchen, laundry room, toilet and bathroom Under sink cabinets, holds up 3.3 gallons of water, giving you more time to address a leak. Great for rental properties and vacation homes.
- 👍【**Easy to Clean**】The sink mat is made of high-quality silicone, with a smooth surface that is waterproof and oil resistant, very easy to clean, just wipe with a damp cloth or cleaning brush and rinse with water. And the under sink mat is designed with drain hole so that when you need to drain the water, you can drain the water by gently pressing the hole.
- 👍【**Multiple Uses**】This waterproof cabinet mat serves a variety of purposes in addition to keeping your cabinets tidy and spotless, like serving as a pet feeding mat, an

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$20.58

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Wednesday, August 2** on orders shipped by Amazon over $25

Or fastest delivery **Thursday, July 27**. Order within 19 hrs 35 mins

Deliver to Daytona Beach 32118

**Only 18 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Bawo |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

# Checkout (1 item)

| Place your order |
|---|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $20.58 |
| Shipping & handling: | $0.00 |
| Total before tax: | $20.58 |
| Estimated tax to be collected: | $1.44 |
| **Order total:** | **$22.02** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**1  Shipping address**    Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions    Change

Or pick up near this address - See nearby pickup locations

**2  Payment method**    MasterCard ending in 1926    Change
Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3  Review items and shipping**



| | Want to save time on your next order and go directly to this step when checking out? |
|---|---|
| | ☐ Default to this delivery address and payment method. |

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 3 hours and 10 minutes (Details)
Items shipped from Amazon.com

Under Sink Mats for Kitchen Waterproof, 34" x 22" Silicone Under Sink Liner, Under Sink Liner Hold up to 3.3 Gallons Liquid (34" x 22" Black)
$20.58
& FREE Returns
Qty: 1
Sold by: Bawo
🎁 Add gift options

Choose your Prime delivery option:
◉ Sunday, Sept. 17
FREE Prime Delivery
○ Tuesday, Sept. 19
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

Or choose your pickup location:
📍 Pickup available nearby
Choose a location

| Place your order | **Order total: $22.02**
By placing your order, you agree to Amazon's privacy notice and conditions of use. |
|---|---|

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# 17

# Store Name:

# FENGHAO UONP

# Platform:

# Amazon

# FENGHAO UONP

Visit the FENGHAO UONP storefront

**96% positive** in the last 12 months (45 ratings)



**Johamoo Under Sink Mat for Kitc...**

USD $20^{59}$

Add to Cart

## About Seller

FENGHAO UONP is committed to providing each customer with the highest standard of customer service.

**Have a question for FENGHAO UONP?**

Ask a question

## Detailed Seller Information

**Business Name:** HeYuan WanFengHao DianZiShangWu YouXianGongSi
**Business Address:**
高新五路147号金地创谷2号楼二楼C区-03
河源市
高新区
广东省
517000
CN

## Feedback

4.7 out of 5    12 months

45 ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 16% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 0% |

ᐯ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

45 total feedbacks in 12 months

"Excelenteee!! "
By GabieJ. on July 11, 2023.

" . "
By NE Ohioan on July 9, 2023.

"I love this caddy! I use it by the grill at the lake and it saves frequent trips in & out of the cottage to retrieve items. "
By Amazon Customer on June 7, 2023.

"Very good organizer under cabinets "
By shilpa on June 5, 2023.

"very happy with a silent bed frame. "
By David on May 27, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

ChooChoo Bathroom Wall Cabinet, Over The Toilet Space Saver Storage Cabinet,
Medicine Cabinet with 2 Door and Adjustable Shelves, Cupboard    ★★★★☆ 3,052    $79.99 ✓prime    Save $5 with coupon    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in



VIDEOS

# Johamoo Under Sink Mat for Kitchen Waterproof 34"x22", Silicone Shelf Liners for Kitchen Cabinets with Drain Hole, Under Sink Cabinet Mat for Bathroom, Protector for Drip Leak Spill, Gray

Visit the Johamoo Store

4.6 ⭐ 165 ratings

**-10%** $20⁵⁹
Typical price: $22.99 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Coupon: ▣ Apply 5% coupon | Shop items › | Terms

Get $60 off instantly: Pay $0.00 $20.59 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Johamoo |
| **Color** | Pattern a - Gray |
| **Material** | Silicone |
| **Product Dimensions** | 34"L x 22"W |
| **Recommended Uses For** | Kitchen, Cabinet, Bathroom, Cupboard, Under Sink |

⌄ See more

## About this item

- **36" Cabinet**: The under sink mat measures 34" x 22". Perfectly fits in standard 36" wide cabinets. The cool gray color with modern appeal makes the storage tray suitable for kitchen and bathroom cabinets

- **Raised Edge**: The height of the silicone shelf liners for kitchen cabinets is 0.8", which can hold up to 2.2 gallons of water. The edge is high enough to stop the water from spreading, giving you more time to deal with leaks

- **Drain Hole**: The cabinet liner features unique drain hole design which allows for easy drainage of leaking water without removing the mat. Give you peace of mind for any potential leaks

- **Premium Material**: Made of high quality durable silicone material, the kitchen sink mat is waterproof, better protecting cabinets from corrosion caused by water and liquid leaks. Highly flexible and soft, easily bends and folds to get into tighter areas

- **Easy to Clean**: The waterproof silicone material prevents water, liquids, oil, stains or any other spills. With smooth surface, you can clean effortlessly. Wiping up spills under the sink becomes a breeze

## Customer ratings by feature

Durability    4.8

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$20⁵⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within 7 hrs 21 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    FENGHAO UONP
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging    Shows what's inside

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

7/23/23, 3:06 PM Amazon.com: Johamoo 34" x 22" Under Sink Mat for Kitchen Waterproof, Silicone Shelf Liners for Kitchen Cabinets with Drain Ho...

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 92 of 413

Deliver to
Daytona B... 32118

Home & Kitchen ▾     Search Amazon

EN ▾     Hello, sign in
Account & Lists ▾     Returns
& Orders     🛒 0

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Books          Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

DecoBros Supreme Stackable Can Rack Organizer, Black     ★★★★½ 4,451     $24.97 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers                                        Sponsored



Roll over image to zoom in

### Johamoo 34" x 22" Under Sink Mat for Kitchen Waterproof, Silicone Shelf Liners for Kitchen Cabinets with Drain Hole, Under Sink Cabinet Mat for Bathroom, Protector for Drip Leak Spill (Brown)

Visit the Johamoo Store
4.8         14 ratings

Lowest price in 30 days

-15%  $22.99
Typical price: $26.99 ⓘ

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Brown**

 $22.99      $22.99

- **36" CABINET**: The under sink mat measures 34" x 22". Perfectly fits in standard 36" wide cabinets. The cool gray color with modern appeal makes the storage tray suitable for kitchen and bathroom cabinets

- **RAISED DESIGN**: The height of the silicone shelf liners for kitchen cabinets is 0.8", which can hold up to 2.2 gallons of water. The edge is high enough to stop the water from spreading, giving you more time to deal with leaks

- **DRAIN HOLE DESIGN**: The cabinet liner features unique drain hole design which allows for easy drainage of leaking water without removing the mat. Give you peace of mind for any potential leaks

- **PREMIUM MATERIAL**: Made of high quality durable silicone material, the kitchen sink mat is waterproof, better protecting cabinets from corrosion caused by water and liquid leaks. Highly flexible and soft, easily bends and folds to get into tighter areas

- **EASY TO CLEAN**: The waterproof silicone material prevents water, liquids, oil, stains or any other spills. With smooth surface, you can clean effortlessly. Wiping up spills under the sink becomes a breeze

---

Sponsored

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
| --- | --- |

$22.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within **7 hrs 1 min**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from  Amazon
Sold by     FENGHAO UONP
Returns     Eligible for Return,
            Refund or Replacement
            within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

## Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | | | |
|---|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926<br>Billing address: Same as shipping address. | Change |

^ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

v  Apply Capital One Rewards **$293.53 (293.53 points)** available

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$21.39** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 10 hours and 24 minutes (Details)

Items shipped from Amazon.com



**Johamao Under Sink Mat for Kitchen Waterproof 34" x 22", Silicone Shelf Liners for Kitchen Cabinets with Drain Hole, Under Sink Cabinet Mat for Bathroom, Protector for Drip Leak Spill (Gray)**

**$19.99**

& FREE Returns

[ Qty: 1 ]

Sold by: FENGHAO UONP

[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**

Pickup available nearby
Choose a location

---

[ Place your order ]

**Order total: $21.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# **18**

# Store Name:

# **HLX-US**

# Platform:

# **Amazon**

# HLX-US

Visit the HLX-US storefront

**98% positive** in the last 12 months (60 ratings)



**Under Sink Mat Waterproof, Silic...**
USD**39**⁹⁹

Add to Cart

## About Seller

HLX-US is committed to providing each customer with the highest standard of customer service.

**Have a question for HLX-US?**

Ask a question

## Detailed Seller Information

**Business Name:** Shenzhen Huile Xian Technology Co., Ltd.
**Business Address:**
坂田街道和勘路南一巷3号富兴大厦2楼
深圳市
龙岗区
广东省
518000
CN

## Feedback

4.8 out of  5

60 ratings

12 months

| | |
|---|---|
| 5 star | 87% |
| 4 star | 12% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 2% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

60 total feedbacks in 12 months

"Exactly what I was looking for fits perfectly looks good !! Love his case!! I'm definitely getting me a second phone case! "

By Glennys on July 4, 2023.

"~~After waiting nearly four weeks, no package and so far no refund even though the package now says "undeliverable."~~ "

By Lisa I. on June 28, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Good product "

By samira on June 28, 2023.

"Thanks "

By Roy Presson on June 25, 2023.

"Fabulous seller! Thanks for a great product! "

By BarbieJ on June 13, 2023.

Previous Next

7/23/23, 2:23 PM    Amazon.com: Under Sink Mat Waterproof, Silicone Under Kitchen Sink Drain Mat, Silicone Liner Drip Tray with Drain Hole, Kitchen Ba...

Case 1:23-cv-23380-RNS    Document 12-3    Entered on FLSD Docket 10/17/2023    Page 96 of 413



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement



Sink Splash Guard Kitchen Gadgets 18" x 6.3"    WORKKEEP    ★★★★☆ 446    $11.99  prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers





Roll over image to zoom in

VIDEOS

## Under Sink Mat Waterproof, Silicone Under Kitchen Sink Drain Mat, Silicone Liner Drip Tray with Drain Hole, Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills Tray Organizer

Visit the Foleto Store

4.8    21 ratings

$39.99

FREE Returns

Coupon:    Apply 25% coupon  Shop items ›  | Terms

Get $60 off instantly: Pay $0.00 $39.99 upon approval for the Amazon Store Card. No annual fee.

Extra Savings  Promotion Available    1 Applicable Promotion

- 🤎 UNDER SINK MAT HAVE A MULTIPURPOSE FUNCTION:  The Foleto water proof mat for under sink cabinets designed to protect your cabinets, shelves, and floors from damage caused by plumbing leaks, stains, scratches, product or chemical spills.
- 🛡️ PREMIUM QUALITY UNDER SINK MATS FOR KITCHEN WATERPROOF: The silicone sink mat is made of high-quality silicone material that is waterproof and oil-resistant. That keeps it from warping or curling like PVC tray and not easily deformed.
- 💪 HEAVY DUTY MAT APPLICATIONS IN MULTIPLE SCENARIOS: Foleto under sink cabinet mat is not only suitable for kitchen cabinets, but also suitable for bathroom cabinets, dish rack mats or for pet feeding mats, tool mats, craft mats!
- 🎨 UNIQUE SINK PROTECTOR MAT DESIGN FROM LIFE:The unique hexagonal drainage texture adds sense of design, the leaked water can be drained through special drainage hole, allows you to easily drain leaks without taking out sink silicone mat.
- 🍀 CUSTOMER SATISFACTION:  Customer Satisfaction is of utmost importance to us. We want you to feel secure with your purchase, so please reach out to us (Foleto)   through our Amazon Seller account if you are unsatisfied in any way.

### Additional Details



Small Business
This product is from a small business brand. Support small. Learn more

### Customer ratings by feature

| Durability | 4.7 |
|---|---|
| Easy to clean | 4.5 |

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$39.99

FREE Returns

FREE delivery **Friday, July 28**

Or fastest delivery **Tomorrow, July 24**. Order within **1 hr 44 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    HLX-US
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof,...

$33.99  prime

Sponsored

## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

⊙ Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** |  MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

> Enter code    Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023**  If you order in the next 2 hours and 37 minutes (Details)
Items shipped from Amazon.com

 **Under Sink Mat Waterproof, Silicone Under Kitchen Sink Drain Mat, Silicone Liner Drip Tray with Drain Hole, Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills Tray Organizer**
$25.99
& FREE Returns

Qty: 1

Sold by: HLX-US

🎁 Add gift options

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

◉ Tomorrow, Sept. 16
FREE One-Day Delivery

○ Monday, Sept. 18
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
⊙ Pickup available nearby
Choose a location

Place your order

**Order total: $27.81**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$27.81** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# **19**

# Store Name:

# **Kamyuer**

# Platform:

# **Amazon**

# Kamyuer



Visit the Kamyuer storefront

**100% positive** in the last 12 months (11 ratings)

**Under Sink Mats for Kitchen Wat...**
USD 27.99

[ Add to Cart ]

## About Seller

Kamyuer is committed to providing each customer with the highest standard of customer service.

**Have a question for Kamyuer?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** shenzhenshijiamingyuedianzishangwuyouxiangongsi
**Business Address:**
粤海街道名海社区登良路7-40招商名仕花园8栋105
深圳市
南山区
广东省
518000
CN

## Feedback

4.6 out of 5     [ 12 months ]
11 ratings

**FILTER BY**
[ All stars ]

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 36% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

ˇ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

11 total feedbacks in 12 months

"As advertised and easy to cut to fit around pipes."
By LP on June 30, 2023.

"Very easy to cut with a exacto knife."
By Karla R. on June 29, 2023.

"They have a great product. It was easy fit and cut to our needs. Very thick. Great quality. Nice job."
By Cheryl M. Miller on May 29, 2023.

"This looks so nice by the sink but you could place it anywhere. The color is so nice and the organizer looks very expensive. Very well made with metal and ceram..."
Read more
By Alison T. on April 10, 2023.

"On time and as described."
By Wangoose on March 31, 2023.

Previous **Next**

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 100 of 413

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

DecoBros Supreme Stackable Can Rack Organizer, Black    ★★★★☆ 4,451    $24.97 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

## Under Sink Mats for Kitchen Waterproof,34" x 22" Under Sink Organizers and Storage Silicone Mat with Drainage Hole,Cut to Fit The Size of Your Kitchen Bathroom Cabinet Under Sink Drip Tray Liner

Brand: Midche

4.8    6 ratings

$27.99

FREE Returns

Coupon: ⬇    Apply 20% coupon    Shop items › | Terms

Get $60 off instantly: Pay $0.00 $27.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Gray**

 $27.99     $29.99

| Brand | Midche |
|---|---|
| Color | Gray |
| Material | Polyethylene Terephthalate (PET) |
| Product Dimensions | 22"L x 34"W |
| Recommended Uses For | Cabinet,Sink |



▾ See more

### About this item

- 【Cuttable Silicone Mats】:Under the sink mat measures 34" * 22",fits Standard 36 Inch Wide Cabinets. Width can be easily trimmed down with a pair of scisors or utility knife to 30"or 28", depth can be trimmed down to 20"or 15" to fit other size kitchen sink and bathroom cabinets.

- 【Drainage Hole Design】:The under sink mat size is 34"x22" with 1" hight mat edge to hold more than 3 gallon leaking liquid, this sink liner has a unique drain hole for quick drainage without moving the mat,giving you more time to address a leak.

- 【High Quality and Durable】:The under sink drip tray liner is made from BPA-free premium silicone,soft and non-deformable, environmentally friendly, non-toxic, long life, easily cleaned by simply wiping with a towel.

- 【Multifunctional Mat】:The under sink mat is not only suitable for kitchen cabinets,but also suitable for bathroom cabinets,washroom counter bottoms or for pet feeding mat or dog bowl mat or can be used as a Disinfection mat surface for shoes or tool mats, craft mats or any other occasions to avoid mess.

- 【Protect Your Cabinets】: The Under sink organizers and storage mat easily organize your cabinets and keep your

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$27.99

FREE Returns

FREE delivery **Friday, July 28**

Or fastest delivery **Tuesday, July 25**. Order within **2 hrs 37 mins**

◇ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Kamyuer |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under...
★★★★☆ 356
$17.99 ✓prime

Sponsored



23-CV-23380-RNS

Defendant No.:

**20**

Store Name:

**SOONSURE**

Platform:

**Amazon**

7/23/23, 3:16 PM                                      Amazon.com Seller Profile: SOONSURE

## SOONSURE

Visit the SOONSURE storefront

**99% positive** in the last 12 months (120 ratings)



Under Sink Mats for Kitchen Wat…

USD 24 99

Add to Cart

## About Seller

SOONSURE is committed to providing each customer with the highest standard of customer service.

Have a question for SOONSURE?

Ask a question

## Detailed Seller Information

**Business Name:** dongguanshisongshumaoyiyouxiangongsi
**Business Address:**
　莞龙路莞城段10号505室
　东莞市
　莞城街道
　广东省
　523129
　CN

## Feedback

4.9 out of  5 　　　[ 12 months ]

120 ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 12% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

[ All stars ]

120 total feedbacks in 12 months

"Did not fit my cups "
By Sherry Tew on July 23, 2023.

"fit perfect love it "
By Carolyn grubb on July 22, 2023.

"There were no problems receiving the merchandise. "
By Vicky M. on July 19, 2023.

"Perfect fit. "
By Terrie Mitchell on July 17, 2023.

"Everything was good "
By kim dean on July 14, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

https://www.amazon.com/sp?ie=UTF8&seller=ALR6AUF9FXLIX&asin=B0C243XZ73&ref_=dp_merchant_link&isAmazonFulfilled=1

3/4



7/23/23, ... Under Sink Mats for Kitchen Waterproof, 34" x 22" Undersink Mats for Bottom of Kitchen Bathroom Sink, Thick Under Si...

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Save on top college essentials

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

**Sarlai**    30 Inch black farmhouse sink    $369.00    Sponsored

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl



Roll over image to zoom in



## Under Sink Mats for Kitchen Waterproof, 34" x 22" Undersink Mats for Bottom of Kitchen Bathroom Sink, Thick Under Sink Drip Tray for Leaks and Spills, Easy to Install, Clean and Customizable-Dark Gray

Visit the SOONSURE Store

4.9    20 ratings

Amazon's Choice in Single Bowl Kitchen Sinks by SOONSURE

-17% $24.99

List Price: $29.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

Coupon: ▾ Apply $5 coupon    Shop items › Terms

Get $60 off instantly: Pay $0.00 ~~$24.99~~ upon approval for the Amazon Store Card. No annual fee.

**Color: Dark Grey**

 $27.99   $24.99   $27.99

| | |
|---|---|
| Brand | SOONSURE |
| Color | Dark Grey |
| Material | Silicone Rubber |
| Product Dimensions | 22"D x 34"W x 0.67"H |
| Style | under kitchen sink mat |

### About this item

- Superior Cabinet Protection: Safeguard your cabinets from leaks, seepage, and chemical spills with our reliable under sink mat. This investment offers long-lasting protection for your valuable cabinet.
- Customizable and Precise Fit: Designed to perfectly fit your 34" x 22", 31" x 22", or 28" x 22" kitchen and bathroom cabinets, our under sink drip tray features a cuttable design, allowing you to tailor it to your specific requirements.
- Effortless Installation and Cleaning: The flexible silicone material makes it easy to install this waterproof tray under your kitchen or bathroom sink. Plus, the innovative leak hole design allows for easy removal of accumulated water on the sink pad, ensuring a dry and clean cabinet.
- Reinforced Lip for Spill Containment: Our under kitchen sink mats and protectors feature a reinforced lip design around the edges, effectively containing spills. With a capacity to hold up to 2 gallons of water, it provides you with extra time to address any leaks. Ideal for rental properties and vacation homes.
- Versatile Usage: Not limited to kitchen and bathroom cabinets, this multipurpose silicone waterproof tray can be used in various settings such as crafts, pet areas, laundry rooms, dishwashers, wine



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$24.99

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within **5 hrs 49 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    SOONSURE
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

# Checkout (1 item)

| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe |

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.75 |
| **Order total:** | **$26.74** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

**2  Payment method**    💳 MasterCard ending in 1926    Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards **$293.53** (293.53 points) available

---

**3  Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 12 hours and 48 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34"x22" Silicone Under Kitchen Sink Liner Mat, Flexible Under Sink Drip Tray for Kitchen Bathroom, Thick Under Sink Rubber Mat With Lip, Grey
**$24.99**
& FREE Returns
[ Qty: 1 ]
Sold by: SOONSURE
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**

○ **Today & Overnight**
$2.99 - Fastest Delivery

[ Today 2 PM - 6 PM ]  [ Today 5 PM - 10 PM ]

∨ See more delivery slots

● **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
📍 **Pickup available nearby**
Choose a location

---

[ Place your order ]    **Order total: $26.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

23-CV-23380-RNS

# Defendant No.:

# 21

# Store Name:

# Aesceoby

# Platform:

# Amazon



Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime | Music | Today's Deals | New Releases | Save on school essentials

# Aesceoby

Visit the Aesceoby storefront

Just launched    No feedback yet

**Under Sink Mats for Kitchen Wat...**

USD 20.99

Add to Cart

## About Seller

Aesceoby is committed to providing each customer with the highest standard of customer service.

**Have a question for Aesceoby?**

Ask a question

## Detailed Seller Information

**Business Name:** Guangzhou Jizhongxin International Trade Co., Ltd
**Business Address:**
汇华街48号208房
广州
白云
广东
510000
CN

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback    Tell us what you think about this page

Back to top

**Get to Know Us**
Careers

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Visa

**Let Us Help You**
Amazon and COVID-19

7/23/23, 2:50 PM    Amazon.com: Under Sink Mats for Kitchen Waterproof, 34" X 22" Or Smaller Cut Under Sink Drip Tray for Kitchen & Bathroom ...

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Gorilla Grip Quick Dry Waterproof Under Sink Mat Liner, Slip Resistant, Non-Adhesive, Absorbent Mats for Below Sinks, Durable Shelf Liners to Protect Cabinets, Machine Washable, 24x30, Navy    ★★★★☆ 8,232    $15.99 ✔prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

**Under Sink Mats for Kitchen Waterproof, 34" X 22" Or Smaller Cut Under Sink Drip Tray for Kitchen & Bathroom Cabinets, Silicone Sink Liner Hold Up to 3.3 Gallons Liquid - Light Grey**

13 ratings

$20.99

Shipping with Amazon Prime

Get $60 off instantly: Pay $0.00 $20.99 upon approval for the Amazon Store Card. No annual fee.

Color: Light Grey

- **One fits more**: Designed by Aescooby, the under sink mat measures 34" * 22" and is compatible with standard 36" wide sinks, and can be cut along the height increase line to 30" or 28" wide and trimmed to 20" or 15" deep. Our undersink mat can be used for kitchen and bathroom sinks.
- **Waterproof**: Made of high-quality silicone, the under sink mat is waterproof and can hold up to 3.3 gallons of liquid. The undersink mat is perfect for protecting the bottom of kitchen and bathroom sinks from water damage.
- **Easy to Clean**: The under sink mat is soft and non-deformable, environmentally friendly, non-toxic, long life, and can be easily washed with water.
- **Keep Things Tidy**: Based on the under sink mat, you can make the interior of the sink into a huge, neat storage space, while avoiding liquid leakage, stains and other problems. The under sink mat is suitable for kitchen and bathroom sinks.
- **Under Sink Drip Tray**: Designed with raised edges and waterproof silicone material, the under sink drip tray can prevent dripping pipes from causing moisture problems and keep cabinets dry and tidy. Our under sink drip tray is perfect for kitchen and bathroom cabinets.

Roll over image to zoom in

VIDEOS

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$20.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within **6 hrs 43 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Aescooby
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List



CD HOME Pull Out Cabinet Organizer, 2-Tier Under Sink Slide Out
★★★★☆ 210
$37.99 ✔prime
Save 10% with coupon

Sponsored

**Buy it with**

https://www.amazon.com/Kitchen-Waterproof-Silicone-Bathroom-Cabinets/dp/B0C5D55DRT?th=1    1/8

## Checkout (1 item)



---

**1**   **Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

📍 Or pick up near this address - See nearby pickup locations

---

**2**   **Payment method**

MasterCard ending in 1926

Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

**3**   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 2 hours and 31 minutes (Details)
Items shipped from Amazon.com



Under Sink Mats for Kitchen Waterproof, 34" X 22" Or Smaller Cut to Fit Under Sink Drip Tray for Kitchen Bathroom Cabinets, Silicone Sink Liner Hold Up to 3.3 Gallons Liquid – Light Grey
**$22.99**
& FREE Returns
Qty: 1
Sold by: Aesceoby

🎁 Add gift options

**Choose your Prime delivery option:**
⦿ Tomorrow, Sept. 16
FREE One-Day Delivery
◯ Monday, Sept. 18
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
Choose a location

---

**Place your order**

**Order total: $24.60**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

## 22

# Store Name:

## Supercenter-US

# Platform:

## Amazon

## Supercenter-US

Visit the Supercenter-US storefront

**100% positive** in the last 12 months (180 ratings)



**Under Sink Mat,34"x22" Silicone ...**

USD $21^{99}$

Add to Cart

## About Seller

Supercenter-US is committed to providing each customer with the highest standard of customer service.

**Have a question for Supercenter-US?**

Ask a question

## Detailed Seller Information

**Business Name:** nantongkaishunfangzhipinyouxiangongsi

**Business Address:**

工贸园区（三星镇石桥市场西首）

海门市

三星镇

江苏省

226100

CN

## Feedback

4.9 out of 5     12 months

180 ratings

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

180 total feedbacks in 12 months

"Great cheese grater makes it so much easier. I'm very happy with my purchase."

By Rock lady on July 18, 2023.

"Love it and all the different blades that comes with it. Very easy to use!!!!"

By Angel Turney on July 13, 2023.

"GREAT"

By R G on July 10, 2023.

"So easy to use, cuts well. Cuts so many different fruits & veggies for all kinds of recipes. It is easy to store & then put to use as the parts fit very well. I..."

Read more

By Linda Ledesma Soto on July 4, 2023.

"Fast delivery and excellent quality. Much better than the less expensive Chinese tools."

By S. Rochelle on June 27, 2023.

Previous Next

7/23/23, 5:11 PM | Amazon.com: Under Sink Mat,34"x22" Silicone Waterproof Kitchen Cabinet Tray,Flexible Under Sink Liner with Unique Drain Hole...

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 111 of 413



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Books   Registry    Save on school essentials

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

BLUE GINKGO Sink Splash Guard - (Upgraded Design) Premium Silicone Water Splash Guard for Sink | Kitchen Island Sink Backsplash Guard (18.9 x 2.9 Inch) - Gray    ★★★★☆ 462    $25.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Under Sink Mat,34"x22" Silicone Waterproof Kitchen Cabinet Tray,Flexible Under Sink Liner with Unique Drain Hole Design for Kitchen& Bathroom

Visit the Supercenter Store

4.8   16 ratings

$21.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns

Get $60 off instantly: Pay $0.00 $21.99 upon approval for the Amazon Store Card. No annual fee.

- **【Perfect Fit 36" Cabinets】** The under sink mat is designed for standard 36" kitchen and bathroom cabinets, the size is 34"x22" with 0.78" height mat edge to hold up to 3.3 gallons of leaking liquid, helping you easily solve the problem of cabinets leaks
- **【High-quality Flexible Silicone 】** Our under sink waterproof mat is made of high-quality soft silicone, which can protect your cabinet from damage caused by water pipe leakage, seepage, or spills. The sink mat can be folded into the cabinet and will not warp like rigid plastic mats. It's easy to open and fit in your cabinet perfectly, not easy to deform and curl
- **【Unique Drain Hole Design】** The under sink tray use unibody drain hole design and increase the height of the silicone waterproof edge under the sink mat.You just need to press the drain hole to the other side,so you can easily drain the leak without removing the sink cabinet pad or turning the edge outward
- **【Easy To Clean】** The waterproof material perfectly avoids the risk of your cabinet being corroded by water leakage and liquid leakage. If the water pipe is leaking or the cleaning fluid leaks, you just need to wipe it with a damp cloth or rinse it with water. Then you will get a clean kitchen sink liner
- **【Multi-Function Under Sink Mat】** The under sink mat is not only suitable for kitchen cabinets, but also suitable for bathroom cabinets, children's toy mat, drawing mat,pet feeding mat tool mat and any more occasions to prevent stains and spills

### Customer ratings by feature

| | |
|---|---|
| Easy to install | 5.0 |
| Easy to clean | 5.0 |
| Sturdiness | 4.6 |

See all reviews

---

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$21.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, July 25**. Order within **18 hrs 10 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Supercenter-US
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | |

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904

Add delivery instructions

 Or pick up near this address - See nearby pickup locations

Change

---

**2** **Payment method**

MasterCard ending in 1926

**Billing address:** Same as shipping address.

Change

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

---

**3** **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 9 hours and 44 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat,34"x22" Silicone Waterproof Kitchen Cabinet Tray,Flexible Under Sink Liner with Unique Drain Hole Design for Kitchen& Bathroom**
**$17.99**
& FREE Returns
Qty: 1
Sold by: Supercenter-US
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
   FREE Prime Delivery
◯ **Monday, Sept. 18**
   FREE Amazon Day Delivery
   🚚 **Fewer boxes, fewer trips.**
   Some orders may arrive a day early.
   Change delivery day

**Or choose your pickup location:**
🔴 **Pickup available nearby**
   Choose a location

---

[ Place your order ]

**Order total: $19.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$19.25** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **23**

## Store Name:

# **foshanaotiankeji**

## Platform:

# **Amazon**

# foshanaotiankeji

Visit the foshanaotiankeji storefront

**100% positive** in the last 12 months (11 ratings)



Under Sink Mats for Kitchen Wat...

USD 24.99

Add to Cart

## About Seller

foshanaotiankeji is committed to providing each customer with the highest standard of customer service.

Have a question for foshanaotiankeji?

Ask a question

## Detailed Seller Information

**Business Name:** foshanaotiankejiyouxiangongsi
**Business Address:**
南海区大沥镇
盐步镇龙路6号奥田科技
佛山市
广东
528200
CN

## Feedback

4.8 out of  5

12 months

11 ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 18% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

FILTER BY

All stars

11 total feedbacks in 12 months

" Measurements off slightly but very solid item "

By Noel B Shepherd on July 20, 2023.

" Fits perfectly under the sink and nice quality rubber. "

By Amazon Customer on July 15, 2023.

" no comment "

By Amazon Customer on June 23, 2023.

" very good perfect fit "

By Belinda McDowell on June 3, 2023.

" Fit perfectly "

By Kathy Buthmann on May 8, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .



EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Save on top college essenti...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

**Sarlai**    30 Inch black farmhouse sink    **$449**⁰⁰ ✓prime

Sponsored

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl



Roll over image to zoom in

VIDEOS

## Under Sink Mats for Kitchen Waterproof, 28" x 22" Under Kitchen Sink Mat and Protectors Tray with Drain Hole, Flexible Silicone Under Sink Liner for Kitchen and Bathroom Cabinet Mats (Black)

Visit the EXMMCZLDD Store

5.0    3 ratings

-18%  $22⁹⁹

Typical price: $27.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

Join Prime to buy this item at $20.69

Get $60 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | EXMMCZLDD |
|---|---|
| Color | Black |
| Material | Silicone |
| Product Dimensions | 28"L x 22"W |
| Recommended Uses For | Cabinet,Sink |

˅ See more

## About this item

- 【28" x 22" Under the Sink Mat】 - Under sink mats for kitchen waterproof perfect for 28" kitchen and bathroom cabinet. Note: Please ensure this sink mat compatible with your cabinet size and shape

- 【Flexible Silicone Material】 -Our undersink mats for bottom of kitchen sink is made of highly soft silicone, so it is easy to fold into your cabinet perfectly, this under sink mat not easy to deform, warp or curl

- 【Unique Drainage Design】 -With drainage holes for quick drainage without moving the under sink mat, to convenient for you to clean the under kitchen sink mat and protectors, this under the sink mat waterproof to protect your cabinet from damage caused by leakage, seepage, and chemical spills

- 【Edge Reinforcement Desin】 -This under sink liner has a reinforced lip around the edge to holds up to 2 gallons water to contain spills, The under sink liners for kitchen waterproof is designed with hexagonal texture, the surface is flat and the items are placed smoothly and will not collapse, clean and tidy

- 【Multipurpose Undersink Mat】 -Under sink tray are not only suitable for kitchen cabinets, but also for use as pet feeding mats or craft mats (candle making, jewelry resin



# Checkout (1 item)

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.75 |
| **Order total:** | **$26.74** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**1  Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

🅰 Or pick up near this address - See nearby pickup locations

**2  Payment method**

MasterCard ending in 1926

Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards **$293.53 (293.53 points)** available

**3  Review items and shipping**

Want to save time on your next order and go directly to this step when checking out?

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.



**Delivery: Sept. 17, 2023**  If you order in the next 12 hours and 42 minutes (Details)

Items shipped from Amazon.com

Under Sink Mats for Kitchen Waterproof, 28" x 22" Under Sink Tray for Kitchen Waterproof Waterproof & Flexible Under Sink Liner for Kitchen and Bathroom Gray

**$24.99**

Qty: 1

Sold by: foshanaotiankeji

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Sunday, Sept. 17**
FREE Prime Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**

🅰 **Pickup available nearby**
Choose a location

**Place your order**

**Order total: $26.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

Defendant No.:

**24**

Store Name:

**GZTT-kitchen**

Platform:

**Amazon**

# GZTT-kitchen

Visit the GZTT-kitchen storefront

**100% positive** in the last 12 months (22 ratings)



**Dryvovol Under Sink Mat for Kitc...**

USD **19**<sup>99</sup> $19^{99}$

Add to Cart

## About Seller

GZTT-kitchen is committed to providing each customer with the highest standard of customer service.

**Have a question for GZTT-kitchen?**

Ask a question

## Detailed Seller Information

**Business Name:** Shenzhen Yuantu Advertising Co., Ltd
**Business Address:**
福田区园岭街道鹏盛社区八卦二路
八卦岭工业区616栋617
深圳市
广东省
518029
CN

## Feedback

| | 4.9 out of 5 | 12 months |

22 ratings

**FILTER BY**

All stars

22 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"Great fit"

By Andrew L on July 15, 2023.

"It fits exactly to dimensions; I believe it will catch the water; you Have to use the drain though cause it's pretty thin so can't slide it easily. not sure how... "

Read more

By R Cam on July 9, 2023.

"Excellent choice. "

By JWH on June 28, 2023.

"Wish it was a little bigger width wise. "

By Stewart A Moore Sr on May 17, 2023.

"Pretty flimsy "

By PAMELA LANDINGHAM on May 15, 2023.

Previous Next

## Return & Refund Policies



Deliver to Daytona B... 32118 | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime | Music | Today's Deals | New Releases | Books | Up to 50% off overstock deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

DecoBros Supreme Stackable Can Rack Organizer, Black 4,451 $24.97 prime
Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Roll over image to zoom in

VIDEOS

# Dryvovol Under Sink Mat for Kitchen & Laundry Cabinets, Waterproof 34" x 22" Silicone Under Sink Tray with Drain Hole, Bathroom Cabinet Mat Protector for Drips Leaks Spills(Grey)

Brand: Dryvovol
4.6 82 ratings
Amazon's Choice in Under-Sink Organizers by Dryvovol

$19.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Gray**

Size: **34" x 22"**

34" x 22" | Adjustable

| | |
|---|---|
| **Brand** | Dryvovol |
| **Color** | Gray |
| **Material** | Silicone, Rubber |
| **Product Dimensions** | 34"L x 22"W |
| **Special Feature** | Dishwasher Safe |

See more

## About this item

- 【Fits Standard 36" Cabinets】 Under sink mat is designed to fit standard 36" kitchen and bathroom cabinets. It measures 34"x22" with a 0.67" high mat edge to hold more than 2 gallons of leaking liquid, making it easy to solve the problem of cabinet leaks.
- 【Safe Material & Drain Hole Design】 Made of quality molding rubber, our under sink mat is non-slip, VOC-free, and safe for indoor use. It also has a unique drain hole design that allows for quick drainage without having to move the mat.
- 【Protects Your Cabinets】 No more damage or mold from leaky sinks or chemical spills that require expensive repairs. Our sink mat helps to keep your cabinets safe and protected.
- 【Easy to Clean】 Compared to traditional sink liners, our sink mat easily drains leaking water without having to remove it. It's also easy to wipe down and clean.

**prime**
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$19.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within 6 hrs 27 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | GZTT-kitchen |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.75 |
| **Order total:** | **$26.74** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

### 3   Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 12 hours and 38 minutes (Details)
Items shipped from Amazon.com



Dryvovol Under Sink Mat for Kitchen & Laundry Cabinets, Waterproof 34" x 22" Silicone Under Sink Tray with Drain Hole, Bathroom Cabinet Mat Protector for Drips Leaks Spills(Grey)
**$24.99**
& FREE Returns

Qty: 1

Sold by: GZTT-kitchen

[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**

○ **Today & Overnight**
$2.99 - Fastest Delivery

| Today<br>5 PM - 10 PM | Overnight<br>4 AM - 8 AM |
|---|---|

∨ See more delivery slots

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

**Or choose your pickup location:**
 **Pickup available nearby**
Choose a location

### Place your order

**Order total: $26.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# **25**

## Store Name:

# **ShenZhenShiJingShangMengKeJiYouXianG ongSi**

## Platform:

# **Amazon**

## ShenZhenShiJingShangMengKeJiYouXianGong...



**Under Sink Mat, 34"*22"Under Si...**

USD 25⁹⁹

Visit the ShenZhenShiJingShangMengKeJiYouXianGongSi storefront

**96% positive** in the last 12 months (84 ratings)

[ Add to Cart ]

## About Seller

ShenZhenShiJingShangMengKeJiYouXianGongSi is committed to providing each customer with the highest standard of customer service.

Have a question for **ShenZhenShiJingShangMengKeJiYouXianGongSi**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** LuoXiaoYan

**Business Address:**

MinZhiJieDaoMinZhiSheQuShaXiaCun38Dong403

LongHuaQu

ShenZhen

GuangDong

518000

CN

## Feedback

4.8 out of  5    [ 12 months ]

84 ratings

**FILTER BY**

[ All stars ]

84 total feedbacks in 12 months

| | |
|---|---|
| 5 star | 92% |
| 4 star | 5% |
| 3 star | 1% |
| 2 star | 0% |
| 1 star | 2% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

"Fits perfectly under the sink. Fast shipping. "

By Amazon Customer on July 19, 2023.

"Fast shipping and great product "

By richard truman on July 19, 2023.

"You need to list all ingredients in this and/or make all allergens known. This product sent me to the hospital with a life threatening allergic reaction after I... "

Read more

By Ronan on July 16, 2023.

"Haven't used it yet but I like it. "

By Amazon Customer on July 16, 2023.

"Perfect fit "

By Billy on July 15, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

**ELKAY**    Shop Quality Kitchen Sinks    $308.54 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Under Sink Mat, 34"*22"Under Sink Mats for Kitchen Waterproof, Cuttable Under Sink Mat, Cabinet Protector Silicone Mats for Kitchen & Bathroom(Dark Gray)

Brand: JSMKJ
4.7    315 ratings

Amazon's Choice  in Under-Sink Organizers by JSMKJ

$25.99

FREE Returns

Get $60 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Store Card. No annual fee.

Size: **Thick1100g**

| Thick860g | Thick1100g | Thick1130g |
|-----------|------------|------------|
| $23.99 | $25.99 | $36.99 |

| Brand | JSMKJ |
|-------|-------|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Recommended Uses For | Cabinet,Sink |

˅ See more

## About this item

- **Under Sink Mat Size**: The size of under the sink mat is 34'' * 22*''. Under sink mat made of high quality durable silicone material, fits perfectly for standard 36 inch wide cabinets. Cuttable under sink mat,waterproof and stain-resistant, with a smooth surface that is waterproof and it is perfect for kitchens & bathroom use.

- **Cabinet Protector Mat**: Cuttable under sink mat ,under sink mat silicone waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and healthy, making your cabinet durable.(Please pay attention to your cabinet size when buying.)

- Easy to clean -can discharge leaky water through special drainage holes to make the drainage very easy, with a smooth surface makes wiping up under sink spills a breeze. Make you easily wipe off the excess liquid from the mat, so that it is easy to clean.(Please pay attention to your cabinet size when buying.)

- **Multi -Function Cushion**: Under sink mat is In addition to placed under your kitchen sink, bathroom vanity, under potted plants. You can use the cushion as a drip tray/pet feeding pad/boots tray/(work mat ) provides more storage space for you to place various parts and gadgets.



✓prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|----------|--------|

$25.99

FREE Returns

FREE delivery **Friday, July 28**

Or fastest delivery **Tomorrow, July 24**. Order within **6 hrs 31 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---------|-------------------|
| Ships from | Amazon |
| Sold by | ShenZhenShiJingShangM |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



**ELK**

Shop Qualit
Sinks

Sponsored

## Checkout (1 item)

| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904 |

Change

Add delivery instructions

Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 |

Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$27.81** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 1 hour and 36 minutes (Details)

Items shipped from Amazon.com



**Under Sink Mat, 34"*22"Under Sink Mats for Kitchen Waterproof, Cuttable Under Sink Mat, Cabinet Protector Silicone Mats for Kitchen & Bathroom(Dark Gray)**
$25.99
& FREE Returns
Qty: 1
Sold by:
ShenZhenShiJingShangMengKeJiYouXianGongSi
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Tomorrow, Sept. 16
  FREE One-Day Delivery
○ Monday, Sept. 18
  FREE Amazon Day Delivery
  🌱 Fewer boxes, fewer trips.
  Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
  Choose a location

**Place your order**

**Order total: $27.81**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **26**

## Store Name:

# **Bathbeyond Sanitary Ware**

## Platform:

# **Amazon**



## Bathbeyond Sanitary Ware

Visit the Bathbeyond Sanitary Ware storefront

**100% positive** in the last 12 months (17 ratings)



**WOJIUBUXIN Under Sink Mat for ...**

USD **19**⁹⁹

Add to Cart

### About Seller

Customer Service Email: wojiubuxin_us@163.com

WOJIUBUXIN is a professionally designed sanitary ware factory dedicated to providing quality products to enhance your kitchen and bathroom experience. We specialize in all kinds of kitchen faucets and bathroom hardware related products. WOJIUBUXIN never stops working to bring you high quality products and best services.

Our customer support will help you with installation, warranty or other questions within 24 hours. WOJIUBUXIN aims to provide 100% s...

⌄ See more

**Have a question for Bathbeyond Sanitary Ware?**

Ask a question

### Detailed Seller Information

**Business Name:** Wenzhou Bathbeyond Network Technology Co., Ltd.
**Business Address:**
　江南物流园区
　B幢二楼215-1室
　温州市
　瑞安市
　浙江省
　325200
　CN

### Feedback

4.9 out of  5

17 ratings

[ 12 months ]

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 12% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

[ All stars ]

17 total feedbacks in 12 months

"Easy to install. Working as specified "
By Amazon Customer on June 26, 2023.

"Great shelves and the right size. "
By KJ Hiker on June 1, 2023.

"Looks nice with my other brushed nickel towel holders. The one that came in the package only had one screw I needed two "
By Patty Burchfield on May 1, 2023.

"Super Excellent "
By Amazon Customer on April 21, 2023.

"Great product, easy old paper holder retrofit "
By Volodymyr Nuzhyn on April 3, 2023.

Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 127 of 413

7/23/23...    Deliver to Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

 household essentials    Kitchen Cabinet Pull Out Organizers    $104.84 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Roll over image to zoom in

## WOJIUBUXIN Under Sink Mat for Kitchen Waterproof 34" x 22" Flexible Silicone Sink Protector Mat for 36" Cabinet Black Kitchen Under Sink Drip Tray with Unique Drain Hole,Hold up to 3.3 Gallons Liquid

Brand: WOJIUBUXIN

4.5    53 ratings

-8% $21.99

Typical price: $23.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $21.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

 $21.99     $19.99     $21.99

- ✅ Large Waterproof Mat---34" x 22" large under sink mat it will hold up well if kitchen drain spills and leaks, the lip around the perimeter is high enough to stop water hold up to 3.3 Gallons leaking liquid. It will not fit in every kitchen cabinet so measure the exact size of your cabinet interior before purchase.

- ✅ Perfectly Protects Kitchen Cabinet---Under sink liner protects your cabinet from damage caused by plumbing leaks, chemical & product spills, stains, scratches, and garbage disposal failures, giving you more time to address a leak. Meanwhile You can put all of cleaning supplies on it, make stuffs placed organized.

- ✅ Premium Design & Materials---Our under sink storage mat is made of high-quality silicone, it is strong and flexible, it rolls up and folds very easily. If you divide the cabinet door with wooden strips, it will bend to fit it in.Designed to look impressive while protecting your cabinets.

- ✅ Multipurpose Silicone Mat---It can be used as a PET feeding pad or dog bowl pad (large surface with raised edges to keep food and water on the pad) or can be used as a sanitizing pad surface for shoes or other utilities.

- NOTE: If your sink has hot and cold water supply pipes coming in through the bottom of the cabinet, you can carefully measure then simply cut the mat to fit around the pipes, and seal with a silicone based caulk.34" x 22" sink mat suitable for 36" cabinet.

## Customer ratings by feature

Easy to assemble    5.0

Sturdiness    4.8

---

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |

$21.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within **5 hrs 6 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Bathbeyond Sanitary Ware
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

## Checkout (1 item)

| | | Place your order |
|---|---|---|

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

### Order Summary

| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | **Change** |
|---|---|---|---|

 Or pick up near this address - **See nearby pickup locations**

Items: $15.99
Shipping & handling: $0.00

Total before tax: $15.99
Estimated tax to be collected: $1.12

**Order total:** **$17.11**

| 2 | **Payment method** | MasterCard ending in 1926 | **Change** |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

### 3   Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 12 hours and 35 minutes (Details)
Items shipped from Amazon.com



**WOJIUBUXIN Under Sink Mat for Kitchen Waterproof 34" x 22" Flexible Silicone Sink Protector Mat for 36" Cabinet Grey Kitchen Under Sink Drip Tray with Unique Drain Hole,Hold up to 3.3 Gallons Liquid**
**$15.99**
& **FREE Returns**

Qty: 1

Sold by: Bathbeyond Sanitary Ware

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Sunday, Sept. 17**
FREE Prime Delivery

◯ **Tuesday, Sept. 19**
FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
**Change delivery day**

**Or choose your pickup location:**

📍 Pickup available nearby
**Choose a location**

| Place your order | **Order total: $17.11** |
|---|---|

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages or contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

23-CV-23380-RNS

Defendant No.:

**27**

Store Name:

**YUNBO
HOME**

Platform:

**Amazon**

## YUNBO HOME

Visit the YUNBO HOME storefront

**100% positive** in the last 12 months (24 ratings)



**RUGICI Under Sink Mat, Under Si...**
USD **19**⁹⁹

Add to Cart

### About Seller

YUNBO HOME is committed to providing each customer with the highest standard of customer service.

**Have a question for YUNBO HOME?**

Ask a question

### Detailed Seller Information

**Business Name:** Shenzhen shi yun bo dianzi shangwu youxian gongsi
**Business Address:**
    龙华街道松和社区共和花园A13栋401
    深圳市
    龙华区
    广东省
    518107
    CN

### Feedback

5 out of 5          12 months

24 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

24 total feedbacks in 12 months

"Love it "
By Amazon Customer on July 23, 2023.

"Gift for ballet dancer granddaughter, she loved it! "
By Olga on July 11, 2023.

"Look great so soft every one loves it "
By Darlene M. on April 6, 2023.

"Cute, soft, spacious. Perfect for kiddos and teens "
By Jasmine on March 31, 2023.

"Bought 2 love them both! "
By Donicia A. on March 27, 2023.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

7/25/23, 9:53 PM ... RUGICI Under Sink Mat, Under Sink for Kitchen Bathroom Cabinets Protection Mats, 34" x 22" Waterproof Silicone Flexible Under...

Deliver to
Daytona B... 32118

Tools & Home Improvement ▼    Search Amazon    EN ▼    Hello, sign in
Account & Lists ▼    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases    Books    Registry    Save on school essentials

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

 *Lordear*    16 Gauge Round Corner Rust Resistant Kitchen Sink    $279.⁹⁹ ✓prime 

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl    Sponsored



Roll over image to zoom in

## RUGICI Under Sink Mat, Under Sink for Kitchen Bathroom Cabinets Protection Mats, 34" x 22" Waterproof Silicone Flexible Under Sink Drip Tray Liner with Drain Hole for Below Sinks Durable, Grey

Visit the RUGICI Store

4.8    9 ratings

**-39%** **$19.**⁹⁹

Typical price: $32.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

### prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$19.⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns

FREE delivery **Sunday, July 30** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 26.** Order within **6 hrs 55 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Color: **Gray**

 $19.99     $19.99

| Brand | RUGICI |
|---|---|
| Color | Gray |
| Material | Silicone Rubber |
| Size | 34*22inch |
| Product Dimensions | 34"D x 22"W x 0.7"H |

Payment    Secure transaction
Ships from    Amazon
Sold by    YUNBO HOME
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

### About this item

- Update under sink mat:RUGICI under sink mats made of high quality durable silicone,100% waterproof and oil resistant,easy to clean, the thicker material is more thick than others,also Flexibility and softness, better able to withstand the edge deformation when filled with water, and can be easily bent and folded to gain access to tighter areas. Kitchen sinks have sink guards that fold easily, don't warp, and don't twist or curl the edges. Keep your drains clean and tidy.

- Easy to clean&flexibility install - Silicone under sink mats are easy to easy and can be removed quickly for clean-up, just need to simple wipe. Our under-sink drip tray is the perfect solution to messy, dirty or disorganized bathroom cabinets; If you don't see your size, don't worry about your sewer leaking, this silicone sewer mat can be easily cut to fit the shape and size of your sewer.

- Multifunctional under sink Liner:This under sink liner can use for kithch,bathroom,laundry cabinet,belows sinks,also can use for pet feeding mar,craft mat,work mat also a door mat.

- Cabinet protector- Sink mats at the bottom of kitchen sink cabinets are protected from damage from pipe leaks, chemical and product spills, stains and scratches. An organizer and storage space under the sink can save you hundreds of dollars in cabinet repairs. Perfect for kitchen, bathroom or utility room. You can use this multifunctional liner anywhere that leaks or might leak.

Have one to sell?

Sell on Amazon



# Checkout (1 item)



| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions<br><br>Or pick up near this address - See nearby pickup locations | Change |

2  **Payment method**

MasterCard ending in 1926    Change

Billing address: Same as shipping address.

ᐱ **Add a gift card or promotion code or voucher**

[ Enter code ]  [ Apply ]

ᐯ Apply Capital One Rewards **$293.53 (293.53 points)** available

3  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 17, 2023** If you order in the next 9 hours and 30 minutes (Details)
Items shipped from Amazon.com



RUGICI Under Sink Mat, Under Sink for Kitchen Bathroom Cabinets Protection Mats, 34" x 22" Waterproof Silicone Flexible Under Sink Drip Tray Liner with Drain Hole for Below Sinks Durable, Brown
**$19.99**
& FREE Returns
[ Qty: 1 ]
Sold by: YUNBO HOME
[ 🎁 Add gift options ]

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17
   FREE Prime Delivery
○ Monday, Sept. 18
   FREE Amazon Day Delivery
   🌱 Fewer boxes, fewer trips.
   Change delivery day

**Or choose your pickup location:**
 Pickup available nearby
   Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

---

[ Place your order ]    **Order total: $21.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

## Order Summary

Items:                        $19.99
Shipping & handling:          $0.00
                              ─────────
Total before tax:             $19.99
Estimated tax to be collected: $1.40

**Order total:          $21.39**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

23-CV-23380-RNS

# Defendant No.:

# 28

## Store Name:

# JOY US MALL

## Platform:

# Amazon

# JOY US MALL

Visit the JOY US MALL storefront

**97% positive** in the last 12 months (77 ratings)



Under Sink Mat, Under Sink Mats...

USD$19.99

Add to Cart

## About Seller

JOY US MALL is committed to providing each customer with the highest standard of customer service.

Have a question for JOY US MALL?

Ask a question

## Detailed Seller Information

**Business Name:** Guangzhou Qunqiuchuang Dianzishangwu Youxiangongsi

**Business Address:**
同德街汇华街48号209（自主申报）
广州
白云
广东
510407
CN

## Feedback

4.9 out of 5

77 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 5% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 1% |

⌄ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

77 total feedbacks in 12 months

"VERY cheap product. Paper thin and already had rips."
By Brent Harwood on July 21, 2023.

"Thanks"
By M. Weber on July 20, 2023.

"Excellent product for repairing small and large electronics"
By Duane Medley on July 16, 2023.

"Nice and sturdy love it"
By Suronya mccray on July 13, 2023.

"Package arrived as described, on time with no damage to contents."
By Ron Estes on July 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy.



Deliver to
Daytona B... 32118 | Home & Kitchen ▼ | Search Amazon

EN ▼ | Hello, sign in
Account & Lists ▼ | Returns
& Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▼ | Music | Today's Deals | New Releases | Books | Up to 50% off overstock deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement



BUKFEN Under-Sink Silicone Mat(34 * 22in), Waterproof and Multifunctional, Can be Used as Countertop Protector, Dish Drying Mat, Heat Resistant Mats, Pet Feeding Mats, (Gray, Regular... | $30.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



  

Roll over image to zoom in



VIDEOS

## CuivnKak Under Sink Mat, Under Sink Mats for Kitchen Waterproof 34" X 22" Or Smaller Cut to Fit Undersink Mat for Kitchen Bathroom, Hold Up to 3.3 Gallons Liquid - Light Grey

Visit the CuivnKak Store

4.9 ⭐ 20 ratings

$21.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns

Save 5% on 4 select item(s) Shop items ›

Get $60 off instantly: Pay $0.00 $21.99 upon approval for the Amazon Store Card. No annual fee.

Color: Light Grey

- ✅ **ADJUSTABLE AND TAILORED-MADE** - Under the sink mat measures 34 Inches long 22 inches wide.The under sink mat with 1"height mat edge to hold more than 3.3 gallon leaking liquid, giving you more time to fix leaks. Fits Standard 36 Inch Wide Cabinets. Length can be easily trimmed down with a pair of scisors or utility knife to 30 ¾ inches or 28 inches, width can be trimmed down to 20 ¾ to fit for 31" or 28" kitchen sink and bathroom cabinets.

- ✅ **PROTECT YOUR CABINETS** - Under kitchen sink mat with soft and flat surface,easy to wipe up any spills,fully waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and healthy.By catching leaks and spills, under sink mats for kitchen waterproof can help extend the lifespan of your kitchen or bathroom and save you money on repairs.

- ✅ **WATERPROOF,SCRACHES RESISTANT,EASE OF CLEANING** - The undersink mats for bottom of kitchen sink is made of high-quality silicone, with a smooth surface that is waterproof and oil resistant, making wiping up spills a breeze.The under sink tray well prevents scratches on the bottom of the cabinet from pots and pans. Waterproof silicone material is easy to clean. It repels water, liquids, oils or stains and if anything spills, makes an effortless clean up.

- ✅ **HEAVY DUTY DESIGN,FOOD GRADE SILICONE MAT** - The under the sink mat waterproof is made from premium and sturdy silicone.Double thickness (3MM)design weighs up to 4 pounds, a thicker brand than similar ones.Just get one and provide you with years of use!Save your expensive cabinet from any accidental cleaning product spills and leaky pipes. 100% safe materias,BPA free. No smell ,non-toxic and non-allergenic ,no worry about any harm coming to your family.

- ✅ **MULTI-FUNCTIONAL** - This large space under the sink mat is not only suitable for kitchen cabinets,but also suitable for bathroom cabinets,washroom counter

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |

$21.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 24**. Order within **2 hrs 40 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Payment | Secure transaction
Ships from | Amazon
Sold by | JOY US MALL
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe |

**1 Shipping address**
Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions
 Or pick up near this address - See nearby pickup locations
Change

**2 Payment method**
MasterCard ending in 1926
Billing address: Same as shipping address.
^ Add a gift card or promotion code or voucher
[Enter code] [Apply]
v Apply Capital One Rewards $293.53 (293.53 points) available
Change

**3 Review items and shipping**

Want to save time on your next order and go directly to this step when checking out?
☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 2 hours and 16 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34"x22" Silicone Under Kitchen Sink Liner Mat, Flexible Under Sink Drip Tray for Kitchen Bathroom, Thick Under Sink Rubber Mat with Lip, Grey
**$17.99**
Exclusive Prime price
& FREE Returns
[Qty: 1]
Sold by: JOY US MALL
[🎁 Add gift options]

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging.**
[Ship in Amazon packaging]

**Choose your Prime delivery option:**
◉ Tomorrow, Sept. 16
FREE One-Day Delivery
○ Monday, Sept. 18
FREE Amazon Day Delivery
🚚 Fewer boxes, fewer trips.
Change delivery day

Or choose your pickup location:
 Pickup available nearby
Choose a location

[Place your order]
**Order total: $19.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

[Place your order]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $17.99
Shipping & handling: $0.00
Total before tax: $17.99
Estimated tax to be collected: $1.26
**Order total: $19.25**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us

23-CV-23380-RNS

# Defendant No.:

## 29

## Store Name:

## **Holidecor**

## Platform:

## **Amazon**



## Holidecor

Visit the Holidecor storefront

**100% positive** in the last 12 months (60 ratings)

**QXKAKA Under Sink Mats for Kit…**

USD**19**⁹⁹

Add to Cart

## About Seller

Holidecor is committed to providing each customer with the highest standard of customer service.

**Have a question for Holidecor?**

Ask a question

## Detailed Seller Information

**Business Name:** Shenzhen shi hongli dianzi shangwu youxian gongsi
**Business Address:**
> 龙华街道松和社区共和花园13号706
> 深圳市
> 龙华区
> 广东省
> 518107
> CN

## Feedback

4.9 out of 5     12 months

60 ratings

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

60 total feedbacks in 12 months

"This mat fit "PERFECTLY ". I love it and I'm glad I have it. It makes under my kitchen sink look better. A great item if you want underb your sink to look organ… "
Read more
By Steven on July 9, 2023.

"It's soft and I love that it fits in my washing machine! My dog loves it too lol "
By Natasha Sposato on July 3, 2023.

"Just unpacked, VERY well packaged, and for the price point I could not be happier. "
By Heidi on June 25, 2023.

"Ordered for my mother..she absolutely loves it..color exactly as pictured..fits perfectly..so soft. Very fast delivery! No problems whatsoever..will order from… "
Read more
By Rebecca Graham on June 24, 2023.

"I'd like nice and soft I like it thanks "
By Timothy Olander on June 22, 2023.

Previous Next



Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$19.99

All  Clinic  Best Sellers  Customer Service  Amazon Basics  Prime ▾  Music  Today's Deals  New Releases    Save on top college ess

Amazon Home  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home

household essentials    Kitchen Cabinet Pull Out Organizers    $66.14 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Roll over image to zoom in

### QXKAKA Under Sink Mats for Kitchen Waterproof, 34" x 22" Silicone Under Sink Tray with Drain Hole, Upgraded Under sink Liner, Kitchen Bathroom Cabinet Mat and Protectors for Drips Leaks Spills (Black)

Visit the QXKAKA Store
4.9    13 ratings

-20% $23.99
List Price: $29.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Coupon ▾    Apply 10% coupon  Shop items › |
Terms

Get **$60 off** instantly: Pay **$0.00** $23.99 upon approval for the Amazon Store Card. No annual fee.

**Color: Black**

 $23.99     $19.99

- **【Perfect Fit for Standard Cabinets】** - Our Under Sink Mat is designed to perfectly fit standard 36-inch kitchen and bathroom cabinets, providing an ideal solution for protecting your cabinets from leaks and spills. The size of our mat is 34" x 22", ensuring a snug fit.
- **【Ultimate Protection and Durability】** - Our sink mat offers unparalleled protection against leaks, spills, stains, and scratches, keeping your cabinets in pristine condition for years to come. Made from high-quality silicone, it is waterproof, oil resistant, and easy to clean, making maintenance a breeze. We believe that our kitchen sink mats is a very good sink protectors for kitchen sink as well as under sink organizer.
- **【Ample Capacity and Quick Cleanup】** - With a generous capacity of up to 3.3 gallons, our kitchen sink mat gives you ample time to address any leaks. The smooth surface allows for effortless wiping and cleanup, ensuring a dry and hygienic space under your sink.
- **【Versatile Storage Tray】** - Our mat doubles as a convenient storage tray, providing a space to organize bottles, cans, and other tools. The unique bump pattern not only adds a stylish touch but also helps with drainage and protects items from water in case of spills.

prime
**Enjoy fast, FREE delivery,** exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$23.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, July 25.** Order within **16 hrs 59 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Holidecor
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Checkout (1 item)

| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe |

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$27.81** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

1 **Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 **Payment method**

MasterCard ending in 1926

Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code    Apply

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

3 **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 12 hours and 28 minutes (Details)
Items shipped from Amazon.com



QXKAKA Under Sink Mats for Kitchen Waterproof, 34" x 22" Silicone Under Sink Tray with Drain Hole, Upgraded Rubber Under Sink Liner for Bottom of Kitchen Sink,Bathroom Cabinet Mat Protectors (Grey)
$25.99
& FREE Returns
Qty: 1
Sold by: Holidecor
🎁 Add gift options

**Item arrives in packaging that shows what's inside. To** hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

○ **Overnight & Tomorrow**
FREE Fastest Delivery

Overnight
4 AM - 8 AM

Overnight
7 AM - 11 AM

⌄ See more delivery slots

⦿ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

**Or choose your pickup location:**

📍 **Pickup available nearby**
Choose a location

Place your order

**Order total: $27.81**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

23-CV-23380-RNS

# Defendant No.:

# **30**

# Store Name:

# **MissJa**

# Platform:

# **Amazon**

# MissJa

Visit the MissJa storefront

**100% positive** in the last 12 months (20 ratings)

Subtotal
**$23.99**

Jacooxi Under Sink Mat 34 x 22, ...
USD 23 .99

Add to Cart

## About Seller

MissJa is committed to providing each customer with the highest standard of customer service.

Have a question for MissJa?

Ask a question

## Feedback

20 ratings    4.9 out of  5    [ 12 months ]

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

FILTER BY

All stars

20 total feedbacks in 12 months

" Thanks "

By M. Weber on July 20, 2023.

" Perfect fit. "

By Jim-B on July 18, 2023.

" i fits perfectly for the under the sink cabinet. Thanks "

By Mac Carlos on July 17, 2023.

" Perfect fit for under my kitchen sink cabinet! "

By Joni McAlpin on July 16, 2023.

" Arrived the next day of ordering "

By Johanne dattilo on July 10, 2023.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshiqiwuhaoshangmaoyouxiangongsi
**Business Address:**
粤海街道麻岭社区高新中四道29号阳光海景B座9H
深圳市
南山区
广东省
518057
CN

## Shipping Policies                                         ⌄

## Other Policies                                            ⌄

## Help                                                      ⌄

## Products

See all products currently offered by the seller.

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$23.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Shop Black-owned business

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Imp

30 Undermount Double Bowl Sink - Sarlai 30 Inch Kitchen Sink Ledge Workstation16 Gauge Stainless Steel Deep Double Bowl 60/40 Under Counter Kitchen Sink Basin    ★★★★☆ 87    $369.00 ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen Sinks › Single Bowl    Sponsored



Roll over image to zoom in

## Jacooxi Under Sink Mat 34 x 22, Under Sink Mats for Kitchen Waterproof, Silicone Under Kitchen Sink Mats and Protectors with Drain Hole, Black

Visit the Jacooxi Store
4.8  101 ratings

**-11%** $23.99
Typical price: $26.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $50 off instantly: Pay $0.00 $23.99 upon approval for Amazon Visa. No annual fee.

Size: 34*22

| 28*22 | 31*22 | 34*22 |

Color: **Black**

  

- **Fit 36" Sink Cabinet**: The size of under the sink mat is 34" x 22", the lip of undersink mat is 0.8" in height, weighs 2.47 pounds, fits perfect standard 36" cabinet under the kitchen or bathroom sink, provides protection from chemical spills and water leaks
- **Drain Hole & Edge Reinforcement Design**: This under sink liner has reinforced lip around the edge to contain leaks and spills, there is a built in drain hole which you just push down to drain any water out, drain the leaking water easily without taking out the sink cabinet mats
- **Premium Cabinet Protector**: Under kitchen sink mat is made of high quality pliable silicone material, very thick and durable. Under sink mats can protect the bottom of the under-the-sink cabinet from day-to-day dirt and damage
- **Ease of Use & Clean**: Under the sink mat waterproof is easy to install and wipe clean, just fold, put it under your sink, and let it expand. Under sink mats for kitchen are very easy to roll up and fold, provides a clean look under the sink
- **Multipurpose Silicone Mat**: Silicone under sink mat can be used for kitchen or bathroom cabinets, it is also suitable as a pet feeding pad, boots tray, craft mat, work mat, drip tray for some outdoor plants or small deep freezer

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$23.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22**. Order within **7 hrs 4 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    MissJa
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



33 Kitchen Sink Double Bowl - Sarlai 33" x 19" Undermount Sink Stainless Steel 16...
★★★★☆ 213
$379.00 ✓prime



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions<br><br>Or pick up near this address - See nearby pickup locations | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 | Change |
| | | Billing address: Same as shipping address. | |

∧ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3** **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 9 hours and 54 minutes (Details)
Items shipped from Amazon.com



**Jacooxi Under Sink Mat 31" x 22" x 1" for Kitchen Waterproof, Silicone Under Sink Liner with Drain Hole, Kitchen Bathroom Cabinet Protector for Drips Leaks Spills, Grey**
$22.99
& FREE Returns
Qty: 1
Sold by: MissJa
[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**
[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**
● **Tomorrow, Sept. 16**
FREE One-Day Delivery
○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🚚 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

[ Place your order ] **Order total: $24.60**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# **31**

## Store Name:

## **MISTONG**

## Platform:

## **Amazon**

# MISTONG

Visit the MISTONG storefront

**95% positive** in the last 12 months (132 ratings)

**Under Sink Mat,PRETIRENO 34" x...**
USD 19.98

Add to Cart

Subtotal
**$19.98**

## About Seller

MISTONG is committed to providing each customer with the highest standard of customer service.

### Have a question for MISTONG?

Ask a question

## Feedback

4.9 out of 5

132 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 2% |
| 3 star | | 3% |
| 2 star | | 1% |
| 1 star | | 1% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

132 total feedbacks in 12 months

"A little deeper than others. "

By Dirk on July 21, 2023.

"The eyeshadow Julep Beauty eyeshadow stick in color Taupe Shimmer came damaged. The eyeshadow stick was in the top of the eyeshadow and ruined. I tried to get i... "
Read more

By Lhers on July 19, 2023.

"Great spice organizer! Size was perfect for my cabinet. "

By Martha O. on July 15, 2023.

"One of the turntables is missing a piece that holds the parts together and allows it to spin. The other three are good. "

By Amazon Customer on July 14, 2023.

"Item is great to use and convenient in small areas. "

By Amazon Customer on July 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SHENZHENSHI HUANYAN KEJI YOUXIANGONGSI
**Business Address:**
沙井街道民主大道18号
蚝三民主丰泽园16栋2204
深圳市
宝安区
广东省
518000
CN

## Shipping Policies

## Other Policies

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders

Subtotal
$19.98



All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essentia

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

Level up with pending gift cards
Shop gift cards ›

Tools & Home Improvement › Kitchen & Bath Fixtures › Bathroom Fixtures › Bathroom Sink Vanities & Accessories › Bathroom Vanities



Roll over image to zoom in



## Under Sink Mat,PRETIRENO 34" x 22" Silicone Under Sink Liner for Kitchen & Bathroom Sink Base Cabinets,Under Sink Drip Tray with Lip, Black

Visit the P PRETIRENO Store

4.8            52 ratings

$19.98

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get **$60 off instantly:** Pay $0.00 $19.98 upon approval for the Amazon Store Card. No annual fee.

**Color: Black**

 

Size: **34*22 inches**

| Brand | P PRETIRENO |
|---|---|
| Color | Black |
| Material | Polyethylene Terephthalate (PET) |
| Product Dimensions | 34"L x 22"W |
| Recommended Uses For | Cabinet,Sink |

⌄ See more

### About this item

- PERFECTLY FITS 36" CABINETS:The size of the under sink mat is 34" x 22", fits standard 36-inch kitchen and bathroom cabinets. The lip of the mat is 1" in height, holds up to 3.3 gallons of water, helping you easily solve the problem of cabinets leaks.

- UNIQUE DRAIN HOLE DESIGN: Drain hole design, allows you to drain the leaking water easily without taking out the sink cabinet mats and protectors. Raise the edge to 1 inches, so the under sink drip tray can hold up to 3 gallons of water, buying you more time to address a leak.

- WATERPROOF & EASY TO CLEAN: The sink mat is made of high-quality silicone, with a smooth surface that is waterproof and oil resistant perfectly avoids the risk of your cabinet being corroded by water leakage and liquid leakage.Easy to clean,you just need to wipe it with a damp cloth or rinse it with water

- WELL-ORGANIZED:The under sink mat is made of high-quality soft silicone, which can be folded into the cabinet, easy to open and fit your cabinet perfectly, not easy to deform, warp or curl.

- MULTIPURPOSE:This under the sink mat is not only suitable for kitchen cabinets,but also

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$19.98

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

**FREE delivery Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22**. Order within **1 hr 6 mins**

⦿ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | MISTONG |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

## Checkout (1 item)

| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| 2 | **Payment method** |  MasterCard ending in 1926 | Change |

**Billing address:** Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code    Apply

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

---

3   **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 2 hours and 4 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat,PRETIRENO 34" x 22" Silicone Under Sink Liner for Kitchen & Bathroom Sink Base Cabinets,Under Sink Drip Tray with Lip, Black
**$36.98**
& FREE Returns
Qty: 1
Sold by: MISTONG

🎁 Add gift options

**Choose your Prime delivery option:**

◉ Tomorrow, Sept. 16
FREE One-Day Delivery

◯ Monday, Sept. 18
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**

🅰 Pickup available nearby
Choose a location

---

Place your order

**Order total: $39.57**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $36.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.98 |
| Estimated tax to be collected: | $2.59 |
| **Order total:** | **$39.57** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



23-CV-23380-RNS

# Defendant No.:

# **32**

# Store Name:

# **PELTEFLU**

# Platform:

# **Amazon**

# PELTEFLU

Visit the PELTEFLU storefront

**100% positive** in the last 12 months (33 ratings)

**PELTEFLU Under Sink Mat, 34" x ...**

USD 18 93

Add to Cart

Subtotal
$22.99

## About Seller

PELTEFLU is committed to providing each customer with the highest standard of customer service.

**Have a question for PELTEFLU?**

Ask a question

## Feedback

33 ratings    5 out of  5    | 12 months |

| | | |
|---|---|---|
| 5 star | | 97% |
| 4 star | | 3% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

33 total feedbacks in 12 months

" . "
By Marion Hicks on July 11, 2023.

" Thanks "
By Mina on July 2, 2023.

" Good product. Good price. Fast delivery. "
By Anon on July 1, 2023.

" Fits well. Like it! "
By Margaret Birkmann on June 30, 2023.

" ~~Did not receive it, although it says delivered.~~ "
By Stacy on June 22, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Dongguan shi mei si te ke ji you xian gongsi
**Business Address:**
宏伟路5号未来世界二期
4栋1704
东莞市
广东
523000
CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118

Home & Kitchen ▼

Search Amazon

EN ▼

Hello, sign in
Account & Lists ▼

Returns
& Orders

Subtotal
$22.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

**ELKAY**    Shop Quality Kitchen Sinks

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored

## PELTEFLU Under Sink Mat, 34" x 22" Waterproof Under Sink Mats for Kitchen Bathroom, Flexible Silicone Rubber Under Sink Liner with Drain Hole, Thick Under Sink Mat Protect for Drips Leaks - Black

Brand: PELTEFLU
4.5    52 ratings

Amazon's Choice    in Under-Sink Organizers by ...



$18⁹³

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $18.93 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Roll over image to zoom in



**Color:** Black

 $18.93     $18.92

 $18.92

| Material | Silicone |
|---|---|
| Color | Black |
| Brand | PELTEFLU |
| Product Dimensions | 34"L x 22"W |

### About this item

- 🍂 【**Protect Your Cabinets**】 PELTEFLU under sink mat is made of high quality and durable silicone eco-friendly material, which can effectively repel water and oil. Makes cleanup very easy, so you can keep your cabinets neat and clean continuously, and prevent damage from plumbing leaks, chemical and product spills, stains and scratches. At the same time our mat has very good elasticity and softness, so it is easy to fit into cabinets with intermediate dividers.

- 🍂 【**Fits 36 Inch Cabinets**】 PELTEFLU under sink mat is designed for standard 36" kitchen and bathroom cabinets with the size of 33.5inch x 22inch. the height of the edge is raised to 0.9inch, which can prevent water spillage more effectively and keep the cabinets clean effectively.

- 🍂 【**Flexible Drainage Hole Design**】 PELTEFLU under sink mat comes with a flexible drainage hole design. When in normal use, with

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery    Pickup

Buy new:
$18⁹³

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Sunday, July 23**. Order within **8 hrs 51 mins**

Deliver to Daytona Beach 32118

**In Stock**

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | PELTEFLU |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

˅ See more

☐ Add a gift receipt for easy returns

**Save with Used - Like New**
$16⁹³

FREE delivery: **Saturday, July 29** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $16⁹³ FREE Shipping on orders over $25.00 shipped by Amazon.

Have one to sell?

Sell on Amazon

# Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

| 2 | **Payment method** | MasterCard ending in 1926<br>Billing address: Same as shipping address. | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| Items: | $15.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$17.10** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Add a gift card or promotion code or voucher**

[Enter code]  [Apply]

Apply Capital One Rewards $293.53 (293.53 points) available

### 3    Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 9 hours and 47 minutes (Details)
Items shipped from Amazon.com



PELTEFLU Under Sink Mat, 34" x 22" Waterproof Under Sink Mats for Kitchen Bathroom, Flexible Silicone Rubber Under Sink Liner with Drain Hole, Thick Under Sink Mat Protect for Drips Leaks - Black
**$15.98**
& FREE Returns
[Qty: 1]
Sold by: PELTEFLU
[🎁 Add gift options]

**Choose your Prime delivery option:**

◉ Tomorrow, Sept. 16
FREE One-Day Delivery

○ Monday, Sept. 18
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
[Ship in Amazon packaging]

[Place your order]

**Order total: $17.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state



23-CV-23380-RNS

Defendant No.:

# 33

Store Name:

# szbb

Platform:

# Amazon



Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices



Deliver to
Daytona B... 32118

Home & Kitchen ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$18.92

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentia...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr...

    Shop Quality Kitchen Sinks

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl

Sponsored



Roll over image to zoom in

VIDEO

## Under Sink Mats for Kitchen Waterproof - Under Sink Mat 28" x 22", Undersink Mats for Bottom of Kitchen Sink, Under the Sink Mat with Drain Hole, Cabinet Protector, Under Sink Tray for Drips, Leaks

Visit the Pradory Store

5.0    12 ratings

$21⁹⁸

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

**Coupon:** Apply 10% coupon  Shop items › | Terms

Save 5% when you buy $38 of select items Terms

Get $60 off instantly: Pay $0.00 $21.98 upon approval for the Amazon Store Card. No annual fee.

Extra Savings  Save 3% on 5 select item(s...

1 Applicable Promotion

- ★ 【28" X 22" SIZE FITS 30" CABINETS】 This under sink mats for kitchen waterproof is mainly for the bottom of the kitchen sink, its size is 28" x 22", fits 30" Cabinets. Raised edges could hold up to 1.5 gallons of water. Help you solve problem cabinet leaks easily.

- ★ 【DRAIN HOLE DESIGN】 The under the sink mat adopts a unique drainage hole design, which can easily drain water leakage without removing the mat.

- ★ 【EASY TO CLEAN】 You don't have to worry about leaking water and detergent after you choose this under sink mat. The soft silicone material is very easy to be cleaned with a wet cloth. It will save you time and energy, and make your housework get easier than before.

- ★ 【PREMIUM MATERIAL】 Made of high-quality durable silicone material, the kitchen sink mat is water resistant, better-protecting cabinets from corrosion caused by water and liquid leaks. Highly flexible and soft, easily bends and folds to get into tighter areas

- ▶ 【AFTER-SALES MAINTENANCE】: If you are dissatisfied with our under sink mat, We provide 1-year after-sales service, if you are dissatisfied with our products or have any damage during use, please get in touch with our customer support team, and we will serve you 24 hours a day.



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$21⁹⁸

Get Fast, Free Shipping with Amazon Prime

FREE Returns

**FREE delivery Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22.** Order within **1 hr 41 mins**

◉ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    szbb
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Shop Quality Kitchen Sinks

**Elkay Quartz Classic ELGU3322BK0C** 33" x 18-1/2" x 9-1/2", Equal Dou...

★★★★½ 444

$540³⁶ ✓prime

Sponsored

Deliver to
Daytona B... 32118

All ▾   Search Amazon

EN ▾   Hello, sign in
Account & Lists ▾   Returns
& Orders   1

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   **Shop Black-owned businesses**


**$60 instant gift card**

**Get $60 off instantly** upon approval for the Amazon Store Card

| Current subtotal: | $21.98 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $38.02 |

Learn more

## Shopping Cart



Under Sink Mats for Kitchen Waterproof - Under Sink Mat 28" x
**$21.98**

In Stock
Eligible for FREE Shipping
& FREE Returns
☐ This is a gift Learn more

Save 10%
Clip Coupon

Qty: 1   Delete   Save for later

Compare with similar items   Share

Subtotal (1 item): **$21.98**

Add **$3.02** of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$21.98**
☐ This order contains a gift

Proceed to checkout

### Customers Who Bought Items in Your Recent History Also Bought

FERYES Travel Makeup Brush Holder, Magnet...
1,825
$13.99
Add to Cart

1Pack Travel Pill Organizer, 8...
2,948
$4.99
Add to Cart

FYY Daily Pill Organizer, 7 Compartments...
8,972
$6.85
Add to Cart

Makeup Brush Holder, Travel Essentials...
598
$8.99 - $11.99
See all buying options

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## You might also like

Page 1 of 4

23-CV-23380-RNS

# Defendant No.:

## 34

# Store Name:

## xuqimaoyi

# Platform:

## Amazon

# xuqimaoyi

Visit the xuqimaoyi storefront

**100% positive** in the last 12 months (31 ratings)

**Under Sink Mat Waterproof 28"x...**
USD 25.98  (USD 6.08 / Sq Ft)

Add to Cart

Subtotal
**$25.98**

## About Seller

xuqimaoyi is committed to providing each customer with the highest standard of customer service.

**Have a question for xuqimaoyi?**

Ask a question

## Feedback

31 ratings    4.9 out of  5    | 12 months |

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

31 total feedbacks in 12 months

"Excellent product, fit perfectly under my sink and high quality! "
By Sandra S. on July 21, 2023.

"Delivered quickly; item is as described & my cupboard looks clean & organized "
By J Johnson on July 20, 2023.

"Everything was fine. "
By Reviewer 66 on July 16, 2023.

"Nice and thick. "
By KHK on July 2, 2023.

"Fast delivery "
By Nelda Fagan on June 22, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** yongkangshixuqimaoyiyouxiangongsi
**Business Address:**
芝英镇宅口村大明堂16号
金华市
永康市
浙江省
321306
CN

## Shipping Policies

## Other Policies

## Help

## Products

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    

Subtotal
$25.98

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essential

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black    ★★★★½ 355    $17.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

3 VIDEOS

Under Sink Mat Waterproof 28"x22" Kitchen Cabinet Mat - Silicone Under Sink Liner Drip Tray with Drain Hole for The Kitchen, Bath, and Laundry Cabinets

Visit the Weaile Store
4.7    252 ratings

$25.98 ($6.08 / Sq Ft)

FREE Returns
Join Prime to buy this item at $22.20

Coupon: ⧗    Apply 6% coupon    Shop items › |
Terms

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Extra Savings    Promotion Available
1 Applicable Promotion

Color: Gray

  

Size: 28"x22"

28"x22"    34"x22"

| Brand | Weaile |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 28"L x 22"W |
| Special Feature | Waterproof |

﹀ See more

**About this item**

- **Cabinet Protector Mats**: Weaile mats are easy to install and can be quickly removed for cleaning. Our under sink cabinet mats are the perfect solution for messy, dirty or unorganised cabinets. Also it can protect your cabinets and floors from plumbing leaks, stains, scratches and more.

- **Full Coverage and Soft**: under the sink mat, measures 28" x 22" (L x W), perfect for standard 30" wide cabinets. Flexible silicone mat that bends and folds easily to access tighter areas. No cutting required.

- **Easy To Empty**: Our under-sink drain pan holds 1.5 gallons of liquid and has a drain hole. If a leak occurs, all you have to do is press the drain hole and the water will flow down and drain away.

- **Versatile Use**: the silicone under sink mat can be used not only for kitchen cabinets but also

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$25.98 ($6.08 / Sq Ft)

FREE Returns

FREE delivery **Wednesday, July 26**

Or fastest delivery **Sunday, July 23**. Order within **12 hrs 38 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | xuqimaoyi |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Bukfen Under Sink Organizer, Pull...
★★★★½ 1,999
$34.99 ✓prime
Save 15% with coupon

Sponsored

# Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

📍 Or pick up near this address · See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

### 3 Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Delivery option updated**

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Sept. 17, 2023** If you order in the next 12 hours and 8 minutes (Details)
Items shipped from Amazon.com

 Under Sink Cabinet Mats Waterproof 34"x22" Kitchen Cabinet Mat - Silicone Under Sink Liner Drip Tray with Drain Holefor The Kitchen, Bath, and Laundry Cabinets
$39.99
Qty: 1
Sold by: xuqimaoyi
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17 FREE Prime Delivery
○ Monday, Sept. 18 FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
Choose a location

**Order total: $42.79**
Place your order By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary
Items: $39.99
Shipping & handling: $0.00
Total before tax: $39.99
Estimated tax to be collected: $2.80
**Order total: $42.79**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.



34"

22"

0.78"

**Flexible Silicon**
Easy instal ans storage

**Easy To Clean**
Waterproof and oil resistant,making wiping up spills a breeze

**Extra Height Edge**
Accept more leaks and easy to drain

23-CV-23380-RNS

# Defendant No.:

# **35**

## Store Name:

## **hongdaus**

## Platform:

## **Amazon**

## hongdaus

Visit the hongdaus storefront

**99% positive** in the last 12 months (92 ratings)



**Bonnary Under Sink Mat for Kitc...**
USD 18⁹⁹

Add to Cart

Subtotal
$18.99

## About Seller

hongdaus is committed to providing each customer with the highest standard of customer service.

Have a question for hongdaus?

Ask a question

## Feedback

92 ratings          4.9 out of 5        12 months



| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 12% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

92 total feedbacks in 12 months

"Item NEVER arrived!"

By christina sidhu on July 20, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Had on truck for 2 weeks already flaking off"

By Product lasted 2 weeks on front of truck on July 19, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"I like these boards. I may buy 2 more sets soon. I'm using to have a magnetic area on RV wall behind the range top which I will cover with a chopping board & do... "
Read more

By Lincoln County MT on July 18, 2023.

"Works"

By Michelle Day on July 14, 2023.

"Just what I needed for all my husbands travel magnets. Finally got them off the fridge! "

By Fat Cinnamon on July 10, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** dong guan shi hong da fang zhi you xian gong si
**Business Address:**
石大路大岭山段666号2栋
东莞市
大岭山镇
广东省
523000
CN

Deliver to
Daytona B... 32118

Home & Kitchen ▾     Search Amazon

EN ▾     Hello, sign in
Account & Lists ▾     Returns
& Orders

Subtotal
$18.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases     Save on school essentia...

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr

PUILUO Under Sliding Cabinet Basket Organizer, 2 Tier Under Sink Organizers Black Under Sink Storage for Bathroom Kitchen

⭐⭐⭐⭐½ 8,012     $21.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers     Sponsored



Roll over image to zoom in



## Bonnary Under Sink Mat for Kitchen Waterproof 34" x 22", Flexible Silicone Under Sink Liner with Drain Hole, Kitchen Bathroom Cabinet Protection Mat Drips Leaks Spills Tray (Black)

Visit the Bonnary Store
4.7 ⭐⭐⭐⭐½   35 ratings

$18.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Coupon: 🏷️ Apply 5% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $18.99 upon approval for the Amazon Store Card. No annual fee.

Color: Black

 $18.99    $18.99

- 【 Suitable for 36 Inch Cabinets 】 The size of the under sink mat is 34 x 22 inches, designed specifically for standard 36 inch kitchen and bathroom cabinets. The edge height of the cushion is 0.7 inches and can accommodate up to 2 gallons of water. Kind reminder: Please pay attention to whether the size is suitable before purchasing.
- 【Keeping Clean and Dry 】 Maintaining good hygiene conditions in the kitchen is crucial for the health of the entire family. The under sink drip tray is made of high-quality silicone, waterproof and oil resistant, protecting the cabinet from damage caused by leaks, spills, stains, and scratches. Ideal cabinet protection from moisture!
- 【 Organize Space 】 The under sink mat for kitchen waterproof is also a huge storage tray where you can place any bottles, cans, organizer under the sink, or other tools. Make your kitchen cleaner and more organized, a thoughtful and practical home gift!
- 【 Drainage Design 】 The under sink liner has a special drainage hole, which faces upwards when placed flat, so water will not leak out. When your pad needs to be drained, simply move the hole downwards by hand, and you don't need to remove the sink pad to easily drain the leakage.
- 【 More Versatility 】 The cabinet mat is not only suitable for kitchen and bathroom cabinets, but can also be used as a dish rack mat, pet feeding mat, tool mat, and craft mat (DIY made). Help you place tools and items in

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$18.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Wednesday, July 26** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 22**. Order within **52 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment     Secure transaction
Ships from   Amazon
Sold by     hongdaus
Returns     Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



BLUE GINKGO Sink Splash Guard - (Upgraded Design) Premium Silico...
⭐⭐⭐⭐☆ 462
$25.99 ✓prime

Sponsored



Suitable for 36 Inch Cabinets and kitchen Sink

0.7 raised edges

22inch

34inch



## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions | Change |
|---|---|---|---|

 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]    Apply

∨ Apply Capital One Rewards **$218.75** (218.75 points) available

---

3    **Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

 Pay for this order. Get a **$150 Amazon Gift Card** upon approval for the Amazon Business Prime Card.

Terms apply.

Learn more

**Estimated delivery: Sept. 29, 2023 - Oct. 6, 2023**

Items shipped from Amazon.com



**Bonnary Under Sink Mat for Kitchen Waterproof 34" x 22", Flexible Silicone Under Sink Liner with Drain Hole, Kitchen Bathroom Sink Cabinet Protection Mat Drips Leaks Spills Tray (Grey)**

**$15.99** Prime FREE Delivery & **FREE Returns** ∨

Qty: 1 ∨

Sold by: hongdaus

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Friday, Sept. 29 - Friday, Oct. 6**
FREE Prime Delivery

Or choose your pickup location:

🔴 **Pickup available nearby**
Choose a location

---

**Order total: $17.11**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.99 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$17.11** |

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# **36**

# Store Name:

# **TAVALDI**

# Platform:

# **Amazon**

# Talvadi

Visit the Talvadi storefront

**100% positive** in the last 12 months (17 ratings)



**Under Sink Mat for Kitchen Wate...**
USD 29⁹⁹

Add to Cart

## About Seller

Talvadi is committed to providing each customer with the highest standard of customer service.

Have a question for Talvadi?

Ask a question

## Detailed Seller Information

**Business Name:** Hu Nan Zhong Neng Dian Qi Ke Ji You Xian Gong Si
**Business Address:**
雨花区圭塘路139号梅星苑5栋306房
长沙市
长沙市
湖南省
410001
CN

## Feedback

4.9 out of  5

17 ratings

| 12 months |

5 star ▢ 94%
4 star ▢ 6%
3 star ▢ 0%
2 star ▢ 0%
1 star ▢ 0%

˅ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

| All stars |

17 total feedbacks in 12 months

"Fits perfect. Nice quality "
By Amazon Customer on June 29, 2023.

"Wide beam is a plus.."
By Allan K. on June 12, 2023.

"Item just as described and fast delivery "
By Eleodoro A. on June 4, 2023.

"Muy practico "
By Amazon Customer on May 26, 2023.

"The item arrived on time and was as descibed. I would buy from this seller again. "
By R.P.M. on January 25, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .



Deliver to
Daytona B... 32118    Home & Kitchen ⌄    Search Amazon

EN ⌄    Hello, sign in
Account & Lists ⌄    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ⌄    Music    Today's Deals    New Releases    Books    Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

PUILUO 2 Set Under Sink Cabinet Organizer, 2 Tier Storage Under Cabinet Bathroom Under Sink
Organizers and Storage Black Under Sink Storage for Bathroom Kitchen    ★★★★☆ 8,039    $39.99 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

Under Sink Mat for Kitchen
Waterproof 34" x 22" Under Sink
Liners Kitchen Bathroom Cabinet
Mats, Silicone Mat Cabinet Shelf
Protector with Drain Hole, Under
Sink Drip Tray (Grey) with 2 Scrub
Sponges

Visit the TALVADI Store
5.0    1 rating

$29.99

FREE Returns

Coupon 🏷    Apply 40% coupon    Shop items › |    Terms
Sign in to redeem.    Save 5%    promo code: LI829MM3    Terms

Get $60 off instantly: Pay $0.00 $29.99 upon approval for
the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | TALVADI |
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Recommended Uses For | Cabinet |

⌄ See more

About this item

- 【Excellent Protection for Your Cabinets】 The silicone
  under sink mat measures 34" L x 22" W x 0.78" H and is
  designed to protect your kitchen and bathroom cabinets,
  shelves, and floors from damage caused by plumbing
  leaks, stains, scratches, product or other chemical spills,
  etc. TALVADI mats can hold up to 2 gallons of water,
  giving you more time to fix leaks. (Note: Please check that
  the plumbing goes through the bottom of the cabinet
  before purchasing.)

- 【Flexible Shape & Easy Installation】 Our waterproof
  under sink mat is made of soft silicone, flexibility and
  durability. It can be folded into the cabinet easily, flexible
  enough to install through small cabinet openings and
  open back up to its original shape once inside without
  deforming, warping or curling;

- 【Drain Hole Design】 This under the kitchen sink mat
  has a clever drain hole design for quick drainage without
  moving under sink liner. The Honeycomb texture surface
  design on the sink mat, which directing the water flow to
  the drain hole.

- 【Waterproof & Easy to Clean】 This under sink
  kitchen cabinet mat uses waterproof material, durable and
  sturdy, perfectly avoids the risk of your cabinets being
  corroded by leaks and leaking liquids. If the water pipe

Prime

Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV shows
with Prime

Try Prime and start saving today
with Fast, FREE Delivery

Delivery    Pickup

$29.99

FREE Returns

FREE delivery Sunday, July 30

Or fastest delivery Tomorrow,
July 26. Order within 6 hrs 2
mins

⦿ Deliver to Daytona Beach 32118

In Stock

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Talvadi
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy
returns

Add to List

Have one to sell?

Sell on Amazon



NYYTGE Double Sliding Under Sink
Organizer, 2 Tier Bathroom...
★★★★☆ 896
$24.99 ✓prime

Sponsored



## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$19.25** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| | | |
|---|---|---|
| **2** | **Payment method** | 💳 **MasterCard** ending in 1926
**Billing address:** Same as shipping address. | Change |

∧ Add a gift card or promotion code or voucher

Enter code    Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023**
Items shipped from Amazon.com



Under Sink Mat for Kitchen Waterproof 34" x 22" Under Sink Liners Kitchen Bathroom Cabinet Mats, Silicone Mat Cabinet Shelf Protector with Drain Hole, Under Sink Drip Tray (Grey) with 2 Scrub Sponges
**$17.99**
Exclusive Prime price
& FREE Returns
Qty: 1
Sold by: Talvadi
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
FREE Prime Delivery
○ **Tuesday, Sept. 19**
FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
📍 **Pickup available nearby**
Choose a location

**Place your order**    **Order total: $19.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **37**

# Store Name:

# **Hans-US**

# Platform:

# **Amazon**

## Hans-US

Visit the Hans-US storefront

**100% positive** in the last 12 months (31 ratings)



**Under Sink Mat, BUDO 31"x 22" ...**

USD 29 99

Add to Cart

## About Seller

Hans-US is committed to providing each customer with the highest standard of customer service.

**Have a question for Hans-US?**

Ask a question

## Detailed Seller Information

**Business Name:** guangzhouhaihongguojimaoyiyouxiangongsi
**Business Address:**
南府1号
环球铁建中心901单位
广州市
南沙区
广东省
511466
CN

## Feedback

4.9 out of  5

31 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

31 total feedbacks in 12 months

"I ordered the 12" deep dispenser and they sent the 15" and I can't use in my refrigerator. Very disappointed "

By Amazon Customer on July 22, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Package arrived intact. "

By Robert Crandall on July 22, 2023.

"Awesome Drink Organizer. I LOVE this. No more cans in a clump. "

By Amazon Customer on July 11, 2023.

"I found this item accidently while looking for something else. I drink lots of tea and decided to order it. I love it. It is cute and practical. I can keep my f... "

Read more

By deano on June 27, 2023.

"This arrived on time undamaged and as described perfect ❤️ "

Deliver to
Daytona B... 32118

Home & Kitchen ▼    Search Amazon

EN ▼    Hello, sign in
Account & Lists ▼    Returns & Orders    🛒 0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases    Books    Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

2-Tier Under Sink Organizers and Storage 2 Pack Sliding L-shape Under Bathroom Kitchen Cabinet Organizers Narrow Space Storage Multi-purpose Sink Organizer f... ⭐⭐⭐⭐½ 343   $39.99 ✓prime   Save 15% with coupon    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

Under Sink Mat, BUDO 31"x 22" Under Sink Pad for Kitchen Waterproof, Silicone Under Sink Liner Drip Tray with Unique Drain Hole, Cabinet Protector Mats for Kitchen & Bathroom (Black)

Visit the BUDO Store

5.0    1 rating

$29.99

FREE Returns

Coupon ⬛   Apply 25% coupon    Shop items › | Terms

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Size: 31"x 22"

| 31"x 22" | 34"x 22" |
|---|---|
| $29.99 | $25.99 |

| Brand | BUDO |
|---|---|
| Color | Black |
| Material | Silicone |
| Size | 31"x 22" |
| Product Dimensions | 22"D x 34"W x 1"H |

## About this item

- 【Applicable 31" Size】The size of BUDO under the sink mat is 31"x 22", fits standard 36"kitchen and bathroom cabinets. The lip of the silicone mat is 1"in height, holds up to 3.6 gallon leaking liquid, reserve more time to address a leak.

- 【Unique Design】 The unique Snowflake shaped rainage texture adds sense of design while helping you drain faster. Also the leaked water can be drained through special drainage holes, allows you to easily drain leaks without moving the mat.

- 【Extended Service Life】 The sink tray covers wide surfaces under the sink, protecting the cabinet, shelf and floor from damage caused by plumbing leaks, spills, stains, and scratches. Ensure your cabinets and bathroom still look new after years of use, keep your space dry and healthy.

- 【Flexible Silicone Material】 The under sink tray is made of 100% food grade waterproof silicone material, when the water pipe leaks or the cleaning solution leaks, just wipe it with a wet cloth. Flexible and Sturdy can also save more space for kitchen cabinets.

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$29.99

FREE Returns

FREE delivery Sunday, July 30

Or fastest delivery Tomorrow, July 26. Order within 8 hrs 7 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Hans-US
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Sponsored



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |



📍 Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 | Change |

**Billing address:** Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code   [ Apply ]

∨ Apply Capital One Rewards **$293.53 (293.53 points)** available

**3**   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> **Delivery option updated**
>
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Sept. 17, 2023**
Items shipped from Amazon.com



Under Sink Mat, BUDO 31"x 22" Under Sink Pad for Kitchen Waterproof, Silicone Under Sink Liner Drip Tray with Unique Drain Hole, Cabinet Protector Mats for Kitchen & Bathroom (Black)
**$22.49**
Exclusive Prime price

Qty: 1

Sold by: Hans-US

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Sunday, Sept. 17**
FREE Prime Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
Choose a location

---

[ Place your order ]   **Order total: $24.06**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

---

## Order Summary

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.49 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.49 |
| Estimated tax to be collected: | $1.57 |
| **Order total:** | **$24.06** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:
# **38**

# Store Name:
# **Vasofe**

# Platform:

# **Amazon**

Subtotal
$29.99



# Vasofe

Visit the Vasofe storefront

**96% positive** in the last 12 months (23 ratings)

**Under Sink Mat for Kitchen Wate...**
USD 29⁹⁹

Add to Cart

## About Seller

Vasofe is committed to providing each customer with the highest standard of customer service.

### Have a question for Vasofe?

Ask a question

Customer Service Phone: 1-330-294-5831

## Detailed Seller Information

**Business Name:** Laiduote Bags Yiwu Co., Ltd.
**Business Address:**
青岩刘C区72栋一单元一楼
义乌市
江东街道
浙江省
322099
CN

## Feedback

4.8 out of 5

12 months

23 ratings

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

23 total feedbacks in 12 months

" As described. "
By bob amos on July 15, 2023.

" It's a nice big rug but it does not lay flat and has lots of small hills and bumps on it. "
By Cynthia on July 14, 2023.

" ...... "
By Sande Wegman on July 2, 2023.

" All was fine. "
By Richard on July 1, 2023.

" ~~The color that is shown is not the color I received they said grey purple it's only grey no purple I brought it to match my bedspread which has different colors...~~ "
Read more
By rose king on June 10, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

7/25/23, 3:48 PM                                                                           Case 1:23-cv-23380-RNS

Deliver to
Daytona B... 32118     Home & Kitchen ▾     Search Amazon                              EN ▾     Hello, sign in          Returns         0
                                                                                                 Account & Lists ▾      & Orders

All    Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Books   Registry          Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

BEESVO Under Sink Mat Kitchen & Bathroom Cabinet Liner, 34" x 22" Silicone Waterproof Under Sink          ★★★★★ 480    $25.99  ✓prime
Drip Tray, Hold up to 3.3 Gallons Liquid, Cool Grey

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers                                    Sponsored




Roll over image to zoom in

 

## Under Sink Mat for Kitchen Waterproof, 34" x 22" Flexible Silicone Under Sink Liner with Drain Hole, Hold up to 2 Gallons of Liquids, Cabinet Protector Mats for Kitchen Bathroom Drip Tray, Grey

Visit the Vasofe Store

4.7          12 ratings

-14%  $29.99

Typical price: $34.99 ⓘ

FREE Returns

Join Prime to buy this item at $25.49

Coupon: ⬛  Apply 15% coupon  Shop items ›  | Terms

Get $60 off instantly: Pay $0.00 $29.99 upon approval for
the Amazon Store Card. No annual fee.

**Color: Gray**

$29.99          $29.99

- **Premium Under Sink Mat:** Looking for a high-quality
  under sink mat to protect your kitchen or bathroom
  cabinets from leaks and spills? Vasofe undersink mat is the
  perfect choice for you. Made of flexible, high-quality
  silicone, the durable under sink mats can be easily folded
  and adjusted to fit your cabinet perfectly. No worry about
  losing shape, warping, or curling at the edges.

- **Fits 36" Cabinet:** Designed specifically for standard 36"
  cabinets, can easily fit under most sinks. This mat
  measures 34"x22" and features a 0.7" high edge, holds up
  to 2 gallons of liquids. It's easy to install, fold, and store,
  and can be removed quickly for cleaning. The non-slip
  bottom and stable structure ensure that under sink liner
  stay flat and without any warping and sliding.

- **Keep Cabinet Clean and Dry:** Our waterproof, oil -
  resistant under sink liner is durable, thick and pliable,
  protects cabinets from plumbing leaks, spills, stains, and
  scratches, to maintain good conditions in kitchen and
  bathroom. It's easy to clean, just wipe it with a cloth or
  rinse it with water. It won't crack even after years, always
  keeping the cabinet clean, dry and new.

- **Practical Under Sink Drip Tray:** This sink mat has a unique
  drain hole for quick drainage without moving the mat,
  simply press down the drain hole with your finger, the
  liquid will automatically drain into the container prepared.
  No need to worry about leaks or spills when you take the
  drain mat out. It's easy to clean with a damp cloth or
  rinsing with water. Do not clean with harsh chemicals or
  silicone-based cleaners.

✓prime

Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV shows
with Prime

Try Prime and start saving today
with **Fast, FREE Delivery**

| Delivery | Pickup |

$29.99

FREE Returns

FREE delivery **Sunday, July 30**

Or fastest delivery **Tomorrow,
July 26**. Order within **8 hrs 4
mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Payment    Secure transaction
Ships from  Amazon
Sold by    Vasofe
Returns    Eligible for Return,
           Refund or Replacement
           within 30 days of receipt

☐ Add a gift receipt for easy
   returns

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]

 
Sink Splash Guard Kitchen Gadgets
18" x 6.3"
★★★★☆ 447
$11.99 ✓prime

Sponsored





Deliver to
Daytona B... 32118

All ▾   Search Amazon

EN ▾   Hello, sign in
Account & Lists ▾   Returns
& Orders   🛒 1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock deals



**$60 instant gift card**

**Get $60 off instantly** upon approval for the Amazon Store Card

| | |
|---|---|
| Current subtotal: | $59.98 |
| Gift Card savings: | - $60.00 |
| **Cost after savings:** | **$0.00** |
| Savings remaining: | $0.02 |

Learn more

# Shopping Cart



Under Sink Mat for Kitchen Waterproof, 34" x 22" Flexible

**$29.99**

Join Prime to buy this item at $25.49

In Stock
Eligible for FREE Shipping
& FREE Returns

☐ This is a gift  Learn more

Save 15%
Clip Coupon

**Color:** Gray

Qty: 1    Delete    Save for later

Share

---

Under Sink Mat, BUDO 31"x 22" Under Sink Pad for Kitchen Waterpr... was removed from Shopping Cart.

---

Subtotal (1 item): **$29.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**
☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought



Under Sink Organizer, Pull Out Cabinet...
835
$34.99
Add to Cart



Drymate Under Sink Mat, Waterproof...
10,769
$13.99
Add to Cart



Under Sink Mat Waterproof 28"x22"...
254
$25.98
Add to Cart



Shelf Liner, Non-Slip Cabinet Liner, Washa...
5,179
$18.99
Add to Cart

# You might also like



## Checkout (1 item)



**1  Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

 Or pick up near this address - See nearby pickup locations

**2  Payment method**

MasterCard ending in 1926

Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

| Enter code | | Apply |

⌄ Apply Capital One Rewards $219.00 (219.00 points) available

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 29, 2023** If you order in the next 8 hours and 50 minutes (Details)
Items shipped from Amazon.com

**Under Sink Mat for Kitchen Waterproof, 34" x 22" Flexible Silicone Under Sink Liner with Drain Hole, Hold up to 3 Gallons of Liquids, Cabinet Protector Mats for Kitchen Bathroom Drip Tray, Grey**
$16.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: Vasofe
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Friday, Sept. 29**
FREE Prime Delivery
○ **Saturday, Sept. 30**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips. ⌄
Change delivery day

**Or choose your pickup location:**
ⓐ Pickup available nearby
Choose a location

**Order total: $18.18**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

### Order Summary
| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$18.18** |

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:
## 39

# Store Name:
## WENBAO

# Platform:
## Amazon



# WENBAO

Visit the WENBAO storefront

**83% positive** in the last 12 months (12 ratings)

Under Sink Mat, 28" x 22" Silicon...
USD 21 69

Add to Cart

Subtotal
$19.99

## About Seller

WENBAO is committed to providing each customer with the highest standard of customer service.

Have a question for WENBAO?

Ask a question

## Feedback

12 ratings     4.5 out of 5     12 months

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 8% |
| 3 star | | 8% |
| 2 star | | 8% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

FILTER BY

All stars

12 total feedbacks in 12 months

"Missing drain plug "
By Marian Hubbard on July 23, 2023.

"As described "
By james a. on July 18, 2023.

"Fits like a glove "
By SATEX on July 17, 2023.

"Mat was just as they said it was. "
By pleasehelp on July 2, 2023.

"Excellent "
By Maria &. on May 12, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** hui zhou shi wen bao ke ji you xian gong si
**Business Address:**
大亚湾澳头街道
华冠花园3栋901
惠州市
惠阳
广东省
516081
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller



Deliver to
Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | Subtotal
$20.99



All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▾ | Music | Today's Deals | New Releases | Save on school essential

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Impr

Bukfen Under Sink Organizer, Pull Out Cabinet Organizer 2-Tier Slide Out Sliding Shelf Under Cabinet Storage Multi-Use... | ★★★★½ 2,013 | $34.99 ✓prime | Save 15% with coupon

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Under Sink Mat for Kitchen Waterproof, 34" x 22" Silicone Under Sink Liner, Hold up to 3.3 Gallons Liquid, Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills Tray

Brand: DOVEKERY
4.7       61 ratings

Amazon's Choice ⌇ in Under-Sink Organizers by ...

$20.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $20.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | DOVEKERY |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Waterproof, Oil Resistant |

˅ See more

## About this item

- 【Applicable Size】 The size of under the sink mat waterproof is 34" x 22" x 0.67", fits standard 36" kitchen and bathroom sink cabinets. Before ordering please measure your cabinet to ensure the kitchen sink protector will fit.

- 【Protect Your Cabinets】 The edge of the under sink liner is 0.67 inches height and can hold up to 2 gallons of water. Protect your cabinet from cleaners, detergents and water.

- 【Silicone Material】 Under sink waterproof mat was made of thick flexible silicone, durable and waterproof. And each silicone under sink mat has a hexagonal textured pattern that adds a sense of design while giving it a good grip and preventing items from sliding.

- 【Easy to Install & Clean】 Mat for under sink with a smooth surface that is waterproof and oil resistant. After wiping with a rag, the under sink drip tray is clean and dry again.

- 【Wide Usage】 Under sink drip mat is not only suitable for kitchen cabinets, but can also be used as bathroom mats, shoe mats, pet feeding mats, craft mats and other occasions to prevent stains and spills, which keep your home neat and clean.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies and TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

### Delivery | Pickup

$20.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, July 25.** Order within 9 hrs 50 mins

◷ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | WENBAO |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

˅ See more

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



FGSAEOR

Under Sink Organizers and Storage

FGSAEOR Under Sink Organizers and Storage, Kitchen Bathroom Si...
★★★★½ 151
$12.99 ✓prime

Sponsored



Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
| | | Or pick up near this address - See nearby pickup locations | |

---

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
| | | Billing address: Same as shipping address. | |

∧ Add a gift card or promotion code or voucher

[Enter code] [Apply]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

3 **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 1 hour and 40 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat, 28" x 22" Silicone Under Sink Mat for Kitchen Waterproof, Under Sink Tray with Drain Hole, Under Sink Liner for Kitchen Bathroom Cabinet (Grey)**
$22.89
& FREE Returns
Qty: 1
Sold by: WENBAO
[Add gift options]

**Choose your Prime delivery option:**
◉ Tomorrow, Sept. 16
  FREE One-Day Delivery
○ Monday, Sept. 18
  FREE Amazon Day Delivery
  🍃 Fewer boxes, fewer trips.
  Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**
[Ship in Amazon packaging]

---

[Place your order] **Order total: $24.49**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $22.89 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.89 |
| Estimated tax to be collected: | $1.60 |
| **Order total:** | **$24.49** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# 40

## Store Name:

## Feige store

## Platform:

## Amazon

Deliver to
Daytona B... 32118

All ▼    Search Amazon

EN ▼

Hello, sign in
Account & Lists ▼

Returns
& Orders

Subtotal
$20.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▼   Music   Today's Deals   New Releases          Save on school essentia

# Feige store

Visit the Feige store storefront

Just launched      No feedback yet

**AANDNING Under Sink Mat，31" ...**

USD 29 ⁹⁴

Add to Cart

## About Seller

Feige store is committed to providing each customer with the highest standard of customer service.

**Have a question for Feige store?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshi Feige Maoyi Youxiangongsi
**Business Address:**
3602, A Zuo, 3 Dong, 7 Qu, Yichengzhongxinhuayuan
Longhuajiedao, Longhua Qu
Shenzhen Shi
Guangdong Sheng
518109
CN

## Shipping Policies                                         ⌄

## Other Policies                                            ⌄

## Help                                                      ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback      Tell us what you think about this page

---

**Customers who viewed items in your browsing history also viewed**

Deliver to
Daytona B... 32118

Tools & Home Improvement ▼

Search Amazon

EN ▼

Hello, sign in
Account & Lists ▼

Returns
& Orders

Subtotal
$29.94

All  Clinic  Best Sellers  Customer Service  Amazon Basics  Prime ▼  Music  Today's Deals  New Releases  Up to 50% off overstocked dea

Tools & Home Improvement  Best Sellers  Deals & Savings  Gift Ideas  Power & Hand Tools  Lighting & Ceiling Fans  Kitchen & Bath Fixtures  Smart Home

**Sarlai**  Apron front white farmhouse sink  $379.00 ✓prime



Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl

Sponsored



22 inch
31 inch




Raised Edges Of 1 Inch | High Quality Silicone Easy To Fold | Unique Design Helps Drainage

Roll over image to zoom in

## AANDNING Under Sink Mat，31" x 22" Under Sink Rubber Mats For kitchen Waterproof, Under Kitchen Sink Mat with Unique Drain Hole Design，Sink Mats for Kitchen, Bathroom and Laundry Room.（Grey）

Brand: AANDNING

-9% $29.94

List Price: $32.99 ⓘ

Coupon: 🏷️  Apply 5% coupon  Shop items ›  |  Terms

Get $60 off instantly: Pay $0.00 $29.94 upon approval for the Amazon Store Card. No annual fee.

| Brand | AANDNING |
|---|---|
| Color | Gray |
| Product Dimensions | 22"D x 31"W x 1"H |
| Finish Type | Brushed |
| Shape | Rectangular |

### About this item

- Perfect Fit: With a size of 31" x 22" x 1", our silicone under sink mat fits standard 31-inch kitchen and bathroom cabinets.The 1-inch lip provides over 3 gallons of capacity for water and various liquids, it will give you more time to deal with leaks.Confirm your cabinet's interior size before purchasing.

- Unique Drain Hole Design: Our silicone mat features a unique drain port design, allowing you to drain leaking water easily without taking out the mat. The pattern helps you drain water or protect the bottom of items from water in the event of a spill.Designed for under-the-sink applications to keep your cabinet dry and healthy.

- Premium Quality:Our under sink mats for kitchen waterproof made with high-grade, non-BPA silicone. Providing superior protection against leaks, spills, stains, and scratches, keeping your cabinets in top condition.Our under sink mats is sturdy, flexible, and durable. The embedded texture channels water to the mat's edges.

- Ease of Use & Clean:Soft and flexible, this sink mat is easy to install and wipe clean. It can be rolled and bent for easy positioning under plumbing.Leaked water can be drained through special drainage holes, making drainage very easy. After wiping with a rag, the mats are clean and dry again. Your cabinets leave no traces like they haven't experienced a water leak.

- Versatile and Widely Used:Our kitchen sink mats is not only suitable for kitchen cabinets, but also for bathroom cabinets, washroom counter bottoms, or as a pet feeding mat, tool mat, craft mat, or any other occasion where mess and spills need to be avoided and

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$29.94

FREE delivery **Friday, July 28**

Or fastest delivery **Tuesday, July 25**. Order within 9 hrs 3 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Feige store |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon




**Sarlai**

30 Inch black farmhouse sink



Black Farmhouse Sink - Sarlai 30 Inch Gunmetal Black 16 Gauge...

★★★★☆ 83

$359.00

Sponsored



22 inch

31 inch



Raised Edges
Of 1 Inch



High Quality Silicone
Easy To Fold



Unique Design
Helps Drainage

Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases                    Save on school essentials

$60 instant gift card

**Get $60 off instantly** upon approval for the Amazon Store Card

Current subtotal:         $29.94
Gift Card savings:      - $60.00
**Cost after savings:**      **$0.00**
Savings remaining:        $30.06

Learn more

## Shopping Cart



AANDNING Under Sink Mat，31" x 22" Under Sink Rubber Mats For
**$29.94**

In Stock
Eligible for FREE Shipping
☐ This is a gift  Learn more

Qty: 1    Delete    Save for later

Compare with similar items    Share

Save 5%
Clip Coupon

Subtotal (1 item): **$29.94**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.94**
☐ This order contains a gift

Proceed to checkout

**Customers Who Bought Items in Your Recent History Also Bought**

SIKADEER Under Sink Mat for Bathroom…
15
$28.77
Add to Cart

GridMat® Premium Thick Under The Sink…
704
$19.99
Add to Cart

FERYES Travel Makeup Brush Holder, Magnet…
1,846
$13.99
Add to Cart

Xtreme Mats - Waterproof Under Sin…
8,729
$47.95
Only 14 left in stock - ord…
Add to Cart

## Your recently viewed items

23-CV-23380-RNS

# Defendant No.:

# **41**


# Store Name:

# **ULTSOFE**


# Platform:

# **Amazon**

Deliver to
Daytona B... 32118

All

Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

Subtotal
$29.94

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime    Music    Today's Deals    New Releases    Save on top college essentia

# ULTSOFE

Visit the ULTSOFE storefront

Just launched      No feedback yet

**ULTSOFE Under Sink Mat, Under ...**

USD 22.99

Add to Cart

## About Seller

ULTSOFE is committed to providing each customer with the highest standard of customer service.

**Have a question for ULTSOFE?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Zhonghongdingsheng Shenzhen Supply Chain Co., Ltd.
**Business Address:**
Floor 1, No.19 Wan 'an Road Wan Feng Village
Baoan District
shenzhen
guangdong
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback      Tell us what you think about this page

**Customers who viewed items in your browsing history also viewed**

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$28.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essenti...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr...

Aojia Double Sliding Cabinet Organizer, Pull Out Under Sink Organizer Baskets with 2 Drawers, Under Sink Storage for Bathroom, Kitchen    ★★★★½ 1,745    $24.99 ✓prime    Save 15% with coupon    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## ULTFOFE Under Sink Mat for Kitchen Waterproof, 34" x 22" Silicone Under Sink shelf Liner with Drain Hole, Under The Sink Cabinet Protection Mat for Kitchen & Bathroom, Drips Leaks Spills Tray, Black

Brand: ULTSOFE

$28.99

FREE Returns

Join Prime to buy this item at $17.39

Get $60 off instantly: Pay $0.00 $28.99 upon approval for the Amazon Store Card. No annual fee.

**Color:** Black

 $28.99     $22.99

**Size:** 34"x22"x1"

- 【Protect Your Cabinets】 Under sink mats for kitchen waterproof with soft and seamless surface, making wiping up spills a breeze, the fully waterproof material provides superior defense against leaks, spills, stains, and scratches, keep your cabinets clean, healthy, ensure your cabinets still look new after years of use.

- 【Fits 36" Cabinets】 The under sink mat measures 34" x 22" and is designed to fit standard 36-inch kitchen and bathroom cabinets. It is also suitable for cabinets with dimensions of 36" x 24". The lip of waterproof mat is 1" high, capable of holding up to 3.3 gallons of water, providing you with additional time to handle any leaks. By using shelf liners for your kitchen cabinets, you can potentially save hundreds of dollars in cabinet repair expenses.

- 【Flexible Silicone Material & Convenient Drainage】 This kitchen mat is made of premium silicone, it is also incredibly flexible, allowing you to effortlessly fold it to fit your cabinet perfectly. Unlike PVC trays, this pliable and thick silicone material ensures that the mat won't warp or curl over time. Additionally, our sink mat features a unique drain hole design, allowing for quick and efficient drainage without the need to move or adjust the mat.

- 【Sturdy Structure & Efficient Organization】 The surface of the cabinet mat features a unique combination of hexagon and triangle textures, We have also reinforced the edges of the mat, ensuring a stable structure that promotes durability and prevents tearing and further enhancing its longevity. Not only does

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$28.99

FREE Returns

FREE delivery **Friday, July 28**

Or fastest delivery **Tuesday, July 25**. Order within **9 hrs 21 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    ULTSOFE
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Bukfen Under Sink Organizer, Pull...    ★★★★½ 2,013    $34.99 ✓prime    Save 15% with coupon    Sponsored



# Checkout (1 item)

| | | |
|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

🔶 Or pick up near this address - See nearby pickup locations



| | | |
|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

### 3   Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 9 hours and 53 minutes (Details)
Items shipped from Amazon.com



ULTSOFE Under Sink Mat for Kitchen Waterproof, 34" x 22" Silicone Under Sink shelf Liner with Drain Hole, Under The Sink Cabinet Protection Mat for Kitchen & Bathroom, Drips Leaks Spills Tray, Grey
**$21.88**
Qty: 1
Sold by: ULTSOFE
🎁 Add gift options

**Choose your Prime delivery option:**

🔘 **Sunday, Sept. 17**
FREE Prime Delivery

⚪ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
🔶 Pickup available nearby
Choose a location

---

[ Place your order ]

**Order total: $23.41**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

## Sidebar

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $21.88 |
| Shipping & handling: | $0.00 |
| Total before tax: | $21.88 |
| Estimated tax to be collected: | $1.53 |
| **Order total:** | **$23.41** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:

# **42**

# Store Name:

# **Qianqin**

# Platform:

# **Amazon**

## Qianqin

Visit the Qianqin storefront

**100% positive** in the last 12 months (114 ratings)

**Homotte Under Sink Mat for Kitc...**
USD 29.99

Add to Cart

Subtotal
$28.99

### About Seller

Welcome to Qianqin!
Our business categories include **OUTDOOR SPORTS, HOME DECOR AND KITCHEN ACCESSORIES.**
If you are a parent, you can choose some sports products for your kids through our store.
If you need to dress up your room or kitchen, our practical and interactive products are sure to be to your liking.

Customer Service
**30-DAY MONEY-BACK GUARANTEE:** Within 30 days, you can return your dissatisfaction, undamaged product from us and receive a full refund.

**24/7, TIMELY RESPONSE:** If you are not...

˅ See more

**Have a question for Qianqin?**

Ask a question

### Feedback

4.9 out of 5

114 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 14% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

114 total feedbacks in 12 months

"Excellent product. The two five yo boys loved them. They had so much fun throwing them in the water and diving for them. "
By Jill Serpas on July 22, 2023.

"I ordered these stress balls to go in a gift basket for a dear friend who is dealing with cancer treatments. Very pleased. "
By Rach on July 21, 2023.

"A billion parts "
By Amazon Customer on July 14, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"The jacket was too small. I would not like to keep it for a partial refund. Please refund the full price. Thank you. "
By Kevin W. on July 11, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Grandkids love the colors and shapes "
By ST on July 5, 2023.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** QIANQING INTERNATIONAL LIMITED

**Business Address:**

Room 63, 7/F, Woon Lee Commercial Building, 7-9 Austin Ave

Kowloon

999077

HK

**Shipping P**

**O**  Policies

**Help**

**Products**

See product



Subtotal
$28.99

**Customers who viewed items in your browsing history also viewed**     Page 1 of 9

Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34"x22" Silicone Under Kitchen Sink Liner Mat, Flexibl...
165
$19.99
Get it as soon as **Friday, Jul 28**
FREE Shipping on orders over $25 shipped by Amazon

Sdpeia Under Sink Mat for [34" x 22"] Cabinet, Silicone Waterproof Mat, Kitchen Cabinet Liner...
307
26% off  **Deal**
$19.99 ($3.84/Sq Ft)
Typical: $26.99
Get it as soon as **Friday, Jul 28**
FREE Shipping on orders over $25 shipped by Amazon

Under Sink Mat, 28" x 22" Silicone Kitchen Cabinet Tray, Waterproof & Flexible Under Sink...
397
Amazon's **Choice**   in Shelf Liners
$28.88
Get it as soon as **Friday, Jul 28**
FREE Shipping on orders over $25 shipped by Amazon

Dryvovol Under Sink Mat for Kitchen & Laundry Cabinets, Waterproof 34" x 22" Silicone Under Sink Tray with Drain...
82
$19.99
Get it as soon as **Friday, Jul 28**
FREE Shipping on orders over $25 shipped by Amazon

Leave feedback if you get a chance - tell us what you think about this page

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

English      United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders

Subtotal
$29.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essentia

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

PUILUO Under Sliding Cabinet Basket Organizer, 2 Tier Under Sink Organizers Black Under Sink
Storage for Bathroom Kitchen

⭐⭐⭐⭐½ 8,030    $21.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Homotte Under Sink Mat for Kitchen Waterproof - 34"x22" Under Sink Liner with Drain Hole - Flexible Silicone Kitchen Bathroom Sink Cabinet Mat and Protector for Drips Leaks Spills (Gray)

Visit the Homotte Store
4.6    21 ratings

$29.99

FREE Returns

Save 5% on 2 select item(s)    Shop items ›

Get $60 off instantly: Pay $0.00 $29.99 upon
approval for the Amazon Store Card. No annual
fee.

| Brand | Homotte |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Waterproof |

˅ See more

## About this item

- FIT 36" CABINETS - Homotte under sink mat is specially designed for standard 36" kitchen and bathroom cabinets. It measures 34" x 22" x 1" and can hold up to 3.3 gallons of leaking water, giving you more time to fix leaks.
- CABINET PROTECTOR - Our sink tray covers a wide surface under the sink, protecting the cabinets from leaks and chemical spills, keeping the cabinets looking new for a long time and saving you money!
- EASY TO CLEAN & INSTALL - Made of high-quality silicone, this flexible under sink liner can be placed and removed easily and quickly, while the smooth surface makes cleaning easy.
- UNIQUE DESIGN - Specially designed drain hole, just press it lightly, you can easily drain the leaking water from the bottom of the under kitchen sink mat, no need to take it out whole.
- MULTI-PURPOSE - This under sink drip tray is not only suitable for kitchen and bathroom base cabinets, but also as a pet feeding mat, tool mat, craft mat and more to keep things neat and organized.

## Customer ratings by feature

Easy to clean    4.1

Sturdiness    3.8

---

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$29.99

FREE Returns

FREE delivery **Friday, July 28**

Or fastest delivery **Tuesday, July 25**. Order within **9 hrs 17 mins**

◉ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Qianqin
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt

˅ See more

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof,...

$33.99 ✓prime

Sponsored

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$32.09** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

| Enter code | Apply |
|---|---|

Apply Capital One Rewards $293.53 (293.53 points) available

---

**3**   **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Thank you for choosing Amazon Day Delivery.**

**Delivery: Sept. 20, 2023**
Items shipped from Amazon.com



Homotte Under Sink Mat for Kitchen Waterproof - 34"x22" Under Sink Liner with Drain Hole – Flexible Silicone Kitchen Bathroom Sink Cabinet Mat and Protector for Drips Leaks Spills (Gray)
**$29.99**
& FREE Returns

Qty: 1

Sold by: Qianqin

🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

○ **Wednesday, Sept. 20**
FREE Prime Delivery

● **Wednesday, Sept. 20**
FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.**
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**

📍 **Pickup available nearby**
Choose a location

---

**Place your order**

**Order total: $32.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an



23-CV-23380-RNS

# Defendant No.:

# 43

## Store Name:

# Hayinta US

## Platform:

# Amazon

# Hayinta US

Visit the Hayinta US storefront

**100% positive** lifetime (8 total ratings)

**Under Sink Mat, 28" x 22" Silicon...**
USD 20⁹⁹

Only 16 left in stock - order soon.

Add to Cart

## About Seller

Hayinta US is committed to providing each customer with the highest standard of customer service.

Have a question for Hayinta US?

Ask a question

## Feedback

8 ratings          4.8 out of  5          Lifetime

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 25% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

8 total feedbacks in Lifetime

"Mine did not heat sent it back "
By Wade Myers on March 5, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Works wonderful! Boyfriend was very happy. "
By Valerie on February 10, 2023.

"The heater was on for 5 seconds then it shut off and i froze yea "
By Martin Sosa on February 1, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Hi the heater does not work I want to return it "
By Ghada on January 29, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"so far good no issues "
By Amazon Customer on January 3, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Zhengzhou Ruisenzhuo Trading Co., Ltd
**Business Address:**
平湖街道凤凰社区鸿昌二巷6号102
深圳市
龙岗区
广东省
518000
CN

## Shipping Policies

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$20.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock dea

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

 Aojia Double Sliding Cabinet Organizer, Pull Out Under Sink Organizer Baskets with 2 Drawers, Under Sink Storage for Bathroom, Kitchen    ★★★★☆ 1,745    $24.99 ✔prime    Save 15% with coupon

Only 16 left in
stock - order
soon.

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers





Roll over image to zoom in



## Under Sink Mat, 28" x 22" Silicone Waterproof Under Sink Mat with Drain Hole, Kitchen Bathroom Cabinet Shelf Liner (Black)

Brand: Hayinta

4.0        1 rating

$20⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $20.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

| | |
|---|---|
| **Brand** | Hayinta |
| **Color** | Black |
| **Material** | Silicone |
| **Product Dimensions** | 1"L x 1"W |
| **Special Feature** | Waterproof |

⌄ See more

### About this item

- **Design for 30" Cabinets** - Under sink mat designed for 30" kitchen and bathroom cabinets. Please CHECK for plumbing coming through the bottom of your cabinet before purchasing.(Product Size: 28" x 22")
- **Easy to Clean** - Leaked water can be drained through special drainage holes, making drainage very easy. After wiping with a rag, the pads are clean and dry again. Your cabinets leave no traces like they haven't experienced a water leak.
- **Raised Design** - Raise the edge of the under sink mat to 0.67 inches, can hold up to 2 gallons of water. The surrounding dikes are high enough to stop the water from spreading, it will give you more time to deal with leaks.
- **Cabinets Protecter** - Protects cabinets from damage caused by plumbing leaks, chemical & product spills, stains, scratches. It can save you hundreds of dollars in cabinet repair costs.
- You can use the mat as a drip tray/pet feeding mat/boot tray/cat litter mat and any other activity that tends to get messy. Please contact us if you have any questions about this product, we provide 7/24 hours customer service. 100% customer satisfaction is our goal.

### Similar item to consider

Amazon Basics Non-Adhesive Shelf and Drawer Liner - Grey, 12" x 20'

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$20⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26**. Order within **9 hrs 7 mins**

📍 Deliver to Daytona Beach 32118

**Only 16 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Hayinta US
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under...
★★★★☆ 357
$17.99 ✔prime

Sponsored

# Fits 30" base cabinets



22inch

28 inch



0.67inch

**2 gallon capacity**



**Honeycomb pattern**



**Drain hole**

Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾

Returns
& Orders    1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock deals



**Get $60 off instantly** upon approval for the
Amazon Store Card

| | |
|---|---:|
| Current subtotal: | $20.99 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $39.01 |

Learn more

$60 instant gift
card

## Shopping Cart

Add $4.01 of eligible items to your order
to qualify for FREE Shipping. See details

Under Sink Mat, 28'' x 22'' Silicone
Waterproof Under Sink Mat with

Subtotal (1 item): **$20.99**

**$20.99**

☐ This order contains a gift

Only 16 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Proceed to checkout

**Color:** Black

Qty: 1    Delete    Save for later

Compare with similar items    Share

Subtotal (1 item): **$20.99**

### Customers Who Bought Items
### in Your Recent History Also
### Bought

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list
of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.



SIKADEER Under Sink
Mat for Bathroom…
15
$28.77
Add to Cart

GridMat® Premium
Thick Under The Sink…
704
$19.99
Add to Cart

FERYES Travel Makeup
Brush Holder, Magnet…
1,846
$13.99
Add to Cart

Xtreme Mats -
Waterproof Under Sin…
8,726
$47.95
Only 14 left in stock - ord…
Add to Cart

## You might also like

23-CV-23380-RNS

# Defendant No.:

## 44

# Store Name:

## ILIKEUS

# Platform:

## Amazon

## ILIKEUS

Visit the ILIKEUS storefront

**100% positive** in the last 12 months (109 ratings)

**AUMIO Under Sink Mat, Under Si...**
USD 24.99

Add to Cart

Subtotal
$20.99

Only 16 left in stock - order soon.

## About Seller

ILIKEUS is committed to providing each customer with the highest standard of customer service.

### Have a question for ILIKEUS?

Ask a question

Customer Service Phone:
+8613926108078

## Feedback

4.9 out of 5

12 months

109 ratings

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

### FILTER BY

All stars

109 total feedbacks in 12 months

"Perfect for our needs. "
By Stephen Schulz on July 22, 2023.

"Item arrived and in good condition, lots of options for connections, unfortunately I had to return it, as of all the available choices, none actually fit my fau... "
Read more
By Tim on July 22, 2023.

"Good product "
By Ray Tipton on July 19, 2023.

"Nice dispenser. Looks like it will last a long time. "
By sandra stevenson on July 17, 2023.

"Nice size and easier to fill "
By SC Brown on July 16, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Guangzhou ILIKE E-Commerce Co. Ltd.
**Business Address:**
环市东路507-509号自编三楼D区
广州市
越秀区
广东省
510098
CN

## Shipping Policies

## Other Policies

## Help



Deliver to Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Subtotal $24.99

All · Clinic · Best Sellers · Customer Service · Amazon Basics · Prime ▾ · Music · Today's Deals · New Releases | Save on top college essentials

Amazon Home · Shop by Room · Discover · Shop by Style · Home Décor · Furniture · Kitchen & Dining · Bed & Bath · Garden & Outdoor · Home Impr

Aojia Double Sliding Cabinet Organizer, Pull Out Under Sink Organizer Baskets with 2 Drawers, Under Sink Storage for Bathroom, Kitchen ★★★★½ 1,745 $24.99 ✓prime Save 15% with coupon Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

2 VIDEOS

## AUMIO Under Sink Mat, Under Sink Mats for Kitchen Waterproof 22" x 34" Under Kitchen Sink Mat Silicone Under Sink Liner Drip Tray with Drain Hole, Sink Cabinet Protector Mat for Kitchen Bathroom Black

Visit the AUMIO Store
4.7 | 60 ratings

-7% $24.99
Typical price: $26.98

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.

Color: Black
 $24.99   $24.99

| Brand | AUMIO |
|---|---|
| Color | Black |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Waterproof, Oil Resistant |

˅ See more

### About this item

- 【PREMIUM UNDER SINK MAT】- Under sink mat made of high quality durable silicone material, waterproof and oil resistant, making wiping up spills a breeze. Your cabinets and floor interiors are safe with AUMIO under sink drip tray. The liner is made from BPA-free premium silicone and it is safe for human and pets. Leaves you with a clean and comfortable using experience.
- 【APPLICABLE SIZE】- The size of AUMIO under the sink mat is 34" x 22", fits standard 36-inch kitchen and bathroom cabinets. The lip of the mat is 0.8" in height, holds up to 2.5 gallons of water, giving you more time to address a leak. (Note: Please check that the water line goes through the bottom of the cabinet before purchasing.)
- 【UNIQUE DRAIN HOLE DESIGN】- Unique patented drain port design, just press the drainage hole to drain the leaking water easily without taking out the sink cabinet mats and protectors. Unique rhombus pattern design

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$24.99
Get Fast, Free Shipping with Amazon Prime
FREE Returns
FREE delivery **Friday, July 28** on orders shipped by Amazon over $25
Or fastest delivery **Tuesday, July 25.** Order within **8 hrs 58 mins**
Deliver to Daytona Beach 32118

**In Stock**
Qty: 1

Add to Cart
Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | ILIKEUS
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon


Gaomasck Kitchen Sink, 30 x 16.5...
★★★★☆ 282
$155.06 ✓prime
Save $20 with coupon
Sponsored



# HIGHLIGHT DESIGN

*Made of 100% food grade liquid silicone, which is safe, durable, flexible and heat-resistant.*



Special rhombic pattern to guide the flow of water



Effective barrier to water leakage



Easy drainage



Soft and Flexible Mat



Deliver to Daytona B... 32118

Home & Kitchen ▾   Search Amazon   EN ▾   Hello, sign in Account & Lists ▾   Returns & Orders

Subtotal $24.99



All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Save on school essentials

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr

Bukfen Under Sink Organizer, Pull Out Cabinet Organizer 2-Tier Slide Out Sliding Shelf Under Cabinet Storage Multi-Use...   ★★★★½ 2,013   $34.99 prime   Save 15% with coupon

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers   Sponsored





Roll over image to zoom in

2 VIDEOS

## AUMIO Under Sink Mats for Kitchen Waterproof, Under Sink Mat 22" x 34" Under The Sink Mat Silicone Non-Slip Cabinet Liner Drip Tray with Drain Hole, Sink Protectors for Kitchen Sink Bathroom Grey

Visit the AUMIO Store

4.7   60 ratings

-7% $24.99

Typical price: $26.98 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: Gray

 $24.99    $24.99

| Brand | AUMIO |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Oil Resistant, Slip Res, Washable |

⌄ See more

## About this item

- 【PREMIUM UNDER SINK MAT】- Under sink mat made of high quality durable silicone material, waterproof and oil resistant, making wiping up spills a breeze. Your cabinets and floor interiors are safe with AUMIO under sink drip tray. The liner is made from BPA-free premium silicone and it is safe for human and pets. Leaves you with a clean and comfortable using experience.

- 【APPLICABLE SIZE】- The size of AUMIO under the sink mat is 34" x 22", fits standard 36-inch kitchen and bathroom cabinets. The lip of the mat is 0.8" in height, holds up to 2.5 gallons of water, giving you more time to address a leak. (Note: Please check that the water line goes through the bottom of the cabinet before purchasing.)

- 【UNIQUE DRAIN HOLE DESIGN】- Unique patented drain port design, just press the drainage hole to drain the leaking water easily

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

**Buy new:**

$24.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, July 25**. Order within 8 hrs 57 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   ILIKEUS
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

⌄ See more

☐ Add a gift receipt for easy returns

**Save with Used - Like New**

$20.32

FREE delivery: **Friday, July 28** on orders over $25.00 shipped by Amazon.

Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $20.32 FREE Shipping on orders over $25.00 shipped by Amazon.

# Checkout (1 item)

| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

 Or pick up near this address - See nearby pickup locations

| | | | |
|---|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

˄ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

˅ Apply Capital One Rewards $293.53 (293.53 points) available

---

3    **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> ✓ **Thank you for choosing Amazon Day Delivery.**

**Delivery: Sept. 18, 2023**
Items shipped from Amazon.com



AUMIO Under Sink Mat, Under Sink Mats for Kitchen Waterproof 22" x 34" Under Kitchen Sink Mat Silicone Under Sink Liner Drip Tray with Drain Hole, Sink Cabinet Protector Mat for Kitchen Bathroom Black
**$24.99**
& FREE Returns
[ Qty: 1 ]
Sold by: ILIKEUS
[ 🎁 Add gift options ]

**Choose your Prime delivery option:**
○ **Sunday, Sept. 17**
   FREE Prime Delivery
◉ **Monday, Sept. 18**
   FREE Amazon Day Delivery
   🌱 Fewer boxes, fewer trips.
   Change delivery day

**Or choose your pickup location:**
 Pickup available nearby
Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging**.
[ Ship in Amazon packaging ]

---

[ Place your order ]    **Order total: $26.74**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

---

**Sidebar:**

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.75 |
| **Order total:** | **$26.74** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:

# **45**

# Store Name:

# **AToolBar**

# Platform:

# **Amazon**

# AToolBar

Visit the AToolBar storefront

**100% positive** in the last 12 months (276 ratings)



**Forliver Under Sink Mat, 34" x 22...**
USD 17⁹¹

Subtotal
**$24.99**



Add to Cart

## About Seller

AToolBar is committed to providing customers with various daily necessities and tools to make everyone's life more convenient. Make our lives easier and better!

**High-quality after-sales service:**

We always believe that providing customers with the best service is our aim. If you have any questions, please feel free to contact us. Our professional after-sales service team will help you solve the problem in a prompt. If the product has any quality problems, we will provide a new replacement for fre...

⌄ See more

### Have a question for AToolBar?

Ask a question

## Feedback

276 ratings      4.9 out of 5      | 12 months |

FILTER BY

| All stars |



276 total feedbacks in 12 months

5 star �â–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆ 91%
4 star ▆ 8%
3 star  0%
2 star  0%
1 star  0%

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"Good job "
By Book Lover on July 22, 2023.

"love "
By oregold on July 21, 2023.

"It just didn't do the job! "
By MISSILE 193 on July 21, 2023.

"Great product. Worked as recommended to unclog my shower drain. "
By Tina Saadaie on July 20, 2023.

"This item was received on time and was packaged well. I have no issues or concerns with the seller "
By Sharintexas on July 20, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Fengshuo Electronics Co. LTD
**Business Address:**
观澜街道桂香社区章企路67号鸿源兴工业园厂房301
深圳市
龙华区
广东省
518110
CN

## Shipping Policies ⌄

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$29.99

All  Clinic  Best Sellers  Customer Service  Amazon Basics  Prime ▾  Music  Today's Deals  New Releases  Save on top college essentia

Tools & Home Improvement  Best Sellers  Deals & Savings  Gift Ideas  Power & Hand Tools  Lighting & Ceiling Fans  Kitchen & Bath Fixtures  Smart Home

AquaSpa High Pressure 48-mode Luxury 3-way Combo – Dual Rain & Handheld Shower Head – Extra
Long 6 Foot Stainless Steel Hose – Anti Slip Grip – All Chrome Finish – Extra Wall Bracket

★★★★½ 2,307   $33.78 ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen Sink Accessories › Drains & Strainers

Sponsored

Roll over image to zoom in

## Forliver Under Sink Mat for 30" Standard Cabinet, 28" x 22" Under Sink Liner, For Kitchen Waterproof, Silicone Under Sink Protector Liner Drip Tray For Kitchen Bathroom Cabinet Mat(Grey)

Brand: Forliver

5.0              6 ratings

-14% $29.99

Typical price: $34.99 ⓘ

FREE Returns

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Style: 28 Inch

| 28 Inch $29.99 | 34 Inch $17.91 |

| Brand | Forliver |
|---|---|
| Color | Gray |
| Product Dimensions | 1"D x 1"W x 2"H |
| Style | 28 Inch |
| Finish Type | Brushed |

### About this item

- 【Fit to 30" Cabinets】The size of the under sink mat is 28" x 22", is designed to fit most 30" kitchen and bathroom cabinet. Please measure your bottom cabinet prior to purchase!
- 【Unique Drain Hole Design】The unique downward drain hole design allows you to easily drain leaks without taking out under the sink mat. The smooth surface of this section is conducive to better drainage and cleaning (not easy to accumulate dust)
- 【Premium Materials】Our Sink Mat made with high-grade silicone that's sturdy yet flexible. It is easy to fold and not easy to deform, no warping or curling. Suitable for fit into a cabinet with a middle divider.
- 【Waterproof & Easy to Clean】The waterproof material avoids your cabinet being corroded by water leakage and liquid leakage. If the water pipe is leaking or the cleaning fluid leaks, you just need to wipe it with a damp cloth or rinse it with water.(Our package come with a rag)
- 【Multipurpose Mat】Kitchen sink mats is not only suitable for kitchen cabinets, but also suitable for bathroom cabinets, pet feeding mat, crafts mat, work mat( model making, woodworking etc), and any more occasions to prevent messes and spills!

› See more product details

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$29.99

FREE Returns

FREE delivery Friday, July 28

Or fastest delivery Tuesday, July 25. Order within 8 hrs 47 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | AToolBar |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Bathroom Sink Drain Stopper - for...

★★★★½ 409

$11.99 ✓prime

Save 10% with coupon

Sponsored

# Product Detail
## Under Sink Mat for 36in Cabinets



22in

34in







**EXTRA THICK BASE**
Long Lasting Durability

**SOFT FLEXIBLE SILICONE**
Easy to Bend and Fold to
Get into Tight Areas

**STIFFENER DESIGN**
Keep the Edge Standing and
Blocking the Falling Water



Deliver to
Daytona B... 32118

All ⌄  Search Amazon

EN ⌄   Hello, sign in
Account & Lists ⌄   Returns
& Orders   1

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ⌄   Music   Today's Deals   New Releases      Up to 50% off overstock deals



**Get $60 off instantly** upon approval for the Amazon Store Card

$60 instant gift card

| | |
|---|---|
| Current subtotal: | $29.99 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $30.01 |

Learn more

## Shopping Cart



Forliver Under Sink Mat for 30"
Standard Cabinet, 28" x 22" Under

**$29.99**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift  Learn more

**Style:** 28 Inch

Qty: 1    Delete    Save for later

Share

Subtotal (1 item): **$29.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

☐ This order contains a gift

Proceed to checkout

### Customers Who Bought Items in Your Recent History Also Bought



SIKADEER Under Sink Mat for Bathroom…
15
$28.77
Add to Cart

Under Sink Mat, 34"x22" Silicone Und…
235
$20.89
Add to Cart

Under Sink Mat, 28" x 22" Silicone Kitchen…
397
$28.88
Add to Cart

GridMat® Premium Thick Under The Sink…
704
$19.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Your recently viewed items

23-CV-23380-RNS

# Defendant No.:

# **46**

## Store Name:

## **mevius k**

## Platform:

## **Amazon**

## mevius k

Visit the mevius k storefront

**100% positive** lifetime (6 total ratings)



Under Sink Mat - Waterproof Kitc...

USD **18**⁹⁹

Add to Cart

## About Seller

mevius k is committed to providing each customer with the highest standard of customer service.

**Have a question for mevius k?**

Ask a question

## Feedback

6 ratings          5 out of 5          Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

6 total feedbacks in Lifetime

"First class item that appears to be well made. Looks great on my truck."

By Jeff M. on July 22, 2023.

"It was well made and made the receiver slot clean and blended in perfect."

By John Vasquez on July 16, 2023.

"Exactly as described! Really something that I can use for my enclosed trailer and i am putting it to good use."

By Michael Murphy on June 25, 2023.

"As advertised. Easy to install."

By GhostRider on June 18, 2023.

"Great price"

By Dave on June 17, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guangzhouzhidaokejiyouxiangongsi
**Business Address:**
岑村街圣堂大街工业区38号二层A区788号房
广州市
天河区
广东省
510620
CN

## Shipping Policies

## Other Policies



Deliver to
Daytona B... 32118

Tools & Home Improvement ▼        Search Amazon

EN ▼     Hello, sign in
Account & Lists ▼     Returns
& Orders

Subtotal
$18.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases        Save on school essentials

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket
Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black

★★★★☆ 357    $17.99  ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



Roll over image to zoom in

## Under Sink Mat - Waterproof Kitchen Cabinet Tray - 28" x 22" Flexible Silicone Under Sink Liner with Drain Hole - Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills

Brand: Generic

5.0        3 ratings

$18.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**Unlock a $60 Amazon Gift Card** upon approval for
the Amazon Store Card. No annual fee. Get info

| | |
|---|---|
| Brand | Generic |
| Color | Purplish-red |
| Material | Silicone |
| Product Dimensions | 28"L x 22"W x 0.5"H |
| Shape | Rectangular |

### About this item

- The size of the under sink mat is 28"x22", This extra large Under Sink Mat is perfect for most 30 inch kitchen and bathroom cabinets
- Made of High quality silicone material, this under sink pan is easy to fold and not prone to deformation, curling or producing odors.
- This under sink mat is not only suitable for kitchen cabinets, but also suitable for bathroom cabinets, pets, crafts
- Under sink mats have waterproof and oil resistant features allow you to wipe the water, oil or stains easily
- Prevent moisture away from your family and provide a healthy surroundings. Keeps your cabinet always dry, clean and new even after years

› See more product details

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Delivery**    Pickup

$18.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Friday, July 28** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26**. Order within **8 hrs 40 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | mevius k |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

˅ See more

☐ Add a gift receipt for easy returns

Add to List

### Similar item to consider

Amazon's Choice ◢



Amazon Basics Rectangular Plastic Desk Organizer, Half Accessory Tray, Black (2265)

$7.76

Have one to sell?

Sell on Amazon




SANNO


Sink Protector Bottom Protector Grid
$19.90 ✓prime


Sink, 30 x 16.5...

Sponsored

Sponsored

Products related to this item



# Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected: | $1.33 |
| **Order total:** | **$20.32** |

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

˄ Add a gift card or promotion code or voucher

Enter code | Apply

˅ Apply Capital One Rewards $293.53 (293.53 points) available

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

3 **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 34 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat - Waterproof Kitchen Cabinet Tray - 28" x 22" Flexible Silicone Under Sink Liner with Drain Hole - Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills**
$18.99
& FREE Returns
Qty: 1
Sold by: mevius k
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17
FREE Prime Delivery
○ Monday, Sept. 18
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

Or choose your pickup location:
Pickup available nearby
Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Place your order**

**Order total: $20.32**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# 47

## Store Name:

## Dangna

## Platform:

## Amazon

# Dangna

Visit the Dangna storefront

**100% positive** in the last 12 months (28 ratings)

**Under Sink Mat,28''x 22''Under Si...**
USD 25 99

Add to Cart

Subtotal
$27.99

## About Seller

Dangna is committed to providing each customer with the highest standard of customer service.

Have a question for Dangna?

Ask a question

## Feedback

28 ratings     5 out of  5     12 months

| | |
|---|---|
| 5 star | 96% |
| 4 star | 4% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

28 total feedbacks in 12 months

"*****"
By Diana on July 7, 2023.

"As described "
By Maria Kun Cefan on May 28, 2023.

"Ok "
By Luiz on May 19, 2023.

"Resistente fácil de armar especial para espacios angostos. "
By SandraR on May 16, 2023.

"It was Damaged and didn't send me the order again after I return it back "
By Amra k. on May 14, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Youxun Yusheng Keji Youxian Gongsi
**Business Address:**
　五和路二巷4号602
　深圳市
　龙岗区坂田街道
　广东
　518000
　CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118

Tools & Home Improvement ▼

Search Amazon

EN ▼

Hello, sign in
Account & Lists ▼

Returns
& Orders

Subtotal
$25.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▼   Music   Today's Deals   New Releases   Save on top college essential

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

AQUABAR High-Pressure 48-mode 3-way Shower Spa Combo with Adjustable 18" Extension Arm for Easy Reach & Mobility! Enjoy Luxury 7" Rain & Handheld Shower Head Separately or Together! Oil-...   ★★★★½ 2,630   $89⁹⁹ ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl

Sponsored



Roll over image to zoom in

## Under Sink Mat,28"x 22"Under Sink Mats for Kitchen Waterproof,Silicone Under Sink Liner Drip Tray,Sink Cabinet Protector Mats for Kitchen Bathroom,with Drain Hole Under Sink Mat- yellow

Brand: FUNXIM

4.7        45 ratings

$25⁹⁹

FREE Returns

Coupon: ⧗   Apply 5% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Store Card. No annual fee.

Color: Yellow

 $29.99       $25.99

| Brand | FUNXIM |
|---|---|
| Color | Yellow |
| Material | Sillimanite |
| Size | 28*22.01*0.79in |
| Product Dimensions | 6.3"D x 12.99"W x 2.76"H |

### About this item

- PREMIUM SINK MAT:This under sink mat size is 28x22 inches,under sink drip tray fits standard 30 inches kitchen and bathroom cabinets. This under sink mats for kitchen waterproofis made of high quality silicone, durable and pliable, very easily to roll up and fold.Up to hold 3 gallons of water, Keep your cabinets orderly and clean.It not just a under sink mat waterproof.

- DRAIN HOLE DESIGN :This sink mat has a unique drain hole for quick drainage without moving the mat.gently by pressing the drain hole to draimn,When you don't need to use it which can be folded into the cabinet,easy to open and fit your cabinet perfectly,not easy to deform,warp or curl.

- WATEORPROOF&EASY TO CLEAN :Made of thick pliable silicone, which is water-resistant that protects your cabinet under the sink from leakage, If the water pipe is leaking or the cleaning fluid leaks, just need to wipe it with a damp cloth or rinse it with water.

- PROTECT YOUT CABINETST:This under sink easy to wipe up any spills,fully waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and catch any plumbing leak.

- MULIT-PURPOSE:The Under Kitchen Sink Mat Is Not Only A Cabinet Protector for Kitchen to can Bathroom Water and Liquid Leaking. It Can Also Be Used As Pet Feeding Mats, Dog Basin Mat, Cat Litter Box Tray Kids Toys Mat, Craft Mats,Tool Tray, Drying Mat. Also A Perfect Organizer and Storage Mat Allow You to Put

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery      Pickup

$25⁹⁹

FREE Returns

FREE delivery Saturday, July 29

Or fastest delivery Tomorrow, July 25. Order within 8 hrs 31 mins

⚲ Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Dangna |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Kitchen Sink Drop In - Lordear...
★★★★½ 216
$271⁹⁹ ✓prime
Save 6% with coupon

Sponsored

# Size Information





Easy to bend enfold to get



0.78" raised edge



Flexible & soft silicone

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

📍 Or pick up near this address - See nearby pickup locations

**2** **Payment method**    💳 MasterCard ending in 1926    Change

Billing address: Same as shipping address.

⌄ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

---

**3** **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> **Delivery option updated**
>
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Sept. 16, 2023** If you order in the next 1 hour and 16 minutes (Details)

Items shipped from Amazon.com



**Under Sink Mat,28"x 22"Under Sink Mats for Kitchen Waterproof,Silicone Under Sink Liner Drip Tray,Sink Cabinet Protector Mats for Kitchen Bathroom,with Drain Hole Under Sink Mat- yellow**
$19.99

Qty: 1

Sold by: Dangna

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

Or choose your pickup location:
📍 Pickup available nearby
Choose a location

---

[ Place your order ]    **Order total: $21.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$21.39** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

23-CV-23380-RNS

# Defendant No.:

## 48

# Store Name:

## YINQIUUS

# Platform:

## Amazon



# YINQIUUS

Visit the YINQIUUS storefront

**100% positive** in the last 12 months (33 ratings)

**TPAPFRLY Under Sink Mat, 31" x ...**

USD25⁹⁹

Add to Cart

Subtotal
$25.99

## About Seller

YINQIUUS is committed to providing each customer with the highest standard of customer service.

### Have a question for YINQIUUS?

Ask a question

## Feedback

4.9 out of 5

12 months

33 ratings

| | |
|---|---|
| 5 star | 94% |
| 4 star | 6% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

33 total feedbacks in 12 months

"Fits perfectly! Love it. "
By Lisa R. on July 2, 2023.

"First time. Experience good. "
By Bill Wheeler on June 8, 2023.

"I thought it was a soft case but it wasn't. I will now have to search again. "
By Liz D. on June 1, 2023.

"★ ｡ ‚ ｡•*´¯`★☆Absolutely Awesome Seller ★ Thank You !!! ★☆ ｡ ‚ ｡•*´¯`★ "
By M. Smith on May 28, 2023.

"fast shipping, grate price "
By Joseph on May 28, 2023.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Zhengzhou Yinqiu Trading Co., Ltd.
**Business Address:**
鸿宝路
姚店�42社区17号楼
1单元901室
Zhengzhou
Henan
450000
CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 Subtotal
$25.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock dea...

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

**ELKAY**    Shop Quality Kitchen Sinks    $245.56 ✓prime    

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Roll over image to zoom in

☐ ☐ ☐ ☐ ☐ ☐

## TPAPFRLY Under Sink Mat for Kitchen Waterproof 31" x 22", Raised Grain Silicone Tray with Unique Drain Hole Design Sink Cabinet Protector Mats for Kitchen & Bathroom

Brand: TPAPFRLY

4.8    15 ratings

-7% $25.99

Typical price: $27.99 ⓘ

FREE Returns

Coupon: ▾ Apply 10% coupon   Shop items › |
Terms

Get $60 off instantly: Pay $0.00 $25.99 upon approval for
the Amazon Store Card. No annual fee.

Color: **Dark Grey 31x22in**

 $25.99     $25.99

| | |
|---|---|
| Brand | TPAPFRLY |
| Color | Dark Grey 31x22in |
| Material | Silicone Rubber |
| Size | 31"x22" |
| Product Dimensions | 22"D x 1"W x 31"H |

## About this item

- The ultimate under sink mat for your home - the perfect solution to protect your cabinets and floors from spills, leaks, and stains. They collects water and other liquids, preventing them from seeping into your cabinets and causing mold, mildew, and other forms of damage.Our premium quality under sink mat is designed to provide superior protection for your home.

- At the heart of our kitchen sink mats is its premium quality construction - Made from high-quality materials that are durable silicone can withstand water and other spills,the corner drain hole design helps you drain water easily.while wave stripe design provide a non-slip surface that prevents items from sliding around in your cabinets.

- Full compatibility - The size of the under sink mat is 31x22 inches can be used in different areas of your home, including the kitchen, bathroom, laundry room, garage,or utility rooms. The mat is also easy to clean, simply wipe it down with a damp cloth or sponge and let it air dry ,and it will be as good as new.

- Organization and Hygiene - Under sink mats are an excellent way to organize your cleaning supplies. They provide a flat surface that allows you to store your cleaning products and tools neatly. keep your cabinets clean and hygienic to prevent water and other liquids from stagnating in your cabinets which can cause unpleasant odor

- Cabinet Protector Mats - Using an under sink mat can save you time and money in the long run. Without a

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$25.99

FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Tomorrow, July 25**. Order within **8 hrs 25 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | YINQIUUS |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

˅ See more

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]



# Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code       Apply

Apply Capital One Rewards **$293.53 (293.53 points)** available

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.99 |
| Estimated tax to be collected: | $1.75 |
| **Order total:** | **$26.74** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

3   **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 16, 2023** If you order in the next 11 hours and 27 minutes (Details)
Items shipped from Amazon.com



**TPAPFRLY Under Sink Mat, 31'' x 22'' Thick and Firm Silicone Under Sink Liner Drip Tray with Drain Hole, Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills Tray**
**$24.99**
& FREE Returns
Qty: 1
Sold by: YINQIUUS

Add gift options

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

○ **Overnight & Tomorrow**
$2.99 - Fastest Delivery

| Overnight<br>4 AM - 8 AM | Overnight<br>7 AM - 11 AM |
|---|---|

∨ See more delivery slots

● **Tomorrow, Sept. 16**
FREE One-Day Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

**Or choose your pickup location:**

**Pickup available nearby**
Choose a location

---

### Place your order

**Order total: $26.74**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

## 49

# Store Name:

## Elraimando store

# Platform:

## Amazon

# Elraimando store

Visit the Elraimando store storefront

**100% positive** lifetime (1 total ratings)

**Under Sink Mats for Kitchen Wat...**
USD 25 88

Add to Cart

Subtotal
$25.99

## About Seller

Elraimando store is committed to providing each customer with the highest standard of customer service.

Have a question for Elraimando store?

Ask a question

## Feedback

5 out of 5

1 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

FILTER BY

All stars

1 total feedbacks in Lifetime

"Excelent . "
By luis betancur on March 18, 2023.

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshiqianliyukejiyouxiangongsi
**Business Address:**
民治街道
民新社区横岭三区51栋702
深圳市
龙华区
广东省
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback    Tell us what you think about this page



Deliver to Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | Subtotal $25.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Save on top college essentials

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr

NYYTGE Double Sliding Under Sink Organizer, 2 Tier Bathroom Organizer with 1 Cup 4 Hooks, Multi-purpose Under Cabinet Storage Rack, Under Sink Organizers and Storage for Home Kitchen...   ⭐⭐⭐⭐½ 587   $14.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers 

Sponsored

## Under Sink Mats for Kitchen Waterproof,Sink Mats for Bottom of Kitchen Sink,Waterproof Bathroom Mat- 34"X22'' Silicone Liner with Drain Hole- Protect Kitchen Cabinets with Under Sink Mat. (Grey)

Brand: ELRAIMONDO
4.8   13 ratings

$25.88

FREE Returns

Get $60 off instantly: Pay $0.00 $25.88 upon approval for the Amazon Store Card. No annual fee.


Roll over image to zoom in

VIDEO

Color: Gray

 $25.88    $25.88

| Brand | ELRAIMONDO |
| --- | --- |
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Leak Proof |

∨ See more

### About this item

- 【Fit 36" Cabinets】 The Size of our under sink drip tray (34"x22"x1.0"), fits most 36" cabinets, Made of durable food-grade silicone,Not easy to deform, warp or curl, easy to fold into kitchen and bathroom cabinets.

- 【Easy to install and clean】 Our undersink mat is very easy to install, can be quickly removed for clean-up,and are reusable after cleaning to protect your under sink tray cabinet from any leaks ,so you can easily keep your cabinets dry and clean with under the sink mat .

- 【Edge reinforcement design】 This Under the sink mat waterproof features a smoother design with strong edges to prevent water leaks under the sink mat,undersink water tray can hold up to 3.3 gallons of water, providing you with more time to deal with leaks.

- 【Versatile and Multipurpose】 Our under sink mats for kitchen are not only perfect for protecting your under sink tray cabinet from leaks but also have many other uses such as crafts, pet care, gardening, and bathroom waterproof mats. With its versatile and multipurpose design, it is an excellent choice

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
| --- | --- |

$25.88

FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Tomorrow, July 25**. Order within **8 hrs 21 mins**

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   Elraimando store
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



BEESVO Under Sink Mat Kitchen & Bathroom Cabinet Liner, 34" x 22"...
⭐⭐⭐⭐⭐ 479
$25.99 ✓prime

Sponsored



## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code    [Apply]

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

### 3    Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 8 hours and 55 minutes (Details)
Items shipped from Amazon.com



Under Sink Mats for Kitchen Waterproof,Sink Mats for Bottom of Kitchen Sink,Waterproof Bathroom Mat- 34''X22'' Silicone Liner with Drain Hole- Protect Kitchen Cabinets with Under Sink Mat. (Grey)
**$19.58**
& FREE Returns
Qty: 1
Sold by: Elraimando store
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Tomorrow, Sept. 16
FREE One-Day Delivery
○ Monday, Sept. 18
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

Or choose your pickup location:
 Pickup available nearby
Choose a location

[Place your order]
**Order total: $20.95**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $19.58 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $19.58 |
| Estimated tax to be collected: | $1.37 |
| **Order total:** | **$20.95** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **50**

## Store Name:

## **ALLMEYOU**

## Platform:

## **Amazon**

## ALLMEYOU

Visit the ALLMEYOU storefront

**100% positive** in the last 12 months (146 ratings)

Sanbege Under Sink Mat Liner 34...
USD $21^{77}$

[ Add to Cart ]

## About Seller

ALLMEYOU is committed to providing each customer with the highest standard of customer service.

Have a question for ALLMEYOU?

[ Ask a question ]

## Feedback

4.9 out of 5          [ 12 months ]
146 ratings

| | | |
|---|---|---|
| 5 star | | 95% |
| 4 star | | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

146 total feedbacks in 12 months

"Beautiful piece, great price, Fast shipping! Thank you. "

By Debra C. on July 22, 2023.

"Fast shipping, item as described "

By Dyan Dunbar on July 20, 2023.

"Smaller than expected "

By glen Paxson on July 19, 2023.

~~"It said large and I already have 1 of these and needed a match but this one is half the size of the original one but I made it work "~~

By Debbie on July 19, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"It's beautiful and a little bigger than expected "

By Amazon Customer on July 18, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhongshanshi chuangshuli shangmaoyouxiangongsi
**Business Address:**
 岐关西路67号骏泰豪电商园B栋501卡之一
 中山市
 东区
 广东省
 528400
 CN

## Shipping Policies

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$21.77

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr



Your one stop store of household cleaning tools    $11.99 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Cabinet & Drawer Organization › Pull-Out Organizers



Roll over image to zoom in

VIDEO

## Sanbege Under Sink Mat Liner 34" x 22", Kitchen Cabinet Protector Tray with Drain Hole, Multipurpose Silicone Waterproof Mat for 36" Cabinet or Crafting, Pet Bowls, Floor Organization (Grey)

Brand: Sanbege

4.7    37 ratings

Amazon's Choice ⟩ in Pull-Out Home Organizers...

$21⁷⁷

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 ~~$21.77~~ upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

**Color: Gray**

 $21.77     $21.77

 $21.77

| | |
|---|---|
| Brand | Sanbege |
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Recommended Uses For | Cabinet,Sink |

˅ See more

## About this item

- MATERIAL: The under sink mat is made of premium silicone which is durable, firm yet highly flexible to fit in cabinet easily, And the honeycomb texture and edge stiffener design reinforces its structure and decorative feature

- DIMENSION: Overall size 34" x 22" (L x W) is designed to fit standard 36" kitchen or bathroom cabinet, covering stains at the under sink area and giving a clean and organized look; With the proper raised edges it can stop leaking water spill (holds up to 2 gallons)

- DRAINAGE DESIGN: Special drain hole design by the edge to make leaking water drainage easy as a breeze, just pressing it down then water will drain away naturally

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

**Buy new:**
$21⁷⁷

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25.** Order within 6 hrs 46 mins

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    ALLMEYOU
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

˅ See more

☐ Add a gift receipt for easy returns

**Save with Used - Very Good**
$18³⁹

FREE delivery: **Thursday, Aug 3** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $18³⁹ FREE Shipping on



Flexible (easily fit into cabinet)

Non-stick surface is easy to clean

Decorative and anti-slip honeycomb texture

Stiffener design reinforces structure

22in/56cm

34in/86cm

Durable and waterproof silicone

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions<br><br>📍 Or pick up near this address - See nearby pickup locations | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $20.99 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$22.46** |

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 — Change<br><br>Billing address: Same as shipping address. |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**⌃ Add a gift card or promotion code or voucher**

[ Enter code ]   [ Apply ]

**⌄ Apply Capital One Rewards $293.53 (293.53 points) available**

## 3   Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 24 minutes (Details)

Items shipped from Amazon.com



**Sanbege Under Sink Mat Liner 34" x 22", Kitchen Cabinet Protector Tray with Drain Hole, Multipurpose Silicone Waterproof Mat for 36" Cabinet or Crafting, Pet Bowls, Floor Organization (Grey)**
$20.99
& FREE Returns

Qty: 1

Sold by: ALLMEYOU

🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

◉ **Sunday, Sept. 17**
  FREE Prime Delivery

○ Monday, Sept. 18
  FREE Amazon Day Delivery
  🍃 Fewer boxes, fewer trips.
  Change delivery day

**Or choose your pickup location:**

📍 Pickup available nearby
  Choose a location

| | |
|---|---|
| **Place your order** | **Order total: $22.46**<br>By placing your order, you agree to Amazon's privacy notice and conditions of use. |

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

23-CV-23380-RNS

# Defendant No.:

# **51**

## Store Name:

## **Dorohome US**

## Platform:

## **Amazon**

## Dorohome US

Visit the Dorohome US storefront

**98% positive** in the last 12 months (47 ratings)



**Under Sink Mat, Under Sink Mats...**
USD 23.99

Add to Cart

### About Seller

Dorohome US is committed to providing each customer with the highest standard of customer service.

**Have a question for Dorohome US?**

Ask a question

### Detailed Seller Information

**Business Name:** shenzhenshihexingxumaoyiyouxiangongsi

**Business Address:**
龙华大道清湖政商中心B座
深圳市
龙华新区
广东省
518000
CN

### Feedback

4.9 out of 5
47 ratings

12 months

**FILTER BY**

All stars

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 6% |
| 3 star | | 2% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

47 total feedbacks in 12 months

"~~Ridiculous how i have to deal with a damaged funko, i didn't get what I paid for. If I were to know it was gonna come with 2 rips I wouldn't have purchased. Now...~~"

Read more

By jonny on July 19, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"I bought these to mount Pop Vinyl characters to the wall and they work perfectly for the job."

By clayton on July 19, 2023.

"It arrived so fast!"

By Dimaris on July 11, 2023.

"Nice "

By Chantel Head on July 11, 2023.

"Picture frames are always well packaged and arrive on time. I have ordered here before, Great frames!"

By John White on June 20, 2023.

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored

## Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34"x22" Silicone Under Kitchen Sink Liner Mat with Drain Hole, Flexible Under Sink Drip Tray for Kitchen Bathroom, Under Sink Rubber Mat, Grey

Visit the Dezzer Store

4.4    28 ratings

$23⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

Get $60 off instantly: Pay $0.00 $23.99 upon approval for
the Amazon Store Card. No annual fee.

- 【FITS 36" CABINETS】: The size of the under sink mat is 34" x 22" x 0.67". The under sink tray is designed to fit most 36 inch kitchen and bathroom cabinets. Made of 100% premium silicone materials, keep your cabinets clean and neat.
- 【UNIQUE DRAIN HOLE DESIGN】: Unique drain port design, allows you to drain the leaking water easily without taking out the sink cabinet mat. With 0.67 inches Raised edge, the under sink drip tray can hold up to 2 gallons of water which can provide you enough time to deal with water pipe leaks.
- 【STABLE STRUCTURE & FLEXIBLE】: High-quality silicone with hexagonal texture increase the sense of design. The professional production process makes the under sink mat highly flexible and soft. It is easy to fold and not easy to deform, no warping or curling. The reusable features of cabinet mats really save your money
- 【WATERPROOF & EASY TO CLEAN】: The waterproof material perfectly avoids the risk of your cabinet being corroded by water leakage and liquid leakage. If the water pipe is leaking or the cleaning fluid leaks, you just need to wipe it with a damp cloth or rinse it with water. Then you will get a clean under the sink mat.
- 【MULTIPURPOSE】: This 34" waterproof mat is not only suitable for kitchen and bathroom cabinets, also can be used as pet feeding mat, shoes mat, and more occasions to prevent stains and spills!



Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV shows
with Prime

Try Prime and start saving today
with **Fast, FREE Delivery**

Delivery    Pickup

$23⁹⁹

Get **Fast, Free Shipping** with
**Amazon Prime**
FREE Returns

**FREE delivery Sunday, July 30**
on orders shipped by Amazon
over $25

Or fastest delivery **Tomorrow,
July 26**. Order within **7 hrs 26
mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Dorohome US
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy
returns

Add to List

Have one to sell?

Sell on Amazon





Roll over image to zoom in

Sponsored

Buy it with





Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in    Returns
Account & Lists ▾    & Orders    2

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock deals

**Get $60 off instantly** upon approval for the Amazon Store Card

**$60 instant gift card**

| | |
|---|---|
| Current subtotal: | $47.98 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $12.02 |

Learn more

# Shopping Cart

Your order qualifies for FREE Shipping. Choose this option at checkout. See details



Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34"x22"

**$23.99**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 2    Delete    Save for later

Compare with similar items    Share

Subtotal (2 items): **$47.98**

Subtotal (2 items): **$47.98**

☐ This order contains a gift

Proceed to checkout

---

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought



Under Sink Organizer, Pull Out Cabinet...
835
$34.99
Add to Cart



Drymate Under Sink Mat, Waterproof...
10,769
$13.99
Add to Cart



Under Sink Mat Waterproof 28"x22"...
254
$25.98
Add to Cart



Shelf Liner, Non-Slip Cabinet Liner, Washa...
5,179
$18.99
Add to Cart

# You might also like

23-CV-23380-RNS

# Defendant No.:

# **52**

# Store Name:

# **MYLONGINGCHARM**

# Platform:

# **Amazon**

# MYLONGINGCHARM

Visit the MYLONGINGCHARM storefront

**100% positive** in the last 12 months (28 ratings)

**Under Sink Mat Kitchen & Bathro...**
USD 22⁹⁹

Subtotal
$19.47

Add to Cart

## About Seller

MYLONGINGCHARM is committed to providing each customer with the highest standard of customer service.

Have a question for
MYLONGINGCHARM?

Ask a question

## Feedback

4.9 out of 5

28 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 93% |
| 4 star | | 7% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

28 total feedbacks in 12 months

" Great item! My cat is confused though.... "
By Greg S. on July 11, 2023.

" Too small could've been a little bigger. Over priced for the size. "
By Shirl., on July 10, 2023.

" Very nice. Like how light weight they are. "
By GRANDMA T on July 6, 2023.

" Good quality ! Pleased with mats "
By Five Stars on July 4, 2023.

" Keep tripping over it doesn't stick to floor looks nice "
By Marisa Rodriguez on July 2, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** hunanyifugongmaoyouxiangongsi
**Business Address:**
先锋街道大托镇机场口天心区环保工业园十栋4楼
长沙市
天心区
湖南省
410000
CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$22.99



All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentia...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr...

Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black    ★★★★☆ 357    $17.99 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers





Roll over image to zoom in

## Under Sink Mat Kitchen & Bathroom Cabinet Liner, Waterproof 34"x22" Silicone Under Kitchen Sink Liner Mat with Drain Hole (Grey)

Visit the MYLONGINGCHARM Store

4.5    2 ratings

$22.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Coupon: ⧖ | Apply 10% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | MYLONGINGCHARM |
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 22"L x 34"W |
| Special Feature | Waterproof |

⌄ See more

### About this item

- 【36" CABINETS】Ours under sink mat for kitchen waterproof is 34" x 22" which is perfect for 36" kitchen and bathroom cabinets, and the silicone mat is 1" high and can hold up to 2 gallons of water.
- 【Drainage Design】When the under sink liner needs to drain, you can drain the water by gently pressing the hole, without moving the mat under the sink.
- 【Silicone Material】The under sink mat is made of flexible and durable waterproof Silicone, protects cabinets from corrosion caused by water and liquid leaks, eg sink leaks, soap spills, water damage.
- 【Easy to Clean】The smooth surface of the under sink tray makes it easy to wipe up spills, if the water pipe leaks or the cleaning solution leaks, just wipe it with a wet cloth or rinse it with water and dry again.
- 【Widely Application】Under sink mat are not only for kitchen cabinets, but also for bathroom pet feeding bowls, rain boots, crafts, children's toys and anything else to prevent stains and spills!

✓prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

**Buy new:**
$22.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

**FREE delivery Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25**. Order within **1 hr 23 mins**

◉ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | MYLONGINGCHARM |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Save with Used - Like New**
$20.49

FREE delivery: **Thursday, Aug 3** on orders over $25.00 shipped by Amazon.

Ships from: Amazon

Sold by: Amazon Warehouse

Add to List

New & Used (2) from $20.49 FREE Shipping on orders over $25.00 shipped by Amazon.

# PRODUCT SIZE



22.4in/57cm

33.85in/86cm



Drain Port Design



Stiffener Design



2 Gallons Capacity

# Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | | | |
|---|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

[ Enter code ] [ Apply ]

Apply Capital One Rewards $293.53 (293.53 points) available

### 3    Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 19 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat Kitchen & Bathroom Cabinet Liner, Waterproof 34"x22" Silicone Under Kitchen Sink Liner Mat with Drain Hole (Grey)**
$22.99
& FREE Returns
Qty: 1
Sold by: MYLONGINGCHARM
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17
FREE Prime Delivery
◯ Monday, Sept. 18
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

[ Place your order ]    **Order total: $24.60**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **53**

# Store Name:

# **Dongguan Jiayi moju youxiangongsi**

# Platform:

# **Amazon**

# Dongguan Jiayi moju youxiangongsi

Visit the Dongguan Jiayi moju youxiangongsi storefront

**93% positive** in the last 12 months (29 ratings)

**Under Sink Mat Kitchen Cabinet ...**
USD 19⁹⁰

Add to Cart

Subtotal
$22.99

## About Seller

Dongguan Jiayi moju youxiangongsi is committed to providing each customer with the highest standard of customer service.

Have a question for Dongguan Jiayi moju youxiangongsi?

Ask a question

## Feedback

29 ratings    4.8 out of 5    | 12 months |

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 3% |
| 3 star | | 3% |
| 2 star | | 0% |
| 1 star | | 3% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars |

29 total feedbacks in 12 months

"Too small for my stove. "
By Denice Barnett on July 13, 2023.

"Looks good and should work fine. "
By Matt DeGeorge on June 20, 2023.

"Fits perfectly! "
By M Brooker on June 5, 2023.

"The magnets are not strong enough "
By marcella miller on June 4, 2023.

"No issues here , received on time "
By Amazon Customer on June 1, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Dongguanshi Jiayimoju youxiangongsi
**Business Address:**
布吉罗岗加洲花园商铺
深圳市
龙岗区
广东省
518100
CN

## Shipping Policies                                                          ˅

## Other Policies                                                             ˅

## Help                                                                       ˅

## Products

See all products currently offered by the seller.




Subtotal
$19.90

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essential

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Imp

**Barrina**  Barrina (Pack of 6) LED T5 Shop Light, 3FT, 6500K (Super Bright White), Utility Shop Light, Ceiling and Under Cabinet Light, E...    ★★★★½ 1,003    $47.99 ✓prime    Save $5 with coupon

Tools & Home Improvement › Lighting & Ceiling Fans › Wall Lights › Under-Cabinet Lights    Sponsored



22"

28"

            

Stylish Hexagonal Pattern    Drain Hole Design    Stiffener Design    2 Gallons Capacity

Roll over image to zoom in



## Under Sink Mat Kitchen Cabinet Tray - 28" x 22", Flexible Waterproof Silicone Made, Disifection Surface

Brand: Xinpuerda
4.5    19 ratings

$19.90

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $19.90 upon approval for the Amazon Store Card. No annual fee.

| Brand | Xinpuerda |
|---|---|
| Color | Dark Purple |
| Material | Silicone |
| Product Dimensions | 22"L x 28"W |
| Special Feature | Water Resistant |

˅ See more

### About this item

- Flexible Silicone Material--- Made of thick pliable silicone, it is durable and pliable, very easy to roll up and fold,
- which is water-resistant that protects your cabinet under the sink from leakage, seepage, and chemical spills,
- 28" x 22"---Extra-large size to cover wide surfaces under the sink. Please note it is essential to ensure that it is compatible with the particular size and shape of your sink cabinet.
- Sturdy enough to support 2 gallons of water yet flexible enough to install through small cabinet openings and open back up to its original shape once insideContains drips and leaks under sinks,
- Silicone pads are easy to clean and fold.

### Customer ratings by feature

Easy to install    5.0
Value for money    4.6

See all reviews

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$19.90

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery August 11 - 19** on orders shipped by Amazon over $25

Or fastest delivery **August 8 - 11**

Deliver to Daytona Beach 32118

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Dongguan Jiayi moju youxiangongsi |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon





Widitn Stove Top Shelf 20"/24"/30" Silicone Magnetic Shelf for Kitchen Stove - 3 Functional...
$12.99 ✓prime

Shelf 30" Silicone
r Kitchen Stove - ...

Sponsored

Sponsored





Stylish Hexagonal Pattern





Drain Hole Design



Stiffener Design



2 Gallons Capacity



## Checkout (1 item)

**1  Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

📍 Or pick up near this address - See nearby pickup locations

**2  Payment method**

MasterCard ending in 1926

Change

**Billing address:** Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  Apply

⌄ Apply Capital One Rewards $219.00 (219.00 points) available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$19.25** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**3  Review items and shipping**

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 29, 2023** If you order in the next 8 hours and 24 minutes (Details)
Items shipped from Amazon.com

Under Sink Mat Kitchen Cabinet Tray - 28" x 22", Flexible Waterproof Silicone Made, Disinfection Surface
$17.99 ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: bierqi
🎁 Add gift options

**Choose your Prime delivery option:**

◉ Friday, Sept. 29
FREE Prime Delivery

◯ Saturday, Sept. 30
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips. ⌄
Change delivery day

**Or choose your pickup location:**

📍 Pickup available nearby
Choose a location

**Place your order**

**Order total: $19.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾

Returns
& Orders        1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases        Up to 50% off overstock deals

**$60 instant gift card**

**Get $60 off instantly** upon approval for the Amazon Store Card

| | |
|---|---|
| Current subtotal: | $19.90 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $40.10 |

Learn more

## Shopping Cart

Add $5.10 of eligible items to your order to qualify for FREE Shipping. See details



Under Sink Mat Kitchen Cabinet Tray - 28" x 22",  Flexible

**$19.90**

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1    Delete    Save for later

Share

Subtotal (1 item): **$19.90**

Subtotal (1 item): **$19.90**

☐ This order contains a gift

Proceed to checkout

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Customers who bought Under Sink Mat Kitchen Cabinet Tray - 28" x 22",  Fl... also bought these items from other categories:**



Under Sink Mats for Kitchen Waterproof, 2...
41
$24.99
Add to Cart

Under Sink Mat, 28" x 22" Silicone Kitchen...
397
$28.88
Add to Cart

Xtreme Mats - Waterproof Under Sin...
8,719
$47.95
Add to Cart

## Customers Who Bought Items in Your Recent History Also Bought

23-CV-23380-RNS

# Defendant No.:

# **54**

# Store Name:

# **AiSiPaiErJiang AiErKenshangmao**

# Platform:

# **Amazon**



Deliver to
Daytona B... 32118

All ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$19.90

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Save on top college essentia

## AiSiPaiErJiang AiErKenshangmao

Visit the AiSiPaiErJiang AiErKenshangmao storefront

Just launched   No feedback yet

Under Sink Mat, 34"x22" Under S...
USD 23⁹⁶

Add to Cart

## About Seller

AiSiPaiErJiang AiErKenshangmao is committed to providing each customer with the highest standard of customer service.

Have a question for AiSiPaiErJiang AiErKenshangmao?

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** GanZhouErJiangWeiNuoMaoYiYouXianGongSi
**Business Address:**
双流区蓝润棠湖春天
17幢1单元807
成都市
四川省
610200
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback   Tell us what you think about this page

## Customers who viewed items in your browsing history also viewed

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$23.96

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases    Save on school essentia

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr

BUKFEN Under-Sink Silicone Mat(34 * 22in), Waterproof and Multifunctional, Can be Used as Countertop Protector, Dish Drying Mat, Heat Resistant Mats, Pet Feeding Mats, (Gray, Regular...    $30⁹⁹ prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Product size

33.5in
22in
0.79in
0.2in
0.79in

Roll over image to zoom in

## Under Sink Mat, 34"x22" Under Sink Mats for Kitchen Waterproof, Silicone Flexible Under Sink Liner Mat, Under Sink Drip Tray with Drain Hole, Cabinet Protector Mats for Kitchen Bathroom (Gray)

Brand: Asthirteen

4.5    2 ratings

$23⁹⁶

Get **Fast, Free Shipping** with Amazon Prime

Coupon: ⏳ Apply 10% coupon   Shop items › | Terms

Get $60 off instantly: Pay $0.00 $23.96 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Asthirteen |
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Waterproof, Dirt Proof |

▾ See more

### About this item

- ✅ 【Premium Sink Mat】This under sink mat is made of silicone,which is durable , and is very easily to roll up and fold. It is elaborately crafted by precision mold. It can keep your cabinets orderly and clean. It's not just a under sink mat waterproof.

- ✅ 【Protect Cabinet】This under the sink mat makes your cabinet free of water damage and spills stained. The under sink tray is perfect to cover the floor of the cabinet and catch any plumbing leak. Make your furniture more textured. Keep your cabinets in a new state.

- ✅ 【Edge Reinforcement Design】This under kitchen sink mat has a elevated design with reinforced lip around the edge to contain spills. It address a water leakage problem with increasing the edge of this mat by 0.79 inches.

- ✅ 【Multi-Functions】This undersink mats for bottom of kitchen sink, besides as a kitchen sink organizer and bathroom organizer under the sink, can be also served as doormat, disinfection mats, craft mats or outdoor barbecue tools, cooking utensils, etc.

- ✅ 【Easy to Install & Clean】Flexible silicone allows you to easily fit under sink mats for kitchen waterproof and to quickly remove for cleaning. The undersink mat keeps your cabinet dry & clean.

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$23⁹⁶

Get **Fast, Free Shipping** with Amazon Prime

**FREE delivery Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25**. Order within **6 hrs 32 mins**

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   AiSiPaiErJiang
           AiErKenshangmao
Returns   Eligible for Return,
          Refund or Replacement
          within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



**Gorilla Grip Quick Dry Waterproof Under Sink Mat Liner, 24x60, Slip...**
⭐⭐⭐⭐½ 89
$23⁹⁹ prime

Sponsored

# Product size





## Checkout (1 item)



| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

 Or pick up near this address - See nearby pickup locations

---

| **2** | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards $219.00 (219.00 points) available

---

**3**    **Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 29, 2023**
Items shipped from Amazon.com

**Under Sink Mat, 34"x22" Under Sink Mats for Kitchen Waterproof, Silicone Flexible Under Sink Liner Mat, Under Sink Drip Tray with Drain Hole, Cabinet Protector Mats for Kitchen Bathroom (Gray)**
~~$23.98~~ $21.58 ✓prime
& FREE Returns ∨

Qty: 1 ∨

Sold by: AiSiPaiErJiang AiErKenshangmao

$2.40 discount applied ∨

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Friday, Sept. 29**
FREE Prime Delivery

○ **Saturday, Sept. 30**
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips. ∨
Change delivery day

**Or choose your pickup location:**

🅰 Pickup available nearby
Choose a location

---

**Place your order**

**Order total: $23.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $23.98 |
|---|---|
| Shipping & handling: | $0.00 |
| Your Coupon Savings: | -$2.40 |
| Total before tax: | $21.58 |
| Estimated tax to be collected: | $1.51 |
| **Order total:** | **$23.09** |

Qualifying offers:
• Your Coupon Savings

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

23-CV-23380-RNS

# Defendant No.:

# **55**

# Store Name:

# **BuyersVoice**

# Platform:

# **Amazon**

# BuyersVoice

Visit the BuyersVoice storefront

**100% positive** lifetime (4 total ratings)

**Under Sink Mat, FINKKIE 34"x22...**
USD 22 88

Add to Cart

Subtotal
$23.96

## About Seller

BuyersVoice is committed to providing each customer with the highest standard of customer service.

**Have a question for BuyersVoice?**

Ask a question

## Feedback

4 ratings          5 out of  5          Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

4 total feedbacks in Lifetime

"My one complaint, is honestly my own thinking.. it's flat on the floor under my greenhouse... yet to figure out how to drain it without making to big of a mess.... "
Read more
By SquidLady on June 20, 2023.

"item arrived on time, wwell packaged "
By marco1tx on May 14, 2023.

"Product arrived quickly and well-packaged in a small but sturdy box. Looks and performs exactly like the photos and description. Overall I'm very pleased. "
By EG on May 4, 2023.

"EXCELLENT "
By PRAGTIGE VROUE on April 15, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** dongguanshimaidesenshengwukejiyouxiangongsi
**Business Address:**
民治街道民治社区 1970 文创园A栋2楼209室
深圳市
龙华区
广东省
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

Deliver to
Daytona B... 32118

Home & Kitchen ▾     Search Amazon

EN ▾     Hello, sign in
Account & Lists ▾     Returns & Orders     Subtotal $22.88

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Save on school essentials

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof, Silicone Under Sink Liner Can Accumulate 3 Gallons of Liquid, Water Wave, 31"×22", Gray

$33.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

## Under Sink Mat, FINKKIE 34"x22"Under the Sink Mat Waterproof, Under Sink Liner with Drain Hole, Silicone Undersink Mat for Kitchen Bathroom, Under Sink Drip Tray Grey.

Visit the FINKKIE Store

4.8 ★ 24 ratings

$22.88

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

Get $60 off instantly: Pay $0.00 $22.88 upon approval for the Amazon Store Card. No annual fee.

Roll over image to zoom in

VIDEO

- **FINKKIE Under Sink Mat for Kitchen Waterproof -** 👍 34"x22" under the sink mat is designed for standard 36" kitchen and bathroom cabinets, with a raised lip on the edge of the mat to hold over 2 gallons of water, protecting your cabinets from damage from leaks, seepage and chemical spills. an easy solution to leak problems.
- **To Enhance the Efficiency of Cleaning -** 👍 Under kitchen sink mat, the surface is waterproof and oil-proof, refusing to penetrate, wiping and cleaning is a breeze, and the uniquely designed drainage holes make it easy to drain the water without removing the mat, very convenient.
- **Always Keep Neat and Dry -** 👍 The undersink mat is made of high-quality silicone, soft and flat but not easily deformed, warped or curled; the hexagonal texture on the surface provides an anti-slip effect, and all cleaning supplies or kitchen tools will be neatly placed there, keeping the cabinet neat and clean.
- **Flexible Cutting and Easy Installation -** 👍 If you find that your water supply and drain pipes are coming from the floor or cabinets, you can easily cut the mat to allow for the required holes, making it easy for the mat to fit completely flat in your cabinets, ideal for kitchens, bathrooms or utility rooms.
- **Discover More Versatility -** 👍 This under sink mats is not only suitable for kitchen and bathroom cabinets, but can also be used as a pet food mat, tool mat, craft mat or any other occasion to avoid messes and spills and keep your floors clean and dry. If you have any questions, please feel free to contact us.



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$22.88

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

**FREE delivery Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25.** Order within **3 hrs 6 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | BuyersVoice
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon





Kitchen Sink 30 Inch Undermount 16 Gauge Stainless Steel Kitchen Sink...

$149.07 ✓prime

Sponsored



## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

    🅐 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | 💳 MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

3   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 58 minutes and 12 seconds
(Details)
Items shipped from Amazon.com



Under Sink Mat, FINKKIE 34"x22"Under the Sink Mat Waterproof, Under Sink Liner with Drain Hole, Silicone Undersink Mat for Kitchen Bathroom, Under Sink Drip Tray Grey.
**$22.88**
& FREE Returns
[ Qty: 1 ]
Sold by: BuyersVoice
🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, Sept. 16**
FREE One-Day Delivery

◯ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
🅐 Pickup available nearby
Choose a location

---

[ Place your order ]
**Order total: $24.48**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Sidebar

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $22.88 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.88 |
| Estimated tax to be collected: | $1.60 |
| **Order total:** | **$24.48** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **56**

## Store Name:

## **Funstone**

## Platform:

## **Amazon**

# Funstone

Visit the Funstone storefront

**100% positive** in the last 12 months (10 ratings)

LronFensy Under Sink Mats for Ki...
USD 24.99

Add to Cart

Subtotal
$22.88

## About Seller

Funstone is committed to providing each customer with the highest standard of customer service.

Have a question for Funstone?

Ask a question

## Feedback

10 ratings          4.8 out of 5          12 months

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

FILTER BY

All stars

10 total feedbacks in 12 months

"No problem with this order thanks!"
By DrNana on June 7, 2023.

"Product was well packaged. Thanks!"
By Enedelia on June 2, 2023.

"Good"
By Darrell on May 25, 2023.

"Hi, everything looks great except it's missing the rings and string and the little clamps. All the wood pieces were in the box."
By Amanda on May 17, 2023.

### Share your thoughts with other customers

Leave seller feedback

"Shipped promptly, item is as described"
By jamie Young on May 14, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshijuyuanqiyeguanliguwenyouxiangongsi
**Business Address:**
民乐科技园圆梦科技大厦806B
深圳市
龙华区
广东省
518109
CN

## Shipping Policies

## Other Policies

## Help

## Products



Deliver to
Daytona B... 32118

Tools & Home Improvement ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$24.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases          Save on school essentia

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

NYYTGE Double Sliding Under Sink Organizer, 2 Tier Bathroom Organizer with 1 Cup 4 Hooks, Multi-purpose Under Cabinet Storage Rack, Under Sink Organizers and Storage for Home Kitchen...    ★★★★☆ 895    $24.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers          Sponsored



Roll over image to zoom in

## LronFensy Under Sink Mats for Kitchen Waterproof, 31" x 22" Silicone Under Sink Liner Drip Tray with Drain Hole, Under Sink Mat for Kitchen, Bathroom, Sink Cabinet Protector Mats - Grey

Visit the LronFensy Store

4.9          25 ratings

-14% $24.99

Typical price: $28.99 ⓘ

Get Fast, Free Shipping with Amazon Prime

FREE Returns

Get $60 off instantly: Pay $0.00 $24.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | LronFensy |
|---|---|
| Color | Gray |
| Material | silicone |
| Product Dimensions | 31"D x 22"W x 1"H |
| Style | American |

### About this item

- 【Cabinet Protector】:Our under sink cabinet tray will prevent plumbing leaks, chemical stains,product spills from damage or corrode your cabinet. also a great organizer for you to put bottles and tools on.
- 【Easy to Clean】:The under kitchen sink mat features a smooth surface is waterproof, anti-slip, oil resistant, easy to clean and no marks remain.you can just wipe it with a damp cloth.
- 【Simple installation】:Item dimension is 31 x 22 x 1 inches, Perfectly fit with standard under sink kitchen cabinet size 36"x23", Snug Fit,edge to edge. Just clear out the cabinet and put in the mat, you are all set.
- 【Heavy Duty Mat】:The shelf liner made of quality silicone,weight 2.85 pounds. The under sink drip tray can hold up to 2 gallons of water which leaves you plenty of time to deal with in the event of leaks
- 【Multi-functional】:The mat is not only suitable for kitchen cabinets, bathroom cabinets,washroom counter, utility room, but also use as pet feeding tray, craft mat, BBQ grill cover mat shelf liner and work mats.

› See more product details

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$24.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns

FREE delivery **Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25**. Order within **5 hrs 2 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Funstone
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



SANNO

Sink Protector Bottom Protector Grid
$25.80 ✓prime



SANNO

...tom Protector

Sponsored          Sponsored

# Heavy Duty Mat  2.85 Pounds



**22 in**

**31 in**



**Anti-Slip Design**



**Waterproof**



**1 in**

**Raised Edge To Keep Water**



# Checkout (1 item)

| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926 |

**Billing address:** Same as shipping address.

Change

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

Apply Capital One Rewards $293.53 (293.53 points) available

## 3 Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 11 minutes (Details)
Items shipped from Amazon.com



**LronFensy Under Sink Mats for Kitchen Waterproof, 31" x 22" Silicone Under Sink Liner Drip Tray with Drain Hole, Under Sink Mat for Kitchen, Bathroom, Sink Cabinet Protector Mats - Grey**
$21.99
& FREE Returns
Qty: 1
Sold by: Funstone
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17
   FREE Prime Delivery
◯ Monday, Sept. 18
   FREE Amazon Day Delivery
   🍃 Fewer boxes, fewer trips.
   Change delivery day

Or choose your pickup location:
🅰 Pickup available nearby
   Choose a location

---

Place your order

**Order total: $23.53**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

## Order Summary

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $21.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $21.99 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$23.53** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:
# **57**


# Store Name:
# **YAAHEO**


# Platform:
# **Amazon**

# YAAHEO

Visit the YAAHEO storefront

**94% positive** in the last 12 months (36 ratings)

**Under Sink Mat, 34"*22" Under S...**

USD 22 88

Add to Cart

Subtotal
$24.99

## About Seller

YAAHEO is committed to providing each customer with the highest standard of customer service.

**Have a question for YAAHEO?**

Ask a question

## Feedback

36 ratings      4.8 out of  5      | 12 months |

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 6% |
| 3 star | | 3% |
| 2 star | | 0% |
| 1 star | | 3% |

**Learn more about how seller feedback works on Amazon**

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars |

36 total feedbacks in 12 months

"Great product. "

By Bernadette on July 24, 2023.

"Quality product at a reasonable price with fast shipping. "

By Junnelie R. Lee on July 8, 2023.

"~~Product never arrived??~~ "

By James Thompson on June 10, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Wear these at night and my skin is so hydrated and soft. "

By Martha Greenfeather on June 9, 2023.

"Love the mask "

By Lita1213 on May 20, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Guangzhou Lihuayang Technology Co., Ltd.
**Business Address:**
  燕岭路89号499室E169号
  广州市
  天河区
  广东省
  510507
  CN

## Shipping Policies

## Other Policies

## Help



Deliver to
Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders

Subtotal
$22.88

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Up to 50% off overstock dea

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

AquaDance 7" Premium High Pressure 3-Way Rainfall Combo with Stainless Steel Hose – Enjoy Luxurious 6-setting Rain Shower Head and Hand Held Shower Separately or Together – Oil Rubbed...   ★★★★☆ 43,816   $49.99 ✓prime

Tools & Home Improvement  ›  Kitchen & Bath Fixtures  ›  Kitchen Fixtures  ›  Kitchen Sink Accessories

Sponsored




Roll over image to zoom in

## Under Sink Mat, 34"*22" Under Sink Mats for Kitchen Waterproof,with Drain Hole, Kitchen Bathroom Cabinet Silicone Mat，Protector for Drips Leaks Spills

Brand: zhnnt

4.8   35 ratings

Amazon's Choice ✓ for "undercounter mat"

$22.88

Get **Fast, Free Shipping** with Amazon Prime

**FREE Returns**

Join Prime to buy this item at $20.59

Get $60 off instantly: Pay $0.00 $22.88 upon approval for the Amazon Store Card. No annual fee.

- ✓ Suitable for standard 36" Cabinets: under sink mat is specially designed for standard 36 "kitchen and bathroom cabinets, and the tray under the sink is 34" x 22 ".
- ✓Unique drainage holes:The unique drainage hole design of the sink mat allows for quick drainage without moving the mat. The height of the mat edge is 0.67 inches to prevent spillage. It can hold more than 2 gallons of water, which will buy you more time to fix leaks.
- ✓ Kitchen Sink Protector: Under sink pads are soft, flat surfaces that are easy to wipe up any spills, can be waterproof, prevent damage from plumbing leaks, chemical and product spills, stains and scratches, and can also save you money on cabinet repairs and keep under-counter cabinets clean and safe.
- ✓Soft material and stable structure: our kitchen waterproof undercounter mat is made of soft silicone, durable and foldable, not deformed, not warped, not curled; the hexagonal texture design on the surface of the kitchen sink mat increases the friction between the stress surfaces, and the structure is stable and not easy to tear. Flat on the non-angled non-groove things can stay in place will not slide
- ✓Multipurpose: waterproof mats are not only for kitchen cabinets, but also for bathroom cabinets or pet feeding mats/tool mats/craft mats/shoe trays/cat litter mats or any other occasions, multipurpose under the sink mats make our life cleaner and better!

› See more product details

### Customer ratings by feature

| Feature | Rating |
|---|---|
| Easy to clean | 5.0 |
| Easy to use | 5.0 |
| Sturdiness | 5.0 |
| Easy to install | 5.0 |

See all reviews

### prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$22.88

Get **Fast, Free Shipping** with Amazon Prime

**FREE Returns**

FREE delivery **Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26**. Order within **18 hrs 10 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   YAAHEO
Returns   Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



SANNO

**Sink Protector Bottom Protector Grid**

★★★★☆ 183

$22.00 ✓prime

Sponsored



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | |
|---|---|
| **2** | **Payment method** |

MasterCard ending in 1926                    Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

**3    Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 9 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat, 34"*22" Under Sink Mats for Kitchen Waterproof,with Drain Hole, Kitchen Bathroom Cabinet Silicone Mat , Protector for Drips Leaks Spills

**$18.88**
& FREE Returns

Qty: 1
Sold by: YAAHEO

[ 🎁 Add gift options ]

**Choose your Prime delivery option:**

◉ **Sunday, Sept. 17**
FREE Prime Delivery

○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**

🅐 Pickup available nearby
Choose a location

---

[ Place your order ]    **Order total: $20.20**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

## Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $18.88 |
| Shipping & handling: | $0.00 |
| Total before tax: | $18.88 |
| Estimated tax to be collected: | $1.32 |
| **Order total:** | **$20.20** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

Defendant No.:

**58**

Store Name:

**FYAIRO US**

Platform:

**Amazon**

# FYAIRO US

Visit the FYAIRO US storefront

**100% positive** lifetime (6 total ratings)

Under Sink Mat, Kitchen Waterpr...

USD 25⁹⁹

Add to Cart

Subtotal
$22.88

## About Seller

FYAIRO US is committed to providing each customer with the highest standard of customer service.

Have a question for FYAIRO US?

Ask a question

## Feedback

6 ratings        4.8 out of  5        Lifetime

| | | |
|---|---|---|
| 5 star | ▭ | 83% |
| 4 star | ▭ | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

6 total feedbacks in Lifetime

"We have not used long enough to make a fair evaluation at this time. Request in a few months."
By Kurt D. on July 22, 2023.

"It fits perfect. Only wish it came rolled up instead or folded."
By J. Taylor on July 8, 2023.

"Great product."
By maryсjuarez on April 8, 2023.

"The best brunch to set your long hair straight"
By P. Lopez on March 19, 2023.

"Hello! I recently filled out an Amazon form that would give me a $15 Amazon card with a given review. I have done so just now, and sent an email. Thank you"
By David M Delvey on March 16, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SHENZHENSHILEFENGNIANKEJIYOUXIANGONGSI
**Business Address:**
园岭街道华林社区八卦四路八卦岭工业区414栋702
深圳市
福田区
广东省
518000
CN

## Shipping Policies                                                               ⌄

## Other Policies                                                                  ⌄

## Help                                                                            ⌄

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$25.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock dea...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr...

 Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black    ★★★★½ 357    $17.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Under Sink Mat, Kitchen Waterproof Cabinet Tray - 34" x 22" Flexible Silicone Under Sink Liner with Drain Hole Design - Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills Tray(Gray)

Brand: FYAIRO
4.9    21 ratings

$25.99

FREE Returns
Join Prime to buy this item at $21.99

Get $60 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Store Card. No annual fee.

- 【Fit 36" Cabinets】FYAIRO under sink mat is designed for standard 36" kitchen and bathroom cabinets,the size is 34"x22" with 0.7" hight, weighs 2.93 pounds. so the under sink drip tray can hold up to 2 gallons of water, helping you easily solve the problem of cabinets leaks.

- 【Flexible Silicone & Drain Hole Design】Our under sink waterproof mat is made of high-quality soft silicone,which can be folded into the cabinet,easy to open and fit your cabinet perfectly,not easy to deform,warp or curl;This sink mat has a unique drain hole for quick drainage without moving the mat.

- 【Protect Your Cabinets】Mat for under sink with soft and flat surface,easy to wipe up any spills,fully waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and healthy.

- 【Stable Structure & Well-organized】The surface is designed with hexagonal texture,which is stylish and low profile,making the kitchen under sink mat more durable and not easy to tear,the flat surface allows you to place any cleaning supplies or kitchen tools without slipping or sliding,giving you a well-organized cabinets.

- 【Multi-functional】This large space under the sink mat is not only suitable for kitchen cabinets,but also suitable for bathroom cabinets,washroom counter bottoms or for pet feeding mats,tool mats, craft mats or any other occasions to avoid mess and spills and keep floors clean & dry.

## Customer ratings by feature

Easy to clean    5.0

Sturdiness    5.0

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$25.99

FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Wednesday, July 26.** Order within **5 hrs 34 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    FYAIRO US
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



NYYTGE Double Sliding Under Sink Organizer, 2 Tier Bathroom...
★★★★½ 587
$14.99 ✓prime

Sponsored



## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904 | **Change** |

Add delivery instructions



Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926 | **Change** |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3**    **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 10 hours and 53 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat, Kitchen Waterproof Cabinet Tray - 34" x 22" Flexible Silicone Under Sink Liner with Drain Hole Design - Kitchen Bathroom Cabinet Mat and Protector for Drips Leaks Spills Tray(Gray)
**$21.99**
Exclusive Prime price

Qty: 1

Sold by: FYAIRO US

🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
FREE Prime Delivery
○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

| Place your order | **Order total: $23.53** |
|---|---|
| | By placing your order, you agree to Amazon's privacy notice and conditions of use. |

**Order Summary**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $21.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $21.99 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$23.53** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **59**

## Store Name:

# **UOIENRT**

## Platform:

# **Amazon**

# UOIENRT

Visit the UOIENRT storefront

**95% positive** in the last 12 months (19 ratings)



**Silicone Under Sink Mats for Kitc...**
USD $35$ $^{59}$

Add to Cart

Subtotal
**$25.99**



## About Seller

UOIENRT is committed to providing each customer with the highest standard of customer service.

### Have a question for UOIENRT?

Ask a question

## Feedback



19 ratings          4.7 out of  5

12 months

| | |
|---|---|
| 5 star | 79% |
| 4 star | 16% |
| 3 star | 5% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

19 total feedbacks in 12 months

"Everything went well everything as seller described "

By Judy Davis on July 23, 2023.

~~"Item was described as 3/16" nickel copper line, arrived as 1/8" copper coated aluminum. I can't give less than one star"~~

By CITY SLICKER on July 14, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

~~"Item did not fit description and it did not fit my truck and I've been waiting now for over three weeks for a refund "~~

By Leroy Washington on June 18, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Justo loque estaba buscando "

By Alejandro B. on June 14, 2023.

"No as nice as picture,but fits and does the job "

By paula on June 10, 2023.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** henanqiumingjiancaiyouxiangongsi
**Business Address:**
高新区天府一街凯德世纪名邸10栋1单元805
成都市
武侯区
四川省
610000
CN

## Shipping Policies



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$35.59

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentia

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr



NYYTGE Double Sliding Under Sink Organizer, 2 Tier Bathroom Organizer with 1 Cup 4 Hooks, Multi-purpose Under Cabinet Storage Rack, Under Sink Organizers and Storage for Home Kitchen...    ★★★★½ 895    $24.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Silicone Under Sink Mats for Kitchen 33" x 22" Waterproof Sink Mat with Unique Drain Hole, Cabinet Storage Tray Protector for Water Drips Leaks Kitchen Bathroom (Grey)

Brand: UOIENRT
3.8    9 ratings

$35.59

FREE Returns

Coupon: ⏳ Apply 5% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $35.59 upon approval for the Amazon Store Card. No annual fee.

- DURABLE SILICONE MATERIAL: This underground sink mat is made of food grade silicone material, which is high temperature resistant, flexible, safe and durable, also it's foldable and is very convenient to store, can save more space for you to use.
- EASY TO CLEAN: this silicone sink mat is very easy to clean, smooth surface, waterproof and oil-proof, you just need to wipe the spill, it's very convenient and practical.
- KEEP IT TIDY: This sink mat can also be used as a convenient storage tray, not only for your home utensils such as pots and pans, but also for storing small items such as tools.
- APPLICABLE SIZES: The underground sink mat measures 33x22inch and 1inch in height, holds up to 2 gallons of water. It also comes with a drainage hole design, which brings you more convenience for cleaning.
- WIDE USAGE: This sink mat is an essential and practical partner for cabinet organization, it can be used in a variety of places such as kitchens, bathrooms, sinks, etc. It can effectively prevent messes and spills.



prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies and TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$35.59

FREE Returns

FREE delivery Saturday, July 29

Or fastest delivery Tomorrow, July 25. Order within 4 hrs 44 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    UOIENRT
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Are you still troubled by wet and messy sinks?

qeerable Instant Dry Sink...
$19.99 ✓prime
Save 40% with coupon

Sponsored



22 IN

33 IN

Drain Port Design

Stiffener Design

1 IN

2 Gallons Capacity

## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

### 3  Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Delivery option updated**

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Sept. 17, 2023** If you order in the next 11 hours and 7 minutes (Details)
Items shipped from Amazon.com



Silicone Under Sink Mats for Kitchen 33" x 22" Waterproof Sink Mat with Unique Drain Hole, Cabinet Storage Tray Protector for Water Drips Leaks Kitchen Bathroom (Grey)
**$35.29**
Qty: 1
Sold by: UOIENRT
🎁 Add gift options

**Choose your Prime delivery option:**

◉ Sunday, Sept. 17
FREE Prime Delivery

○ Tuesday, Sept. 19
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

[ Place your order ]

**Order total: $37.76**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $35.29 |
| Shipping & handling: | $0.00 |
| Total before tax: | $35.29 |
| Estimated tax to be collected: | $2.47 |
| **Order total:** | **$37.76** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

23-CV-23380-RNS

Defendant No.:

**60**

Store Name:

**xunhangnet**

Platform:

**Amazon**

# xunhangnet

Visit the xunhangnet storefront

**94% positive** in the last 12 months (66 ratings)

**Under Sink Mat, 34" x 22" Under ...**
USD 25.99

Add to Cart

Subtotal
**$35.59**

## About Seller

xunhangnet is committed to providing each customer with the highest standard of customer service.

**Have a question for xunhangnet?**

Ask a question

## Feedback

66 ratings    4.7 out of  5    12 months

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 2% |
| 1 star | | 5% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

66 total feedbacks in 12 months

" Work great "
By Al on July 16, 2023.

" A smaller carabiner would be better, other than that a great product "
By Brent S. on July 8, 2023.

" I 1st received a game controller then I got the right item but the 4ft length not the 6ft one. I spent more gas returning item than I would have pd if I bought... "
Read more
By Daniel on July 7, 2023.

" Everything I was expecting. Timely delivery. "
By Jim on July 5, 2023.

" Muy bueno "
By Angel A. Otero on June 26, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** quanzhouyoulankejiyouxiangongsi
**Business Address:**
张坂镇上塘村雕艺街47号103室
台商投资区
泉州市
福建省
362000
CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$25.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Up to 50% off overstock dea

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr

30 Drop In Kitchen Sink Workstation - Sarlai 30X22 Stainless Steel Sink Topmount 16 Gauge Deep Single Bowl Ledge One Basin Overmount Sink

★★★★☆ 629    $299.00 ✓prime



Only 1 left in stock - order soon.

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl



Roll over image to zoom in

Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Silicone Under Sink Tray with Drain Hole, Undersink Mats for Bottom of Kitchen Sink Hold up to 3.3 Gallons Liquid

Visit the DPEI XUAN Store

4.9 ★★★★★    19 ratings

**-10%** $25⁹⁹

Typical price: $28.99 ⓘ

FREE Returns

Coupon: ⏳ Apply 5% coupon  Shop items › | Terms

Get $60 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Store Card. No annual fee.

- **Keep Your Cabinets Safe**: Our under sink mat is made of silicone waterproof material that provides superior protection against leaks, spills, stains, and scratches, keeping your cabinets in top condition. Its unique pattern helps drain water and prevents items from getting wet in case of a spill. Plus, it's durable and won't crack or deteriorate, ensuring a clean, healthy, and dry cabinet for years to come.
- **Under Sink Liner Size**: With a size of 34" x 22" x 1", the Under Sink Liner fits standard 36-inch kitchen and bathroom cabinets. The 1-inch lip is higher than other under sink drip trays, providing over 3 gallons of capacity for water and various liquids, giving you more time to address a leak.
- **Unique Drain Hole Design**: Our under sink drip tray features a unique drain port design, allowing you to drain leaking water easily without taking out the mat. The pattern helps you drain water or protect the bottom of items from water in the event of a spill. With one press of your finger on the drain hole, water will automatically drain to the container prepared, making it easy to clean.
- **Versatile Under Sink Protector**: You can put any bottle cans and or other tools on the kitchen waterproof mat. Our under the sink mat is not only suitable for kitchen cabinets, but also for bathroom cabinets, washroom counter bottoms, or as a pet feeding mat, tool mat, craft mat, or any other occasion where mess and spills need to be avoided and floors kept clean & dry.
- **Satisfactory Service**: Our under sink mats fit snugly in your cabinet without warping or sliding. We offer a 12-month warranty, and if you have any questions, you can easily contact



Sponsored

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$25⁹⁹

FREE Returns

FREE delivery **Monday, July 31**

Deliver to Daytona Beach 32118

**Only 1 left in stock - order soon**

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    xunhangnet
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

    Sarlai

 

16 gauge stainless steel undermount sink

27 Undermount Sink Stainless Ste...

★★★★☆ 460

$209.00 ✓prime

Save $30 with coupon

Sponsored



## 22inch

## 34inch

**RAISED EDGES OF 1"**

*The 1-inch lip is higher than other under sink drip trays*

**High quality Silicone**

*It's durable and won't crack or deteriorate, ensuring a clean*

**Easy To Fold**

*Easy to bend and fold to get into tight areas*

23-CV-23380-RNS

# Defendant No.:

# 61

# Store Name:

# OneTwoGo Direct

# Platform:

# Amazon

# OneTwoGo Direct

Visit the OneTwoGo Direct storefront

**100% positive** in the last 12 months (276 ratings)



Under Sink Mat for Kitchen Wate...
USD 27 99

Add to Cart

## About Seller

OneTwoGo Direct is committed to providing each customer with the highest standard of customer service.

Have a question for OneTwoGo Direct?

Ask a question

## Feedback

4.9 out of 5

12 months

276 ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 12% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

276 total feedbacks in 12 months

"Just as described. Purchased from many times, will purchase again in the future."
By Alleshouse on July 22, 2023.

"Very well worth the price"
By Barbara Mullins on July 22, 2023.

"Perfect for our need"
By Don Sabatini on July 21, 2023.

"Love this stuff!!!! Worth every penny!!!!"
By Sonny Z on July 20, 2023.

"Great quality"
By smash on July 17, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** YunShangJuKeJiShenZhenYouXianGongSi
**Business Address:**
华强北街道荔村社区振兴路39-9号华发大厦411栋2层中40069
深圳市
广东省深圳市福田区
518015
CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$27.99



All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr



VARNAHOME Kitchen Sink Basket Strainer Replacement for US Standard Drains (3-1/2 Inch), Premium Brushed Stainless Steel Body W/Rubber Stopper 1 Pack    ★★★★☆ 43    $6.89 ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen Sink Accessories › Drains & Strainers

Sponsored

Roll over image to zoom in

## Under Sink Mat for Kitchen Waterproof, 34" x 22" Flexible Silicone Under Sink Drip Tray Liner Protector with Drain Hole for Drips Leaks Spills, Kitchen Sink and Bathroom Cabinets Grey

Visit the HooTown Store

3.0    2 ratings

$27⁹⁹

FREE Returns

Coupon ⧗    Apply 50% coupon    Shop items › |
Terms

Get $60 off instantly: Pay $0.00 $27.99 upon approval for the Amazon Store Card. No annual fee.

Size: 34" x 22"

Color: Gray

| | |
|---|---|
| **Brand** | HooTown |
| **Color** | Gray |
| **Material** | Polyethylene Terephthalate (PET), Rubber |
| **Product Dimensions** | 11.8"L x 5"W |
| **Recommended** | Sink |

˅ See more

### About this item

- **Premium Silicone Material**: Hootown under sink mat is made of food grade premium silicone material which is soft and durable. Without odor and BPA-free. The stripe texture design on the surface increases the friction between the stress surfaces, so it will stay in place and not slide when you put items on it.
- **Unique Drain Hole**: This kichen sink mat has a unique drain hole for helping you drain faster. You don't need to move the mat that leaked water can be drained through the special drainage holes, just simply press down, the water will automatically drain.
- **Protect Your Cabinets**: A must have for protecting cabinets under sink. Hootown silicone waterproof mat can not only protect your cabinets from damage caused by leaks, spills, stains and scratches but also can prevent the tableware from slipping and breaking.
- **Waterproof & Easy to Clean**: The kitchen cabinet liner with waterproof and oil-proof function. If the water pipe is leaking or the cleaning fluid leaks, you just need to wipe it with a damp cloth or rinse it with water.

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| **Delivery** | **Pickup** |
|---|---|

$27⁹⁹

FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Tomorrow, July 25**. Order within **4 hrs 57 mins**

○ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    OneTwoGo Direct
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



VARNAHOME 3-1/2 Deep Cup Kitchen Sink Drain Assembly, 304...
★★★★☆ 151
$27¹⁵ ✓prime

Sponsored

# Under Sink Mat Information
## Product Details and Dimensions



55.88cm/22inch

86.36cm/34inch



2.5cm/1.0inch

1.Sufficient Product Height Keep Drips Contained and Keep Your Cabnets Spill Free



2.Extra Thick Base Long-Lasting Durasliy, Provide Better Protection



3.Integrated Drainage Port Design, can Quickly Drain Water, Keep the Product Dry



## Checkout (1 item)

| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions | Change |
|---|---|---|---|

Or pick up near this address · See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

⌃ **Add a gift card or promotion code or voucher**

| Enter code | Apply |

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

### 3    Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.



**$100** Amazon Gift Card

**Get a $100 Amazon Gift Card** instantly upon approval for Prime Visa. No annual fee. Learn more

**Estimated delivery: Sept. 22, 2023 - Sept. 26, 2023**
Items shipped from Amazon.com



Under Sink Mat for Kitchen Waterproof, 34" x 22" Flexible Silicone Under Sink Drip Tray Liner Protector with Drain Hole for Drips Leaks Spills, Kitchen Sink and Bathroom Cabinets Grey

**$27.99** Prime FREE Delivery & FREE Returns

Qty: 1

Sold by: OneTwoGo Direct

🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Friday, Sept. 22 - Tuesday, Sept. 26**
FREE Prime Delivery

Or choose your pickup location:
Pickup available nearby
Choose a location

---

| Place your order | **Order total: $29.95**<br>By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

---

**Order Summary**

| Items: | $27.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $27.99 |
| Estimated tax to be collected: | $1.96 |
| **Order total:** | **$29.95** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

23-CV-23380-RNS

# Defendant No.:

## 62

# Store Name:

## MusClub

# Platform:

## Amazon

# MusClub

Visit the MusClub storefront

**100% positive** in the last 12 months (44 ratings)

**Under Sink Mat, 34" x 22" Silicon...**

USD 29⁹⁹

Add to Cart

Subtotal
**$27.99**

## About Seller

MusClub is committed to providing each customer with the highest standard of customer service.

### Have a question for MusClub?

Ask a question

## Feedback

44 ratings    4.9 out of  5

12 months

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

44 total feedbacks in 12 months

" Arrived on time and as described. "

By rcwmmm on July 24, 2023.

" Does not turn on turned it on and left in direct sunlight since day of delivery and nothing does not light up. What a waste of money and time. "

By jacqueline l. on July 18, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" One light works, the other one does not. "

By diane on July 12, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" cute, the kids like this "

By CoffinBox on July 10, 2023.

" I am happy with my purchase. "

By D. Peterson on June 28, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** 91440300350050526J
**Business Address:**
  金胜晖科技园D栋101室
  深圳市
  龙华区
  广东省
  518110
  CN

## Shipping Policies

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders

Subtotal
$27.99



All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

Under Sink Organizers and Storage Bathroom Organizer, 2 Tier Under Sliding Kicthen Cabinet Basket Organizer with Hooks, Hanging Cup, Dividers, Handles, Multi-purpose Under Sink Shelf Organizer, Black    ★★★★☆ 357    $17.99 ✓prime    Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

## Under Sink Mat, 34" x 22" Silicone Cabinet Tray for Kitchen, Waterproof Kitchen Bathroom Cabinet Protector Liner with Drain Hole for Drips Leaks Spills Tray (Gray)

Visit the HELESIN Store

5.0    1 rating

-9% **$29.99**

Typical price: ~~$32.99~~ ⓘ

**FREE Returns**

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Color: **Gray**

- 【PERFECT SIZE】: The silicone sink mat is 34" x 22" x 1". Perfect size for standard 36" kitchen cabinet and bathroom cabinet, it fits most cabinets. Cabinets mat edge height up to 0.78", holds up to 3.24 gallons of liquidwith, more capacity to hold liquids and reduce your cleaning time (Please check your cabinet size before purchasing)
- 【QUALITY MATERIALS】: The under sink tray is waterproof and oil-resistant high quality silicone material, it is environmentally friendly, non-toxic, long life, and will not produce chemical reactions with leaks, safe for humans and pets. It is not easily deformed in high temperature situations and can be used for a long time
- 【UNIQUE DESIGN】: The under sink mat is designed with thick raised edges, and scissors or a hobby knife can be used to cut along the raised edges to the size you need. The unique drainage hole design allows for easy drainage and quick drainage without moving the mat. Won't leave your cabinets smelly and rusty
- 【EASY TO CLEAN】: The silicone sink mat is light and thick, easy to fold and store, will not deform, warp, easy to install and pick up. The smooth, flat surface of the sink pad makes it easy to wipe away stains with just a rag and water, and raised line edge stains can be easily wiped away without leaving a trace. We will give you a handkerchief with strong absorbency for your convenience. Protects your cabinets from damage caused by leaks, spills, stains and scratches
- 【MULTIFUNCTIONAL USE】: This large space under the sink mat is not only suitable for kitchen and bathroom cabinets, but also have many other uses. You can use the sink mat as a storage tray to keep your items neatly organized, and the bottom convex groove design will help you group and divide your items better. You can also use the silicone sink

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$29.99

FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Tomorrow, July 25.** Order within **3 hrs 30 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    MusClub
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

PUILUO 2 Set Under Sink Cabinet Organizer, 2 Tier Storage Under...

★★★★☆ 8,030

$39.99 ✓prime

Sponsored



## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

| 2 | **Payment method** |  MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards **$293.53** (293.53 points) available

### 3  Review items and shipping

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023**  If you order in the next 11 hours and 3 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat, 34" x 22" Silicone Cabinet Tray for Kitchen, Waterproof Kitchen Bathroom Cabinet Protector Liner with Drain Hole for Drips Leaks Spills Tray (Gray)**
**$16.99**
& FREE Returns

Qty: 1
Sold by: MusClub

🎁 Add gift options

**Choose your Prime delivery option:**

◉ Sunday, Sept. 17
FREE Prime Delivery

○ Monday, Sept. 18
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
🅰 Pickup available nearby
Choose a location

---

[ Place your order ]   **Order total: $18.18**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $16.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$18.18** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:

# 63

## Store Name:

## A  eso

## Platform:

## Amazon



## Apeso

Visit the Apeso storefront

**74% positive** in the last 12 months (53 ratings)

**Apeso Under Sink Mats for Kitche...**

USD 28⁹⁸

Add to Cart

## About Seller

Apeso is committed to providing each customer with the highest standard of customer service.

**Have a question for Apeso?**

Ask a question

## Detailed Seller Information

**Business Name:** Changsha Weiyini wangluokeji youxiangongsi
**Business Address:**
环保工业园10栋4楼
长沙市
天心区
湖南省
410000
CN

## Feedback

4 out of 5

53 ratings

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 13% |
| 3 star | | 9% |
| 2 star | | 2% |
| 1 star | | 15% |

12 months

⌄ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

53 total feedbacks in 12 months

"It's not universal. It does not fit my faucet. "

By LUIS on July 21, 2023.

"Item was damaged. Sent proof to seller, seller agreed to refund item, but I did not receive the refund. "

By Nik on July 7, 2023.

"Very nice! "

By NancyLou on June 20, 2023.

"These are so nice for our granddaughter's. "

By MLR on June 16, 2023.

"It was just placed in a box with nothing protecting it from cracks and damages. I opened it and pieces were already falling apart. "

By adri t. on May 27, 2023.

Previous Next

## Return & Refund Policies



7/25/23, ... Apeso Under Sink Mats for Kitchen Waterproof, 34" x 22" Silicone Under Sink Liner with Drain Hole, Hold up to 2...

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books    Save on top college essentials

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room



HOOTOWN    Hootown Shelf Liner for Kitchen Cabinets    $14.99 ✓prime    Save 10% with coupon

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Cabinet & Drawer Organization › Pull-Out Organizers



Roll over image to zoom in

### Apeso Under Sink Mats for Kitchen Waterproof, 34" x 22" Silicone Under Sink Liner with Drain Hole, Hold up to 2.3 Gallons Liquid, Kitchen Bathroom Cabinet Mat, Protector for Drips Leaks Spills Tray

Visit the Apeso Store

5.0    1 rating

$28.98

FREE Returns

Get $60 off instantly: Pay $0.00 $28.98 upon approval for the Amazon Store Card. No annual fee.

Color: Grey  (34" x 22" x 0.66")

    

    

$28.98    $35.98

| ⊞ Mounting Type | ⊞ Unit Count |
|---|---|
| Sink | 1.0 Count |

| Specific Uses For Product | Sinks |
|---|---|
| Material | Silicone |
| Special Feature | Waterproof |
| Color | Grey  (34" x 22" x 0.66") |
| Brand | Apeso |
| Product | 22"D x 34"W x 1"H |

⌄ See more

### About this item

- 【Flexible Silicone 】Our under sink waterproof mat is made of high-quality soft silicone,which can be folded into the cabinet,easy to open and fit your cabinet perfectly,not easy to deform,warp or curl.
- 【Applicable Size】- The size of under the sink mat is 34" Lx 22" W, form fitted design for 36 inch kitchen and bathroom cabinets. The height of the silicone mat is 1 inch, hold 2.3 gallons of water, giving you more time to fix leaks.
- 【Protect Your Cabinets】Mat for under sink with soft and flat surface,easy to wipe up any spills,fully waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and healthy.
- 【Drainage Hole Design】: The kitchen sink mat is designed with a drainage hole, you can drain the water by gently pressing the hole without taking out under the sink mat.

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$28.98

FREE Returns

FREE delivery **Monday, July 31**

Or fastest delivery **Thursday, July 27**. Order within **18 hrs 53 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Apeso
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Sponsored





## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

🅰 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** |  MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $219.00 (219.00 points) available

---

### 3 Review items and shipping

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 29, 2023** If you order in the next 8 hours and 4 minutes (Details)
Items shipped from Amazon.com

Apeso Under Sink Mats for Kitchen Waterproof, 34" x 22" Silicone Under Sink Liner with Drain Hole, Hold up to 2.3 Gallons Liquid, Kitchen Bathroom Cabinet Mat, Protector for Drips Leaks Spills Tray
**$28.98** ⭐⭐⭐⭐
& FREE Returns ⌄
[ Qty: 1 ⌄ ]
Sold by: Apeso
[ 🎁 Add gift options ]

**Choose your Prime delivery option:**
◉ **Friday, Sept. 29**
FREE Prime Delivery
○ **Saturday, Sept. 30**
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips. ⌄
Change delivery day

**Or choose your pickup location:**
🅰 Pickup available nearby
Choose a location

---

[ Place your order ]

**Order total: $31.01**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $28.98
Shipping & handling: $0.00

Total before tax: $28.98
Estimated tax to be collected: $2.03

**Order total: $31.01**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# 64

## Store Name:

## Delmoar Home

## Platform:

## Amazon

## Delmoar Home

Visit the Delmoar Home storefront

**92% positive** in the last 12 months (50 ratings)



**Under Sink Mat for Kitchen Wate...**

USD **19**⁹⁹

Add to Cart

## About Seller

Delmoar Home is committed to providing each customer with the highest standard of customer service.

**Have a question for Delmoar Home?**

Ask a question

## Feedback

4.7 out of 5

50 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 4% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 4% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

50 total feedbacks in 12 months

"Very sturdy well made hooks.I recommend these. "

By Troy on July 8, 2023.

"We bought this cover for our Rheem air conditioner unit. It was the best fitting cover we could find and seems to be made from a fairly rugged fabric. Since we... "

Read more

By David M on July 8, 2023.

"Great product. Bought one for every window in our home. Thanks. "

By BluebirdsForHim on June 26, 2023.

"Exactly as described, nice product, quick delivery "

By B. Funk on June 22, 2023.

"Sturdy and easy to install "

By Lorraine on June 21, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Xiamen Chuan Chong Gong Mao Co.,Ltd.
**Business Address:**
灌口镇李林村李林社27号
厦门
集美
福建
361000
CN



Deliver to
Daytona B... 32118

Tools & Home Improvement ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$19.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Up to 50% off overstock dea

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

PUILUO 2 Set Under Sink Cabinet Organizer, 2 Tier Storage Under Cabinet Bathroom Under Sink Organizers and Storage Black Under Sink Storage for Bathroom Kitchen

★★★★½ 8,036   **$39**⁹⁹ ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



Roll over image to zoom in

## Under Sink Mat for Kitchen Waterproof 34" X 22" Silicone Under Sink Liner with Drain Hole Hold up to 3.3 Gallons Liquid Kitchen Bathroom Cabinet Mat

Brand: Delmoar

4.7   43 ratings

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay **$0.00** ~~$19.99~~ upon approval for the Amazon Store Card. No annual fee.

**Color: Tan**


$19.99


$22.99


$22.99

| | |
|---|---|
| Brand | Delmoar |
| Color | Tan |
| Material | silicone |
| Size | 34" x 22" x1" |
| Product Dimensions | 14"D x 10"W x 2"H |

### About this item

- **3.3 Gallons Capacity:** The under sink mat is about 34" x 22" x1", making sure to contain any form of liquid. No sliding around, keeps any liquid on the under sink mat.

- **Under Sink Mat with Drainage Hole : 34" x 22" x1"** Extra-thick under sink mat for kitchen waterproof.The under sink mat is designed with a drainage hole so that when you need to drain the water, you can drain the water by gently pressing the hole. Designed fit 36 inch kitchen and bathroom cabinet .Please note it is essential to ensure that it is compatible with the particular size and shape of your sink cabinet.

- **Flexible Waterproof Silicone Made:** Made of High-quality silicone, which is water-resistant that protects your cabinet under the sink from leakage, seepage, and chemical spills. As for the flexible silicone mat, it is ok to bend it a little at the back corner where there's a hose sticking out. No need to cut it. Slide it into place, and you will finish the installation.The reusable features of cabinet mats really save you money.

- **Easy to Clean Surface:** The waterproof material perfectly avoids the risk of your cabinet being corroded by water leakage and liquid leakage. The smooth surface of this under sink liner makes cleaning super easy, just wipe with a wet cloth or rinse it with water. Then you will get a clean kitchen sink mat.

- **Keep Organized:** It's also a huge storage tray that you can put any cleaning fluids bottles, pots, cans and or other tools on it. Ideal for kitchen, bathroom, living

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$19⁹⁹

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25**. Order within **3 hrs 5 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment   Secure transaction
Ships from   Amazon
Sold by   Delmoar Home
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



household
essentials

**Kitchen Cabinet Pull Out Organizers**

Household Essentials Glidez Chrome-Plated Steel 2-Tier Slidin...

★★★★½ 1,224

$83⁵⁵ ✓prime

Sponsored

# Product Size



34''

22''

1'' raised edges



## Checkout (1 item)

| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904 | Change |
|---|---|---|---|

Add delivery instructions

🅰 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | 💳 MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Apply Capital One Rewards $219.00 (219.00 points) available

---

### 3  Review items and shipping

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 28, 2023** If you order in the next 5 hours and 32 minutes (Details)

Items shipped from Amazon.com



**Under Sink Mat for Kitchen Waterproof 34" X 22" Silicone Under Sink Liner with Drain Hole Hold up to 3.3 Gallons Liquid Kitchen Bathroom Cabinet Mat**

**$16.99** prime
& FREE Returns ⌄

Qty: 1 ⌄

Sold by: Delmoar Home

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, Sept. 28**
FREE One-Day Delivery

○ **Saturday, Sept. 30**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips. ⌄
Change delivery day

**Or choose your pickup location:**
🅰 Pickup available nearby
Choose a location

---

**Place your order** | **Order total: $18.18**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $16.99 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$18.18** |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

Defendant No.:

**65**

Store Name:

**TSZYSM**

Platform:

**Amazon**

# TSZYSM

Visit the TSZYSM storefront

**88% positive** in the last 12 months (34 ratings)

**MOOMARTO 22"x34" Waterproof...**
USD 29 99

Add to Cart

Subtotal
$22.99

Only 13 left in stock - order soon.

## About Seller

TSZYSM is committed to providing each customer with the highest standard of customer service.

**Have a question for TSZYSM?**

Ask a question

## Feedback

34 ratings          4.5 out of 5          12 months

5 star          74%
4 star          15%
3 star          6%
2 star          0%
1 star          6%

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

34 total feedbacks in 12 months

" not good "
By Marcia dover on July 19, 2023.

" Delivered on time. Super cute product. My fairy loving granddaughters are thrilled to have "fairy dust". "
By Amazon Customer on July 18, 2023.

" Nice. The younger ones are enjoying it more than I am. Love the glimmer it gives. "
By DB on May 24, 2023.

" Works perfectly "
By Amazon Customer on May 22, 2023.

" Amazing "
By Bri on May 9, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** TongShanXianZhenYanShangMaoYouXianGongSi
**Business Address:**
通羊镇新城社区向阳小区199号
咸宁市
通山县
湖北省
437699
CN

## Shipping Policies

## Other Policies

## Help




Deliver to
Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | Subtotal
$29.99

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▾ | Music | Today's Deals | New Releases | Up to 50% off overstock dea

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Impr

33 Kitchen Sink Drop In - Sarlai 33 Inch Kitchen Sink Ledge Workstation 16 Gauge Stainless Steel Top Mounted Deep Single Bowl Kitchen Sink ★★★★½

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl | Sponsored



Roll over image to zoom in

VIDEO

## MOOMARTO 22"x34" Waterproof Under Sink Mat, Flexible Silicone Under Sink Liner Drip Tray with Drain Hole Design,Non-Slip Under Sink Cabinet Organizer for Kitchen, Bathroom,Laundry Room - Gray

Brand: MOOMARTO
4.4 ★★★★☆  18 ratings

$29.99

FREE Returns

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Color:
**Gray**

| | |
|---|---|
| Brand | MOOMARTO |
| Color | Gray |
| Material | Rubber |
| Product Dimensions | 34"L x 22"W |
| Recommended Uses For | Cabinet,Sink |

⌄ See more

### About this item

- Easy To Install, perfect fit 36 inches cabinets.✔ It's a flexible foldable piece of rubber,just take it out of the box, unfold, and place the mat down in your cabinet under sink with no adjustment of any kind needed.
- Holds 2 Gallons of Leaky Water. ✔ It is water proof mat with a raised 0.67" lip all the way around, prevents a mess if a leak occurred. You may put this preventative measure in place just in case the sink ever leaks.
- Easy to empty,clean by wipe. ✔ NO mater is water or any other liquid, it remains stable. You can pull it right out and press the drain hole inside. Most water will be poured out with a few seconds.
- Make your place neat and tidy. ✔ Not only does it prevent scratches on bottom of cabinet from pots and pans,but also downy bottles and things from leaking on bottom of cabinet.
- Works for other purposes too. ✔ It can be used in anywhere you want, like pets mat, shoes mat, or even painting mat. Wipe it with wet cloth and it will become clean again.

 prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$29.99

FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Wednesday, July 26**. Order within **9 hrs 13 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | TSZYSM
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



ELKAY

Shop Quality Kitchen Sinks

Elkay EFRU2115T Crosstown Singl...
★★★★½ 329
18% off Deal
$225.10 $273.90 ✓prime

Sponsored



**Non-slip pattern**
Help your objects stay
put by adding more friction

**Eatra Rasied Edge**
Its raised edge protect your
cabinet from any spills or leak

**Soft Material**
This pliable silicone mat perfect
fits our cabinet, easy to trimp
and cover up the old damage

 Checkout (1 item) 

**1  Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Change

 Or pick up near this address - See nearby pickup locations

**2  Payment method**

 MasterCard ending in 1926

Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

| Enter code | | Apply |

⌄ Apply Capital One Rewards $219.00 (219.00 points) available

**3  Review items and shipping**

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**

**Delivery: Sept. 29, 2023** If you order in the next 8 hours (Details)

Items shipped from Amazon.com

 MOOMARTO 22"x34" Waterproof Under Sink Mat, Flexible Silicone Under Sink Liner Drip Tray with Drain Hole Design,Non-Slip Under Sink Cabinet Organizer for Kitchen, Bathroom,Laundry Room - Gray
$29.99
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: TSZYSM
🎁 Add gift options

**Choose your Prime delivery option:**

⦿ **Friday, Sept. 29**
FREE Prime Delivery

◯ **Saturday, Sept. 30**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips. ⌄
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

---

Place your order

**Order total: $32.09**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Order Summary**

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$32.09** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

## 66

# Store Name:

## GXINT

# Platform:

## Amazon



# GXINT

Visit the GXINT storefront

**100% positive** lifetime (3 total ratings)

Under Sink Mat, 34'' *22'' Under ...
USD 19.99

Add to Cart

Subtotal
$29.99

## About Seller

GXINT is committed to providing each customer with the highest standard of customer service.

Have a question for GXINT?

Ask a question

## Feedback

4.7 out of 5      Lifetime

3 ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 33% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**FILTER BY**

All stars

3 total feedbacks in Lifetime

" Some small chips in paint and scratches. Quality is fair for the price point. "
By ryan huelsing on June 22, 2023.

" For this price, this is a great product. "
By Erin Barton on May 28, 2023.

" Nice "
By CLG on April 3, 2023.

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** hetangquyileshequtongxunxing
**Business Address:**
文化路六村学府村1栋103号
株洲
荷塘区
湖南
412011
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback      Tell us what you think about this page

Deliver to
Daytona B... 32118

Home & Kitchen ▾     Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    Subtotal $29.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off over de...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr...

33 Kitchen Sink Drop In - Sarlai 33 Inch Kitchen Sink Ledge Workstation 16 Gauge Stainless Steel Top Mounted Deep Single Bowl Kitchen Sink    ★★★★☆ 629    $299.00 ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen Sinks › Single Bowl

Sponsored



Roll over image to zoom in

## Under Sink Mat, 34'' *22'' Under Sink Mat for Bottom of Kitchen Sink, Silicone Sink Liner with Drain Hole and Raised Edge Design,Cabinet Protector Mat for Kitchen & Bathroom Cabinet Mats (Grey

Brand: PETIARKIT
4.8    7 ratings

$19.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay **$0.00** $19.99 upon approval for the Amazon Store Card. No annual fee.

Size: **A-34inch**

| A-34inch | B-34inch |
| --- | --- |
| $19.99 | $19.99 |

| C-34inch | |
| --- | --- |
| $19.99 | |

| Brand | PETIARKIT |
| --- | --- |
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 33.86"L x 21.65"W |
| Recommended Uses For | Cabinet,Sink |

˅ See more

### About this item

- ✨ **【Drain Hole Design】** Our under sink mats for kitchen waterproof is equipped with a drain hole at the edge of the mat so that there's no need to take out the liner to move the water, which can save a bunch of time when cleaning your sink allowing your arrangement of other things stay at the place where they used to be.

- ✨ **【Raised Edge】** With the height of edge raised, our under sink mat can hold up more water than it was before and prevent the accident where the thinner and shorter edge flipped over because of the frailness to contain too much water, which causes annoying problems.

- ✨ **【Multiple Usage】** Under sink mat not only suits in the kitchen&bathroom, but also perfect for other waterproof functions needed

 prime

**Enjoy fast, FREE delivery,** exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$19.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

**FREE delivery Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, July 25.** Order within 3 hrs 8 mins

⦿ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    GXINT
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

˅ See more

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

 ELKAY

Shop Quality Kitchen Sinks

Elkay DPC12020101 Dayton Single Bowl Drop-in Stainless Steel...
★★★★☆ 141
$214.00 ✓prime

Sponsored

# Product Size for Your Kitchen Sink





Side height

## 0.64inch

Can effectively store water



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904 | **Change** |

Add delivery instructions

 Or pick up near this address - See nearby pickup locations

---

**2**  **Payment method**    MasterCard ending in 1926    **Change**

**Billing address:** Same as shipping address.

∧ **Add a gift card or promotion code or voucher**

Enter code    [ Apply ]

∨ Apply Capital One Rewards **$293.53** (293.53 points) available

---

**3**  **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 16, 2023** If you order in the next 45 minutes and 58 seconds
(Details)
Items shipped from Amazon.com

**Under Sink Mat, 34'' *22'' Under Sink Mat for Bottom of Kitchen Sink, Silicone Sink Liner with Drain Hole and Raised Edge Design,Cabinet Protector Mat for Kitchen & Bathroom Cabinet Mats**
**$14.99**
& FREE Returns
Qty: 1
Sold by: GXINT
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Tomorrow, Sept. 16**
 FREE One-Day Delivery
◯ **Monday, Sept. 18**
 FREE Amazon Day Delivery
 ♻ **Fewer boxes, fewer trips.**
 Change delivery day

**Or choose your pickup location:**
 **Pickup available nearby**
 Choose a location

---

[ Place your order ]    **Order total: $16.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Order Summary**

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$16.04** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# 67

## Store Name:

## Zhi ying

## Platform:

## Amazon

# Zhiのying

Visit the Zhiのying storefront

**47% positive** in the last 12 months (53 ratings)



**Caluself Under Sink Mats for Kitc...**

USD 25 99

Add to Cart

Subtotal
$25.99



## About Seller

Zhiのying is committed to providing each customer with the highest standard of customer service.

**Have a question for Zhiのying?**

Ask a question

## Feedback

53 ratings          3.1 out of  5          | 12 months |



| | |
|---|---|
| 5 star | 40% |
| 4 star | 8% |
| 3 star | 8% |
| 2 star | 13% |
| 1 star | 32% |

**Learn more about how seller feedback works on Amazon**

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars |

53 total feedbacks in 12 months

"~~Returned item~~"

By Amazon Customer on May 31, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"ITEM STILL TRANSIT. ; SINCE ITEM NOT RECEIVED I CANNOT GET A REFUND OR RETURN FOR REFUND. Running late is all get. over a. month now! "

By Amazon Customer on May 23, 2023.

"Sorry for the misunderstanding Ms. V. The oil can all 6 have arrived today 21st of April 2023. Please don't not look for the Return. Yulonda than k you friend "

By Yulonda on April 22, 2023.

"no problem "

By C. Donato on April 16, 2023.

"~~This maybe a good item for some people, but it is not what I expected, so it was returned.~~"

By Lanelle Munger on March 31, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** huizhoushizhiyingdianzishangwuyouxiangongsi

**Business Address:**
仲恺大道（惠环段）303号
富川瑞园2号楼8层802号房（仅限办公）
惠州市
仲恺高新区
广东省
516006
CN



Deliver to
Daytona B... 32118 | Home & Kitchen ▼ | Search Amazon | EN ▼ | Hello, sign in
Account & Lists ▼ | Returns
& Orders | Subtotal
$25.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases    Save on top college essential

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

**Sarlai**    16 gauge stainless steel undermount sink    $209⁰⁰ ✓prime    Save $30 with coupon

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl

Sponsored

## Caluself Under Sink Mats for Kitchen Waterproof,Waterproof Under Sink Liner with Drain Hole Silicone Faucet Mats Liner Protector Durable for Kitchen Drips Leaks Spills

Brand: Caluself
5.0 ⭐    1 rating

$25⁹⁹
FREE Returns

Get $60 off instantly: Pay $0.00 ~~$25.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

 
$25.99    $25.99

| Brand | Caluself |
|---|---|
| Color | Black |
| Material | Silicone |
| Product Dimensions | 13.7"L x 9.8"W |
| Special Feature | 150 |

˅ See more

### About this item

- 🧴 **[Sink Mats for Bottom of Kitchen Sink]** This under sink cabinet mat measures 56 x 86 x 1.7cm and has a separate drainage hole. Under sink mats for kitchen waterproof is designed to protect your cabinets, shelves and floors from plumbing leaks, stains, scratches, damage from product, etc. Our under sink mats have versatile features such as drip pans, under sink cabinet mats.

- 🌸 **[Stable and Flexible]** Kitchen cabinet liner features raised, angled sidewalls and a textured surface to ensure a tight fit.Under sink liners hexagonal texture adds to the design while making the bottom of the kitchen sink more secure, it fits easily into cabinets with center dividers, is less likely to warp, and has no warping or curling.

- 🧴 **[Easy to Use]** Open the product as soon as you receive it and place it where you want to use it. under kitchen sink mat can be folded up for storage. Leaking water can be drained through special drainage holes, making drainage very easy. After wiping with a rag,

### prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies and TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$25⁹⁹
FREE Returns

FREE delivery **Saturday, July 29**

Or fastest delivery **Tomorrow, July 25**. Order within **3 hrs 1 min**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Payment    Secure transaction
Ships from    Amazon
Sold by    Zhi?ying
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]



**ELKAY**

Shop Quality Kitchen Sinks

Elkay Dayton D225191 Equal Double Bowl Drop-in Stainless Steel Sink ...
⭐⭐⭐⭐½ 1,719
$137⁶³ ✓prime

Sponsored

# Checkout (1 item)

| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe 3503 DAY AVE MIAMI, FL 33133-4904 |

Add delivery instructions

🅐 Or pick up near this address - See nearby pickup locations

**2 Payment method** — MasterCard ending in 1926   Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[Enter code] [Apply]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3 Review items and shipping**

> Want to save time on your next order and go directly to this step when checking out?
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 10 hours and 59 minutes (Details)
Items shipped from Amazon.com



Caluself Under Sink Mats for Kitchen Waterproof,Waterproof Under Sink Liner with Drain Hole Silicone Faucet Mats Liner Protector Durable for Kitchen Drips Leaks Spills
~~$20.99~~ **$19.94**
& FREE Returns
Qty: 1
Sold by: Zhi①ying
**$1.05 discount applied**
[🎁 Add gift options]

Choose your Prime delivery option:
● **Sunday, Sept. 17** FREE Prime Delivery
○ **Monday, Sept. 18** FREE Amazon Day Delivery 🌱 Fewer boxes, fewer trips.
Change delivery day

Or choose your pickup location:
🅐 Pickup available nearby
Choose a location

[Place your order]
**Order total: $21.34**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary
| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$1.05 |
| Total before tax: | $19.94 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$21.34** |

Qualifying offers:
- Promotion Applied

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

[Place your order]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **68**

## Store Name:

## **Memfish**

## Platform:

## **Amazon**

Subtotal
**$25.99**





# Memfish

Visit the Memfish storefront

**100% positive** in the last 12 months (62 ratings)

## About Seller

Hello everyone

We "Memfish" is a company specializing in Cosplay accessories, as well as various home and outdoor items!

At present, our company is developing, our products are being updated, and our talents are also improving!

However, any of our items are tested in our factory before entering the Amazon marketplace

Therefore, choosing us is choosing worry-free purchasing!

Of course, even if you have already received the product or even used it, feel free to return it as long as you are not sat...

⌄ See more

### Have a question for Memfish?

[ Ask a question ]

## Feedback

4.9 out of 5

62 ratings

[ 12 months ]

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

[ Leave seller feedback ]

### FILTER BY

[ All stars ]

62 total feedbacks in 12 months

" Hat box is real nice arrived as promised "

By deborah solomon on July 23, 2023.

" Thank you!The happiest thing is that you satisfied with it! Your satisfaction is our greatest pursuit! "

By Memfish on July 24, 2023.

" Very good quality, matches look and has nice color when compared to Luffy. Only downside is size would not fit most average sized heads comfortably. It gets the... "
Read more

By Greg Werner on July 23, 2023.

" Thank you!The happiest thing is that you satisfied with it! Your satisfaction is our greatest pursuit! "

By Memfish on July 24, 2023.

"  "

By Hasmik on July 23, 2023.

" Thank you!The happiest thing is that you satisfied with it! Your satisfaction is our greatest pursuit! "

By Memfish on July 24, 2023.

" It is perfect for my felting and plenty big. "

By Kelly James on July 19, 2023.

" Thank you!The happiest thing is that you satisfied with it! Your satisfaction is our greatest pursuit! "

By Memfish on July 20, 2023.

" Looks great! Arrived on time! This hat is perfect for my son who is just crazy about One Piece! "

By Josh W. on July 15, 2023.

Subtotal
**$25.99**

"Thank you!The happiest thing is that you satisfied with it! Your satisfaction is our greatest pursuit! "

By Memfish on July 17, 2023.

## Customers who viewed items in your browsing history also viewed

**Return &**

To get info

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

Amazon's Choice in Shelf

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery of an item and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

| Under Sink Mat, 28" x 22" Silicone Kitchen & Flexible Under Sink… | Under Sink Mat, 34"*22"*0.67", Protector Silicone Mats for Kitchen & Bathroo… | Under Sink Mat, Under Sink Mat for Kitchen Silicone Under Kitchen Sink Liner Mat, Flexibl… | Sdpeia Under Sink Mat for [34" x 22"] Cabinet, Silicone Waterproof Mat, Silicone Cabinet Liner Holds Over 2.2 Gallons… | Under Sink Mat, Sink Mats for Kit Silicone Waterproof, 34" Flexible Silicone |
|---|---|---|---|---|
| 400 | 320 | 159 | 210 | 375 |
| Amazon's Choice | | | | Amazon's Choice |
| $28.88 | $23.99 | $19.99 | $26.99 ($5.19/Sq Ft) | Under-Sink Organi $29.98 |
| Get it as soon as Saturday, Jul 29 | Get it as soon as Saturday, Jul 29 | Get it as soon as Saturday, Jul 29 | Get it as soon as Saturday, Jul 29 | Get it as soon as S Jul 29 |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on o $25 shipped by Arr |

## Detailed Seller Information

**Business Name:** dongguanshixuchangzaishengziyuanhuihshili.co.LTD

**Business Address:**
清溪清凤路217号5号楼101室
东莞市
清溪镇
广东省
523648

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

English

United States

Amazon Music
Stream millions of songs

Amazon
Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting



Deliver to
Daytona B... 32118

Tools & Home Improvement ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$22.99



All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentials

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

30 Drop In Kitchen Sink Workstation - Sarlai 30X22 Stainless Steel Sink
Topmount 16 Gauge Deep Single Bowl Ledge One Basin Overmount Sink    ★★★★☆ 629    $299.00 ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl    Sponsored



Roll over image to zoom in

 

2 VIDEOS

**Under Sink Mat 34" x 22",Under Sink Mats for Kitchen Waterproof,Under Sink Liner,Cabinets Silicone Undersink Drip Tray With Drain Hole,Under Sink Cabinet Protector Mats Thick (Black, 34inch*22inch)**

Visit the Memfish Store

5.0    3 ratings

$22.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

Get $60 off instantly: Pay $0.00 $22.99 upon approval for the Amazon Store Card. No annual fee.

Size: **34inch*22inch**

Color: **Black**

| | |
|---|---|
| [image] $22.99 | [image] $22.99 |

| | |
|---|---|
| Brand | Memfish |
| Color | Black |
| Material | Silicone Rubber |
| Size | 34inch*22inch |
| Product Dimensions | 0.7"D x 22"W x 34"H |

### About this item

- 【Keep Your Cabinets Clean】Our under sink mats are made of silicone waterproof material that provides superior protection against leaks, spills, stains, and scratches, keeping your cabinets in top condition.Place under your sink, remove excess water with the pull-and-plug drain, and then simply wipe dry,and it will be as good as new.

- 【Save Money On Replacing Or Repairing Cabinets】Using an under sink mat can save you time and money in the long run.Without a cabinet under sink mat,you may need to replace your cabinets sooner than expected, which can be expensive.With a kitchen undersink liner mat,you can extend the life of your cabinets and avoid costly repairs.It is a good investment to protect your cabinets!

- 【Under Sink Mats Size】34" x 22",the Under Sink Liner fits standard 36-inch kitchen and bathroom cabinets.For your better shopping experience, PLS Ensure to measure your bottom cabinet prior to purchase!Can be used in different areas of your home,including the kitchen,bathroom,laundry room,garage,or utility rooms.The soft silicone material ensures a perfect fit for your cabinets without warping.This under sink cabinet mat is also a huge organizer pad to keep your cabinets tidy.

- 【Drain Hole Design】Our under sink drip tray features a unique drain port design, allowing you to drain leaking water easily without taking out the

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$22.99

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Saturday, July 29** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26**. Order within 9 hrs 28 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Memfish |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



**ELKAY**

Shop Quality Kitchen Sinks

Elkay EFRU191610T Crosstown Single Bowl Undermount Stainless...

★★★★☆ 329

$222.41 ✓prime

Sponsored

silicone waterproof under sink mats.With one press of your finger on the drain hole,water will automatically drain to the container prepared,making the under sink liner easy to clean.

- 🦺【Multi-Purpose Use】In order to solve the mess and leakage of your cabinets, we have launched this professional under the sink cabinet mat. Keeping the cabinets tidy is so simple! Our waterproof mat is not only suitable for kitchen cabinets,but also suitable for bathroom cabinets, pets, crafts, and any more occasions to prevent messes and spills! Just a thoughtful and practical gift for housewarming,weddings and so on!

› See more product details



ELKAY

**Shop Quality Kitchen Sinks**
★★★★☆ 193
$316.14 ✓prime

Sponsored

## Products related to this item

Page 1 of 2

Sponsored ⓘ









AANDNING Under Sink Mat， 31" x 22" Under Sink Rubber Mats For kitchen Waterproof, Un...
**$29.94**
Save 5%  with coupon

Under Sink Mat for Kitchen Waterproof with Lip, 22x34 Inch Sink Mats for Bottom of ...
11
**$19.99**
Save 10%  with coupon

110V Electric Water Heater - Instant Hot Water Heater Under Sink,3000W Electric...
7
**$55.00**

Under Sink Mat, 34" *22" Under Sink Mat for Bottom of Kitchen Sink, Silicone Sink...
7
**$19.99**

HALOHE 31" x 22" x 25MM Silicone Under Sink Mat for Kitchen Waterproof Under...
7
**$28.99**

## Product Description



**Are You A Kitchen Person? Are You Tired Of The Under-sink Messy?PLS HAVE TRY USING OUR UNDER-SINK MAT BELOW**



Subtotal
$22.99

**Versatile & Practical-under kitchen sink organizers and storage**

- Our multi-purpose under sink mat goes beyond being an under-sink cabinet mat. It's a reliable companion for keeping your home clean and containing messes while feeding your pets, taking off your shoes, or engaging in arts and crafts activities with your kids. Experience under sink mats' functionality and convenience in various areas of your home.

- Multi-Purpose:The under sink liner mat for kitchen is also can be used as a children game mat, pet feeding mat, boot tray. It is also a great craft mat which collects your small stuff like screws and nuts. Raised edge can effectively prevent the small stuff from falling. Can also DIY at home with your children, or play some small game.

**Imagine The Magic Of This Under-sink Organizer Mat!**



**Give a Try=under sink mats for kitchen waterproof**

Are you also struggled with the under kitchen sink organization while along with figuring out how to organize kitchen cabinets?

Is it terrible to admit that I detest cleaning and avoid organizing under sink there?

But,You could tackle it just getting a under sink waterproof mat!

And, the waterproof under sink mats will prove that--it wasn't bad at all!

This is a very functional waterproof under sink mats pad for household use!

FROM NOW ON,Spiff up your kitchen with this simple under kitchen sink organization and DIY under sink mat.Kitchen organization is tricky!

Subtotal
$22.99









## What You Will Get=MAT+TOWEL

- Under Sink Mat 34" x 22",Under Sink Mats for Kitchen Waterproof,Under Sink Liner,Cabinets Silicone Undersink Drip Tray With Drain Hole
- While you get a quality under kitchen sink mat,you also get our handpicked kitchen cleaning towel!It's thick,absorbent,I guess you'll like it!

## Easy To Use -Under Sink Mat

- Our under sink mats for bathrooms and kitchens require no tools or expertise for installation.
- Simply place them under your sink, eliminate excess water with the convenient pull-and-plug drain.
- The embedded texture effectively directs water to under sink liner's edges.

## Drain Hole Design+Easy To Clean

- Under the sink mat unique drain port design, you can open the leaking water,gently by pressing the drain hole to drain,the leaking water without taking out the sink cabinet mat and stuff on the mat.
- No more embarrassment in dealing with leaks in water pipes,save your time.





**Cabinet Under-sink Organizer -**
Transform the space beneath your sink with our kitchen organization under sink mats, adding a touch of luxury while preventing water damage, rust, and headaches.

- PLS measure your bottom cabinet before purchasing to ensure a proper fit!

## Keep Your Cabinets Clean

*SIZE:34IN*22IN*0.67IN(Length*Width*Depth)-under the sink organizer kitchen*

- Our under sink mats are made of silicone waterproof material that provides superior protection against leaks, spills, stains, and scratches, keeping your cabinets in top condition.
- Place under your sink, remove excess water with the pull-and-plug drain, and then simply wipe dry,and it will be as good as new.

## Checkout (1 item)



| | | | |
|---|---|---|---|
| **1** | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions<br><br>🅰 Or pick up near this address - See nearby pickup locations | Change |

| | | | |
|---|---|---|---|
| **2** | **Payment method** | MasterCard ending in 1926<br>Billing address: Same as shipping address. | Change |

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

∨ Apply Capital One Rewards $293.53 (293.53 points) available

**3**   **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 10 hours and 57 minutes (Details)

Items shipped from Amazon.com



**Under Sink Mat 34" x 22",Under Drip Tray for Kitchen Waterproof,Under Sink Liner,Cabinets Silicone Undersink Mats With Drain Hole,Under Sink Cabinet Protector Mats Thick (Grey, 34inch*22inch)**
$22.99
& FREE Returns

Qty: 1

Sold by: Memfish

🎁 Add gift options

**Choose your Prime delivery option:**
- ◉ **Sunday, Sept. 17**
  FREE Prime Delivery
- ○ **Monday, Sept. 18**
  FREE Amazon Day Delivery
  🍃 Fewer boxes, fewer trips.
  Change delivery day

**Or choose your pickup location:**
🅰 Pickup available nearby
Choose a location

---

| | |
|---|---|
| Place your order | **Order total: $24.60**<br>By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

### Order Summary (sidebar)

| Place your order |
|---|

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:

# 69

# Store Name:

# Leadcon

# Platform:

# Amazon

## Leadcon

Visit the Leadcon storefront

**98% positive** in the last 12 months (53 ratings)



**LeadCon Under Sink Mat for Kitc...**

USD 25.99

Add to Cart

## About Seller

Leadcon is committed to providing each customer with the highest standard of customer service.

**Have a question for Leadcon?**

Ask a question

## Detailed Seller Information

**Business Name:** TIKE TRADING CO., LIMITED
**Business Address:**
营前街道89新天地A栋1913-9室
福州
长乐
福建
350200
CN

## Feedback

4.9 out of 5

53 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 96% |
| 4 star | | 2% |
| 3 star | | 2% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

53 total feedbacks in 12 months

"Fit perfect. Glad I purchased them, they were recommended to pick up the fine dirt in the pool, and they do a great job. "
By Audrey on July 24, 2023.

"speedy shipping "
By Catherine River Rat on July 13, 2023.

"They got here quick. The cheapest place to find these "
By Michelle Birdwell on July 11, 2023.

"I am happy with the purchase "
By Chris G on July 6, 2023.

"Works perfect for my Shark robot vacuum, it no longer goes onto my shag area rug. "
By Ashley K on July 4, 2023.

Previous Next

## Return & Refund Policies

7/25/23, 1:47 AM · Amazon.com: LeadCon Under Sink Mat for Kitchen Waterproof, 34" x 22" Cool Gray Silicone Liner with Drain Hole, Hold up to 3...

Case 1:23-cv-23380-RNS Document 42-3 Entered on FLSD Docket 10/17/2023 Page 344 of 413



Deliver to
Daytona B... 32118

Home & Kitchen ▾ | Search Amazon

EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | 0

All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▾ | Music | Today's Deals | New Releases | Up to 50% off overstock deals

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

NYYTGE Double Sliding Under Sink Organizer, 2 Tier Bathroom Organizer with 1 Cup 4 Hooks, Multi-purpose Under Cabinet Storage Rack, Under Sink Organizers and Storage for Home Kitchen Organization

★★★★☆ 587 | $14.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

LeadCon Under Sink Mat for Kitchen Waterproof, 34" x 22" Cool Gray Silicone Liner with Drain Hole, Hold up to 3 Gallons Liquid, Cabinet Mat and Protector for Drips Leaks Spills Tray

Visit the LeadCon Store

3 ratings

$25.99

FREE Returns

Coupon: ⏳ Apply 10% coupon | Shop items › | Terms

Get $60 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Store Card. No annual fee.

| Brand | LeadCon |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Waterproof |

⌄ See more

### About this item

- 💪 **Application** - 34" x 22" under sink mat fits standard 36-inch cabinet, with 1" height mat edge to hold more than 3 gallon liquid protects them from damage caused by plumbing leaks, spills and scratches.

- 👍 **Well-Organized Cabinet** - It's also a huge storage tray, thin stripe design that you can put any bottles cans and or other tools on it stably, provides both functional and aesthetics.

- 💧 **Premium Material** - Selection of premium soft silicone, weight raise to 2.2 pounds (1kg), more durable and good adaptability. Ensure your cabinets still look new after years of use, safe for human and pets.

- 🙌 **Multipurpose** - Under sink mat is not only suitable for kitchen and bathroom cabinets, but

---

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$25.99

FREE Returns

FREE delivery **Monday, July 31**

Or fastest delivery **Thursday, July 27**. Order within **13 hrs 36 mins**

⌖ Deliver to Daytona Beach 32118

**Only 7 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Leadcon |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon





Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock deals

---

**Get $60 off instantly** upon approval for the Amazon Store Card

$60 instant gift card

| | |
|---|---|
| Current subtotal: | $25.99 |
| Gift Card savings: | - $60.00 |
| **Cost after savings:** | **$0.00** |
| Savings remaining: | $34.01 |

Learn more

---

# Shopping Cart



LeadCon Under Sink Mat for Kitchen Waterproof, 34" x 22" Cool
**$25.99**
Only 7 left in stock - order soon.
Eligible for FREE Shipping
& FREE Returns
☐ This is a gift Learn more

Qty: 1    Delete    Save for later
Compare with similar items    Share

Save 10%
Clip Coupon

Subtotal (1 item): **$25.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$25.99**
☐ This order contains a gift

Proceed to checkout

---

## Customers Who Bought Items in Your Recent History Also Bought

Under Sink Organizer, Pull Out Cabinet…
835
$34.99
Add to Cart

Drymate Under Sink Mat, Waterproof…
10,769
$13.99
Add to Cart

Under Sink Mat Waterproof 28"x22"…
254
$25.98
Add to Cart



Shelf Liner, Non-Slip Cabinet Liner, Washa…
5,179
$18.99
Add to Cart

---

## You might also like

23-CV-23380-RNS

# Defendant No.:

# 70

# Store Name:

# MOKARO

# Platform:

# Amazon

# MOKARO

Visit the MOKARO storefront

**69% positive** in the last 12 months (16 ratings)

MOKARO Under Sink Mats for Bo...

USD29⁹⁹

Subtotal
**$38.99**

Add to Cart

## About Seller

**About  MOKARO Direct**

MOKARO Direct is a company which focused on storage products.

Our company's specialty products are Makeup Organizer, Lazy Susan, Mini Chainsaw and so on.

We are committed to providing you with quality and cost-effective storage products.

**Customer Service**

100% Satisfication & 30-day money-back guarantee for any reason.

For 30 day after the date of purchase, return your undamaged MOKARO Direct product and receive a full refund for any reason.

**Have a question for MOKARO?**

Ask a question

## Feedback

16 ratings

3.9 out of  5

12 months

| | | |
|---|---|---|
| 5 star | | 63% |
| 4 star | | 6% |
| 3 star | | 13% |
| 2 star | | 0% |
| 1 star | | 19% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

16 total feedbacks in 12 months

"Purchased this item for my father. Super easy to put on. He has a Braun 9S (sport) shaver. "
By Sidesaddle on July 23, 2023.

"Piece of junk, doesn't work at all. Fits shaver but rough, pinches, doesn't get rid of any hair. Do not buy this! "
By Amazon Customer on July 12, 2023.

"New razor is pretty sharp. "
By Steve on July 12, 2023.

"Package was delivered open and replacement blades were not in it. Very disappointed with the packaging. It may not be a large amount of money to you but it is t... "
Read more
By mike lohman on July 3, 2023.

"Very very dull. Wouldn't cut my beard at all. Absolutely terrible and would never buy again!!! "
By ally on June 29, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu Li Si Ting Network Technology Co., Ltd.
**Business Address:**
丹溪三区香樟苑29幢3单元402
义乌市

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$29.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Up to 50% off overstock dea

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home

BUKFEN Under-Sink Silicone Mat(34 * 22in), Waterproof and Multifunctional, Can be Used as
Countertop Protector, Dish Drying Mat, Heat Resistant Mats, Pet Feeding Mats, (Gray, Regular...

$30.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



Roll over image to zoom in

## MOKARO Under Sink Mats for Bottom of Kitchen Sink Waterproof, Under Sink Mat,Under Sink Liner with Drain Hole,Flexible Under Sink Tray for Kitchen, Bathroom and Laundry Room -34" x 22" x 1"

Visit the MOKARO Store

5.0          9 ratings

$29.99

FREE Returns

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Color:
Gray

| | |
|---|---|
| Brand | MOKARO |
| Color | Gray |
| Product Dimensions | 22"D x 34"W x 1"H |
| Finish Type | Brushed |
| Product Care Instructions | Laundry |

## About this item

- 【PERFECTLY FITS 36" CABINETS】: Our product include 1pc*under sink mat and 1 pc cleaning cloth . The size of MOKARO under sink mat is 34" x 22" x 1",Suitable for Standard 36" wide cabinet. Give the area under your sink a face-lift! Use your under sink mat for a luxurious touch that reduces water damage, rust, and headache risk. You will feel a tremendous peace of mind knowing any future drips will be contained.

- 【NON-BPA SILICONE & WITHOUT ODOR】:Keep your home healthy and clean with an under the sink mat made with non-BPA and food-grade silicone that's sturdy yet flexible, durable yet non-deformable.It is easy to fit into a cabinet with a middle divider. The embedded texture channels water to the mat's edges.

- 【UNIQUE DRAIN HOLE DESIGN】: Unique patented drain port design, allows you to drain the leaking water easily without taking out the sink cabinet mat. Raise the edge to 1 inches, so the under sink drip tray can hold up to 3.3 gallons of water- provide you more time to deal with water pipe leaks.

- 【EASY TO INSTALL & CLEAN-UP】:No Tools or Skills Needed,Effortlessly maintain and install your under sink mats for bathroom and kitchens. Press the drain hole remove excess water and then simply wipe dry with our cleaning cloth.Then you will get a clean kitchen sink mat.Keeps Your Cabinet Always Dry, Clean and New Even After Years

- 【MULTI-PURPOSE UNDER SINK MATS】:Your sink mat is much more than just an under sink drip tray.Keep your home clean and mess contained when feeding

✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$29.99

FREE Returns

FREE delivery Sunday, July 30

Or fastest delivery Wednesday, July 26. Order within 5 hrs 58 mins

⊙ Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

Payment         Secure transaction
Ships from      Amazon
Sold by         MOKARO
Returns         Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof,...

$33.99 ✓prime

Sponsored

your pets, kicking off your treats, or helping your kids do arts & crafts!Also suitable for bathroom cabinets,laundry Room,dish rack mats or any other occasions .It can be a thoughtful and practical gift.

› See more product details



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof, Silicone...

$33.99 ✓prime

Sponsored

Subtotal $29.99

## Products related to this item

Sponsored ⓘ

Page 1 of 2


Optish Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof, Flexible S...
31
$22.99


Sdpeia Under Sink Mat for [34" x 22"] Cabinet, Silicone Waterproof Mat, Kitchen Cab...
311
$26.99 ($5.19/Sq Ft)
Save $7.00  with coupon


Jacooxi Under Sink Mat 31" x 22" x 1" for Kitchen Waterproof, Silicone Under Sink L...
106
$25.99
Save 5%  with coupon


Under Sink Mat for Kitchen Waterproof 34" x 22" Under Sink Liners Kitchen Bathroom ...
1
$29.99
Save 40%  with coupon


Under Sink Mats for Kitchen Waterproof, 3 X 22" Or Smaller Cut t Fit Under Sink ...
14
$20.99

## Product Description





Subtotal
$29.99




**MOKARO**

## Under Sink Mat
Hold Up to 3.3 Gallons of water


Waterproof


Easy to Clean


Flexible


Widely Use


**Easy to Clean**
Corrosion and stain preventio


**Safe Use**
Food grade silicone materlal


**Thick & Flexible**
Can hold 3.3 gallons of water





## Checkout (1 item)

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| 1 | **Shipping address** | Jhon Doe | Change |
| | | 3503 DAY AVE | |
| | | MIAMI, FL 33133-4904 | |

Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

### Order Summary

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$32.09** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| 2 | **Payment method** |  MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

^ Add a gift card or promotion code or voucher

Enter code    Apply

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

---

3    **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

🔵 Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 10 hours and 55 minutes (Details)
Items shipped from Amazon.com



MOKARO Under Sink Mats for Bottom of Kitchen Sink Waterproof, Under Sink Mat,Under Sink Liner with Drain Hole,Flexible Under Sink Tray for Kitchen, Bathroom and Laundry Room -34" x 22" x 1"
**$29.99**
& FREE Returns
Qty: 1
Sold by: MOKARO

🎁 Add gift options

**Choose your Prime delivery option:**

🔘 **Sunday, Sept. 17**
FREE Prime Delivery

⚪ Monday, Sept. 18
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
Choose a location

---

Place your order    **Order total: $32.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

23-CV-23380-RNS

# Defendant No.:

# **71**

## Store Name:

## **Mengzili**

## Platform:

## **Amazon**

# Mengzili

Visit the Mengzili storefront

**100% positive** in the last 12 months (21 ratings)

**Under Sink Mat - 28" x 22" Water...**
USD 19.99

Add to Cart

Subtotal
**$19.99**

## About Seller

Mengzili is committed to providing each customer with the highest standard of customer service.

**Have a question for Mengzili?**

Ask a question

## Feedback

21 ratings          5 out of  5          12 months

| | | |
|---|---|---|
| 5 star | | 95% |
| 4 star | | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

21 total feedbacks in 12 months

"Fits perfectly under the sink with less clearances from side to side and back. Product is not firm but lay down nicely. "
By Franklin L. on June 28, 2023.

"Fit perfect under my sink, nice material. "
By SCOTT MICHAEL on June 27, 2023.

"Real nice! It fit perfectly. "
By Amazon Customer on June 19, 2023.

"Perfect for under sink ! Makes it look out together "
By Valerie E. on June 12, 2023.

"perfect "
By Raul Huerta on May 29, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ShenzhenshiMengziliGuojimaoyiyouxiangongsi
**Business Address:**
龙城街道盛平社区盛龙路2号万象天成1栋601
深圳市
龙岗区
广东省
518100
CN

## Shipping Policies

## Other Policies

## Help

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    

Subtotal
$19.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

*lordear*    16 Gauge Round Corner Rust Resistant Kitchen Sink    $279.99  ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen & Bar Sinks › Kitchen Sinks › Single Bowl    Sponsored



Roll over image to zoom in



## Under Sink Mat - 28" x 22" Waterproof Under Sink Kitchen Cabinet Mat with Drain Hole,Kitchen Bathroom Cabinet Floors Mat,Silicone Under Sink Mat,Flexible Under Sink Mats

Brand: Mengzili
4.0          2 ratings

$19⁹⁹

Get Fast, Free Shipping with **Amazon Prime**
FREE Returns

Get $60 off instantly: Pay $0.00 $19.99 upon approval for the Amazon Store Card. No annual fee.

- 【Perfect Size】 Our under sink mat size is 28"x22" with 0.67" hight mat edge,perfectly fits standard 30 inch kitchen and bathroom cabinet.The entire size capacity of the mat can hold 1.5 gallon liquid.

- 【Multi-functional Mat】 The sink mat is designed super flexible,strong,easy to clean,protects your cabinet floor from stains and water damage.Also can be used as shoes tray,pets feeding mats,kitchen supplies mats,hands craft mats and so on.

- 【Easy To Clean】 Unique drain hole design makes the water drain easily without taking out the mat from kitchen cabinet. Just press down the drain hole, the water will automatically drain out.

- 【Flexible,Durable,Non-Slip】 Under sink cabinet mat is made of high-quality soft silicone,the surface of the mat is designed with hexagonal texture,which is stylish and non-slip,more durable,also allows you to place some kitchen tools.Make full use of the space of the cabinet.

- 【Service】 We guarantee you 100% satisfaction as you purchase this product. If you are not satisfied for any reason , we will send you a replacement or refund you any time.

LORDEAR 16 gauge undermount stainless steel sink
Lordear 32 Inch Black Kitchen Sink Undermount 16...
★★★★☆ 442
$229.00 ✓prime

Sponsored

## Products related to this item
Sponsored ⓘ



**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$19⁹⁹

Get Fast, Free Shipping with **Amazon Prime**
FREE Returns

**FREE delivery Sunday, July 30** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26.** Order within **8 hrs 56 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Mengzili |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

Kitchen Sink Undermount - Lordear 33 Inch...
★★★★☆ 119
$279.99 ✓prime

Sponsored

Page 1 of 35







AANDNING Under Sink Mat，31" x 22" Under Sink Rubber Mats For kitchen Waterproof, Un…

$29.94

Save 5%  with coupon

Under Sink Mat,28"x 22"Under Sink Mats for Kitchen Waterproof,Silicone…

46

$25.99

Save 5%  with coupon

HALOHE 31" x 22" x 25MM Silicone Under Sink Mat for Kitchen Waterproof Under…

7

$28.99

Und… Kitc… X 22 Fit U

$2(

Subtotal
$19.99

## Product Description



**Mengzili Under Sink Mat**

The Mengzili Under Sink Mat is a 28" x 22" waterproof, multi-functional mat intended to fit in the cabinet under the kitchen sink. Its primary purpose is catch spills and debris and to protect the cabinet floor.



**Subtotal**
$19.99

### Under Sink Mat - Details

The mat is made of a thick, flexible, silicone material that is waterproof and has a lip around its perimeter that will effectively contain small spills or a slow drip from the piping that provides water to the sink. The mat is textured to reduce slipping on the cabinet floor or of the containers/paraphernalia that may be placed on it for storage.



### Under Sink Mat - Easy To Drain Water

The entire size capacity of the mat can hold **1.5 gallon** liquid.

Without taking out the mat from kitchen cabinet. Just press down the drain hole, the water will automatically drain out.



## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Jhon Doe |

1  **Shipping address**

Jhon Doe
3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2  **Payment method**

MasterCard ending in 1926

Change

Billing address: Same as shipping address.

ˆ Add a gift card or promotion code or voucher

Enter code      Apply

˅ Apply Capital One Rewards $293.53 (293.53 points) available

3  **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.



Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023**  If you order in the next 10 hours and 52 minutes (Details)
Items shipped from Amazon.com

Under Sink Mat - 28" x 22" Waterproof Under Sink Kitchen Cabinet Mat with Drain Hole,Kitchen Bathroom Cabinet Floors Mat,Silicone Under Sink Mat,Flexible Under Sink Mats
**$17.99**
& FREE Returns
Qty: 1
Sold by: Mengzili

🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
FREE Prime Delivery
○ **Monday, Sept. 18**
FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

Place your order

**Order total: $19.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

### Order Summary

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$19.25** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:

## 72

## Store Name:

## **Laopod**

## Platform:

## **Amazon**

# Laopod

Visit the Laopod storefront

**100% positive** lifetime (2 total ratings)

Under Sink Mat 34"x22"Under Ki...

USD 24 89

Add to Cart

Subtotal
$19.96

## About Seller

Laopod is committed to providing each customer with the highest standard of customer service.

**Have a question for Laopod?**

Ask a question

## Feedback

4.5 out of 5

2 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 50% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**FILTER BY**

All stars

2 total feedbacks in Lifetime

" So far so good 👍 "

By Pat Taylor on May 31, 2023.

" I have no complain, does the job as described by the seller. "

By Mauri on December 4, 2022.

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shanxi longxinwang keji youxiangongsi
**Business Address:**
迎泽街道劲松路3号
中泰广场A座1209
太原市
迎泽区
山西省
030001
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback   Tell us what you think about this page



Deliver to
Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon | EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders

Subtotal
$24.89



All | Clinic | Best Sellers | Customer Service | Amazon Basics | Prime ▾ | Music | Today's Deals | New Releases | Up to 50% off overstock dea

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Impr

BUKFEN Under-Sink Silicone Mat(34 * 22in), Waterproof and Multifunctional, Can be Used as Countertop Protector, Dish Drying Mat, Heat Resistant Mats, Pet Feeding Mats, (Gray, Regular... | $30.99 ✓prime

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers | Sponsored



Roll over image to zoom in

## Under Sink Mat 34"x22"Under Kitchen Sink Mat, Hold up to 3.3 Gallons Liquid Flexible Waterproof Silicone With Separate Drain Holes Weather Tech Under Sink Mat,Easy to Clean for Kitchen, Bathroom

Visit the Loxiwasd Store

4.1          19 ratings

Lowest price in 30 days

-11% $24.89

Typical price: $27.89 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Coupon: ▧ Apply 10% coupon  Shop items › |
Terms

Get $60 off instantly: Pay $0.00 $24.89 upon approval for the Amazon Store Card. No annual fee.

- PERFECT SIZE:Packed with under sink mats for kitchen waterproof 34"x22" sinks fit standard 36" cabinets, bathroom cabinets, we also come with sink plug deodorant mats, perfect for kitchen cleaning
- ODORLESS FLEXIBLE SILICONE:Under sink mats for kitchen waterproof are made of high quality silicone, no odor, durable and flexible, very easy to roll and fold, high quality silicone with hexagonal texture adds a sense of design
- UNIQUE DRAINAGE DESIGN:The unique drain and reinforced edge design under the sink mat allows you to drain spills quickly without removing under the sink mat waterproof.The mat has a 0.67" edge height and holds up to 3.3 gallons of water, giving you more time to troubleshoot leaks
- WATERPROOF AND EASY TO CLEAN:The waterproof silicone material of under sink mats for bathroom folds easily and fits easily into the cabinet. If the hose leaks or cleaning fluid leaks, simply wipe with a damp cloth or rinse with water
- MULTIFUNCTIONAL MAT:Weather tech under kitchen sink mat fits kitchen abinets, bathroom cabinets, under sink trays can hold kitchen, bathroom bottles/kits/tools, use as pet feeding pads/shoe/boot trays, craft pads anything you like into the organizer end the chaos



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |

$24.89

Get Fast, Free Shipping with Amazon Prime
FREE Returns

FREE delivery **Sunday, July 30** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26.** Order within 8 hrs 47 mins

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | Laopod
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

⌄ See more

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof,...

$33.99 ✓prime

Sponsored

# Product size
The size of Under sink mat  is 33.4 "×21.6 "





## Checkout (1 item)

| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br><br>Add delivery instructions | Change |

🅰 Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

### 3    Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 9 hours and 50 minutes (Details)
Items shipped from Amazon.com



**Under Sink Mat** 34"x22"Under Kitchen Sink Mat, Hold up to 3.3 Gallons Liquid Flexible Waterproof Silicone With Separate Drain Holes Weather Tech Under Sink Mat,Easy to Clean for Kitchen, Bathroom
**$26.89**
& FREE Returns
Qty: 1
Sold by: Laopod
🎁 Add gift options

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
FREE Prime Delivery
◯ **Monday, Sept. 18**
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Change delivery day

**Or choose your pickup location:**
🅰 Pickup available nearby
Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging**.

Ship in Amazon packaging

| Place your order | **Order total: $28.77**<br>By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $26.89 |
| Shipping & handling: | $0.00 |
| Total before tax: | $26.89 |
| Estimated tax to be collected: | $1.88 |
| **Order total:** | **$28.77** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

# Defendant No.:

# **73**

# Store Name:

# **KINBOM Store**

# Platform:

# **Amazon**

# KINBOM Store

Visit the KINBOM Store storefront

**100% positive** in the last 12 months (924 ratings)

SAVITA Under The Sink Mat 22x3...
USD 23 99

Add to Cart

## About Seller

KINBOM Store is committed to providing each customer with the highest standard of customer service.

Have a question for KINBOM Store?

Ask a question

## Feedback

4.9 out of 5        [ 12 months ]

924 ratings

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

[ All stars ]

924 total feedbacks in 12 months

"good"

By AmazonCustomer9876 on July 25, 2023.

"It was suppose to be a 4 pack and I received only 2......."

By Tim on July 24, 2023.

"Thank you they work Very Very Great."

By donnie hall on July 24, 2023.

"Product arrived on time an is as discribed. They work really good, would buy again."

By NicBar on July 24, 2023.

"Good quality. Arrived quickly."

By 88 keys on July 24, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SHENZHENSHI FENGSHUN KEJIYOUXIANGONGSI
**Business Address:**
桃源街道平山社区留仙大道1213号
红花岭工业区第五区B栋615
深圳
南山区
广东
518000
CN

## Shipping Policies

## Other Policies



Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders

Subtotal
$23.99



All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Save on top college essentia...

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impr...

Your one stop store of household cleaning tools    $8.39 ✓prime



Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen Sink Accessories › Drains & Strainers

Sponsored





Roll over image to zoom in

## SAVITA Under The Sink Mat 22x34 Inch Silicone Under Sink Liner with Drain Hole Kitchen Cabinet Mats Waterproof Shelf Liner for Kitchen Bathroom Bottom Sink (Black)

Brand: SAVITA

4.4    11 ratings

$23.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $60 off instantly: Pay **$0.00** $23.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | SAVITA |
| Material | Polyethylene Terephthalate (PET) |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Oil Proof |
| Pattern | Solid |

˅ See more

### About this item

- **Package Content**: You will get one under sink mat with the size of 22x34 inch / 86x56cm, which can perfectly fit for most 36 inch kitchen and bathroom cabinets. Please check the size of our product carefully before your buying!

- **Reliable Material**: Our under sink mat is made of high quality silicone, sturdy and durable, waterproof and oil proof, not easy to break or deform. Smooth surface allows you to wipe it off easily.

- **Good Protection**: Our under the sink mat can well protect your kitchen & bathroom bottom sink against liquid leaking, stains and scratches.

- **Thoughtful Design**: There is drain hole on the mat. When you want to drain, you can pull out the mat a little and press down on the protruding drain hole, and let the liquid flow out. The edge raised design allows it to contain more liquids and not easy to leak. Honeycomb pattern can well lead water flows to the drain hole.

- **Suitable for**: not only kitchen & bathroom cabinet bottom sink, but also suitable as drip tray, pet feeding pad, cat or dog litter pad, crafts tray, etc.

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with **Fast, FREE Delivery**

| Delivery | Pickup |
|---|---|

$23.99

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

**FREE delivery Sunday, July 30** on orders shipped by Amazon over $25

Or fastest delivery **Thursday, July 27**. Order within **20 hrs 58 mins**

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | KINBOM Store |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

˅ See more

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



MELIHOME New Sink Protectors fo...
⭐⭐⭐⭐ 98
$36.79 ✓prime
Save 5% with coupon

Sponsored



Checkout (1 item)                                                                                        

---

| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

    🅐 Or pick up near this address - See nearby pickup locations

---

| 2 | **Payment method** | MasterCard ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards $293.53 (293.53 points) available

---

3    **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

---

> Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 9 hours and 48 minutes (Details)
Items shipped from Amazon.com



**SAVITA Under The Sink Mat 22x34 Inch Silicone Under Sink Liner with Drain Hole Kitchen Cabinet Mats Waterproof Shelf Liner for Kitchen Bathroom Bottom Sink (Black)**
$23.99
& FREE Returns
Qty: 1
Sold by: KINBOM Store
[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**
◉ **Sunday, Sept. 17**
  FREE Prime Delivery
◯ **Monday, Sept. 18**
  FREE Amazon Day Delivery
  🌿 Fewer boxes, fewer trips.
  Change delivery day

**Or choose your pickup location:**
🅐 **Pickup available nearby**
Choose a location

---

[ Place your order ]    **Order total: $25.67**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

---

### Sidebar

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.99 |
| Estimated tax to be collected: | $1.68 |
| **Order total:** | **$25.67** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

23-CV-23380-RNS

Defendant No.:

# 74

Store Name:

## Nine suns

Platform:

## Amazon

## Nine suns

Visit the Nine suns storefront

**100% positive** lifetime (1 total ratings)

**Under Sink Mat for Kitchen, 28" ...**
USD 23 89

Add to Cart

Subtotal
**$23.99**

### About Seller

Nine suns is committed to providing each customer with the highest standard of customer service.

Have a question for Nine suns?

Ask a question

### Feedback

5 out of  5

1 ratings

Lifetime

5 star ▭ 100%
4 star ▭ 0%
3 star ▭ 0%
2 star ▭ 0%
1 star ▭ 0%

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

FILTER BY

All stars

1 total feedbacks in Lifetime

" Arrived earlier than expected; fit my need better than expected. A seamless transaction. "

By PLR on July 12, 2023.

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** ganzhouzitaiqingmaoyiyouxiangongsi

**Business Address:**

雁塔区电子城街道太白南路

771所家属院

西安市

陕西

710000

CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄

### Products

See all products currently offered by the seller.

Leave seller feedback     Tell us what you think about this page

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon    EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$23.89

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Up to 50% off overstock dea...

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr...

Shineforu Bidet Ultra-Slim Bidet Attachment for Toilet, Minimalist and Stylish
Dual Nozzle (Frontal and Rear Wash) Non-Electric Fresh Water Bidet, Easy to Inst...

★★★★☆ 498    27% off    Deal    $18.99  $25.99  ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures

Sponsored

**Special Design**

Made of high quality durable silicone, durable, flexible and water resis

Drain Hole Design
Easy to drain

Highly flexible and soft

Easily bends and
folds to Store

Greater Thickness

Hold more water

Roll over image to zoom in

## Under Sink Mat for Kitchen, 28" X 22" Silicone Sink Mats for Bottom of Kitchen Sink, Waterproof Under Sink Liner Drip Tray with Drain Hole Protector for Drips Leaks Spills for Kitchen Bathroom

Brand: QWACVRTM

4.0 ★★★★☆    4 ratings

$23.89

Get Fast, Free Shipping with **Amazon Prime**
FREE Returns

**Coupon:** 🏷️ Apply 10% coupon    Shop items › |
Terms

Get $60 off instantly: Pay **$0.00** $23.89 upon
approval for the Amazon Store Card. No annual
fee.

- PERFECTLY FITS 30" CABINETS - The under sink
  mat measures 28" x 22", fits in standard 30"
  wide kitchen and bathroom cabinets. Under
  sink mat made of high quality durable silicone
  material, waterproof and oil resistant, with a
  smooth surface that is waterproof and it is
  perfect for kitchen & bathroom.
- STABLE STRUCTURE & FLEXIBLE - The under
  sink Mats for kitchen is double thickness design
  is highly flexible and soft, easy to fold and easy
  to bend and Store. Reinforced edges designed
  not to warp, buckle or curl easily. 0.7 Inch High
  Lip of This Rubber Mat Can Hold Up 2.2 Gallons
  of Water. A Large Area of the sink to prevent
  the cabinet from Erosion Caused By Water
  Leaks, Spill.
- UNIQUE DRAIN HOLE DESIGN - The cabinet
  liner features drain hole unique design makes
  the water drains which allows for easy drainage
  of leaking water without removing the cabinet
  under sink. With a simple press, the water
  drains out automatically.
- WATERPROOF & EASY TO CLEAN - The
  waterproof mat material prevents the risk of
  your cabinet being corroded by water leakage
  and liquid leakage. With smooth surface, you
  can clean effortlessly. Wiping up spills under
  the sink becomes a breeze.
- MULTIPURPOSE UNDER SINK ORGANIZER - 28"
  Kitchen sink mats not only suitable for kitchen
  and bathroom cabinets, but also suitable for
  pets, crafts, and any more occasions to prevent
  messes and spills. You can also use it as under
  sink drip tray, pet feeding mats, shoes/boots
  tray to put kitchen, bathroom bottles tools.

✓prime

**Enjoy fast, FREE delivery,
exclusive deals and award-
winning movies & TV shows
with Prime**

Try Prime and start saving today
with Fast, FREE Delivery

Delivery | Pickup

$**23**⁸⁹

Get Fast, Free Shipping with
Amazon Prime

FREE Returns

**FREE delivery Sunday, July 30**
on orders shipped by Amazon
over $25

Or fastest delivery **Tomorrow,
July 26.** Order within **8 hrs 53
mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Nine suns
Returns    Eligible for Return,
Refund or Replacement
within 30 days of receipt

☐ Add a gift receipt for easy
returns

Add to List

Have one to sell?

Sell on Amazon

# Special Design

Made of high quality durable silicone, durable, flexible and soft, water resistant





**Drain Hole Design**

Easy to drain



**Highly flexible and soft**

Easily bends and folds to Store



**Greater Thickness**

Hold more water

Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe | **Change** |
|---|---|---|---|

3503 DAY AVE
MIAMI, FL 33133-4904
Add delivery instructions



Or pick up near this address - See nearby pickup locations

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $22.49 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $22.49 |
| Estimated tax to be collected: | $1.57 |
| **Order total:** | **$24.06** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**2  Payment method**    MasterCard ending in 1926    **Change**

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code    Apply

⌄ Apply Capital One Rewards $293.53 (293.53 points) available

**3  Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Delivery option updated**
Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Sept. 17, 2023** If you order in the next 5 hours and 17 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat for Kitchen, 28" X 22" Silicone Sink Mats for Bottom of Kitchen Sink, Waterproof Under Sink Liner Drip Tray with Drain Hole Protector for Drips Leaks Spills for Kitchen Bathroom
**$22.49**
Exclusive Prime price

Qty: 1

Sold by: Nine suns

🎁 Add gift options

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17
FREE Prime Delivery
◯ Tuesday, Sept. 19
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

Or choose your pickup location:
Pickup available nearby
Choose a location

**Place your order**    **Order total: $24.06**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

23-CV-23380-RNS

# Defendant No.:

# 75

## Store Name:

## Lanmes

## Platform:

## Amazon

# Lanmes

Visit the Lanmes storefront

**100% positive** lifetime (4 total ratings)

Under Sink Mat for Kitchen Wate...

USD 27⁹⁹

Add to Cart

## About Seller

Lanmes is committed to providing each customer with the highest standard of customer service.

Have a question for Lanmes?

Ask a question

## Feedback

4.8 out of  5

4 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 25% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

4 total feedbacks in Lifetime

"I can say it was perfectly fit. Love it "
By Rodolfo Jimenez on May 16, 2023.

"Más o menos "
By Salvador Vazquez on February 27, 2023.

"As advertised "
By Stephen on February 1, 2023.

"Dimensions were perfect. "
By Denise Long on January 2, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** xiamenfuxunxinxikejiyouxiangongsi
**Business Address:**
洞庭路7号华伦南商大厦A座2826室
厦门市
翔安区
福建省
361000
CN

## Shipping Policies ˅

## Other Policies ˅

## Help ˅

## Products

See all products currently offered by the seller.

Deliver to
Daytona B... 32118

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Books            Up to 50% off overstock deals

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Aojia Under Sink Organizer with 2 Sliding Drawers, Bathroom Organizer Under Cabinet, Pull-out Under Sink Storage,  Under Cabinet Storage for Kitchen and Bathroom    ★★★★½ 12,895    $24.99 ✓prime    Save 15% with coupon

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers                Sponsored



Roll over image to zoom in

## Under Sink Mat for Kitchen Waterproof 34" x 22" Silicone Under Sink Bathroom Cabinet Liner with Drain Hole, Under Sink Mats as Protect for Drips Leaks Spills Tray, Grey

Brand: Lanmes

5.0            11 ratings

$27.99

FREE Returns

Join Prime to buy this item at $22.39

Get $60 off instantly: Pay $0.00 $27.99 upon approval for the Amazon Store Card. No annual fee.

**Color: Gray**


$27.99        $43.99

| Brand | Lanmes |
|---|---|
| Color | Gray |
| Material | Silicone |
| Product Dimensions | 34"L x 22"W |
| Special Feature | Slip Resistant |

⌄ See more

### About this item

- **Perfect Fit 36" Cabinet**: The under the sink mat for kitchen cabinets is 34"x22"x0.67", is ideal for 36" kitchen or bathroom cabinet. And the assembly is also very easy. You just need to expand it since it is not hard plastic mat, you can adjust the kitchen sink mat at ease.

- **Under Sink Storage with Drainage Hole Design**: Our silicone under sink mat organizer has a unique drain hole for quick drainage, so you don't need to move the mat if there is a small leakage. Press the drain hole and you can pour out the water.

- **High Quality Shelf Liner**: This under the sink mat is made of high quality soft silicone and are not easily to deform, curl or warp. The smooth surface of this under sink organizer mat is designed with hexagonal pattern, making the mat more durable and easy to clean and store kitchen things. It can be used for Christmas decorations.

- **Waterproof Under Sink Cabinet Liner**: Our silicone kitchen mat can play a role as sink protectors for kitchen sink, which can effectively protect your cabinets from water leaks, in order to keep your cabinets clean and tidy. It's very easy to fold if you want to organize the under sink kitchen tray, and we



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$27.99

FREE Returns

**FREE delivery Sunday, July 30**

Or fastest delivery Tomorrow, July 26. Order within 8 hrs 16 mins

📍 Deliver to Daytona Beach 32118

**Only 20 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Lanmes |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof,...

$33.99 ✓prime

Sponsored

# UPGRADED SILICONE UNDER SINK MAT



34 in

22 in

0.79 in

Food Grade Silicone

Edge Reinforcement

2 Gallon Capacity



Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    **1**

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essentials

$60 instant gift card

**Get $60 off instantly** upon approval for the Amazon Store Card

| | |
|---|---|
| Current subtotal: | $43.99 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $16.01 |

Learn more

## Shopping Cart



Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen Waterproof,
**$43.99**
Only 16 left in stock - order soon.
Eligible for FREE Shipping & FREE Returns
☐ This is a gift Learn more
**Color:** Black

Qty: 1    Delete    Save for later

Compare with similar items    Share

Subtotal (1 item): **$43.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$43.99**
☐ This order contains a gift

Proceed to checkout



**Customers Who Bought Items in Your Recent History Also Bought**

Beauty Bar 24k Golden Pulse Facial Massager,...
256
$7.99
Add to Cart

theaoo Under Cabinet Paper Towel Holder f...
4,225
$14.99
Add to Cart

Under Sink Mat, 34"x22" Silicone Und...
237
$20.89
Add to Cart

100 Pack Eyebrow Ruler, KINGMAS...
1,268
$8.99
Add to Cart

## You might also like

Deliver to
Daytona B... 32118

All ▼    Search Amazon

EN ▼    Hello, sign in
Account & Lists ▼

Returns
& Orders    1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▼    Music    Today's Deals    New Releases    Save on school essentials



$60 instant gift card

**Get $60 off instantly** upon approval for the Amazon Store Card

| | |
|---|---|
| Current subtotal: | $27.99 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $32.01 |

Learn more

## Shopping Cart



Under Sink Mat for Kitchen Waterproof 34" x 22" Silicone

**$27.99**

Join Prime to buy this item at $22.39

Only 20 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift  Learn more

**Color:** Gray

Qty: 1 ▾    Delete    Save for later

Compare with similar items    Share

Subtotal (1 item): **$27.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$27.99**

☐ This order contains a gift

Proceed to checkout

### Customers Who Bought Items in Your Recent History Also Bought



Beauty Bar 24k Golden Pulse Facial Massager,...
256
$7.99
Add to Cart

theaoo Under Cabinet Paper Towel Holder f...
4,225
$14.99
Add to Cart

Under Sink Mat, 34"x22" Silicone Und...
237
$20.89
Add to Cart

100 Pack Eyebrow Ruler, KINGMAS...
1,268
$8.99
Add to Cart

## Products related to items in your cart

Sponsored

23-CV-23380-RNS

# Defendant No.:

# **76**

# Store Name:

# **AMIR Direct-US**

# Platform:

# **Amazon**



## AMIR Direct-US

Visit the AMIR Direct-US storefront

**100% positive** in the last 12 months (1536 ratings)



**AMIR Digital Alarm Clock, Large ...**

USD **18**⁹⁹

[ Add to Cart ]

## About Seller

AMIR Direct-US has been professionally engaged in research & development, manufacturing and distribution for years. We own the brands of AMIR on LED lights, digital thermometers, hygrometers, digital scales, cellphone accessories, electronic novelty items and PPE products. Furthermore, unlike most of the competitors, we offer 24 hours online service.

**Customer Service**
*30-day money-back guarantee for any reason*
For 30 days after the date of purchase from AMIR Direct-US, return your undamaged produ...

⌄ See more

**Have a question for AMIR Direct-US?**

[ Ask a question ]

## Feedback

4.9 out of 5

[ 12 months ]

1,536 ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

1536 total feedbacks in 12 months

"love it"

By clanteen r. on July 25, 2023.

"Good product great delivery time"

By Hhoehh on July 25, 2023.

"~~broken~~"

By YI on July 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Great product"

By Know Name Records and Stuff on July 24, 2023.

"Complained about the adhesive and got a refund thus the update."

By JT Stoever on July 24, 2023.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** HONGKONG REDTING TECHNOLOGY CO., LIMITED
**Business Address:**
  2-16 FA YUAN ST
  RM 2902, 29/F HO KING COMM CTR
  MONGKOK
  KLN

999077
HK

**Customers who viewed items in your browsing history also viewed**



Shipping

Other P

Help

Products

See all products currently offered by the seller.

Under Sink Mat, 28" x 32" Silicone Kitchen Cabinet Tray, Waterproof & Flexible Under Sink...
402
Amazon's Choice in Shelf Liners
$28.88
Get it as soon as **Sunday, Jul 30**
FREE Shipping on orders over $25 shipped by Amazon

Under Sink Mat, Under Sink Mats for Kitchen Waterproof, 34"x22" Silicone Under Kitchen Sink Liner Mat, Flexibl...
159
$19.99
Get it as soon as **Monday, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon

Under Sink Mat, 34"*22"0.67", Waterproof, Cabinet Protector Silicone Mats for Kitchen & Bathroo...
321
$23.99
Get it as soon as **Sunday, Jul 30**
FREE Shipping on orders over $25 shipped by Amazon

Sdpeia Under Sink Mat for [34" x 22"] Cabinet, Silicone Waterproof Mat, Kitchen Cabinet Liner Holds Over 2.2 Gallons...
313
$26.99 ($5.19/Sq Ft)
Get it as soon as **Sunday, Jul 30**
FREE Shipping on orders over $25 shipped by Amazon

Under Sink Mat, Sink Mats for Kit Waterproof, 34" Flexible Silicone
375
Amazon's Choice
Under-Sink Organi
$29.98
Get it as soon as St 30
FREE Shipping on o $25 shipped by Arr

Leave seller feedback

Tell us what you think about this page

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

English          United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account



Deliver to
Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon    EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$26.13

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essential

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Bukfen Under Sink Organizer, Pull Out Cabinet Organizer 2-Tier Slide Out Sliding Shelf Under Cabinet Storage Multi-U...    ★★★★☆ 2,015    20% off    Deal    $27.99 $34.99 ✓prime



Only 1 left in stock - order soon.

## Consider these alternative items

Sponsored



Under Sink Mat, 31" x 22" Under Sink Mats for Kitchen Waterproof, Silicone Under Sink    44    $26.99

PELTEFLU Under Sink Mat, 34" x 22" Waterproof Under Sink Mats for Kitchen    109    $18.93

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers





Roll over image to zoom in

▶ VIDEO

## AMIR Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen fit 36" Cabinet, Under Sink Tray for Drips Leaks Spills, Kitchen Sink Cabinet Protector Mat with Drain Hole

Brand: AMIR

5.0    6 ratings

$26.13

FREE Returns

Get $60 off instantly: Pay $0.00 $26.13 upon approval for the Amazon Store Card. No annual fee.

**Only 1 left in stock - order soon**

| | |
|---|---|
| Brand | AMIR |
| Color | Gray |
| Material | Silicone |
| Size | 34 x 22 x 0.7inch |
| Product Dimensions | 22"D x 34"W x 0.7"H |

### About this item

- 💧【EASY TO CLEAN】- In case of water leakage, rinse it off with water, dry it and use it again, drainage holes can be drained by facing outward, no need to remove the mat.
- 💧【FITS STANDARD 36" CABINETS】- The undermount sink mat is 34"* 22", fits standard 36" cabinets in kitchens and bathrooms, the mat is 0.7" high and can hold 2.1 gallons of water.
- 💧【EASY TO INSTALL AND FOLD】- The soft silicone mat can easily fit into small and large kitchen or bathroom cabinets, fits completely flat in the cabinet and will not bend like a hard plastic mat, folds up when not in use, takes up little storage space and is easy to expand when in use.
- 💧【MULTI-PURPOSE】- Cabinet liners can be used as cabinets, or as silicone mats for kitchen counter toiletries. Can also be used as pet food mat, dog tub mat, cat litter mat, stacking children's beach toys, dirty shoe mat, or for outdoor barbecue tools, cookware, etc.
- 💧【FASHIONABLE & SIMPLE TEXTURE】- Silicone sink mat with textured structure to increase the friction between the stressed surfaces and enhance the stability of the storage function.

› See more product details

Buy used: $26.13

FREE delivery Saturday, August 5

Or fastest delivery Tuesday, August 1

Deliver to Daytona Beach 32118

Used: Like New | Details
Sold by Amazon Warehouse
Fulfilled by Amazon

Add to Cart

Add to List

Have one to sell?

Sell on Amazon



**Avaspot Double Sliding Cabinet...**
★★★★☆ 8,136
$26.99 ✓prime
Save 10% with coupon

Sponsored





Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    1

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on school essentials



**Get $60 off instantly** upon approval for the Amazon Store Card

$60 instant gift card

| | |
|---|---|
| Current subtotal: | $26.13 |
| Gift Card savings: | - $60.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $33.87 |

Learn more

## Shopping Cart



AMIR Under Sink Mat, 34" x 22" Under Sink Mats for Kitchen fit 36"
**$26.13**
Only 1 left in stock - order soon.
Eligible for FREE Shipping & FREE Returns
☐ This is a gift  Learn more
Qty: 1    Delete    Save for later
Compare with similar items    Share

Subtotal (1 item): **$26.13**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$26.13**
☐ This order contains a gift

Proceed to checkout

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

### Customers Who Bought Items in Your Recent History Also Bought



Amazon Basics 36-Pack AAA Alkaline High-...
688,675
$16.49
Add to Cart

Beauty Bar 24k Golden Pulse Facial Massager,...
256
$7.99
Add to Cart

theaoo Under Cabinet Paper Towel Holder f...
4,225
$14.99
Add to Cart

100 Pack Eyebrow Ruler, KINGMAS...
1,268
$8.99
Add to Cart

## Your recently viewed items

23-CV-23380-RNS

# Defendant No.:

# 77

## Store Name:

## Halohe house

## Platform:

## Amazon

## Halohe house

Visit the Halohe house storefront

**100% positive** lifetime (4 total ratings)

**HALOHE 31" x 22" x 25MM Silico...**

USD 28.99

Add to Cart

Subtotal
$26.13

Only 1 left in stock - order soon.

## About Seller

Halohe house is committed to providing each customer with the highest standard of customer service.

**Have a question for Halohe house?**

Ask a question

## Feedback

5 out of 5

4 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

4 total feedbacks in Lifetime

"Love these, love the color"

By Amazon Customer on April 25, 2023.

"Took while to ship (3 weeks) but good for price."

By Alaskan Eagle on January 29, 2023.

"nice"

By Advisory Board on January 11, 2023.

"The boards are very nice bigger than I thought but that is OK"

By rosaleen hever on December 5, 2022.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** NINGBO YULIANG DIANZI YOUXIAN GONGSI
**Business Address:**
新碶长江国际商务大厦1幢A603室
宁波市
北仑区
315800
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback    Tell us what you think about this page

Deliver to
Daytona B... 32118

Home & Kitchen ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

Subtotal
$28.99

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Save on top college essentials

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Impro

Only 9 left in
stock - order
soon.

Shineforu Bidet Ultra-Slim Bidet Attachment for Toilet, Minimalist and Stylish
Dual Nozzle (Frontal and Rear Wash) Non-Electric Fresh Water Bidet, Easy to Inst...

★★★★½ 498   27% off   Deal   $18.99 $25.99 ✓prime

Tools & Home Improvement › Kitchen & Bath Fixtures › Kitchen Fixtures › Kitchen Sink Accessories › Drains & Strainers

Sponsored





Roll over image to zoom in

## HALOHE 31" x 22" x 25mm Silicone Under Sink Mat for Kitchen Waterproof Under Sink Liner Drip Tary with Drainage Hole, Thick Rubber Protector Mat for Cabinet Bathroom(Grey)

Brand: HALOH?

5.0   7 ratings

$28.99

FREE Returns

Get $60 off instantly: Pay $0.00 $28.99 upon approval for the Amazon Store Card. No annual fee.

Size:

| 31" x 22" |
|---|

| Brand | HALOH? |
|---|---|
| Color | Gray |
| Material | Silicone, Rubber |
| Product Dimensions | 31"L x 22"W |
| Recommended Uses For | Cabinet, Under Sink |

˅ See more

### About this item

- 【PERFECTLY FITS 33" CABINETS】: Size 31" x 22" x 25MM, this under sink mat fits most 33 - 36" wide kitchen and bathroom cabinets. Note: please accurately measure the internal dimensions of your cabinet before purchasing, so as to avoid wasting your time due to improper dimensions.

- 【DRAIN HOLE DESIGN】: Once the water leakage happened, the unique patented drain port design, allows you to drain the leaking water easily without taking out the protectors and sink cabinet mats. The raise edge is 0.98 inches, so the under sink drip tray can hold up to 1.5 gallons of water, you have enough time to solve the problem.

- 【DURABLE & FLEXIBLE】: Our under sink liner made by 100% high quality food grade silicone with wavy stripe, it makes the sink mats for bottom of kitchen sink stronger than others. Good materials and advanced production technology make the under sink pan durable and stable. The flexible kitchen cabinet liner could be collected easily, and no need worry about the deformation.

- 【EASY TO CLEAN】: Our kitchen sink mat is waterproof and very easy to clean. In case of liquid leakage, you only need to use a rag to



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$28.99

FREE Returns

FREE delivery **Sunday, July 30**

Or fastest delivery **Thursday, July 27**. Order within **9 hrs 7 mins**

⦿ Deliver to Daytona Beach 32118

**Only 9 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Halohe house |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon





Your one stop store of household cleaning tools

MR.SIGA Kitchen Sink Strainer, Stainless Steel Sink Drain Strainer,...

★★★★★ 4,580

$11.99 ✓prime

Sponsored

complete the cleanup. There is no need to worry about the damage of the cabinet caused by the liquid.

- 【MULTIPURPOSE SINK MAT】: Our rubber kitchen sink mats are not only suitable for kitchen cabinets, but also suitable for bathroom cabinets, pets, crafts, can be used as a disinfection mat surface for shoes.



**Sink Splash Guard Kitchen Gadgets 18" x 6.3"**

★★★★☆ 447

$11.99 ✓prime

Sponsored

Subtotal
**$28.99**



Only 9 left in stock - order soon.

## Products related to this item

Page 1 of 2

Sponsored ⓘ



URMONA Under Sink Mat, 31" x 22" Under Sink Mats for Kitchen, Waterproof Silicone...

393

$29.99



Jacooxi Under Sink Mat 31" x 22" x 1" for Kitchen Waterproof, Silicone Under Sink L...

106

$25.99

Save 5% with coupon



Under Kitchen Sink Mat - Waterproof Silicone Cabinet Mat Protects Cabinets & Floors...

13

$21.98



DREETINO Under Sink Mat-Foldable and Easy to Store Silicon Sink Mats for Bottom,Wit...

$29.99

Save $9.00 with coupon



Under Sink Mat for Kitchen Waterproof, 3 X 22" Sink Mats for Bottom of Kitchen Si..

271

$23.99

## Product Description



**HALOHE Professional Under Sink Mat**

Subtotal
**$28.99**



Only 9 left in stock - order soon.




## Why choose HALOHE under sink mat ?

- Made by 100% Premium High Quality Food-Grade Silicone material
- Stronger and more durable than others
- The edge of the under sink mat is increased to 0.98 inches can save more water
- Drain Hole design is easy to drain off the water
- Easy to clean and residue free
- Multifunctional for your life



**Perfect Solution for your house**

Our under sink mat fits most 33 - 36" wide kitchen and bathroom cabinets.



Silicone Under Sink Mat

Silicone Mat for Countertop

| Function | For under sink cabinet | For countertop |
|---|---|---|

## Product information

| Brand | HALOH? |
|---|---|

Warranty & Support



Net Weight: 2.63 POUNDS

25mm

0.98" Raised Edges

22 inch

31 inch

## Checkout (1 item)

| | | | |
|---|---|---|---|
| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| | | | |
|---|---|---|---|
| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

∨ Apply Capital One Rewards $293.53 (293.53 points) available

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $28.99 |
| Shipping & handling: | $2.99 |
| Free Shipping: | -$2.99 |
| Total before tax: | $28.99 |
| Estimated tax to be collected: | $2.03 |
| **Order total:** | **$31.02** |

Qualifying offers:
- Free Shipping

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**3**    **Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Overnight 4 AM - 8 AM**
Items shipped from Amazon.com



**HALOHE 31" x 22" x 25MM Silicone Under Sink Mat for Kitchen Waterproof Under Sink Liner Drip Tray with Drainage Hole, Thick Rubber Protector Mat for Cabinet Bathroom(Grey)**

$28.99

Qty: 1

Sold by: Halohe house

👫 Add gift options

Choose your Prime delivery option:

◉ **Overnight & Tomorrow**
FREE Fastest Delivery

| Overnight<br>4 AM - 8 AM | Overnight<br>7 AM - 11 AM |
|---|---|

∨ See more delivery slots

◯ **Tomorrow, Sept. 16**
FREE One-Day Delivery

◯ **Monday, Sept. 18**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

Or choose your pickup location:

**Pickup available nearby**
Choose a location

| Place your order | |
|---|---|

**Order total: $31.02**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $28.99 |
| Shipping & handling: | $2.99 |
| Free Shipping: | -$2.99 |
| Total before tax: | $28.99 |
| Estimated tax to be collected: | $2.03 |
| **Order total:** | **$31.02** |

Qualifying offers:
• Free Shipping

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| Color | Gray |
| Material | Silicone, Rubber |
| Product Dimensions | 31"L x 22"W |
| Recommended Uses For Product | Cabinet, Under Sink |
| Special Feature | Leak Proof, Foldable, Washable |
| Product Care Instructions | Wipe with Dry Cloth |
| Number of Items | 1 |
| Number of Pieces | 1 |
| Size | 31" x 22" |
| Is Stain Resistant | Yes |
| Item Weight | 3.12 pounds |
| Manufacturer | HALOH? |
| ASIN | B0BVLVK78K |
| Country of Origin | China |
| Item model number | 31x22 |
| Customer Reviews | 5.0    7 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #318,338 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#1,383 in Kitchen Drains & Strainers |
| Date First Available | November 22, 2022 |

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?



Subtotal
**$28.99**

Only 9 left in stock - order soon.

## Buy it with

 +  + 

Total price: **$107.93**

[ Add all three to Cart ]

Some of these items ship sooner than the others. Show details

**This item:** HALOHE 31" x 22" x 25MM Silicone Under Sink Mat for Kitchen Waterproof Under...
$28.99

Shelf Liner, Non-Slip Cabinet Liner, Washable Oil-Proof for Kitchen Cabinet, Shelves,...
$18.99 ($0.95/Sq Ft)

Xtreme Mats - Waterproof Under Sink Mat for Kitchen & Laundry Cabinets, Pick Your...
$59.95

## 4 stars and above

Page 1 of 1

Sponsored

    

URMONA Under Sink Mat, 31" x 22" Under Sink Mats for Kitchen, Waterproof Silicone...
393
$29.99

Jacooxi Under Sink Mat 31" x 22" x 1" for Kitchen Waterproof, Silicone Under Sink L...
106
$25.99
Save 5% with coupon

AECHY Under Sink Mat, 34" x 22" Silicone Under Sink Liner, Under Kitchen Sink Mat w...
743
27% off   Deal
$31.99
List: $43.99 (27% off)

Sdpeia Under Sink Mat, Silicone Waterproof Mat, Kitchen Cab...
311
$26.99 ($5.19/Sq Ft)
Save $7.00 with coupon

BEESVO Under Sink M Kitchen & Bathroom Cabinet Liner, 34" x 22 Silicone Waterpro...
480
$25.99

## Products related to this item

Page 1 of 4

Sponsored

23-CV-23380-RNS

# Defendant No.:

# **78**

## Store Name:

## **Langbowan**

## Platform:

## **Amazon**



Deliver to
Daytona B... 32118

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    **Save on top college essentials**

## Langbowan

Visit the Langbowan storefront

Just launched    No feedback yet

**Under Sink Mat for Kitchen Wate...**
USD 25 99

Add to Cart

### About Seller

Langbowan is committed to providing each customer with the highest standard of customer service.

**Have a question for Langbowan?**

Ask a question

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** Yiwu Langbowan Technology Co., LTD
**Business Address:**
北苑街道秋实路113号凯越国贸2号楼2楼
金华市
义乌市
浙江省
322099
CN

### Shipping Policies    ⌄

### Other Policies    ⌄

### Help    ⌄

### Products

See all products currently offered by the seller.

Leave seller feedback    Tell us what you think about this page

### Customers who viewed items in your browsing history also viewed



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon    EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    Subtotal
$25.99

All    Clinic    Best Sellers    Customer Service    Amazon Basics    Prime ▾    Music    Today's Deals    New Releases    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Impr

Only 19 left in stock - order soon.

2-Tier Under Sink Organizers and Storage 2 Pack Sliding L-shape Under Bathroom Kitchen Cabinet Organizers Narrow Space Storage Multi-purpose Sink Organizer f...    ★★★★½ 343    $39.99 ✓prime    Save 15%  with coupon

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers    Sponsored



Roll over image to zoom in



## Under Sink Mat for Kitchen Waterproof, 34" x 22" Undersink Mats for Bottom of Bathroom Sink with Drain Hole, Waterproof Kitchen Bathroom Under Sink Tray and Protector for Drips Leaks Spills, Beige

Brand: EDWINENE

-10% $25⁹⁹
Typical price: $28.99 ⓘ

FREE Returns

Get $60 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color:
Beige

Size:
34" x 22"

- 【Fit 36" Cabinets】Under sink mat designed for mostly 36" kitchen and bathroom cabinets. (Product Size: 34" x 22" x 0.67")Able to hold more than 2 gallon leaking liquid, helping you easily solve the problem of cabinets leaks.
- 【Flexible Silicone & Drain Hole Design】Our under-sink waterproof mat are made of high-quality soft silicone, which can be folded into the cabinet, easy to open and fit your cabinet perfectly, not easy to deform, warp or curl; this sink mat is has a unique drainage hole for quick drainage without moving the mat.
- 【Easy to Clean】The surface is designed with a waterdrop texture, stylish and low profile, making the kitchen under the sink pad more durable and less likely to tear, the flat surface allows you to place any cleaning supplies or kitchen tools without slipping or sliding, providing you with well-organized cabinets.
- 【Protect Your Cabinets】Mat for under sink with soft and flat surface,easy to wipe up any spills,fully waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches,keep your cabinets clean and healthy.
- 【Multi-functional】This large space under the sink mat is not only suitable for kitchen cabinets,but also suitable for bathroom cabinets,washroom counter bottoms or for pet feeding mats,tool mats, craft mats or any other

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

Buy new:
$25⁹⁹

FREE Returns

FREE delivery Sunday, July 30

Or fastest delivery Tomorrow, July 26. Order within 5 hrs 47 mins

Deliver to Daytona Beach 32118

Only 19 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from    Amazon
Sold by    Langbowan
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

∨ See more

☐ Add a gift receipt for easy returns

Save with Used - Like New
$22⁹⁹

FREE delivery: Saturday, Aug 5 on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $22⁹⁹ FREE Shipping on orders over $25.00 shipped by Amazon.

Have one to sell?
Sell on Amazon

occasions to avoid leaks and spills and keep floors clean & dry.



qeerable Instant Dry Sink…
**$19.99** prime
~~Save 40%~~  with coupon

Sponsored



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet Waterproof,…
**$33**⁹⁹ prime

Sponsored

Subtotal
**$25.99**

Only 19 left in stock - order soon.

## Products related to this item

Page 1 of 3

Sponsored



Under Sink Mats for Kitchen Waterproof - Under Sink Mat 28" x 22", Undersink Mats f...
13
**$21.98**
Save 10%  with coupon



Under Kitchen Sink Mat - Waterproof Silicone Cabinet Mat Protects Cabinets & Floors...
13
**$21.98**



Xtreme Mats Under Sink Mat for Bathroom, Pick Your Size - 28" 1/4 x 19 1/4 - Bathro...
8,715
**$47.95**



Under Sink Mat for Kitchen Waterproof 34" x 22" Under Sink Liners Kitchen Bathroom ...
1
**$29.99**
Save 40%  with coupon

## Product Description



**Undersink Mats for Bottom of Kitchen Sink**

The size of this under kitchen sink mat is 34 x 22 x 0.7 inch, usually fits for standard 36" Cabinets of kitchen or bathroom.





Subtotal
**$25.99**

Only 19 left in stock - order soon.



**Multifunctional Silicone Sink Mat**

This under sink mats for kitchen waterproof can be used as a storage organization under sink organizer of cabinets, suitable for kitchen, bathroom, pet feeding mats, shoe cleaning mats, craft mats or other practical mats.



# Checkout (**1 item**)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |
|---|---|---|---|

     Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** |  **MasterCard** ending in 1926 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

**∧ Add a gift card or promotion code or voucher**

[ Enter code ]  [ Apply ]

∨ Apply Capital One Rewards **$293.53** (293.53 points) available

---

### Order Summary

Items:     $28.99
Shipping & handling:     $0.00

Total before tax:     $28.99
Estimated tax to be collected:     $2.03

**Order total:**     **$31.02**

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

## 3   Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Thank you for choosing Amazon Day Delivery.**

**Delivery: Sept. 21, 2023**
Items shipped from Amazon.com



**Under Sink Mat for Kitchen Waterproof, 34" x 22" Undersink Mats for Bottom of Bathroom Sink with Drain Hole, Waterproof Kitchen Bathroom Under Sink Tray and Protector for Drips Leaks Spills, Beige**
**$28.99**
& FREE Returns
[ Qty: 1 ]
Sold by: Langbowan
[ 🎁 Add gift options ]

**Choose your Prime delivery option:**

○ **Thursday, Sept. 21**
   FREE Prime Delivery

● **Thursday, Sept. 21**
   FREE Amazon Day Delivery
   🍃 **Fewer boxes, fewer trips.**
   Some orders may arrive a day early.
   Change delivery day

**Or choose your pickup location:**

📍 **Pickup available nearby**
   Choose a location

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

---

[ Place your order ]   **Order total: $31.02**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an

23-CV-23380-RNS

# Defendant No.:

## 79

# Store Name:

## baolilong1234

# Platform:

## Amazon

# baolilong1234

**100% positive** lifetime (4 total ratings)



Under Sink Mat, AgoKud 34" x 22...

USD 35⁹⁹

[ Add to Cart ]

## About Seller

baolilong1234 is committed to providing each customer with the highest standard of customer service.

**Have a question for baolilong1234?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** chengdunanbaolishangmaoyouxiangongsi
**Business Address:**
高陂镇莲塘西路55号
梅州市
大埔县
广东省
514247
CN

## Feedback

5 out of 5
4 ratings                                          [ Lifetime ]

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

4 total feedbacks in Lifetime

"Nao conheco o produto ate o momento esta perfeito."
By Marcelo Nascimento on October 16, 2022.

"Item shipped quickly, was as described, and undamaged."
By Mykaden G. on August 18, 2022.

"Fast shipping, love the product!"
By Rheannon Adams on July 15, 2022.

"Quick shipping, item exactly as advertised"
By Sulleybear on July 14, 2022.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Shipping Policies                                                    ⌄

## Other Policies                                                       ⌄

7/25/23, 11:23 AM
Amazon.com: Under Sink Mat, AgoKud 34" x 22" Kitchen Cabinet Tray Silicone Under Sink Liner Drip Tray with Unique Drain Hole ...
Case 1:23-cv-23380-RNS Document 12-3 Entered on FLSD Docket 10/17/2023 Page 406 of 413



Deliver to
Daytona B... 32118    Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns & Orders    🛒 0

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▾   Music   Today's Deals   New Releases   Books    Save on top college essentials

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

PUILUO 2 Set Under Sink Cabinet Organizer, 2 Tier Storage Under Cabinet Bathroom Under Sink Organizers and Storage Black Under Sink Storage for Bathroom Kitchen    ★★★★☆ 8,039    $39.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers



Roll over image to zoom in

## Under Sink Mat, AgoKud 34" x 22" Kitchen Cabinet Tray Silicone Under Sink Liner Drip Tray with Unique Drain Hole Design, Waterproof & Flexible Sink Mats for Kitchen, Bathroom and Laundry Room Gray

Brand: AgoKud

5.0    3 ratings

$35.99

FREE Returns

Coupon: 🏷    Apply $8 coupon   Shop items ›   |   Terms

Get $60 off instantly: Pay $0.00 $35.99 upon approval for the Amazon Store Card. No annual fee.

- 【Applicable Size】The under sink mat is designed for standard 36" cabinets and size of 34" x 22" x 1", fits standard 36-inch kitchen and bathroom cabinets. Made of 100% premium silicone materials, under sink cabinet mats ensure your cabinets still look new after years of use, keep your space dry neat and healthy.

- 【Unique drain hole design】Unique patented drain port design, allows you to drain the leaking water easily without taking out the sink cabinet mat. Raise the edge to 0.67 inches, so the under sink drip tray can hold up to 2 gallons of water- provide you more time to deal with water pipe leaks.

- 【Cabinets Protector】 - The sink tray covers wide surfaces under the sink, protects the cabinet from damage caused by leaks, spills, stains, and scratches. Ensure your cabinets still look new after years of use, keep your space dry and healthy.

- 【Easy To Clean】 Made of flexible and waterproof silicone material, if the water pipe leaks or the cleaning solution leaks, just wipe it with a wet cloth or rinse it with water. The sink mat is made of high-quality silicone, with a smooth surface that is waterproof and oil resistant making wiping up spills a breeze.

- 【Multi-Function Heavy Duty Mat】 It's also a huge storage tray that you can put any bottles cans and or other tools on it. The under sink mat is not only for kitchen cabinets, but also for bathroom cabinets, pets, crafts and anything else to prevent stains and spills! We offer a 12-month warranty. If you have any questions, feel free to contact us via Amazon.



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$35.99

FREE Returns

FREE delivery Sunday, July 30

Or fastest delivery Wednesday, July 26. Order within 7 hrs 49 mins

📍 Deliver to Daytona Beach 32118

Only 9 left in stock - order soon

Qty: 1

[ Add to Cart ]

[ Buy Now ]

Payment    Secure transaction
Ships from    Amazon
Sold by    baolilong1234
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]



BUKFEN Under Sink Mat, for Kitchen Bathroom Cabinet...
$33.99 ✓prime

...cone Mat(34 ...



Sponsored    Sponsored





Deliver to
Daytona B... 32118

All ▼  Search Amazon

EN ▼  Hello, sign in
Account & Lists ▼

Returns
& Orders  1

All   Clinic   Best Sellers   Customer Service   Amazon Basics   Prime ▼   Music   Today's Deals   New Releases   Save on top college essentials



**Get $60 off instantly** upon approval for the Amazon Store Card

$60 instant gift card

Current subtotal: $35.99
Gift Card savings: - $60.00
**Cost after savings:** **$0.00**
Savings remaining: $24.01

Learn more

# Shopping Cart

Your order qualifies for FREE Shipping. Choose this option at checkout. See details



Under Sink Mat, AgoKud 34" x 22" Kitchen Cabinet Tray Silicone

**$35.99**

Only 9 left in stock - order soon.

Eligible for FREE Shipping
& FREE Returns

Save $8.00
Clip Coupon

☐ This is a gift Learn more

Qty: 1   Delete   Save for later

Compare with similar items   Share

Subtotal (1 item): **$35.99**

Subtotal (1 item): **$35.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

Under Sink Organizer, Pull Out Cabinet…
835
$34.99
Add to Cart

Drymate Under Sink Mat, Waterproof…
10,769
$13.99
Add to Cart

Under Sink Mat Waterproof 28"x22"…
254
$25.98
Add to Cart

Shelf Liner, Non-Slip Cabinet Liner, Washa…
5,179
$18.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## You might also like

23-CV-23380-RNS

# Defendant No.:

# **80**

# Store Name:

# **yikemaoyi**

# Platform:

# **Amazon**

# yikemaoyi

Visit the yikemaoyi storefront

94% positive lifetime (66 total ratings)



**Under Sink Mat, 34"x22" Silicone...**

USD 20⁹⁹

Add to Cart

## About Seller

yikemaoyi is committed to providing each customer with the highest standard of customer service.

Have a question for yikemaoyi?

Ask a question

## Detailed Seller Information

**Business Name:** Youxianyikemaoyiyouxiangongsi
**Business Address:**
龙华街道和平路21号振华时代广场2011
深圳市
龙华区
广东省
518000
CN

## Feedback

4.8 out of 5                    Lifetime

66 ratings

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 9% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 2% |

∨ Learn more about how seller feedback works on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

66 total feedbacks in Lifetime

"Smaller than expected but is still a great fit"

By Cory tessman on June 3, 2023.

"nice way to display my items"

By gloria coleman on April 29, 2023.

"I bought these for my granddaughter who requested them on her Christmas list. She absolutely loves them!!"

By Barbara on December 24, 2022.

"They are smaller than I expected but besides that, they work pretty good!"

By Mia on October 20, 2022.

"Great highly recommended"

By Robert Aurigemma on September 15, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

7/25/23, 2:33 PM Amazon.com: Under Sink Mat, 34"x22" Silicone Sink Mat Waterproof, Under Kitchen Sink Mat with Unique Drain Hole, Non-Slip ...



Deliver to
Daytona B... 32118

Home & Kitchen ▾ | Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All  Clinic  Best Sellers  Customer Service  Amazon Basics  Prime ▾  Music  Today's Deals  New Releases  Save on top college essentials

Amazon Home  Shop by Room  Discover  Shop by Style  Home Décor  Furniture  Kitchen & Dining  Bed & Bath  Garden & Outdoor  Home Improvem▸

Avaspot Double Sliding Cabinet Organizer Drawer, Under Sink Organizers and Storage 2 Tier Easy Access Slide Out Cabinet Organizer, Bathroom Organizer Un...  ★★★★☆ 8,136  $26.99 ✓prime  Save 10% with coupon

Home & Kitchen › Kitchen & Dining › Storage & Organization › Racks & Holders › Under-Sink Organizers

Sponsored



Roll over image to zoom in

Under Sink Mat, 34"x22"
Silicone Sink Mat Waterproof,
Under Kitchen Sink Mat with
Unique Drain Hole, Non-Slip
Thick Sink Protectors Mat for
Bottom Stainless Steel or
Porcelain Sink

Brand: Yiketary

2 ratings

$20.99

Get **Fast, Free Shipping** with Amazon Prime

Coupon: ▼  Apply 10% coupon  Shop items › |
Terms

Get $60 off instantly: Pay $0.00 $20.99 upon approval for the Amazon Store Card. No annual fee.

- **Drain Hole Design**： Unique drain hole design makes the water drain easily without taking out the mat from kitchen cabinet. When the water is filled, press the drain hole and the water can be easily discharged without moving it.
- **Perfect Size**: Under sink mat designed for mostly 36" kitchen and bathroom cabinets. The size of under the sink mat is 34" * 22*0.67". Waterproof, it is perfect for kitchens & bathroom use.
- **Edge Reinforcement**: Under sink liner are surrounded by a 0.67" raised protective bar that can hold up to 2 gallons of water. Waterproof material can better protect your cabinets from damage caused by leaks,spills, stains and scratches.
- **Premium Materials**: Pliable and thick silicone keeps it from warping or curling like PVC tray. Can be folded into the cabinet, easy to open. The surface of the mat is designed with hexagonal texture,which is stylish and non-slip,more durable.
- **Multi-functional**: This under sink drip tray is not only suitable for kitchen cabinets,but also can be used as shoes tray,pets feeding mats,kitchen supplies mats,hands craft mats and so on. Keep your home neat and clean.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$20.99

Get **Fast, Free Shipping** with Amazon Prime

**FREE delivery Sunday, July 30** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, July 26**. Order within **8 hrs 52 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

Add to Cart

Buy Now

Payment  Secure transaction
Ships from  Amazon
Sold by  yikemaoyi
Returns  Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



## Checkout (1 item)



| 1 | **Shipping address** | Jhon Doe<br>3503 DAY AVE<br>MIAMI, FL 33133-4904<br>Add delivery instructions | Change |

Or pick up near this address - See nearby pickup locations

| 2 | **Payment method** | MasterCard ending in 1926 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code | Apply

∨ Apply Capital One Rewards $293.53 (293.53 points) available

### 3  Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.

**Delivery: Sept. 17, 2023** If you order in the next 8 hours and 53 minutes (Details)
Items shipped from Amazon.com



Under Sink Mat, 34"x22" Silicone Sink Mat Waterproof, Under Kitchen Sink Mat with Unique Drain Hole, Non-Slip Thick Sink Protectors Mat for Bottom Stainless Steel or Porcelain Sink
$14.69
Qty: 1
Sold by: yikemaoyi
🎁 Add gift options

**Choose your Prime delivery option:**
◉ Sunday, Sept. 17
FREE Prime Delivery
◯ Tuesday, Sept. 19
FREE Amazon Day Delivery
🌿 Fewer boxes, fewer trips.
Some orders may arrive a day early.
Change delivery day

**Or choose your pickup location:**
Pickup available nearby
Choose a location

Place your order
Order total: $15.72
By placing your order, you agree to Amazon's privacy notice and conditions of use.



Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $14.69 |
| Shipping & handling: | $0.00 |
| Total before tax: | $14.69 |
| Estimated tax to be collected: | $1.03 |
| **Order total:** | **$15.72** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.