United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Shenzhen Hengzechen Technology Co., Ltd., Plaintiff,<br><br>v.<br><br>The Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A", Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-23380-Civ-Scola<br>)<br>)<br>)<br>)<br>) |

## Order on Clerk's Default Procedure

    It appears that most of the Defendants have failed to timely respond to the complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* as to those Defendants that have failed to timely respond by **December 7, 2023**, consistent with Federal Rule of Civil Procedure 55(a). The motion *must* include a certificate of service indicating that the Plaintiff sent it to the Defendants, including the addresses it was mailed to.

    Alternatively, if the Plaintiff no longer wishes to prosecute this action, or has otherwise settled the matter, the Plaintiff must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    If the Clerk enters a default and the Defendants fail to move to set aside the default, or fail to otherwise respond to this lawsuit, the Plaintiff must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiff fails to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

    The Court directs the Plaintiff to **email copies of this order** to any Defendant who has not appeared, consistent with the Court's order authorizing alternate service of process, and to submit a notice of compliance to the Court after the Plaintiff has done so.

    **Done and ordered** in Miami, Florida on November 29, 2023.

_____
Robert N. Scola, Jr.
United States District Judge