United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Shenzhen Hengzechen Technology Co., Ltd., Plaintiff, <br><br> v. <br><br> The Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A", Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 23-23380-Civ-Scola <br> ) <br> ) <br> ) <br> ) <br> ) |

### Fourth Order of Dismissal

The Plaintiff Shenzhen Hengzechen Technology Co., Ltd. ("Shenzhen") has filed a notice of voluntary dismissal, **with prejudice**, as to the following Defendants:

- M-Ber US (Defendant No. 11 on Schedule "A" to the Amended Complaint);
- FENGHAO UONP (Defendant No. 17 on Schedule "A" to the Amended Complaint);
- MISTONG (Defendant No. 31 on Schedule "A" to the Amended Complaint);
- Dangna (Defendant No. 47 on Schedule "A" to the Amended Complaint);
- GXINT (Defendant No. 66 on Schedule "A" to the Amended Complaint);
- ANNApaint (Defendant No. 09 on Schedule "A" to the Amended Complaint);
- Supercenter-US (Defendant No. 22 on Schedule "A" to the Amended Complaint);
- MOKARO (Defendant No. 70 on Schedule "A" to the Amended Complaint);
- FYAIRO US (Defendant No. 58 on Schedule "A" to the Amended Complaint); and
- HLX-US (Defendant No. 18 on Schedule "A" to the Amended Complaint). (ECF No. 55.)

Shenzhen's notice of voluntary dismissal is approved and adopted. This case will remain open because Shenzhen's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on December 8, 2023.

_____
Robert N. Scola, Jr.
United States District Judge