UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-CV-23380-RNS

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

**Carry360** (Defendant No. 1 on Schedule "A" to the Amended Complaint)

**Optish** (Defendant No. 8 on Schedule "A" to the Amended Complaint)

**SOONSURE** (Defendant No. 20 on Schedule "A" to the Amended Complaint)

**GZTT-kitchen** (Defendant No. 24 on Schedule "A" to the Amended Complaint)

**Bathbeyond Sanitary Ware** (Defendant No. 26 on Schedule "A" to the Amended Complaint)

**Leadcon** (Defendant No. 69 on Schedule "A" to the Amended Complaint)

**AToolbBar** (Defendant No. 45 on Schedule "A" to the Amended Complaint)

**MusClub** (Defendant No. 62 on Schedule "A" to the Amended Complaint)

Respectfully submitted on this 15th day of December 2023.

1

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com
By:/s/ Felipe Rubio
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433