United States District Court
for the
Southern District of Florida

Shenzhen Hengzechen                      )
Technology Co., Ltd., Plaintiff,         )
                                         )
v.                                       )
                                         )   Civil Action No. 23-23380-Civ-Scola
The Individuals, Partnerships,           )
and Unincorporated Associations          )
identified on Schedule "A",              )
Defendants.                              )

### Order of Dismissal

The Plaintiff Shenzhen Hengzechen Technology Co., Ltd. ("Shenzhen") filed a notice of voluntary dismissal, **without prejudice**, of all claims against Defendant **Delmoar Home** (Defendant No. 64 on Schedule "A" to the Amended Complaint). (ECF No. 95.)

Shenzhen's notice of voluntary dismissal is **approved** and **adopted**. This case will remain open because Shenzhen's claims against the other Defendants listed on Schedule "A" remain pending.

**Done and ordered** in Miami, Florida, on August 13, 2024.

_____
Robert N. Scola, Jr.
United States District Judge